## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **TECHNOLOGY PROPERTIES LIMITED, LLC,** | |
| Plaintiff, | **CASE NO:  6:12-cv-00213** |
| v. | **JURY TRIAL DEMANDED** |
| **NEWEGG, INC. and ROSEWILL, INC.,** | |
| Defendants. | |

### PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Technology Properties Limited, LLC, states that Technology Properties Limited, LLC does not have a parent corporation and there are no publicly held corporations owning 10% or more of Technology Properties Limited stock.

Date:   March 28, 2012

Respectfully Submitted:

**THE SIMON LAW FIRM, PC**

/s/ Anthony G. Simon
Anthony G. Simon
Michael P. Kella
800 Market Street, Suite 1700
Saint Louis, Missouri 63101
P. 314-241-2929
F. 314-241-2029
asimon@simonlawpc.com
mkella@simonlawpc.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on this 28th day of March, 2012, a copy of the foregoing was e-filed with the Court, which sent notice to all parties entitled to receive pleadings through the Court's CM/ECF system.

/s/ Anthony G. Simon
Anthony G. Simon