**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **TECHNOLOGY PROPERTIES LIMITED, LLC** | |
| Plaintiff, | Case No. 6:12-cv-00213 |
| v. | |
| **NEWEGG INC.** | **PATENT CASE** |
| **and** | |
| **ROSEWILL INC.,** | |
| Defendants. | |

### NOTICE OF APPEARANCE

Plaintiff, Technology Properties Limited, LLC, files this Notice of Appearance and hereby notifies the Court that Michael P, Kella of The Simon Law Firm, P.C., 800 Market Street, Suite 1700, St. Louis, Missouri, 63101, is appearing on behalf of Plaintiff Technology Properties Limited, LLC in the above-referenced matter.

DATED: March 30, 2012                    Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

/s/ Michael P. Kella
Anthony G. Simon
Michael P. Kella
800 Market Street, Suite 1700
Saint Louis, Missouri 63101
P.314.241.2929
F.314.241.2029
asimon@simonlawpc.com
mkella@simonlawpc.com

*ATTORNEYS FOR PLAINTIFF*
*TECHNOLOGY PROPERTIES LIMITED, LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served upon all counsel of record this 30th day of March, 2012 via the Court's CM/ECF system.

<u>/s/ Michael P. Kella</u>
Michael P. Kella