**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED, LLC** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-200** |
| **ACER INC and ACER AMERICA CORPORATION** | § § § | |

---

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED, LLC** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-201** |
| **BROTHER INDUSTRIES LTD and BROTHER INTERNATIONAL CORPORATION** | § § § | |

---

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-202** |
| **CANON, INC. and CANON U.S.A., INC** | § § § | |

---

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-203** |
| **DANE ELEC CORP. USA and DANE ELEC MEMORY** | § § § | |

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-204** |
| **DELL, INC.** | § § § | |

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-205** |
| **FALCON NORTHWEST COMPUTER SYSTEMS, INC.** | § § § | |

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-206** |
| **FUJITSU LIMITED and FUJITSU AMERICA, INC.** | § § § | |

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-207** |
| **HITI DIGITAL, INC. and HITI DIGITAL AMERICA, INC.** | § § § | |

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-208** |
| **HEWLETT-PACKARD COMPANY** | § § § | |

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED** | § § § § | |
| v. | § | **CASE NO. 6:12-cv-209** |
| **JASCO PRODUCTS COMPANY** | § § § § | |

---

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED** | § § § | |
| v. | § | **CASE NO. 6:12-cv-210** |
| **KINGSTON TECHNOLOGY CO., INC** | § § § § | |

---

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED** | § § § | |
| v. | § | **CASE NO. 6:12-cv-211** |
| **LEXAR MEDIA, INC. and MICRON TECHNOLOGY, INC.** | § § § § | |

---

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED** | § § § | |
| v. | § | **CASE NO. 6:12-cv-212** |
| **MICRODIA LIMITED** | § § § § | |

---

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED** | § § § | |
| v. | § | **CASE NO. 6:12-cv-213** |
| **NEWEGG INC and ROSEWILL INC.** | § § § § | |

---

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED, LLC** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-214** |
| **SABRENT** | § § § | |

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED, LLC** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-215** |
| **SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS USA, INC.** | § § § § | |

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED, LLC** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-216** |
| **SEIKO EPSON CORPORATION and EPSON AMERICA, INC.** | § § § | |

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED, LLC** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-217** |
| **SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC.** | § § § | |

| | | |
|---|---|---|
| **TECHNOLOGY PROPERTIES LIMITED, LLC** | § § § | |
| v. | § § | **CASE NO. 6:12-cv-218** |
| **SYSTEMAX, INC.** | § § § § | |

## ORDER

Plaintiff recently filed a series of related cases (listed above). The Court will hold a joint scheduling conference in these cases. Accordingly, the Court **ORDERS** Plaintiff to file a notice of readiness for scheduling conference when all Defendants in **all of the listed cases** have either answered or filed a motion to transfer or dismiss.[1] The notice must be filed simultaneously in each case within five days of the last remaining Defendant's answer or motion. The notice must include a list of any pending motions to dismiss or transfer and a list of any other related cases filed in the Eastern District of Texas involving the same patent(s).

If the cases are not ready for scheduling conference within ninety (90) days of this order, Plaintiff must file a detailed status report explaining the reason for the delay.

**It is SO ORDERED.**

**SIGNED this 11th day of April, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff should not delay filing the notice because of later-filed, related cases.