IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>Plaintiff,<br><br>v.<br><br>NEWEGG INC.<br><br>and<br><br>ROSEWILL INC.,<br><br>Defendants. | Case No. 6:12-cv-00213<br><br>**PATENT CASE** |

## NOTICE OF APPEARANCE

Plaintiff, Technology Properties Limited, LLC, files this Notice of Appearance and hereby notifies the Court that Benjamin R. Askew of The Simon Law Firm, P.C., 800 Market Street, Suite 1700, St. Louis, Missouri, 63101, is appearing on behalf of Plaintiff Technology Properties Limited, LLC in the above-referenced matter.

DATED: April 23, 2012
Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

/s/ Benjamin R. Askew
Anthony G. Simon
Michael P. Kella
Stephanie H. To
Benjamin R. Askew
800 Market Street, Suite 1700
Saint Louis, Missouri 63101
P.314.241.2929
F.314.241.2029
asimon@simonlawpc.com
mkella@simonlawpc.com
sto@simonlawpc.com
baskew@simonlawpc.com
*ATTORNEYS FOR PLAINTIFF*
*TECHNOLOGY PROPERTIES LIMITED, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record this 23rd day of April, 2012 via the Court's CM/ECF system.

/s/ Benjamin R. Askew
Benjamin R.
