**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC | § § | |
| Plaintiff, | § § | Case No. 6:12-cv-213 |
| v. | § § | **Electronically Filed** |
| NEWEGG INC. and ROSEWILL INC., | § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
TO STAY PENDING RESOLUTION OF PROCEEDINGS
AT THE INTERNATIONAL TRADE COMMISSION**

Before the Court is Defendants' Unopposed Motion to Stay Pending Resolution of Proceedings at the International Trade Commission. After careful consideration, the motion is GRANTED pursuant to the mandatory stay provision of 28 U.S.C. § 1659. This action shall remain stayed until the resolution of all International Trade Commission proceedings between Plaintiff and all Defendants, including appeals. Plaintiff shall notify the Court within ten days of the conclusion of those proceedings. Additionally, the parties must file a status report every six months while the matter remains pending before the International Trade Commission.