UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC<br><br>v.<br><br>ACER INC and ACER AMERICA CORPORATION | **CASE NO. 6:12-cv-200** |
| TECHNOLOGY PROPERTIES LIMITED LLC<br><br>v.<br><br>BROTHER INDUSTRIES LTD and BROTHER INTERNATIONAL CORPORATION | **CASE NO. 6:12-cv-201** |
| TECHNOLOGY PROPERTIES LIMITED LLC<br><br>v.<br><br>CANON, INC. and CANON U.S.A., INC | **CASE NO. 6:12-cv-202** |
| TECHNOLOGY PROPERTIES LIMITED LLC<br><br>v.<br><br>DANE ELEC CORP. USA and DANE ELEC MEMORY | **CASE NO. 6:12-cv-203** |
| TECHNOLOGY PROPERTIES LIMITED LLC<br><br>v.<br><br>DELL, INC. | **CASE NO. 6:12-cv-204** |
| TECHNOLOGY PROPERTIES LIMITED LLC<br><br>v.<br><br>FALCON NORTHWEST COMPUTER SYSTEMS, INC. | **CASE NO. 6:12-cv-205** |

| | |
|---|---|
| **TECHNOLOGY PROPERTIES LIMITED LLC**<br><br>**v.**<br><br>**FUJITSU LIMITED and FUJITSU AMERICA, INC.** | **CASE NO. 6:12-cv-206** |
| **TECHNOLOGY PROPERTIES LIMITED LLC**<br><br>**v.**<br><br>**HITI DIGITAL, INC. and HITI DIGITAL AMERICA, INC.** | **CASE NO. 6:12-cv-207** |
| **TECHNOLOGY PROPERTIES LIMITED LLC**<br><br>**v.**<br><br>**HEWLETT-PACKARD COMPANY** | **CASE NO. 6:12-cv-208** |
| **TECHNOLOGY PROPERTIES LIMITED LLC**<br><br>**v.**<br><br>**KINGSTON TECHNOLOGY CO., INC** | **CASE NO. 6:12-cv-210** |
| **TECHNOLOGY PROPERTIES LIMITED LLC**<br><br>**v.**<br><br>**LEXAR MEDIA, INC. and MICRON TECHNOLOGY, INC.** | **CASE NO. 6:12-cv-211** |
| **TECHNOLOGY PROPERTIES LIMITED LLC**<br><br>**v.**<br><br>**MICRODIA LIMITED** | **CASE NO. 6:12-cv-212** |
| **TECHNOLOGY PROPERTIES LIMITED LLC**<br><br>**v.**<br><br>**NEWEGG INC and ROSEWILL INC.** | **CASE NO. 6:12-cv-213** |

| | |
|---|---|
| **TECHNOLOGY PROPERTIES LIMITED LLC**<br><br>**v.**<br><br>**SABRENT** | **CASE NO. 6:12-cv-214** |
| **TECHNOLOGY PROPERTIES LIMITED LLC**<br><br>**v.**<br><br>**SEIKO EPSON CORPORATION and EPSON AMERICA, INC.** | **CASE NO. 6:12-cv-216** |
| **TECHNOLOGY PROPERTIES LIMITED LLC**<br><br>**v.**<br><br>**SHUTTLE, INC. and SHUTTLE COMPUTER GROUP, INC.** | **CASE NO. 6:12-cv-217** |
| **TECHNOLOGY PROPERTIES LIMITED LLC**<br><br>**v.**<br><br>**SYSTEMAX, INC.** | **CASE NO. 6:12-cv-218** |

## STATUS REPORT

Pursuant to this Court's April 11, 2012 Orders in the above-referenced cases, Plaintiff Technology Properties Limited LLC files this Status Report and states as follows:

1. On March 27, 2012, in Plaintiff filed a Complaint in the International Trade Commission against the above-listed Defendants and/or their affiliates.

2. On March 28, 2012, Plaintiff filed the above-referenced actions in this Court.

3. On May 11, 2012, *Technology Properties Limited LLC v. Samsung Electronics Co., Ltd. and Samsung Electronics USA, Inc.*, Case No. 6:12-cv-00215 was dismissed with prejudice.

4.　On May 22, 2012, *Technology Properties Limited LLC v. Jasco Products Company, LLC*, Case No. 6:12-cv-00209, was dismissed with prejudice.

5.　Pursuant to 28 U.S.C. § 1659, the following cases have been stayed until the resolution of the International Trade Commission ("ITC") proceeding, Investigation No. 337-841:

| Case Caption | Case No. |
|---|---|
| Technology Properties Limited LLC v. Acer Inc And Acer America Corporation | 6:12-cv-200 |
| Technology Properties Limited LLC v. Brother Industries Ltd and Brother International Corporation | 6:12-cv-201 |
| Technology Properties Limited LLC v. Canon, Inc. And Canon U.S.A., Inc. | 6:12-cv-202 |
| Technology Properties Limited LLC v. Dell, Inc. | 6:12-cv-204 |
| Technology Properties Limited LLC v. Fujitsu Limited And Fujitsu America, Inc. | 6:12-cv-206 |
| Technology Properties Limited LLC v. HiTi Digital, Inc. And HiTi Digital America, Inc. | 6:12-cv-207 |
| Technology Properties Limited LLC v. Hewlett-Packard Company | 6:12-cv-208 |
| Technology Properties Limited LLC v. Kingston Technology Co., Inc | 6:12-cv-210 |
| Technology Properties Limited LLC v. Lexar Media, Inc. and Micron Technology, Inc. | 6:12-cv-211 |
| Technology Properties Limited LLC v. Newegg Inc and Rosewill Inc. | 6:12-cv-213 |
| Technology Properties Limited LLC v. Seiko Epson Corporation and Epson America, Inc. | 6:12-cv-216 |
| Technology Properties Limited LLC v. Shuttle, Inc. and Shuttle Computer Group, Inc. | 6:12-cv-217 |

| Case Caption | Case No. |
|---|---|
| Technology Properties Limited LLC v. Systemax, Inc. | 6:12-cv-218 |

6.	As of the date of this Status Report, the following cases have not been stayed pending the outcome of the ITC Investigation, but the ITC proceeding relevant to these Defendants, Investigation No. 337-841, is continuing.  The status of each case is as follows:

| Case Name | Case No. | Status |
|---|---|---|
| Technology Properties Limited LLC v. Dane Elec Corp. USA and Dane Elec Memory | 6:12-cv-203 | Waivers of Service have been sent to counsel Defendants.  Counsel for both Defendants indicated he would return the waivers of service by 7/3/12; but the waivers have not yet been received.<br><br>Additionally, Plaintiff consented to allow each defendant an extension of time to Answer the Complaint as follows:<br><br>7/23/12 – Deadline for Dane Elec Corp. USA to Answer Complaint<br><br>8/22/12  - Deadline for Dane Elec memory to Answer Complaint |
| Technology Properties Limited LLC v. Microdia Limited | 6:12-cv-212 | Plaintiff mailed a Waiver of Service of Summons request to Defendant on May 2, 2012 and June 6, 2012; both were sent to the address on Defendant's website.  Plaintiff obtained an additional address for Microdia Limited and sent an additional Waiver of Service of Summons to Microdia Limited on 7/6/12.  The deadline for Microdia to return the Waiver of Service is 9/4/12.  The deadline for Microdia Limited to Answer the Complaint is 10/4/12.[1] |

---

[1] Because some of the Defendants are foreign entities, Plaintiff chose to send Waiver of Service of Summons as it would expedite the cases over formal service.

| Case Name | Case No. | Status |
|---|---|---|
| Technology Properties Limited LLC v. Sabrent | 6:12-cv-214 | Plaintiff mailed a Waiver of Service of Summons request to Defendant on May 2, 2012 to the address on Defendant's website.  Plaintiff has obtained an alternate address for Sabrent and sent an additional Waiver of Service of Summons to Sabrent on 7/6/12.  The deadline for Sabrent to return the Waiver of Service is 8/4/12.  The deadline for Sabrent to Answer the Complaint is 9/4/12. |
| Technology Properties Limited LLC  v. Falcon Northwest Computer Systems, Inc. | 6:12-cv-205 | Defendant has Answered the Complaint.

7/26/12 – Deadline for Plaintiff to file reply to counterclaims

The parties in this case are considering whether it should be stayed pending the outcome of the ITC proceeding. |

7.      The parties in *Technology Properties Limited LLC v. Falcon Northwest Computer Systems, Inc.,* Case No. 6:12-cv-205, are considering whether this case should be stayed pending the outcome of the ITC proceeding.

8.      These cases are not ready for a scheduling conference because the deadline for Defendants in *Technology Properties Limited LLC v. Dane Elec Corp. USA and Dane Elec Memory*, Case No. 6:12-cv-203, to Answer the Complaint has not yet passed, and Defendants in *Technology Properties Limited LLC v. Sabrent,* Case No. 6:12-cv-214, and *Technology Properties Limited LLC v. Microdia Limited*, Case No. 6:12-cv-212, have not been served.

DATED: July 10, 2012 Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

/s/ Anthony G. Simon
Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
Stephanie H. To
800 Market Street, Suite 1700
Saint Louis, Missouri 63101
P.314.241.2929
F.314.241.2029
asimon@simonlawpc.com
baskew@simonlawpc.com
mkella@simonlawpc.com
sto@simonlawpc.com

***ATTORNEYS FOR PLAINTIFF
TECHNOLOGY PROPERTIES LIMITED LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record this 10th day of July, 2012 via the Court's CM/ECF system.

/s/ Anthony G. Simon
Anthony G. Simon