IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **TECHNOLOGY PROPERTIES LIMITED, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**NEWEGG INC. and ROSEWILL INC.,**<br><br>Defendants. | Civil Action No.  6:12-cv-00213-MHS<br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Pursuant to this Court's June 5, 2012 Order, (Doc. 10), Plaintiff Technology Properties Limited LLC and Defendants Newegg, Inc. and Rosewill, Inc. ("Defendants") respectfully submit this status report.  ITC Investigation No. 337-TA-841 between TPL and Defendants remains pending.  The proceeding is currently set for a hearing before ALJ Essex to begin on January 7, 2013.  The investigation has a target date of September 3, 2013.  The parties will provide another status report in six months.

| | |
|---|---|
| Date:   December 5, 2012 | Respectfully Submitted: |

/s/ Benjamin R. Askew
Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
THE SIMON LAW FIRM, PC
800 Market Street, Suite 1700
Saint Louis, Missouri 63101
P. 314-241-2929
F. 314-241-2029
asimon@simonlawpc.com
baskew@simonlawpc.com
mkella@simonlawpc.com

*Attorneys for Plaintiff*

  /s/ Bryan P. Clark
Kent E. Baldauf, Jr.
Bryan P. Clark
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Boulevard, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 471-8815
Facsimile: (412) 471-4094

ATTORNEY FOR DEFENDANTS NEWEGG INC. and ROSEWILL INC.

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on this 5th day of December, 2012, a copy of the foregoing was e-filed with the Court, which sent notice to all parties entitled to receive pleadings through the Court's CM/ECF system.

/s/ Benjamin R. Askew
Benjamin R. Askew