**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **TECHNOLOGY PROPERTIES LIMITED LLC,** | |
| Plaintiff, | Civil Action No.  6:12-cv-00213-MHS |
| v. | |
| **NEWEGG, INC. and ROSEWILL, INC.,** | **JURY TRIAL DEMANDED** |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to this Court's June 5, 2012 Order, (Doc. 10), Plaintiff Technology Properties Limited LLC ("TPL") and Defendants Newegg, Inc. and Rosewill, Inc. ("Defendants") respectfully submit this status report.  ITC Investigation No. 337-TA-841 between TPL, Defendants, and other parties remains pending.  An evidentiary hearing was held before Administrative Law Judge Essex on January 4 and 7-10, 2013.  On April 8, 2013, an Initial Determination Extending the Target Date issued that extended the target date of ITC Investigation No. 337-TA-841 from September 3, 2013 to December 2, 2013.  The deadline for Administrative Law Judge Essex to issue an initial determination is August 2, 2013.  The parties will provide another status report in six months.

1

2

Date:   June 5, 2013                                             Respectfully Submitted:

/s/ Benjamin R. Askew                                      /s/ Bryan P. Clark (w/consent)
Anthony G. Simon                                            Kent E. Baldauf, Jr.
Benjamin R. Askew                                           Bryan P. Clark
Michael P. Kella                                               THE WEBB LAW FIRM
THE SIMON LAW FIRM, PC                               One Gateway Center
800 Market Street, Suite 1700                             420 Ft. Duquesne Boulevard, Suite 1200
Saint Louis, Missouri 63101                                Pittsburgh, PA 15222
P. 314-241-2929                                                 Telephone: (412) 471-8815
F. 314-241-2029                                                 Facsimile: (412) 471-4094
asimon@simonlawpc.com
baskew@simonlawpc.com                                 *Attorneys For Defendants Newegg, Inc. and*
mkella@simonlawpc.com                                  *Rosewill, Inc.*

*Attorneys for Plaintiff*

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on June 5, 2013, a copy of the foregoing was e-filed with the Court,

which sent notice to all parties entitled to receive pleadings through the Court's CM/ECF system.


/s/ Benjamin R. Askew
Benjamin R. Askew