IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **TECHNOLOGY PROPERTIES LIMITED, LLC**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**NEWEGG, INC. and ROSEWILL, INC.,**<br><br>　　　　　　Defendants. | Civil Action No.  6:12-cv-00213-MHS<br><br>**PATENT CASE** |

### NOTICE OF APPEARANCE

Plaintiff, Technology Properties Limited, LLC, files this Notice of Appearance and hereby notifies the Court that Timothy D. Krieger of The Simon Law Firm, P.C., 800 Market Street, Suite 1700, St. Louis, Missouri, 63101, is appearing on behalf of Plaintiff Technology Properties Limited, LLC in the above referenced matter.

DATED: October 18, 2013　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Timothy D. Krieger
　　　　　　　　　　　　　　　　　　　　　　Anthony G. Simon
　　　　　　　　　　　　　　　　　　　　　　Timothy D. Krieger
　　　　　　　　　　　　　　　　　　　　　　Benjamin R. Askew
　　　　　　　　　　　　　　　　　　　　　　Michael P. Kella
　　　　　　　　　　　　　　　　　　　　　　Stephanie H. To
　　　　　　　　　　　　　　　　　　　　　　**THE SIMON LAW FIRM**
　　　　　　　　　　　　　　　　　　　　　　800 Market Street, Suite 1700
　　　　　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63101
　　　　　　　　　　　　　　　　　　　　　　P. 314.241.2929
　　　　　　　　　　　　　　　　　　　　　　F. 314.241.2029
　　　　　　　　　　　　　　　　　　　　　　asimon@simonlawpc.com
　　　　　　　　　　　　　　　　　　　　　　tkrieger@simonlawpc.com
　　　　　　　　　　　　　　　　　　　　　　baskew@simonlawpc.com
　　　　　　　　　　　　　　　　　　　　　　mkella@simonlawpc.com
　　　　　　　　　　　　　　　　　　　　　　sto@simonlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record this 18th day of October, 2013 via the Court's CM/ECF system.

/s/Timothy D. Krieger
Timothy D. Krieger