IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **TECHNOLOGY PROPERTIES LIMITED LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**NEWEGG, INC. and ROSEWILL, INC.,**<br><br>Defendants. | Civil Action No. 6:12-cv-00213-MHS<br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Plaintiff Technology Properties Limited LLC ("TPL") and Defendants Newegg, Inc. and Rosewill, Inc. ("Defendants") respectfully submit this status report. ITC Investigation No. 337-TA-841 between TPL, Defendants, and other parties remains pending. A hearing was held before Administrative Law Judge Essex on January 4 and 7-10, 2013. On August 2, 2013, Judge Essex issued a Final Initial Determination and Recommended Determination on Remedy and Bond. On August 19, 2013 both TPL and Respondents in the 841 Investigation petitioned the Commission to review Judge Essex's Initial Determination. On October 24, 2013, the Commission issued a Notice of Commission Determination to Review in the Entirety a Final Initial Determination Finding a Violation of Section 337 ("Commission Notice"), which requested the parties to brief specific issues relating to the Final Initial Determination as well as the issues of Remedy, the Public Interest, and Bonding. The parties submitted their responses to the Commission Notice on November 7, 2013 and their replies on November 15, 2013. On October 21, 2013, the Commission issued an Initial Determination Extending the Target Date, which extended the target date of ITC Investigation No. 337-TA-841 from December 2, 2013 to December 19, 2013. The parties will provide another status report in six months.

| | |
|---|---|
| Date:   December 5, 2013 | Respectfully Submitted: |

/s/ Benjamin R. Askew
Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
Timothy D. Krieger
THE SIMON LAW FIRM, PC
800 Market Street, Suite 1700
Saint Louis, Missouri 63101
P. 314-241-2929
F. 314-241-2029
asimon@simonlawpc.com
baskew@simonlawpc.com
mkella@simonlawpc.com
tkrieger@simonlawpc.com

*Attorneys for Plaintiff*

  /s/ Bryan P. Clark (w/consent)
Kent E. Baldauf, Jr.
Bryan P. Clark
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Boulevard, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 471-8815
Facsimile: (412) 471-4094

*Attorneys For Defendants Newegg, Inc. and Rosewill, Inc.*

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on December 5, 2013, a copy of the foregoing was e-filed with the Court, which sent notice to all parties entitled to receive pleadings through the Court's CM/ECF system.

/s/ Benjamin R. Askew
Benjamin R. Askew
