# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>        Plaintiff,<br><br>v.<br><br>ACER INC., et al.,<br><br>        Defendants. | Case No. 6:12-cv-00200 |
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>        Plaintiff,<br><br>v.<br><br>BROTHER INDUSTRIES, LTD., et al.,<br><br>        Defendants | Case No. 6:12-cv-00201 |
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>        Plaintiff,<br><br>v.<br><br>CANON INC., et al.,<br><br>        Defendants. | Case No. 6:12-cv-00202 |
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>        Plaintiff,<br><br>v.<br><br>DANE-ELEC MEMORY, et al.,<br><br>        Defendants. | Case No. 6:12-cv-00203 |
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>        Plaintiff,<br><br>v.<br><br>DELL INC.,<br><br>        Defendant. | Case No. 6:12-cv-00204 |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>       Plaintiff,<br><br>v.<br><br>FALCON NORTHWEST COMPUTER SYSTEMS, INC.,<br><br>       Defendant. | Case No. 6:12-cv-00205 |
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>       Plaintiff,<br><br>v.<br><br>FUJITSU LIMITED, et al.,<br><br>       Defendants. | Case No. 6:12-cv-00206 |
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>       Plaintiff,<br><br>v.<br><br>HITI DIGITAL, INC., et al.,<br><br>       Defendants. | Case No. 6:12-cv-00207 |
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>       Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>       Defendant. | Case No. 6:12-cv-00208 |
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>       Plaintiff,<br><br>v.<br><br>JASCO PRODUCTS COMPANY,<br><br>       Defendant. | Case No. 6:12-cv-00209 |
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>       Plaintiff,<br><br>v.<br><br>KINGSTON TECHNOLOGY COMPANY, INC.,<br><br>       Defendant. | Case No. 6:12-cv-00210 |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>            Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., et al.,<br><br>            Defendants. | Case No. 6:12-cv-00211 |
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>            Plaintiff,<br><br>v.<br><br>MICRODIA LIMITED,<br><br>            Defendant. | Case No. 6:12-cv-00212 |
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>            Plaintiff,<br><br>v.<br><br>NEWEGG, INC. and ROSEWILL, INC.,<br><br>            Defendants. | Case No. 6:12-cv-00213 |
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>            Plaintiff,<br><br>v.<br><br>SABRENT,<br><br>            Defendant. | Case No. 6:12-cv-00214 |
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>            Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>            Defendants. | Case No. 6:12-cv-00215 |
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>            Plaintiff,<br><br>v.<br><br>SEIKO EPSON CORPORATION, et al.,<br><br>            Defendants. | Case No. 6:12-cv-00216 |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>   Plaintiff,<br><br>v.<br><br>SHUTTLE INC., et al.,<br><br>   Defendants. | Case No. 6:12-cv-00217 |
| TECHNOLOGY PROPERTIES LIMITED, LLC<br><br>   Plaintiff,<br><br>v.<br><br>SYSTEMAX INC.,<br><br>   Defendant. | Case No. 6:12-cv-00218 |

### **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

After considering Plaintiffs' Motion To Withdraw As Counsel, for good cause shown, the Court ORDERS that such Motion is GRANTED.

It is therefore ORDERED that Stephanie H. To is hereby withdrawn as counsel of record for Technology Properties Limited, LLC and terminated from CM/ ECF notifications in connection with these matters.

 **It is SO ORDERED.**

 **SIGNED this 28th day of July, 2014.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE