CLOSED,CONSOL,JURY,MHS1,PATENT/TRADEMARK

# U.S. District Court [LIVE]
# Eastern District of TEXAS (Tyler)
# CIVIL DOCKET FOR CASE #: 6:12−cv−00213−MHS

Technology Properties Limited, LLC v. Newegg Inc et al
Assigned to: Judge Michael H. Schneider
Lead case: 6:12−cv−00202−MHS
Member cases:
   6:12−cv−00207−MHS
   6:12−cv−00205−MHS
   6:12−cv−00208−MHS
   6:12−cv−00210−MHS
   6:12−cv−00213−MHS
   6:12−cv−00216−MHS
   6:12−cv−00217−MHS
Cause: 28:1338 Patent Infringement

Date Filed: 03/28/2012
Date Terminated: 02/11/2014
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Technology Properties Limited, LLC**  represented by  **Benjamin R Askew**
The Simon Law Firm PC
800 Market Street
Suite 1700
St Louis, MO 63101
314−241−2929
Fax: 314−241−2029
Email: baskew@simonlawpc.com
*ATTORNEY TO BE NOTICED*

**Michael Patrick Kella**
The Simon Law Firm PC
800 Market Street
Suite 1700
St Louis, MO 63101
314−241−2929
Fax: 314−241−2029
Email: mkella@simonlawpc.com
*ATTORNEY TO BE NOTICED*

**Stephanie H To**
The Simon Law Firm PC
800 Market Street
Suite 1700
St Louis, MO 63101
314/241−2929
Fax: 314/241−2029
Email: sto@simonlawpc.com
*TERMINATED: 07/28/2014*

**Timothy D Krieger**
The Simon Law Firm PC

|   |   |
|---|---|
|   | 800 Market Street<br>Suite 1700<br>St Louis, MO 63101<br>314–241–2929<br>Fax: 314–241–2029<br>Email: tkrieger@simonlawpc.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Anthony G Simon**<br>The Simon Law Firm PC<br>800 Market Street<br>Suite 1700<br>St Louis, MO 63101<br>314/241–2929<br>Fax: 314/241–2029<br>Email: asimon@simonlawpc.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| Newegg Inc | represented by | **Kent E Baldauf , Jr.**<br>The Webb Law Firm<br>One Gateway Center, Ste. 1200<br>420 Ft. Duquesne Boulevard<br>Pittsburgh, PA 15222<br>412/471–8815<br>Fax: 412/471–4094<br>Email: kbaldaufjr@webblaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| Rosewill Inc. | represented by | **Kent E Baldauf , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2012 | Ï 1 | COMPLAINT against Newegg Inc, Rosewill Inc. ( Filing fee $ 350 receipt number 0540–3515036.), filed by Technology Properties Limited, LLC. (Attachments: # 1 Exhibit A – '623 Patent, # 2 Exhibit B – '549 Patent, # 3 Exhibit C – '443 Patent, # 4 Exhibit D – '424 Patent, # 5 Civil Cover Sheet)(Simon, Anthony) (Entered: 03/28/2012) |
| 03/28/2012 | Ï | Judge Michael H. Schneider added. (mll, ) (Entered: 03/28/2012) |
| 03/28/2012 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Simon, Anthony) (Entered: 03/28/2012) |
| 03/28/2012 | Ï 3 | CORPORATE DISCLOSURE STATEMENT filed by Technology Properties Limited, LLC (Simon, Anthony) (Entered: 03/28/2012) |

| | | |
|---|---|---|
| 03/28/2012 | Ï 4 | SUMMONS Issued as to Newegg Inc, Rosewill Inc., and emailed to pltf for service. (mll, ) (Entered: 03/28/2012) |
| 03/30/2012 | Ï 5 | NOTICE of Attorney Appearance by Michael Patrick Kella on behalf of Technology Properties Limited, LLC (Kella, Michael) (Entered: 03/30/2012) |
| 04/10/2012 | Ï 6 | NOTICE of Attorney Appearance by Stephanie H To on behalf of Technology Properties Limited, LLC (To, Stephanie) (Entered: 04/10/2012) |
| 04/11/2012 | Ï 7 | ORDER for Plaintiff to file a notice of readiness for scheduling conference when **all Defendants** in **all of the listed cases** have either answered or filed a motion to transfer or dismiss. The notice must be filed simultaneously in each case within 5 days of the last remaining Defendant's answer or motion, and the notice must include a list of any pending motions to dismiss or transfer and a list of any other related cases filed in the EDTX involving the same patent(s). If the cases are not ready for scheduling conference within 90 days of this order, Plaintiff must file a detailed status report explaining the reason for delay. Signed by Judge Michael H. Schneider on 4/11/2012. (leh, ) (Entered: 04/11/2012) |
| 04/23/2012 | Ï 8 | NOTICE of Attorney Appearance by Benjamin R Askew on behalf of Technology Properties Limited, LLC (Askew, Benjamin) (Entered: 04/23/2012) |
| 05/31/2012 | Ï 9 | MOTION to Stay by Newegg Inc, Rosewill Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Baldauf, Kent) (Entered: 05/31/2012) |
| 06/04/2012 | Ï 11 | WAIVER OF SERVICE Returned Executed by Technology Properties Limited, LLC. Rosewill Inc waiver sent on 5/2/2012, answer due 7/2/2012. (leh, ) Modified on 6/5/2012 (leh, ). (Main Document 11 replaced on 6/5/2012) (leh, ). (Entered: 06/05/2012) |
| 06/04/2012 | Ï 12 | WAIVER OF SERVICE Returned Executed by Technology Properties Limited, LLC. Newegg Inc answer due 7/2/12. (leh, ) (Entered: 06/05/2012) |
| 06/05/2012 | Ï 10 | ORDER granting 9 Unopposed Motion to Stay pursuant to the mandatory stay provision of 28 USC 1659. This action will remain stayed until the resolution of all International Trade Commission proceedings, including appeals. The Plaintiff shall notify the Court within 10 days of the conclusion of those proceedings. The parties are to file a status report every 6 months while the matter remains pending before the International Trade Commission. Signed by Judge Michael H. Schneider on 6/5/2012. (leh, ) (Entered: 06/05/2012) |
| 07/10/2012 | Ï 13 | STATUS REPORT by Technology Properties Limited, LLC. (Simon, Anthony) (Entered: 07/10/2012) |
| 12/05/2012 | Ï 14 | STATUS REPORT by Technology Properties Limited, LLC. (Askew, Benjamin) (Entered: 12/05/2012) |
| 06/05/2013 | Ï 15 | STATUS REPORT by Technology Properties Limited, LLC. (Askew, Benjamin) (Entered: 06/05/2013) |
| 10/18/2013 | Ï 16 | NOTICE of Attorney Appearance by Timothy D Krieger on behalf of Technology Properties Limited, LLC (Krieger, Timothy) (Entered: 10/18/2013) |
| 12/05/2013 | Ï 17 | STATUS REPORT *Joint Status Report* by Technology Properties Limited, LLC. (Askew, Benjamin) (Entered: 12/05/2013) |
| 02/07/2014 | Ï 18 | Unopposed MOTION to Reopen Case *Plaintiff's Unopposed Motion to Lift the Stay of Proceedings* by Technology Properties Limited, LLC. (Attachments: # 1 Text of Proposed Order)(Askew, Benjamin) (Entered: 02/07/2014) |
| 02/11/2014 | Ï 19 | |

| | | |
|---|---|---|
| | | ORDER TO MEET, REPORT, AND APPEAR AT SCHEDULING CONFERENCE. Plaintiff's 18 MOTION to Lift Stay is GRANTED. **The above listed cases are hereby CONSOLIDATED into cause 6:12cv202, for all pretrial purposes, including discovery and claim construction.** The Court defers any decisions regarding consolidation for trial. The Clerk of the Court shall add the consolidated defendants to the lead case, as well as lead counsel only. Any other counsel who wishes to appear in the lead case shall file a notice of appearance in that case. Further, the Clerk shall close all cases listed above other than the lead case. Signed by Judge Michael H. Schneider on 02/11/14. (mll, ) (Entered: 02/12/2014) |
| 02/11/2014 | Ï | **This civil action is CONSOLIDATED with cause 6:12cv202 designated as the Lead Case. All future pleadings are to be filed in the Lead Case. This consolidated case is terminated and closed until further order of the court.** (mll, ) (Entered: 02/12/2014) |
| 07/15/2014 | Ï 20 | ORDER TRANSFERRING TO THE NORTHERN DISTRICT OF CALIFORNIA. Signed by Judge Michael H. Schneider on 07/14/14. (mll, ) (Entered: 07/16/2014) |
| 07/15/2014 | Ï | **\*\*This civil action will be transferred to the Northern District of California on or after 8−04−2014 per Local Rule CV−83(b).** (mll, ) (Entered: 07/16/2014) |
| 07/28/2014 | Ï 21 | ORDER that Stephanie H. To is hereby withdrawn as counsel of record for Technology Properties Limited, LLC and terminated from CM/ ECF notifications in connection with these matters. Signed by Judge Michael H. Schneider on 07/28/14. (mll, ) (Entered: 07/28/2014) |
| 08/08/2014 | Ï | Interdistrict transfer to the Northern District of California (mll, ) (Entered: 08/08/2014) |