Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
gmf@classlitigation.com
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 238-9610
Facsimile (510) 337-1431

Counsel for Defendants Newegg Inc. and Rosewill Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEWEGG INC. *et al.*<br><br>    Defendants. | Case No. C 14-03645 MEJ<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Gordon M. Fauth, Jr., Cal. Bar No. 190280, admitted to practice before this Court, whose correct address is Litigation Law Group, 1801 Clement Avenue, Suite 101, Alameda, California 94501, Tel. (510) 238-9610, Fax (510) 337-1431, appears in this case as counsel for Defendants Newegg Inc. and Rosewill Inc.

//

//

//

1

                              Respectfully Submitted,

                              LITIGATION LAW GROUP

Date:  August 22, 2014        By: _____/S/ Gordon M. Fauth, Jr._____
                              Gordon M. Fauth, Jr.

                              1801 Clement Avenue, Suite 101
                              Alameda, California  94501
                              Telephone (510) 238-9610
                              Facsimile (510) 337-1431

                              Counsel for Defendants Newegg Inc.
                              and Rosewill Inc.

NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS