UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Technology Properties Limited, LLC )
                                   )  Case No: 3:14-cv-03645
              Plaintiff(s),         )
                                   )  **APPLICATION FOR**
       v.                          )  **ADMISSION OF ATTORNEY**
                                   )  **PRO HAC VICE**
Newegg Inc. and Rosewill Inc.      )  (CIVIL LOCAL RULE 11-3)
                                   )
              Defendant(s).        )

I, Kent E. Baldauf, Jr., an active member in good standing of the bar of Supreme Court of PA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Newegg Inc. and Rosewill Inc. in the above-entitled action. My local co-counsel in this case is Gordon M. Fauth, Jr., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| The Webb Law Firm, One Gateway Center, 420 Ft. Duquesne Blvd. Pittsburgh, PA 15222 | Litigation Law Group, 1801 Clement Ave. Suite 101, Alameda CA 94501 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (412) 471-8815 | (510) 238-9610 |
| My email address of record: | Local co-counsel's email address of record: |
| kbaldaufjr@webblaw.com | gmf@classlitigation.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 70793.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/22/14                                   Kent E. Baldauf, Jr.
                                                  APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Kent E. Baldauf, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE