

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Kent E. Baldauf Jr., Esq.*

DATE OF ADMISSION

*January 11, 1994*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 22, 2014

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk