

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Bryan Patrick Clark, Esq.*

DATE OF ADMISSION

*October 31, 2007*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  August 29, 2014

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk