UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Technology Properties Limited, LLC

       Plaintiff(s),

 v.

Newegg Inc. and Rosewill Inc.

       Defendant(s).

Case No: 3:14-cv-03645-JST

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

 I, Bryan P. Clark, an active member in good standing of the bar of Supreme Court of PA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Newegg Inc. and Rosewill Inc. in the above-entitled action. My local co-counsel in this case is Gordon M. Fauth, Jr., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| The Webb Law Firm, One Gateway Center, 420 Ft. Duquesne Blvd. Pittsburgh, PA 15222 | Litigation Law Group, 1801 Clement Ave. Suite 101, Alameda CA 94501 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (412) 471-8815 | (510) 238-9610 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bclark@webblaw.com | gmf@classlitigation.com |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 205708.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

 *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/22/14

              Bryan P. Clark
              APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

 IT IS HEREBY ORDERED THAT the application of Bryan P. Clark is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 26, 2014

              Hon. Jon S. Tigar
              United States District Court Judge

*PRO HAC VICE* APPLICATION & ORDER