UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

   A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| | |
|---|---|
| <u>C 14-03640 CW</u> | <u>**Technology Properties Limited, LLC v. Canon, Inc. Et al**</u> |
| <u>C 14-03641 WHO</u> | <u>**Technology Properties Limited, LLC v. Falcon Northwest Computer Systems, Inc.**</u> |
| <u>C 14-03642 WHO</u> | <u>**Technology Properties Limited, LLC v. HiTi Digital, Inc. Et al**</u> |
| <u>C 14-03643 SI</u> | <u>**Technology Properties Limited, LLC v. Hewlett-Packard Company**</u> |
| <u>C 14-03644 EJD</u> | <u>**Technology Properties Limited, LLC v. Kingston Technology Co., Inc.**</u> |
| <u>C 14-03645 JST</u> | <u>**Technology Properties Limited, LLC v. Newegg Inc et al**</u> |
| <u>C 14-03646 JD</u> | <u>**Technology Properties Limited, LLC v. Seiko Epson Corporation et al**</u> |
| <u>C 14-03647 KAW</u> | <u>**Technology Properties Limited, LLC v. Shuttle, Inc. Et al**</u> |

**I find that the above cases are related to the case assigned to me.  <u>   CW   </u>**

**ORDER**
   The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.  Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management

order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:_____10/21/2014_____    _____
                                        Judge Claudia Wilken

## CLERK'S NOTICE

      The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

                                      **Richard W. Wieking, Clerk**

**DATED:** _____        **By:** _____
                                                                             **Deputy Clerk**

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** 10/21/2014         **By:** _____
                                     **Deputy Clerk**

Copies to: Courtroom Deputies
           Case Systems Administrators
           Counsel of Record
Entered into Assignment Program: _____ (date)