PARTIES LISTED ON SIGNATURE PAGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FALCON COMPUTER SYSTEMS, INC., <br><br> Defendant(s). | Case Number: C 14-03641-CW <br><br> **STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE CERTIFICATE OF SERVICE** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> HITI DIGITAL AMERICA INC., <br><br> Defendant(s). | Case Number: C 14-03642-CW <br><br> **STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE CERTIFICATE OF SERVICE** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant(s). | Case Number: C 14-03643-CW <br><br> **STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE CERTIFICATE OF SERVICE** |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, ) ) | ) |
| Plaintiffs, ) | Case Number: C 14-03644-CW |
| vs. ) | **STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE CERTIFICATE OF SERVICE** |
| KINGSTON TECHNOLOGY CO., INC., ) | |
| Defendant(s). ) | |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, ) ) | ) |
| Plaintiffs, ) | Case Number: C 14-03645-CW |
| vs. ) | **STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE CERTIFICATE OF SERVICE** |
| NEWEGG INC., et al., ) | |
| Defendant(s). ) | |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, ) ) | ) |
| Plaintiffs, ) | Case Number: C 14-03646-CW |
| vs. ) | **STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE CERTIFICATE OF SERVICE** |
| SEIKO EPSON CORPORATION, et al., ) | |
| Defendant(s). ) | |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, ) ) | ) |
| Plaintiffs, ) | Case Number: C 14-03647-CW |
| vs. ) | **STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE CERTIFICATE OF SERVICE** |
| SHUTTLE COMPUTER GROUP INC., ) | |
| Defendant(s). ) | |

Page **2** of **7**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE CERTIFICATE OF SERVICE

1. Pursuant to Civil Local Rule 7-11, Plaintiffs Technology Properties Limited LLC ("TPL") and MCM Portfolio LLC ("MCM") and Defendants Falcon Northwest Computer Systems, Inc., HiTi Digital America Inc., Hewlett-Packard Company, Kingston Technology Company, Inc., Newegg Inc., Rosewill Inc., Seiko Epson Corporation, Epson America, Inc. and Shuttle Computer Group Inc. (collectively, "the parties") respectfully submit this Stipulation for Administrative Relief for Plaintiffs to file the certificate of service required by the Court's October 22, 2014 and October 23, 2014 Case Management Scheduling Orders issued in the above-captioned matters.

Plaintiffs state as follows in support of this stipulation:

1. Plaintiffs have worked diligently to retain local counsel after this case was transferred to this District.

2. Plaintiffs have not yet been able to retain local counsel. Thus, Plaintiffs have not been able to move the Court for *pro hac vice* admission of its lead counsel.

3. On October 22, 2014 and October 23, 2014, the Court entered Case Management Scheduling Orders in the above-captioned matters, which require Plaintiffs to file a Certificate of Service that Plaintiffs served all parties to the above-captioned matters with the Orders.

4. Plaintiffs have served all parties to the above-captioned matter with the Orders.

5. Defendants do not join in Plaintiffs' statements and do not oppose the relief requested by Plaintiffs.

For these reasons, this stipulation respectfully requests administrative relief for Plaintiffs' undersigned counsel to file Certificates of Service (attached hereto as Exhibit A) that it has served the parties with the October 22, 2014 and October 23, 2014 Case Management Scheduling Orders.

Page **3** of **7**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE CERTIFICATE OF SERVICE

| | |
|---|---|
| Dated: October 24, 2014 | By: */s/*Michael P. Kella |
| | Anthony G. Simon (*pro hac vice* forthcoming) |
| | Michael P. Kella (*pro hac vice* forthcoming) |
| | Benjamin R. Askew (*pro hac vice* forthcoming) |
| | Timothy D. Krieger (*pro hac vice* forthcoming) |
| | THE SIMON LAW FIRM, P.C. |
| | 800 Market Street, Suite 1700 |
| | St. Louis, Missouri 63101 |
| | P. 314.241.2929 |
| | F. 314.241.2029 |
| | asimon@simonlawpc.com |
| | mkella@simonlawpc.com |
| | baskew@simonlawpc.com |
| | tkrieger@simonlawpc.com |
| | |
| | *Attorneys for Plaintiffs Technology Properties Limited, LLC and MCM Portfolio LLC* |
| | |
| Dated: October 24, 2014 | By: */s/* David S. Hoffman (*with consent*) |
| | David M. Barkan |
| | SBN 160825 |
| | FISH & RICHARDSON P.C. |
| | 500 Arguello Street, Suite 500 |
| | Redwood City, California 94070-1526 |
| | Tel:  (650) 839-5070 |
| | Fax:  (650) 839-5071 |
| | Barkan@fr.com |
| | |
| | David M. Hoffman (*admitted pro hac vice*) |
| | FISH & RICHARDSON P.C. |
| | One Congress Plaza, Suite 810 |
| | 111 Congress Avenue |
| | Austin, TX  78701 |
| | Tel:  (512) 472-5070 |
| | Fax:  (512) 320-8935 |
| | Hoffman @fr.com |
| | |
| | Christine Yang |
| | LAW OFFICES OF S.J. CHRISTINE YANG |
| | 17220 Newhope Street, Suite 101-102 |
| | Fountain Valley, CA  92708 |

Page **4** of **7**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE CERTIFICATE OF SERVICE

|   |   |   |
|---|---|---|
| 1 |   | Tel:  (714) 641-4022 |
| 2 |   | Fax: (714) 641-2082 |
|   |   | cyang@sjclawpc.com |
| 3 |   |   |
|   |   | *Attorneys for Defendant Kingston Technology Company, Inc.* |
| 4 |   |   |
| 5 |   |   |
| 6 | Dated: October 24, 2014 | By:  */s/* Gordon M. Fauth, Jr. (*with consent*) |
|   |   | Gordon M. Fauth, Jr. (Cal. Bar No. 190280) |
| 7 |   | gmf@classlitigation.com |
|   |   | LITIGATION LAW GROUP |
| 8 |   | 1801 Clement Ave., Suite 101 |
| 9 |   | Alameda, CA  94501 |
|   |   | Telephone:  (510) m238-9610 |
| 10 |   | Facsimile:  (510) 337-1431 |
| 11 |   |   |
|   |   | Kent E. Baldauf, Jr. (*Pro Hac Vice* admission pending) |
| 12 |   | kbaldaufjr@webblaw.com |
| 13 |   | Bryan P. Clark (*Pro Hac Vice* admission pending) |
|   |   | bclark@webblaw.com |
| 14 |   | THE WEBB LAW FIRM |
| 15 |   | 420 Ft. Duquesne Blvd, Suite 1200 |
|   |   | Pittsburgh, PA  15222 |
| 16 |   | Telephone:  (412) 471-8815 |
| 17 |   | Facsimile:  (412) 471-4094 |
| 18 |   | *Attorneys for Defendants Falcon Northwest Computer Systems, Inc., Newegg Inc. And Rosewill Inc.* |
| 19 |   |   |
| 20 |   |   |
| 21 | Dated: October 24, 2014 | By:  */s/* Andrew T. Oliver (*with consent*) |
| 22 |   | Jenny W. Chen (Cal. Bar No. 205043) |
|   |   | CHEN IP LAW GROUP |
| 23 |   | 7F, No. 1, Alley 30, Lane 358, Rueiguang Road |
| 24 |   | Neihu District |
|   |   | Taipei, Taiwan 114 |
| 25 |   | Telephone:  +886.2.7721.8855 |
|   |   | Facsimile:  +886.2.7721.8822 |
| 26 |   | Email:  Jenny.Chen@ ChenIPLaw.com |

Page **5** of **7**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE CERTIFICATE OF SERVICE

|   |   |
|---|---|
|   | Andrew T. Oliver (Cal. Bar No. 226098)<br>AMIN, TUROCY & WATSON LLP<br>148 Castro Street, Suite B-20<br>Mountain View, CA  94041<br>Telephone:  (650) 618-6477<br>Email:  aoliver@ATWiplaw.com<br><br>*Attorneys for Defendants Shuttle Computer Group Inc. and HiTi Digital America, Inc.* |
| Dated: October 24, 2014 | By:  /s/ Matthew J. Hertko (*with consent*)<br>Kyle T. Barrett (State Bar No. 284595)<br>kbarrett@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:  (650) 739-3939<br>Facsimile:  (650) 739-3900<br><br>William E. Devitt (admitted *Pro Hac Vice*)<br>wdevitt@jonesday.com<br>Matthew J. Hertko (admitted *Pro Hac Vice*)<br>mhertko@jonesday.com<br>JONES DAY<br>77 W. Wacker, Suite 3500<br>Chicago, IL  60601<br>Telephone:  (312) 782-3939<br>Facsimile:  (312) 782-8585<br><br>*Attorneys for Defendants Seiko Epson Corp. and Epson America, Inc.* |
| Dated: October 24, 2014 | By:  /s/Megan Whyman Olsek  (*with consent*)<br>Megan Whyman Olesek (SBN 191218)<br>KENYON & KENYON LLP<br>1801 Page Mill Road, Suite 210<br>Palo Alto, CA  94304<br>Telephone:  (650) 384-4700<br>Facsimile:  (650) 384-4701 |

Page **6** of **7**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE CERTIFICATE OF SERVICE

Email:  molesek@kenyon.com

Marcia H. Sundeen (admitted *Pro Hac Vice*)
T. Cy Walker (admitted *Pro Hac Vice*)
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, DC  20005
Telephone:  202-220-4200
Facsimile:  202-220-4201
Email:  msundeen@kenyon.com
Email:  cwalker@kenyon.com

*Attorneys for Defendant Hewlett-Packard Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on October 24, 2014 via the Court's CM/ECF system.

/s/ Michael P. Kella

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE CERTIFICATE OF SERVICE