# EXHIBIT A

Certificate of Service

PARTIES LISTED ON SIGNATURE PAGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>　　　Plaintiffs,<br><br>　　　vs.<br><br>FALCON COMPUTER SYSTEMS, INC.,<br><br>　　　Defendant(s). | Case Number: C 14-03641-CW<br><br>**CERTIFICATE OF SERVICE REGARDING ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>　　　Plaintiffs,<br><br>　　　vs.<br><br>HITI DIGITAL AMERICA INC.,<br><br>　　　Defendant(s). | Case Number: C 14-03642-CW<br><br>**CERTIFICATE OF SERVICE REGARDING ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>　　　Plaintiffs,<br><br>　　　vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　Defendant(s). | Case Number: C 14-03643-CW<br><br>**CERTIFICATE OF SERVICE REGARDING ORDER SETTING CASE MANAGEMENT CONFERENCE** |

Page **1** of **3**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW, C 14-03647-CW

CERTIFICATE OF SERVICE OF CASE
MANAGEMENT SCHEDULING ORDER
FOR REASSIGNED CIVIL CASE

|   |   |   |
|---|---|---|
| 1 | TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) |
| 2 | | ) Case Number: C 14-03644-CW |
| 3 | Plaintiffs, | ) ) **CERTIFICATE OF SERVICE** |
| 4 | vs. KINGSTON TECHNOLOGY CO., INC., | ) **REGARDING ORDER SETTING CASE** ) **MANAGEMENT CONFERENCE** |
| 5 | | ) |
| 6 | Defendant(s). | ) ) |

|   |   |   |
|---|---|---|
| 7 | TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) |
| 8 | | ) Case Number: C 14-03645-CW |
| 9 | Plaintiffs, | ) ) **CERTIFICATE OF SERVICE** |
| 10 | vs. | ) **REGARDING ORDER SETTING CASE** ) **MANAGEMENT CONFERENCE** |
| 11 | NEWEGG INC., et al., | ) |
| 12 | Defendant(s). | ) ) |

|   |   |   |
|---|---|---|
| 13 | TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) |
| 14 | | ) |
| 15 | Plaintiffs, | ) Case Number: C 14-03646-CW ) |
| 16 | vs. | ) **CERTIFICATE OF SERVICE** ) **REGARDING ORDER SETTING CASE** |
| 17 | SEIKO EPSON CORPORATION, et al., | ) **MANAGEMENT CONFERENCE** ) |
| 18 | | ) |
| 19 | Defendant(s). | ) ) |

|   |   |   |
|---|---|---|
| 20 | TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) |
| 21 | | ) Case Number: C 14-03647-CW |
| 22 | Plaintiffs, | ) ) **CERTIFICATE OF SERVICE** |
| 23 | vs. | ) **REGARDING ORDER SETTING CASE** ) **MANAGEMENT CONFERENCE** |
| 24 | SHUTTLE COMPUTER GROUP INC., | ) |
| 25 | Defendant(s). | ) ) |
| 26 | | ) |

Page **2** of **3**

C14-03641-CW, C14-03642-CW, C 14-03643-CW, C 14-03644-CW, C 14-03645-CW, C 14-03646-CW, C 14-03647-CW

CERTIFICATE OF SERVICE OF CASE
MANAGEMENT SCHEDULING ORDER
FOR REASSIGNED CIVIL CASE

Pursuant to the Court's Orders Scheduling a Case Management Conference, Plaintiffs certify that a copy of the Court's October 22, 2014 and October 23, 2014 Case Management Scheduling Orders issued in the above-captioned cases were served via electronic mail on all parties to each respective action on October 22, 2014 and October 23, 2014.

Dated:  October 24, 2014

THE SIMON LAW FIRM, P.C.

By:  */s/* Michael P. Kella
Anthony G. Simon (*pro hac vice* forthcoming)
Michael P. Kella (*pro hac vice* forthcoming)
Benjamin R. Askew (*pro hac vice* forthcoming)
Timothy D. Krieger (*pro hac vice* forthcoming)
800 Market Street, Suite 1700
St. Louis, Missouri 63101
P. 314.241.2929
F. 314.241.2029
asimon@simonlawpc.com
mkella@simonlawpc.com
baskew@simonlawpc.com
tkrieger@simonlawpc.com

*Attorneys for Plaintiffs Technology Properties Limited, LLC and MCM Portfolio LLC*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on October 24, 2014 via the Court's CM/ECF system.

/s/ Michael P. Kella

Page **3** of **3**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW, C 14-03647-CW

CERTIFICATE OF SERVICE OF CASE
MANAGEMENT SCHEDULING ORDER
FOR REASSIGNED CIVIL CASE