**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FALCON COMPUTER SYSTEMS, INC.,<br><br>　　　　Defendant(s). | Case Number: C 14-03641-CW<br><br>[~~PROPOSED~~] **ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE CERTIFICATE OF SERVICE** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>HITI DIGITAL AMERICA INC.,<br><br>　　　　Defendant(s). | Case Number: C 14-03642-CW<br><br>[~~PROPOSED~~] **ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE CERTIFICATE OF SERVICE** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　Defendant(s). | Case Number: C 14-03643-CW<br><br>[~~PROPOSED~~] **ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE CERTIFICATE OF SERVICE** |

Page **1** of **3**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

MOTION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE CERTIFICATE OF SERVICE AND [~~PROPOSED~~] ORDER

| | | |
|---|---|---|
| 1 | TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) |
| 2 | | ) Case Number: C 14-03644-CW |
| 3 | Plaintiffs, | ) ) **[PROPOSED] ORDER REGARDING** |
| 4 | vs. KINGSTON TECHNOLOGY CO., INC., | ) **STIPULATION FOR ADMINISTRATIVE** ) **RELIEF FOR PLAINTIFFS TO FILE** |
| 5 | | ) **CERTIFICATE OF SERVICE** |
| 6 | Defendant(s). | ) ) |
| 7 | TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) |
| 8 | | ) Case Number: C 14-03645-CW |
| 9 | Plaintiffs, | ) ) **[PROPOSED] ORDER REGARDING** |
| 10 | vs. | ) **STIPULATION FOR ADMINISTRATIVE** ) **RELIEF FOR PLAINTIFFS TO FILE** |
| 11 | NEWEGG INC., et al., | ) **CERTIFICATE OF SERVICE** |
| 12 | Defendant(s). | ) ) |
| 13 | | ) |
| 14 | TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) |
| 15 | Plaintiffs, | ) Case Number: C 14-03646-CW ) |
| 16 | vs. | ) **[PROPOSED] ORDER REGARDING** ) **STIPULATION FOR ADMINISTRATIVE** |
| 17 | SEIKO EPSON CORPORATION, et al., | ) **RELIEF FOR PLAINTIFFS TO FILE** ) **CERTIFICATE OF SERVICE** |
| 18 | | ) |
| 19 | Defendant(s). | ) ) |
| 20 | TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) |
| 21 | | ) Case Number: C 14-03647-CW |
| 22 | Plaintiffs, | ) ) **[PROPOSED] ORDER REGARDING** |
| 23 | vs. | ) **STIPULATION FOR ADMINISTRATIVE** ) **RELIEF FOR PLAINTIFFS TO FILE** |
| 24 | SHUTTLE COMPUTER GROUP INC., | ) **CERTIFICATE OF SERVICE** |
| 25 | Defendant(s) | ) ) |

Page **2** of **3**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

MOTION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE CERTIFICATE OF SERVICE AND [PROPOSED] ORDER

| | |
|---|---|
| 1 | Pursuant to the above-referenced Stipulation for Administrative Relief for Plaintiffs to File a Certificate of Service pursuant to the Court's October 22, 2014 and October 23, 2014 Case Management Scheduling Orders, for good cause shown, IT IS SO ORDERED that Plaintiffs' lead counsel may file the Certificates of Service required by the Court's October 22, 2014 and October 23, 2014 Orders. |

Dated: __10/29/2014__

_____
Claudia Wilken
UNITED STATES CHIEF DISTRICT JUDGE

Page **3** of **3**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

MOTION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE CERTIFICATE OF SERVICE AND [PROPOSED] ORDER