**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>CANON, INC.,<br><br>　　　Defendant(s). | Case Number: C 14-03640-CW<br><br>**STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>FALCON COMPUTER SYSTEMS, INC.,<br><br>　　　Defendant(s). | Case Number: C 14-03641-CW<br><br>**[PROPOSED] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>HITI DIGITAL AMERICA INC.,<br><br>　　　Defendant(s). | Case Number: C 14-03642-CW<br><br>**[PROPOSED] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |

Page **1** of **3**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

[PROPOSED] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE
RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL

| | | |
|---|---|---|
| 1 | TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, )<br>)<br>) | |
| 2 | ) | Case Number: C 14-03643-CW |
| 3 | Plaintiffs,   )<br>) | |
| 4 | vs.  )<br>) | **[PROPOSED] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| 5 | HEWLETT-PACKARD COMPANY,   )<br>) | |
| 6 | Defendant(s).   )<br>) | |

| | | |
|---|---|---|
| 7 | TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, )<br>) | |
| 8 | ) | |
| 9 | Plaintiffs,   ) | Case Number: C 14-03644-CW |
| 10 | )<br>vs.  ) | **[PROPOSED] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE** |
| 11 | KINGSTON TECHNOLOGY CO., INC.,   ) | **RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES** |
| 12 | Defendant(s).   ) | **AND COUNSEL** |

| | | |
|---|---|---|
| 13 | TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, )<br>) | |
| 14 | ) | Case Number: C 14-03645-CW |
| 15 | Plaintiffs,   )<br>) | |
| 16 | vs.  )<br>) | **[PROPOSED] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE** |
| 17 | NEWEGG INC., et al.,   )<br>) | **ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| 18 | Defendant(s).   ) | |

| | | |
|---|---|---|
| 20 | TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, )<br>) | |
| 21 | ) | Case Number: C 14-03646-CW |
| 22 | Plaintiffs,   )<br>) | |
| 23 | vs.  )<br>) | **[PROPOSED] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE** |
| 24 | SEIKO EPSON CORPORATION, et al.,   )<br>) | **ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| 25 | Defendant(s).   ) | |

Page **2** of **3**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

[PROPOSED] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE
RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, )  ) | |
| Plaintiffs, ) | Case Number: C 14-03647-CW |
| ) | |
| vs. ) ) | **[PROPOSED] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE** |
| SHUTTLE COMPUTER GROUP INC., ) ) | **ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| Defendant(s) ) | |

Pursuant to the above-referenced Stipulation for Administrative Relief for Plaintiffs to File ADR Certifications by Parties and Counsel, for good cause shown, IT IS SO ORDERED that Plaintiffs' lead counsel may file the ADR Certifications by Parties and Counsel.

Dated: _____                    _____
                                     Claudia Wilken
                                     UNITED STATES CHIEF DISTRICT JUDGE

Page **3** of **3**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

[PROPOSED] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE
RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL