# EXHIBIT A

## Plaintiff Technology Properties Limited LLC's ADR Certification by Parties and Counsel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Technology Properties Limited LLC, et al.

          Plaintiff(s),

Case No. C14-03645 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    v.

Newegg, Inc., et al.

          Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under Civil L.R. 5-1(b));*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Technology Properties Limited LLC

Dated: October 22, 2014

[Party] Arockiyasamy Venkidu, Manager

Dated: October 22, 2014

/s/ Benjamin R. Askew
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 6/14