# EXHIBIT B

## Plaintiff MCM Portfolio LLC's ADR Certification by Parties and Counsel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Technology Properties Limited LLC, et al.

        Plaintiff(s),

v.

Newegg, Inc., et al.

        Defendant(s).

Case No. C14-03645 CW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under Civil L.R. 5-1(b));*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: October 22, 2014

MCM Portfolio LLC

_____
[Party] Susan Anhalt, Manager

Dated: October 22, 2014

    /s/ Benjamin R. Askew
    [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 6/14