Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
gmf@classlitigation.com
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 238-9610
Facsimile (510) 337-1431

Counsel for Defendants Newegg Inc. and Rosewill Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEWEGG INC. *et al.*<br><br>　　　　Defendants. | Case No. C 14-03645-CW<br><br>**DEFENDANTS NEWEGG INC.'S AND ROSEWILL INC.'S CERTIFICATION OF INTERESTED ENTITIES AND PERSONS** |

　　　Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding (in addition to the parties):

- Akasa Asia Corporation
  Suite 3, 6F, No. 379, Jungshan Road
  Sanchung Ciy, Taipei
  Taiwan

1

- Coxoc Co., Ltd.
  7F-1, No. 188, Sec. 3, Ta Tung Road
  His Chih City, Taipei Hsien
  Taiwan, R.O.C. 22103

- A&H Information Co., Ltd.
  His Chih City, Taipei Hsien
  Taiwan, R.O.C. 22103

- Lee Hwa Technology
  13F-2, No. 9, JingGuo RD.
  Tao Yuan City, Tao Yuan County
  Taiwan

- Ying Jian Enterprise Co., Ltd.
  5F.-7, Lane 609, Sec. 5, Chongsin Rd.
  Sanchong City, Taipei County 241, Taiwan

- I-Rocks Technology Co., Ltd.
  12F, No. 190, Chung-hsin Rd., Sec. 2
  Hsin-tien City, Taipei
  23146 Taiwan, R.O.C.

Date:  October 28, 2014          By:      /S/ Gordon M. Fauth, Jr.
                                          Gordon M. Fauth, Jr.

                                          1801 Clement Avenue, Suite 101
                                          Alameda, California  94501
                                          Telephone (510) 238-9610
                                          Facsimile (510) 337-1431

                                          Counsel for Defendants Newegg Inc.
                                          and Rosewill Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on October 28, 2014 via the Court's CM/ECF system.

/s/ Gordon M. Fauth, Jr.