PARTIES LISTED ON SIGNATURE PAGE

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | |
| Plaintiffs, | Case Number: C 14-03640-CW |
| vs. | **STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| CANON, INC., | |
| Defendant(s). | |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | |
| Plaintiffs, | Case Number: C 14-03641-CW |
| vs. | **STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| FALCON COMPUTER SYSTEMS, INC., | |
| Defendant(s). | |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | |
| Plaintiffs, | Case Number: C 14-03642-CW |
| vs. | **STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| HITI DIGITAL AMERICA INC., | |
| Defendant(s). | |

Page **1** of **8**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant(s). | Case Number: C 14-03643-CW<br><br>**STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>KINGSTON TECHNOLOGY CO., INC.,<br><br>    Defendant(s). | Case Number: C 14-03644-CW<br><br>**STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>NEWEGG INC., et al.,<br><br>    Defendant(s). | Case Number: C 14-03645-CW<br><br>**STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>SEIKO EPSON CORPORATION, et al.,<br><br>    Defendant(s). | Case Number: C 14-03646-CW<br><br>**STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |

Page **2** of **8**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>SHUTTLE COMPUTER GROUP INC.,<br><br>    Defendant(s). | Case Number: C 14-03647-CW<br><br>**STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |

Pursuant to Civil Local Rule 7-11, Plaintiffs Technology Properties Limited LLC ("TPL") and MCM Portfolio LLC ("MCM") and Defendants Canon Inc., Canon U.S.A., Inc., Falcon Northwest Computer Systems, Inc., HiTi Digital America Inc., Hewlett-Packard Company, Kingston Technology Company, Inc., Newegg Inc., Rosewill Inc., Seiko Epson Corporation, Epson America, Inc. and Shuttle Computer Group Inc. (collectively, "the parties") respectfully submit this Stipulation for Administrative Relief for Plaintiffs to file the ADR Certifications by Parties and Counsel in the above-captioned matters.

Plaintiffs state as follows in support of this stipulation:

1. Plaintiffs have worked diligently to retain local counsel after this case was transferred to this District.

2. Plaintiffs have not yet been able to retain local counsel. Thus, Plaintiffs have not been able to move the Court for *pro hac vice* admission of its lead counsel.

3. On October 22, 2014 and October 23, 2014, the Court entered Case Management Scheduling Orders in the above-captioned matters.

4. Plaintiffs have served all parties to the above-captioned matter with the Orders.

5. Defendants do not join in Plaintiffs' statements but do not oppose the relief requested by Plaintiffs.

For these reasons, this stipulation respectfully requests administrative relief for Plaintiffs' undersigned counsel to file the ADR Certifications by Parties and Counsel (attached hereto as Exhibits A and B).

Page **3** of **8**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 29, 2014 | By: */s/* Benjamin R. Askew |
| 3 | | Anthony G. Simon (*pro hac vice* forthcoming) |
| 4 | | Michael P. Kella (*pro hac vice* forthcoming) |
| | | Benjamin R. Askew (*pro hac vice* forthcoming) |
| 5 | | Timothy D. Krieger (*pro hac vice* forthcoming) |
| | | THE SIMON LAW FIRM, P.C. |
| 6 | | 800 Market Street, Suite 1700 |
| 7 | | St. Louis, Missouri 63101 |
| | | P. 314.241.2929 |
| 8 | | F. 314.241.2029 |
| 9 | | asimon@simonlawpc.com |
| | | mkella@simonlawpc.com |
| 10 | | baskew@simonlawpc.com |
| 11 | | tkrieger@simonlawpc.com |
| 12 | | *Attorneys for Plaintiffs Technology Properties Limited, LLC and MCM Portfolio LLC* |
| 13 | | |
| 14 | Dated: October 29, 2014 | By: */s/* Tracy A. Stitt  (*with consent*) |
| | | Jacqueline K. S. Lee (State Bar No. 247705) |
| 15 | | jkslee@jonesday.com |
| 16 | | JONES DAY |
| | | 1755 Embarcadero Road |
| 17 | | Palo Alto, CA  94303 |
| 18 | | Telephone:  (650) 739-3939 |
| | | Facsimile:  (650) 739-3900 |
| 19 | | Calvin P. Griffith (Admitted *Pro Hac Vice*) |
| 20 | | cpgriffith@jonesday.com |
| | | David M. Maiorana (Admitted *Pro Hac Vice*) |
| 21 | | dmaiorana@jonesday.com |
| 22 | | JONES DAY |
| | | North Point |
| 23 | | 901 Lakeside Avenue |
| 24 | | Cleveland, OH  44114 |
| | | Telephone:  (216) 586-3939 |
| 25 | | Facsimile:  (216) 579-0212 |
| 26 | | Tracy A. Stitt (Admitted *Pro Hac Vice*) |
| | | tastitt@jonesday.com |
| 27 | | |
| 28 | | |

Page **4** of **8**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

| | | |
|---|---|---|
| 1 | | JONES DAY |
| 2 | | 51 Louisiana Avenue, N.W. |
| | | Washington, D.C. 20001 |
| 3 | | Telephone:  (202) 879-3939 |
| | | Facsimile:  (202) 626-1700 |
| 4 | | |
| 5 | | *Counsel for Defendants Canon Inc. and Canon U.S.A., Inc.* |
| 6 | | |
| 7 | Dated: October 29, 2014 | By:  /s/ David S. Hoffman  (*with consent*) |
| | | David M. Barkan |
| 8 | | SBN 160825 |
| | | FISH & RICHARDSON P.C. |
| 9 | | 500 Arguello Street, Suite 500 |
| 10 | | Redwood City, California 94070-1526 |
| | | Tel:  (650) 839-5070 |
| 11 | | Fax:  (650) 839-5071 |
| | | Barkan@fr.com |
| 12 | | |
| 13 | | David M. Hoffman (*admitted pro hac vice*) |
| | | FISH & RICHARDSON P.C. |
| 14 | | One Congress Plaza, Suite 810 |
| | | 111 Congress Avenue |
| 15 | | Austin, TX  78701 |
| 16 | | Tel:  (512) 472-5070 |
| | | Fax:  (512) 320-8935 |
| 17 | | Hoffman @fr.com |
| 18 | | |
| | | Christine Yang |
| 19 | | LAW OFFICES OF S.J. CHRISTINE YANG |
| | | 17220 Newhope Street, Suite 101-102 |
| 20 | | Fountain Valley, CA  92708 |
| 21 | | Tel:  (714) 641-4022 |
| | | Fax: (714) 641-2082 |
| 22 | | cyang@sjclawpc.com |
| 23 | | *Attorneys for Defendant Kingston Technology Company, Inc.* |
| 24 | | |
| 25 | Dated: October 29, 2014 | By:  /s/ Gordon M. Fauth, Jr. (*with consent*) |
| 26 | | Gordon M. Fauth, Jr. (Cal. Bar No. 190280) |
| | | gmf@classlitigation.com |

Page **5** of **8**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

| | | |
|---|---|---|
| 1 | | LITIGATION LAW GROUP |
| 2 | | 1801 Clement Ave., Suite 101 |
| | | Alameda, CA  94501 |
| 3 | | Telephone:  (510) m238-9610 |
| | | Facsimile:  (510) 337-1431 |
| 4 | | |
| 5 | | Kent E. Baldauf, Jr. (*Pro Hac Vice* admission pending) |
| 6 | | kbaldaufjr@webblaw.com |
| | | Bryan P. Clark (*Pro Hac Vice* admission pending) |
| 7 | | bclark@webblaw.com |
| | | THE WEBB LAW FIRM |
| 8 | | 420 Ft. Duquesne Blvd, Suite 1200 |
| | | Pittsburgh, PA  15222 |
| 9 | | Telephone:  (412) 471-8815 |
| 10 | | Facsimile:  (412) 471-4094 |
| 11 | | *Attorneys for Defendants Falcon Northwest Computer Systems, Inc., Newegg Inc. And Rosewill Inc.* |
| 12 | | |
| 13 | | |
| 14 | Dated: October 29, 2014 | By:  */s/* Andrew T. Oliver (*with consent*) |
| 15 | | Jenny W. Chen (Cal. Bar No. 205043) |
| | | CHEN IP LAW GROUP |
| 16 | | 7F, No. 1, Alley 30, Lane 358, Rueiguang Road |
| | | Neihu District |
| 17 | | Taipei, Taiwan 114 |
| 18 | | Telephone:  +886.2.7721.8855 |
| | | Facsimile:  +886.2.7721.8822 |
| 19 | | Email:  Jenny.Chen@ ChenIPLaw.com |
| 20 | | Andrew T. Oliver (Cal. Bar No. 226098) |
| | | AMIN, TUROCY & WATSON LLP |
| 21 | | 148 Castro Street, Suite B-20 |
| 22 | | Mountain View, CA  94041 |
| | | Telephone:  (650) 618-6477 |
| 23 | | Email:  aoliver@ATWiplaw.com |
| 24 | | *Attorneys for Defendants Shuttle Computer Group Inc. and HiTi Digital America, Inc.* |
| 25 | | |
| 26 | | |
| 27 | | Page **6** of **8** |
| 28 | | C14-03641-CW, C14-03642-CW, C 14-03643-CW, C 14-03644-CW, C 14-03645-CW, C 14-03646-CW, C 14-03647-CW |

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

Dated: October 29, 2014

By: /s/ Matthew J. Hertko (*with consent*)
Kyle T. Barrett (State Bar No. 284595)
kbarrett@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:  (650) 739-3939
Facsimile:  (650) 739-3900

William E. Devitt (admitted *Pro Hac Vice*)
wdevitt@jonesday.com
Matthew J. Hertko (admitted *Pro Hac Vice*)
mhertko@jonesday.com
JONES DAY
77 W. Wacker, Suite 3500
Chicago, IL  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

*Attorneys for Defendants Seiko Epson Corp. and Epson America, Inc.*

Dated: October 29, 2014

By: /s/ Megan Whyman Olsek (*with consent*)
Megan Whyman Olesek (SBN 191218)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA  94304
Telephone:  (650) 384-4700
Facsimile:  (650) 384-4701
Email:  molesek@kenyon.com

Marcia H. Sundeen (admitted *Pro Hac Vice*)
T. Cy Walker (admitted *Pro Hac Vice*)
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, DC  20005
Telephone:  202-220-4200
Facsimile:  202-220-4201
Email:  msundeen@kenyon.com
Email:  cwalker@kenyon.com

*Attorneys for Defendant Hewlett-Packard Company*

Page **7** of **8**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on October 29, 2014 via the Court's CM/ECF system.

/s/ Benjamin R. Askew

Page **8** of **8**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, </br></br>Plaintiffs,</br></br>vs.</br></br>CANON, INC.,</br></br>Defendant(s). | Case Number: C 14-03640-CW</br></br>**STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,</br></br>Plaintiffs,</br></br>vs.</br></br>FALCON COMPUTER SYSTEMS, INC.,</br></br>Defendant(s). | Case Number: C 14-03641-CW</br></br>[PROPOSED] **ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,</br></br>Plaintiffs,</br></br>vs.</br></br>HITI DIGITAL AMERICA INC.,</br></br>Defendant(s). | Case Number: C 14-03642-CW</br></br>[PROPOSED] **ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |

Page **1** of **3**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

[PROPOSED] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE
RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) | Case Number: C 14-03643-CW<br><br>**[**~~PROPOSED~~**] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KINGSTON TECHNOLOGY CO., INC.,<br><br>    Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) | Case Number: C 14-03644-CW<br><br>**[**~~PROPOSED~~**] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NEWEGG INC., et al.,<br><br>    Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) | Case Number: C 14-03645-CW<br><br>**[**~~PROPOSED~~**] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SEIKO EPSON CORPORATION, et al.,<br><br>    Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) | Case Number: C 14-03646-CW<br><br>**[**~~PROPOSED~~**] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |

Page **2** of **3**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

[~~PROPOSED~~] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE
RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SHUTTLE COMPUTER GROUP INC.,<br><br>　　　　Defendant(s) | Case Number: C 14-03647-CW<br><br>[PROPOSED] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL |

Pursuant to the above-referenced Stipulation for Administrative Relief for Plaintiffs to File ADR Certifications by Parties and Counsel, for good cause shown, IT IS SO ORDERED that Plaintiffs' lead counsel may file the ADR Certifications by Parties and Counsel.

Dated:  10/31/2014

　　　　　　　　　　　　　　　　　　 _/s/ Claudia Wilken_
　　　　　　　　　　　　　　　　　　Claudia Wilken
　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

Page **3** of **3**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

[PROPOSED] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE
RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL

# EXHIBIT A

## Plaintiff Technology Properties Limited LLC's ADR Certification by Parties and Counsel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Technology Properties Limited LLC, et al.

                Plaintiff(s),

    v.

Canon, Inc., et al.

                Defendant(s).

Case No. C14-03640 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under Civil L.R. 5-1(b));*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: October 22, 2014

Technology Properties Limited LLC

[Party] *Arockiyaswamy Venkidu, Manager* (signature)

Dated: October 22, 2014

/s/ Benjamin R. Askew
[Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 6/14

# EXHIBIT B

## Plaintiff MCM Portfolio LLC's ADR Certification by Parties and Counsel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Technology Properties Limited LLC, et al.

        Plaintiff(s),

v.

Canon, Inc., et al.

        Defendant(s).

Case No. C14-03640 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under Civil L.R. 5-1(b));*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: October 22, 2014

MCM Portfolio LLC

/s/ Susan Anhalt
[Party] Susan Anhalt, Manager

Dated: October 22, 2014

    /s/ Benjamin R. Askew
[Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 6/14