PARTIES LISTED ON SIGNATURE PAGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FALCON COMPUTER SYSTEMS, INC., <br><br> Defendant(s). | Case Number: C 14-03641-CW <br><br> **CERTIFICATE OF SERVICE REGARDING ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> HITI DIGITAL AMERICA INC., <br><br> Defendant(s). | Case Number: C 14-03642-CW <br><br> **CERTIFICATE OF SERVICE REGARDING ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant(s). | Case Number: C 14-03643-CW <br><br> **CERTIFICATE OF SERVICE REGARDING ORDER SETTING CASE MANAGEMENT CONFERENCE** |

CERTIFICATE OF SERVICE OF CASE
MANAGEMENT SCHEDULING ORDER
FOR REASSIGNED CIVIL CASE

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KINGSTON TECHNOLOGY CO., INC.,<br><br>    Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) | Case Number: C 14-03644-CW<br><br>**CERTIFICATE OF SERVICE REGARDING ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NEWEGG INC., et al.,<br><br>    Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) | Case Number: C 14-03645-CW<br><br>**CERTIFICATE OF SERVICE REGARDING ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SEIKO EPSON CORPORATION, et al.,<br><br>    Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) | Case Number: C 14-03646-CW<br><br>**CERTIFICATE OF SERVICE REGARDING ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SHUTTLE COMPUTER GROUP INC.,<br><br>    Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) | Case Number: C 14-03647-CW<br><br>**CERTIFICATE OF SERVICE REGARDING ORDER SETTING CASE MANAGEMENT CONFERENCE** |

Pursuant to the Court's Orders Scheduling a Case Management Conference, Plaintiffs certify that a copy of the Court's October 22, 2014 and October 23, 2014 Case Management Scheduling Orders issued in the above-captioned cases were served via electronic mail on all parties to each respective action on October 22, 2014 and October 23, 2014.

Dated:  October 31, 2014

THE SIMON LAW FIRM, P.C.

By:  /s/ Michael P. Kella
Anthony G. Simon (*pro hac vice* forthcoming)
Michael P. Kella (*pro hac vice* forthcoming)
Benjamin R. Askew (*pro hac vice* forthcoming)
Timothy D. Krieger (*pro hac vice* forthcoming)
800 Market Street, Suite 1700
St. Louis, Missouri 63101
P. 314.241.2929
F. 314.241.2029
asimon@simonlawpc.com
mkella@simonlawpc.com
baskew@simonlawpc.com
tkrieger@simonlawpc.com

*Attorneys for Plaintiffs Technology Properties Limited, LLC and MCM Portfolio LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on October 31, 2014 via the Court's CM/ECF system.

/s/ Michael P. Kella