Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
gmf@classlitigation.com
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 238-9610
Facsimile (510) 337-1431

Counsel for Defendants Newegg Inc. and Rosewill Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEWEGG INC. *et al.*<br><br>    Defendants. | Case No. C 14-03645-CW<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

    Pursuant to L.R. 16-8(b) and ADR L.R. 3-5, each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the ADR Internet site: cand.uscourts.gov/adr;

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

//
//
//
//

1

(3) Considered whether their case might benefit from any of the available dispute resolution options.

Date: October 31, 2014        By: _____
                                    Defendants Newegg Inc. and Rosewill Inc.
                                    by Jennifer Gatewood

Date: October 31, 2014        By:        /s/ Gordon M. Fauth, Jr.
                                    Gordon M. Fauth, Jr.
                                    1801 Clement Avenue, Suite 101
                                    Alameda, California 94501
                                    Telephone (510) 238-9610
                                    Facsimile (510) 337-1431

                                    Counsel for Defendants Newegg Inc.
                                    and Rosewill Inc.