UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., <br><br>            Plaintiffs, <br><br>     v. <br><br>CANON INC., et al., <br><br>            Defendants. | Case No.  14-cv-03640-CW <br><br>**ORDER RE: COURT CONNECTED MEDIATION** |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., <br><br>            Plaintiffs, <br><br>     v. <br><br>FALCON NORTHWEST COMPUTER SYSTEMS, INC. <br><br>            Defendant. | Case No.  14-cv-03641-CW |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., <br><br>            Plaintiffs, <br><br>     v. <br><br>HITI DIGITAL, INC., et al., <br><br>            Defendants. | Case No.  14-cv-03642-CW |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., <br><br>           Plaintiffs, <br><br>      v. <br><br> HEWLETT-PACKARD COMPANY, <br><br>           Defendants. | Case No.  14-cv-03643-CW |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., <br><br>           Plaintiffs, <br><br>      v. <br><br> KINGSTON TECHNOLOGY CO., INC., <br><br>           Defendant. | Case No.  14-cv-03644-CW |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., <br><br>           Plaintiffs, <br><br>      v. <br><br> NEWEGG INC., et al., <br><br>           Defendants. | Case No.  14-cv-03645-CW |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., <br><br>           Plaintiffs, <br><br>      v. <br><br> SEIKO EPSON CORPORATION, et al., <br><br>           Defendants. | Case No.  14-cv-03646-CW |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>SHUTTLE INC., et al.,<br><br>           Defendants. | Case No.  14-cv-03647-CW |

The Court orders that all parties, in all cases, are to participate in court-connected mediation. Mediation shall occur within 90 days from the date of this order.

DATED:  11/3/2014

_____
CLAUDIA WILKEN
United States District Judge

3