Anthony G. Simon
Benjamin R. Askew
Timothy D. Krieger
Michael P. Kella
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
Saint Louis, Missouri 63010
Telephone:  (314) 241-2929
Facsimile:  (314) 241-2029
asimon@simonlaw.com
baskew@simonlawpc.com
tkrieger@simonlaw.com
mkella@simonlaw.com

Henry C. Bunsow (SBN 60707)
hbunsow@bdiplaw.com
Brian A.E. Smith (SBN 188147)
bsmith@bdiplaw.com
BUNSOW DE MORY SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744
Denise De Mory (SBN 168076)
ddemory@bdiplaw.com
BUNSOW DE MORY SMITH & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA  94063
Telephone: (650) 351-7248
Facsimile:  (650) 351-7253
ddemory@bdiplaw.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>    Plaintiffs, | )<br>) Case Number: C 14-03640-CW<br>)<br>) **MOTION TO WITHDRAW ATTORNEY**<br>) **GREGORY P. LOVE** |

Page **1** of **5**

C 14-03640-CW, C14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW

| | | |
|---|---|---|
| vs. | ) | |
| | ) | |
| CANON, INC., | ) | |
| | ) | |
|     Defendant(s). | ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) | |
| | ) | Case Number: C 14-03641-CW |
|     Plaintiffs, | ) | |
| | ) | **MOTION TO WITHDRAW ATTORNEY** |
| vs. | ) | **GREGORY P. LOVE** |
| | ) | |
| FALCON COMPUTER SYSTEMS, INC., | ) | |
| | ) | |
|     Defendant(s). | ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) | |
| | ) | Case Number: C 14-03642-CW |
|     Plaintiffs, | ) | |
| | ) | **MOTION TO WITHDRAW ATTORNEY** |
| vs. | ) | **GREGORY P. LOVE** |
| | ) | |
| HITI DIGITAL AMERICA INC., | ) | |
| | ) | |
|     Defendant(s). | ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) | |
| | ) | Case Number: C 14-03643-CW |
|     Plaintiffs, | ) | |
| | ) | **MOTION TO WITHDRAW ATTORNEY** |
| vs. | ) | **GREGORY P. LOVE** |
| | ) | |
| HEWLETT-PACKARD COMPANY, | ) | |
| | ) | |
|     Defendant(s). | ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) | |
| | ) | Case Number: C 14-03644-CW |
|     Plaintiffs, | ) | |
| | ) | **MOTION TO WITHDRAW ATTORNEY** |
| vs. | ) | **GREGORY P. LOVE** |
| | ) | |
| KINGSTON TECHNOLOGY CO., INC., | ) | |

Page **2** of **5**

C 14-03640-CW, C14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW

MOTION TO WITHDRAW ATTORNEY
GREGORY P. LOVE

|   |   |   |
|---|---|---|
| Defendant(s). | ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Case Number: C 14-03645-CW |
| vs. | ) ) ) | **MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |
| NEWEGG INC., et al., | ) ) ) | |
| Defendant(s). | ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Case Number: C 14-03646-CW |
| vs. | ) ) ) | **MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |
| SEIKO EPSON CORPORATION, et al., | ) ) ) | |
| Defendant(s). | ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Case Number: C 14-03647-CW |
| vs. | ) ) ) | **MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |
| SHUTTLE COMPUTER GROUP INC., | ) ) ) | |
| Defendant(s). | ) | |

Page **3** of **5**

C 14-03640-CW, C14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW

MOTION TO WITHDRAW ATTORNEY
GREGORY P. LOVE

Pursuant to Civil L.R. 11-5, Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC (collectively, "Plaintiffs"), hereby file this Motion to Withdraw Gregory P. Love (formerly of Stevens Love) as Counsel for Plaintiffs.  Plaintiffs continue to be represented by Anthony G. Simon, Benjamin R. Askew, Michael P. Kella and Timothy D. Krieger of The Simon Law Firm, P.C. and Henry Bunsow, Denise De Mory and Brian A.E. Smith of Bunsow, De Mory, Smith & Allison LLP.

Plaintiffs respectfully request that this Court enter an order permitting this withdrawal and that the Clerk remove his name from the list of persons authorized to receive electronic notices in this matter.

Dated:  November 13, 2014                    Respectfully submitted,

/s/ *Benjamin R. Askew*
Anthony G. Simon
Benjamin R. Askew
Timothy D. Krieger
Michael P. Kella
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
Saint Louis, Missouri 63010
P. 314-241.2929
F. 314-241.2029
asimon@simonlaw.com
baskew@simonlawpc.com
tkrieger@simonlaw.com
mkella@simonlaw.com

Henry C. Bunsow (SBN 60707)
hbunsow@bdiplaw.com
Brian A.E. Smith (SBN 188147)
bsmith@bdiplaw.com
BUNSOW DE MORY SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104

Page **4** of **5**

C 14-03640-CW, C14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW

MOTION TO WITHDRAW ATTORNEY
GREGORY P. LOVE

Telephone: (415) 426-4747
Facsimile: (415) 426-4744

Denise De Mory (SBN 168076)
ddemory@bdiplaw.com
BUNSOW DE MORY SMITH & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (650) 351-7253
ddemory@bdiplaw.com

ATTORNEYS FOR PLAINTIFFS
TECHNOLOGY PROPERTIES LIMITED LLC
AND MCM PORTFOLIO LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on counsel for all parties of record on November 13, 2014 via the Court's CM/ECF system.

/s/Benjamin R. Askew

Page **5** of **5**

C 14-03640-CW, C14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW

MOTION TO WITHDRAW ATTORNEY
GREGORY P. LOVE