**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CANON, INC., <br><br> Defendant(s). | Case Number: C 14-03640-CW <br><br> **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FALCON COMPUTER SYSTEMS, INC., <br><br> Defendant(s). | Case Number: C 14-03641-CW <br><br> **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> HITI DIGITAL AMERICA INC., <br><br> Defendant(s). | Case Number: C 14-03642-CW <br><br> **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant(s). | Case Number: C 14-03643-CW <br><br> **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |

Page **1** of **3**

C 14-03640-CW, C14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW

[PROPOSED] ORDER GRANTING MOTION
TO WITHDRAW ATTORNEY GREGORY P. LOVE

| | | |
|---|---|---|
| 1 | TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, ) ) | |
| 2 | ) | Case Number: C 14-03644-CW |
| 3 | Plaintiffs, ) ) | **[PROPOSED] ORDER GRANTING** |
| 4 | vs. ) ) | **MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |
| 5 | KINGSTON TECHNOLOGY CO., INC., ) ) | |
| 6 | Defendant(s). ) | |
| 7 | TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, ) ) | |
| 8 | ) | Case Number: C 14-03645-CW |
| 9 | Plaintiffs, ) ) | **[PROPOSED] ORDER GRANTING** |
| 10 | vs. ) ) | **MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |
| 11 | NEWEGG INC., et al., ) ) | |
| 12 | Defendant(s). ) | |
| 13 | TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, ) ) | |
| 14 | ) | Case Number: C 14-03646-CW |
| 15 | Plaintiffs, ) ) | **[PROPOSED] ORDER GRANTING** |
| 16 | vs. ) ) | **MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |
| 17 | SEIKO EPSON CORPORATION, et al., ) ) | |
| 18 | Defendant(s). ) | |
| 19 | TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, ) ) | |
| 20 | ) | Case Number: C 14-03647-CW |
| 21 | Plaintiffs, ) ) | **[PROPOSED] ORDER GRANTING** |
| 22 | vs. ) ) | **MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |
| 23 | SHUTTLE COMPUTER GROUP INC., ) ) | |
| 24 | Defendant(s). ) | |

After considering Plaintiff's Motion to Withdraw Attorney Gregory P. Love, for good cause shown, the Court ORDERS that such Motion is Granted.

Page **2** of **3**

C 14-03640-CW, C14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW

[PROPOSED] ORDER GRANTING MOTION
TO WITHDRAW ATTORNEY GREGORY P. LOVE

It is therefore ORDERED that Gregory P. Love is hereby withdrawn as counsel of record for Plaintiffs and terminated from CM/ECF notifications in connection with these matters.

Dated: _____

HONORABLE CHIEF DISTRICT JUDGE
CLAUDIA WILKEN

Page **3** of **3**

C 14-03640-CW, C14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW

[PROPOSED] ORDER GRANTING MOTION
TO WITHDRAW ATTORNEY GREGORY P. LOVE