1  Henry C. Bunsow (SBN 60707)
   hbunsow@bdiplaw.com
2  Brian A.E. Smith (SBN 188147)
   bsmith@bdiplaw.com
3  BUNSOW, DE MORY, SMITH & ALLISON LLP
   351 California Street, Suite 200
4  San Francisco, CA  94104
   Telephone: (415) 426-4747
5  Facsimile:  (415) 426-4744

6
   Denise M. De Mory (SBN 168076)
7  ddemory@bdiplaw.com
   BUNSOW, DE MORY, SMITH & ALLISON LLP
8  600 Allerton Street, Suite 101
   Redwood City, CA 94063
9  Telephone: (650) 351-7248
   Facsimile: (650) 351-7253
10

11 Attorneys for Plaintiff
   TECHNOLOGY PROPERTIES LIMITED, LLC
12 and MCM PORTFOLIO LLC,

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          OAKLAND DIVISION

16

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al., | CASE NO.  14-cv-03640 CW |
| Plaintiffs, | **NOTICE OF APPEARANCE OF HENRY C. BUNSOW** |
| v. | |
| CANON INC., et al., | |
| Defendant. | |
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al., | CASE NO.  14-cv-03641 CW |
| Plaintiffs, | |
| v. | |
| FALCON NORTHWEST COMPUTER SYSTEMS, INC., | |
| Defendant. | |

28
NOTICE OF APPEARANCE
CASE NOS. 14-03640-CW, 14-03641-CW,
14-03642-CW, 14-03643-CW, 14-03644-CW,
14-03645-CW, 14-03646-CW, 14-03647-CW

| | | |
|---|---|---|
| 1 | TECHNOLOGY PROPERTIES LIMITED, LLC and MCM PORTFOLIO LLC, | CASE NO.  14-cv-03642 CW |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | HITI DIGITAL, INC., et al., | |
| 5 | Defendants | |
| 6 | TECHNOLOGY PROPERTIES LIMITED, LLC, et al., | CASE NO.  14-cv-03643 CW |
| 7 | | |
| 8 | Plaintiffs, | |
| 9 | v. | |
| 10 | HEWLETT-PACKARD COMPANY, | |
| 11 | Defendants | |
| 12 | TECHNOLOGY PROPERTIES LIMITED, LLC, et al., | CASE NO.  14-cv-03644 CW |
| 13 | | |
| 14 | Plaintiffs, | |
| 15 | v. | |
| 16 | KINGSTON TECHNOLOGY CO., INC., | |
| 17 | Defendant. | |
| 18 | TECHNOLOGY PROPERTIES LIMITED, LLC, et al., | CASE NO.  14-cv-03645 CW |
| 19 | | |
| 20 | Plaintiffs, | |
| 21 | v. | |
| 22 | NEWEGG INC., et al., | |
| 23 | Defendants | |

24

25

26

27

28

NOTICE OF APPEARANCE
CASE NOS. 14-03640-CW, 14-03641-CW,
14-03642-CW, 14-03643-CW, 14-03644-CW,
14-03645-CW, 14-03646-CW, 14-03647-CW

-2-

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al., | CASE NO.  14-cv-03646 CW |
| Plaintiffs, | |
| v. | |
| SEIKO EPSON CORPORATION., et al., | |
| Defendants. | |
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al., | CASE NO.  14-cv-03647 CW |
| Plaintiffs, | |
| v. | |
| SHUTTLE INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that the undersigned attorney, Henry C. Bunsow, a member of the bar of this Court, enters his appearance in the above-captioned actions as counsel for Plaintiffs, TECHNOLOGY PROPERTIES LIMITED, LLC and MCM PORTFOLIO LLC, and respectfully requests service of pleadings, motions, and other papers filed in this action and any orders and notices from this Court:

> Henry C. Bunsow (SBN 60707)
> Bunsow De Mory Smith & Allison LLP
> 351 California Street, Suite 200
> San Francisco, CA  94104
> Telephone: (415) 426-4747
> Facsimile:  (415) 426-4744
> Email: hbunsow@bdiplaw.com

Respectfully submitted,

Dated: November 12, 2014

BUNSOW DE MORY SMITH & ALLISON LLP

By:  */s/ Henry C. Bunsow*
Henry C. Bunsow

Attorneys for Plaintiff
TECHNOLOGY PROPERTIES LIMITED, LLC
and MCM PORTFOLIO LLC