Henry C. Bunsow (SBN 60707)
hbunsow@bdiplaw.com
Brian A.E. Smith (SBN 188147)
bsmith@bdiplaw.com
BUNSOW, DE MORY, SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
Telephone: (415) 426-4747
Facsimile:  (415) 426-4744

Denise M. De Mory (SBN 168076)
ddemory@bdiplaw.com
BUNSOW, DE MORY, SMITH & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (650) 351-7253

Attorneys for Plaintiff
TECHNOLOGY PROPERTIES LIMITED, LLC
and MCM PORTFOLIO LLC,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al., | CASE NO.  14-cv-03640 CW |
| Plaintiffs, | **NOTICE OF APPEARANCE OF DENISE M. DE MORY** |
| v. | |
| CANON INC., et al., | |
| Defendant. | |

NOTICE OF APPEARANCE
CASE NOS. 14-03640-CW, 14-03641-CW,
14-03642-CW, 14-03643-CW, 14-03644-CW,
14-03645-CW, 14-03646-CW, 14-03647-CW

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>FALCON NORTHWEST COMPUTER SYSTEMS, INC.,<br><br>    Defendant. | CASE NO.  14-cv-03641 CW |
| TECHNOLOGY PROPERTIES LIMITED, LLC and MCM PORTFOLIO LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>HITI DIGITAL, INC., et al.,<br><br>    Defendants | CASE NO.  14-cv-03642 CW |
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendants | CASE NO.  14-cv-03643 CW |
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>KINGSTON TECHNOLOGY CO., INC.,<br><br>    Defendant. | CASE NO.  14-cv-03644 CW |

NOTICE OF APPEARANCE
CASE NOS. 14-03640-CW, 14-03641-CW,
14-03642-CW, 14-03643-CW, 14-03644-CW,
14-03645-CW, 14-03646-CW, 14-03647-CW

-2-

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEWEGG INC., et al., <br><br> Defendants | CASE NO.  14-cv-03645 CW |
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SEIKO EPSON CORPORATION., et al., <br><br> Defendants. | CASE NO.  14-cv-03646 CW |
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHUTTLE INC., et al., <br><br> Defendants. | CASE NO.  14-cv-03647 CW |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that the undersigned attorney, Denise M. De Mory, a member of the bar of this Court, enters her appearance in the above-captioned actions as counsel for Plaintiffs, TECHNOLOGY PROPERTIES LIMITED, LLC and MCM PORTFOLIO LLC, and respectfully requests service of pleadings, motions, and other papers filed in this action and any orders and notices from this Court:

Denise M. De Mory (SBN 168076)
ddemory@bdiplaw.com
BUNSOW, DE MORY, SMITH & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (650) 351-7253

NOTICE OF APPEARANCE
CASE NOS. 14-03640-CW, 14-03641-CW,
14-03642-CW, 14-03643-CW, 14-03644-CW,
14-03645-CW, 14-03646-CW, 14-03647-CW

-3-

Dated: November 10, 2014

Respectfully submitted,

BUNSOW DE MORY SMITH & ALLISON LLP

By:  */s/ Denise M. De Mory*
Denise M. De Mory

Attorneys for Plaintiff
TECHNOLOGY PROPERTIES LIMITED, LLC
and MCM PORTFOLIO LLC

NOTICE OF APPEARANCE
CASE NOS. 14-03640-CW, 14-03641-CW,
14-03642-CW, 14-03643-CW, 14-03644-CW,
14-03645-CW, 14-03646-CW, 14-03647-CW

-4-