**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CANON, INC.,<br><br>        Defendant(s). | Case Number: C 14-03640-CW<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>        Plaintiffs,<br><br>    vs.<br><br>FALCON COMPUTER SYSTEMS, INC.,<br><br>        Defendant(s). | Case Number: C 14-03641-CW<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>        Plaintiffs,<br><br>    vs.<br><br>HITI DIGITAL AMERICA INC.,<br><br>        Defendant(s). | Case Number: C 14-03642-CW<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>        Plaintiffs,<br><br>    vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>        Defendant(s). | Case Number: C 14-03643-CW<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |

Page **1** of **3**

C 14-03640-CW, C14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW

[~~PROPOSED~~] ORDER GRANTING MOTION
TO WITHDRAW ATTORNEY GREGORY P. LOVE

| | | |
|---|---|---|
| 1 | TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, ) | |
| 2 | ) | Case Number: C 14-03644-CW |
| 3 | Plaintiffs, ) | [PROPOSED] ORDER GRANTING |
| 4 | vs. ) | MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE |
| 5 | KINGSTON TECHNOLOGY CO., INC., ) | |
| 6 | Defendant(s). ) | |

(Note: ~~[PROPOSED]~~ shown with strikethrough)

| | | |
|---|---|---|
| 7 | TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, ) | |
| 8 | ) | Case Number: C 14-03645-CW |
| 9 | Plaintiffs, ) | ~~[PROPOSED]~~ **ORDER GRANTING** |
| 10 | vs. ) | **MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |
| 11 | NEWEGG INC., et al., ) | |
| 12 | Defendant(s). ) | |
| 13 | TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, ) | |
| 14 | ) | Case Number: C 14-03646-CW |
| 15 | Plaintiffs, ) | ~~[PROPOSED]~~ **ORDER GRANTING** |
| 16 | vs. ) | **MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |
| 17 | SEIKO EPSON CORPORATION, et al., ) | |
| 18 | Defendant(s). ) | |
| 19 | TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, ) | |
| 20 | ) | Case Number: C 14-03647-CW |
| 21 | Plaintiffs, ) | ~~[PROPOSED]~~ **ORDER GRANTING** |
| 22 | vs. ) | **MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE** |
| 23 | SHUTTLE COMPUTER GROUP INC., ) | |
| 24 | Defendant(s). ) | |

25   After considering Plaintiff's Motion to Withdraw Attorney Gregory P. Love, for good

26  cause shown, the Court ORDERS that such Motion is Granted.

27  Page **2** of **3**

28  C 14-03640-CW, C14-03641-CW, C14-03642-CW, C 14-03643-CW, C 14-03644-CW, C 14-03645-CW, C 14-03646-CW, C 14-03647-CW

~~[PROPOSED]~~ ORDER GRANTING MOTION
TO WITHDRAW ATTORNEY GREGORY P. LOVE

It is therefore ORDERED that Gregory P. Love is hereby withdrawn as counsel of record for Plaintiffs and terminated from CM/ECF notifications in connection with these matters.

Dated: 11/18/2014

_____
HONORABLE CHIEF DISTRICT JUDGE
CLAUDIA WILKEN

Page **3** of **3**

C 14-03640-CW, C14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW

[PROPOSED] ORDER GRANTING MOTION
TO WITHDRAW ATTORNEY GREGORY P. LOVE