# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Technology Properties Limited, LLC, | 14-03645 CW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Newegg Inc, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Shirish Gupta
> Flashpoint Mediation
> 1900 S. Norfolk Street, Suite 350
> San Mateo, CA 94403
> 650-539-4019
> sgupta@flashpointmediation.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
14-03645 CW MED                          - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: December 3, 2014

RICHARD W. WIEKING  
Clerk  
by:     Claudia M. Forehand

_____/s/_____  
ADR Case Administrator  
415-522-2059  
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**  
14-03645 CW MED                                        - 2 -