PARTIES LISTED ON SIGNATURE PAGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CANON, INC., et al., <br><br> Defendant(s). | Case Number: C 14-03640-CW <br><br> **JOINT NOTICE REGARDING APPOINTMENT OF A TECHNICAL ADVISOR** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FALCON COMPUTER SYSTEMS, INC., <br><br> Defendant(s). | Case Number: C 14-03641-CW <br><br> **JOINT NOTICE REGARDING APPOINTMENT OF A TECHNICAL ADVISOR** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> HITI DIGITAL AMERICA INC., <br><br> Defendant(s). | Case Number: C 14-03642-CW <br><br> **JOINT NOTICE REGARDING APPOINTMENT OF A TECHNICAL ADVISOR** |

Page **1** of **9**

C 14-03640-CW, C 14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW, C 14-04616-CW

JOINT NOTICE REGARDING APPOINTMENT
OF A TECHNICAL ADVISOR

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant(s). | Case Number: C 14-03643-CW <br><br> **JOINT NOTICE REGARDING APPOINTMENT OF A TECHNICAL ADVISOR** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> KINGSTON TECHNOLOGY CO., INC., <br><br> Defendant(s). | Case Number: C 14-03644-CW <br><br> **JOINT NOTICE REGARDING APPOINTMENT OF A TECHNICAL ADVISOR** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> NEWEGG INC., et al., <br><br> Defendant(s). | Case Number: C 14-03645-CW <br><br> **JOINT NOTICE REGARDING APPOINTMENT OF A TECHNICAL ADVISOR** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> SEIKO EPSON CORPORATION, et al., <br><br> Defendant(s). | Case Number: C 14-03646-CW <br><br> **JOINT NOTICE REGARDING APPOINTMENT OF A TECHNICAL ADVISOR** |

Page **2** of **9**

C 14-03640-CW, C 14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW, C 14-04616-CW

JOINT NOTICE REGARDING APPOINTMENT
OF A TECHNICAL ADVISOR

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> SHUTTLE COMPUTER GROUP INC., <br><br> Defendant(s). | Case Number: C 14-03647-CW <br><br> **JOINT NOTICE REGARDING APPOINTMENT OF A TECHNICAL ADVISOR** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> SONY CORPORATION, et al., <br><br> Defendant(s). | Case Number:  C 14-04616-CW <br><br> **JOINT NOTICE REGARDING APPOINTMENT OF A TECHNICAL ADVISOR** |

Pursuant to the Court's Minute Order and Case Management Order of November 19, 2014, Plaintiffs Technology Properties Limited LLC ("TPL") and MCM Portfolio LLC ("MCM") and Defendants Canon Inc., Canon U.S.A., Inc., Falcon Northwest Computer Systems, Inc., HiTi Digital America Inc., Hewlett-Packard Company,  Kingston Technology Company, Inc., Newegg Inc., Rosewill Inc., Seiko Epson Corporation, Epson America, Inc., Shuttle Computer Group Inc., Sony Corporation, and Sony Corporation of America (collectively, "the parties") respectfully submit this Joint Notice Regarding Appointment of a Technical Advisor. The parties consent to the Court's proposed technical advisor, Kwan Chan.

Page **3** of **9**

C 14-03640-CW, C 14-03641-CW, C14-03642-CW, C 14-03643-CW, C 14-03644-CW, C 14-03645-CW, C 14-03646-CW, C 14-03647-CW, C 14-04616-CW

JOINT NOTICE REGARDING APPOINTMENT OF A TECHNICAL ADVISOR

Dated: December 5, 2014

By: */s/ Benjamin R. Askew*

Anthony G. Simon (*pro hac vice*)
Michael P. Kella (*pro hac vice*)
Benjamin R. Askew (*pro hac vice*)
Timothy D. Krieger (*pro hac vice* forthcoming)
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
P. 314.241.2929
F. 314.241.2029
asimon@simonlawpc.com
mkella@simonlawpc.com
baskew@simonlawpc.com
tkrieger@simonlawpc.com

Henry C. Bunsow
Denise De Mory
Brian A.E. Smith
BUNSOW DE MORY SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA 94104
T. (415) 426-4747
F. (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
bsmith@bdiplaw.com

*Attorneys for Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC*

Dated: December 5, 2014

By: */s/ David M. Maiorana (with consent)*

Jacqueline K. S. Lee (State Bar No. 247705)
jkslee@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Calvin P. Griffith (Admitted *Pro Hac Vice*)
cpgriffith@jonesday.com
David M. Maiorana (Admitted *Pro Hac Vice*)

Page **4** of **9**

C 14-03640-CW, C 14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW, C 14-04616-CW

JOINT NOTICE REGARDING APPOINTMENT
OF A TECHNICAL ADVISOR

| | |
|---|---|
| | dmaiorana@jonesday.com |
| | JONES DAY |
| | North Point |
| | 901 Lakeside Avenue |
| | Cleveland, OH  44114 |
| | Telephone:  (216) 586-3939 |
| | Facsimile:  (216) 579-0212 |
| | |
| | Tracy A. Stitt (Admitted *Pro Hac Vice*) |
| | tastitt@jonesday.com |
| | JONES DAY |
| | 51 Louisiana Avenue, N.W. |
| | Washington, D.C. 20001 |
| | Telephone:  (202) 879-3939 |
| | Facsimile:  (202) 626-1700 |
| | |
| | *Counsel for Defendants Canon Inc. and Canon U.S.A., Inc.* |
| | |
| Dated: December 5, 2014 | By:  */s/ David M. Hoffman* (*with consent*) |
| | David M. Barkan |
| | SBN 160825 |
| | FISH & RICHARDSON P.C. |
| | 500 Arguello Street, Suite 500 |
| | Redwood City, California 94070-1526 |
| | Tel:  (650) 839-5070 |
| | Fax:  (650) 839-5071 |
| | Barkan@fr.com |
| | |
| | David M. Hoffman (*admitted pro hac vice*) |
| | FISH & RICHARDSON P.C. |
| | One Congress Plaza, Suite 810 |
| | 111 Congress Avenue |
| | Austin, TX  78701 |
| | Tel:  (512) 472-5070 |
| | Fax:  (512) 320-8935 |
| | Hoffman @fr.com |
| | |
| | Christine Yang |
| | LAW OFFICES OF S.J. CHRISTINE YANG |
| | 17220 Newhope Street, Suite 101-102 |
| | Fountain Valley, CA  92708 |
| | Tel:  (714) 641-4022 |

Page **5** of **9**

C 14-03640-CW, C 14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW, C 14-04616-CW

JOINT NOTICE REGARDING APPOINTMENT
OF A TECHNICAL ADVISOR

Fax: (714) 641-2082
cyang@sjclawpc.com

*Attorneys for Defendant Kingston Technology Company, Inc.*

Dated: December 5, 2014

By:  */s/ Bryan P. Clark*  (*with consent*)
Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
gmf@classlitigation.com
LITIGATION LAW GROUP
1801 Clement Ave., Suite 101
Alameda, CA  94501
Telephone:  (510) m238-9610
Facsimile:  (510) 337-1431

Kent E. Baldauf, Jr. (*Pro Hac Vice*)
kbaldaufjr@webblaw.com
Bryan P. Clark (*Pro Hac Vice*)
bclark@webblaw.com
THE WEBB LAW FIRM
420 Ft. Duquesne Blvd, Suite 1200
Pittsburgh, PA  15222
Telephone:  (412) 471-8815
Facsimile:  (412) 471-4094

*Attorneys for Defendants Falcon Northwest Computer Systems, Inc., Newegg Inc. And Rosewill Inc.*

Dated: December 5, 2014

By:  */s/* Andrew T. Oliver (*with consent*)
Jenny W. Chen (Cal. Bar No. 205043)
CHEN IP LAW GROUP
7F, No. 1, Alley 30, Lane 358, Rueiguang Road
Neihu District
Taipei, Taiwan 114
Telephone:  +886.2.7721.8855
Facsimile:  +886.2.7721.8822
Email:  Jenny.Chen@ ChenIPLaw.com

Andrew T. Oliver (Cal. Bar No. 226098)
AMIN, TUROCY & WATSON LLP
148 Castro Street, Suite B-20

C 14-03640-CW, C 14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW, C 14-04616-CW

JOINT NOTICE REGARDING APPOINTMENT
OF A TECHNICAL ADVISOR

| | |
|---|---|
| | Mountain View, CA  94041<br>Telephone:  (650) 618-6477<br>Email:  aoliver@ATWiplaw.com |
| | *Attorneys for Defendants Shuttle Computer Group Inc. and HiTi Digital America, Inc.* |
| Dated: December 5, 2014 | By:  */s/ William E. Devitt* (*with consent*)<br>Kyle T. Barrett (State Bar No. 284595)<br>kbarrett@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:  (650) 739-3939<br>Facsimile:  (650) 739-3900<br><br>William E. Devitt (admitted *Pro Hac Vice*)<br>wdevitt@jonesday.com<br>Matthew J. Hertko (admitted *Pro Hac Vice*)<br>mhertko@jonesday.com<br>JONES DAY<br>77 W. Wacker, Suite 3500<br>Chicago, IL  60601<br>Telephone:  (312) 782-3939<br>Facsimile:  (312) 782-8585<br><br>*Attorneys for Defendants Seiko Epson Corp. and Epson America, Inc.* |
| Dated: December 5, 2014 | By:  */s/T. Cy Walker* (*with consent*)<br>Megan Whyman Olesek (SBN 191218)<br>KENYON & KENYON LLP<br>1801 Page Mill Road, Suite 210<br>Palo Alto, CA  94304<br>Telephone:  (650) 384-4700<br>Facsimile:  (650) 384-4701<br>Email:  molesek@kenyon.com<br><br>Marcia H. Sundeen (admitted *Pro Hac Vice*)<br>T. Cy Walker (admitted *Pro Hac Vice*)<br>KENYON & KENYON LLP<br>1500 K Street, NW, Suite 700 |

JOINT NOTICE REGARDING APPOINTMENT
OF A TECHNICAL ADVISOR

C 14-03640-CW, C 14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW, C 14-04616-CW

Washington, DC  20005
Telephone:  202-220-4200
Facsimile:  202-220-4201
Email:  msundeen@kenyon.com
Email:  cwalker@kenyon.com

*Attorneys for Defendant Hewlett-Packard Company*

Dated: December 5, 2014     By:  */s/ Paul T. Qualey (with consent)*
Michael N. Zachary
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California 94304
Telephone: (650) 384-4700
Facsimile: (650) 384-4701
Email: mzachary@kenyon.com

John Flock (*Pro Hac Vice*)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288
Email: jflock@kenyon.com

Paul T. Qualey (*Pro Hac Vice*)
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, DC  20005
Telephone:  202-220-4200
Facsimile:  202-220-4201
Email: pqualey@kenyon.com

*Attorneys for Defendants Sony Corporation and Sony Corporation of America*

C 14-03640-CW, C 14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW, C 14-04616-CW

JOINT NOTICE REGARDING APPOINTMENT
OF A TECHNICAL ADVISOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on December 5, 2014 via the Court's CM/ECF system.

/s/ Benjamin R. Askew

Page **9** of **9**

C 14-03640-CW, C 14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW, C 14-04616-CW

JOINT NOTICE REGARDING APPOINTMENT
OF A TECHNICAL ADVISOR