# EXHIBIT D

US006438638B1

## (12) United States Patent
### Jones et al.

(10) Patent No.: **US 6,438,638 B1**
(45) Date of Patent: **Aug. 20, 2002**

(54) **FLASHTOASTER FOR READING SEVERAL TYPES OF FLASH-MEMORY CARDS WITH OR WITHOUT A PC**

(75) Inventors: **Larry Lawson Jones**, Palo Alto; **Sreenath Mambakkam**, San Jose; **Arockiyaswamy Venkidu**, Menlo Park, all of CA (US)

(73) Assignee: **OnSpec Electronic, Inc.**, Santa Clara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 267 days.

(21) Appl. No.: **09/610,904**

(22) Filed: **Jul. 6, 2000**

(51) Int. Cl.[7] .......................... **G06F 13/00**; G06F 1/16

(52) U.S. Cl. ........................... **710/301**; 710/303

(58) Field of Search ................................ 710/300, 301, 710/302, 303

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,296,692 A | * | 3/1994 | Shino | 235/486 |
| 5,394,206 A | * | 2/1995 | Cocca | 354/21 |
| 5,576,698 A | * | 11/1996 | Card et al. | 340/825.52 |
| 5,589,719 A | * | 12/1996 | Fiset | 307/131 |
| 5,640,541 A | * | 6/1997 | Bartram et al. | 395/500 |
| 5,729,204 A | * | 3/1998 | Fackler et al. | 340/825.04 |
| 5,786,769 A | * | 7/1998 | Coteus et al. | 340/687 |
| 5,815,426 A | * | 9/1998 | Jigour et al. | 365/51 |
| 5,828,905 A | * | 10/1998 | Rao | 395/883 |
| 5,877,975 A | * | 3/1999 | Jigour et al. | 365/52 |
| 5,905,888 A | * | 5/1999 | Jones et al. | 395/652 |
| D416,541 S | * | 11/1999 | Hirai et al. | D13/147 |
| 5,995,376 A | * | 11/1999 | Schultz et al. | 361/788 |
| 6,006,295 A | * | 12/1999 | Jones et al. | 710/62 |

| | | | | |
|---|---|---|---|---|
| 6,026,007 A | * | 2/2000 | Jigour et al. | 365/51 |
| 6,075,706 A | | 6/2000 | Learmonth et al. | 361/737 |
| 6,264,506 B1 | | 7/2001 | Yasufuku et al. | 439/638 |
| 6,353,870 B1 | * | 3/2002 | Mills et al. | 710/301 |

OTHER PUBLICATIONS

Lexar Media Weg Pages—Parallel Port, Universal Readers, FAQ, Jumpshot, Jun. 5, 2000.*
Microtouch Smart Media to PCMCIA Adapter Product Sheet, Jun. 8, 2000.*

* cited by examiner

*Primary Examiner*—Peter Wong
*Assistant Examiner*—Tim Vo
(74) *Attorney, Agent, or Firm*—Stuart T. Auvine

(57) **ABSTRACT**

A flash-memory-card reader reads and writes multiple types of flash-memory cards, including CompactFlash, and the smaller SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick. A converter chip converts the different card signals for transfer to a host personal computer (PC). Serial-to-parallel data conversion is performed for the smaller card formats with serial data interfaces, but not for CompactFlash with a parallel-data interface. A single slot has a 50-pin connector for CompactFlash cards or passive adapters. The passive adapters have the CompactFlash form factor and a smaller connector fitting smaller flash cards. Passive adapters have no components but simply wire the smaller connector to the CompactFlash connector. A pin mapping allows card-type detection by sensing the LSB address pins of the CompactFlash interface. A larger CompactFlash reader has multiple slots for each card type. The reader is connected to the PC by a cable, or located within the PC chassis in a drive bay. A stand-alone reader copies images from the flash-memory card to a removable disk media. Pressing a button initiates image transfer.

**28 Claims, 11 Drawing Sheets**





# FIG. 1A

PRIOR ART

# FIG. 1B



PRIOR ART

# FIG. 1C



SMART MEDIA

SM TO 10'
PCMCIA

24

FIG. 2A

SD    26

MMC    28

MEM STICK    18

14

CF TO 10
PCMCIA

CF
16

PRIOR ART



MEM STK TO PCMCIA

11    15

FIG. 2B



FIG. 3A

FIG. 3B



# FIG. 4A



HH = CF          # FIG. 4B



FIG. 4C

LH = MMC/SD



FIG. 4D

HL = SMRT MEDIA



FIG. 4E

LL = MEM STK

**U.S. Patent**        Aug. 20, 2002        Sheet 6 of 11        US 6,438,638 B1

| Pin | CF | Smart Media | MMC/SD | Memory Stick |
|-----|------|------|------|------|
| 1 | Ground | Ground | Ground | Ground |
| 2 | D3 | D3 | --- | --- |
| 3 | D4 | D4 | --- | --- |
| 4 | D5 | D5 | --- | --- |
| 5 | D6 | D6 | --- | --- |
| 6 | D7 | D7 | --- | --- |
| 7 | -CE1 | -SMCS | --- | --- |
| 8 | A10 | --- | --- | --- |
| 9 | -OE | -OE | --- | --- |
| 10 | A9 | --- | --- | --- |
| 11 | A8 | --- | --- | --- |
| 12 | A7 | --- | --- | --- |
| 13 | Power | Power | Power | Power |
| 14 | A6 | CLE | | |
| 15 | A5 | ALE | | |
| 16 | A4 | READY | | |
| 17 | A3 | -WP | | |
| 18 | A2 | LVD | SCLK | SCLK |
| 19 | A1 | | DIO | DIO |
| 20 | A0 | | CMD | BS |
| 21 | D0 | D0 | | |
| 22 | D1 | D1 | | |
| 23 | D2 | D2 | | |
| 24 | --- | --- | --- | --- |
| 25 | -CD2 | -CD2 | -CD2 | -CD2 |
| 26 | -CD1 | -CD1 | -CD1 | -CD1 |
| 27 | D11 | --- | --- | --- |
| 28 | D12 | --- | --- | --- |
| 29 | D13 | --- | --- | --- |
| 30 | D14 | --- | --- | --- |
| 31 | D15 | --- | --- | --- |
| 32 | -CE2 | --- | --- | --- |
| 33 | --- | --- | --- | --- |
| 34 | tie high | --- | --- | --- |
| 35 | tie high | --- | --- | --- |
| 36 | -WE | -WE | --- | --- |
| 37 | INTRQ | --- | --- | --- |
| 38 | Power | Power | Power | Power |
| 39 | --- | --- | --- | --- |
| 40 | --- | --- | --- | --- |
| 41 | RESET | --- | --- | --- |
| 42 | --- | --- | --- | --- |
| 43 | --- | --- | --- | --- |
| 44 | -REG | --- | --- | --- |
| 45 | --- | --- | --- | --- |
| 46 | --- | --- | --- | --- |
| 47 | D8 | --- | --- | --- |
| 48 | D9 | --- | --- | --- |
| 49 | D10 | --- | --- | --- |
| 50 | Ground | Ground | Ground | Ground |

**FIG. 5**



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

US 6,438,638 B1

# FLASHTOASTER FOR READING SEVERAL TYPES OF FLASH-MEMORY CARDS WITH OR WITHOUT A PC

## FIELD OF THE INVENTION

This invention relates to flash-memory readers, and more particularly for interfacing several different types of flash-memory cards to a personal computer.

## BACKGROUND OF THE INVENTION

Digital cameras have become one of the most popular of electronic devices. In a recent year, more digital cameras were sold than traditional film cameras. Images from digital cameras can be downloaded and stored on personal computers. Digital pictures can be converted to common formats such as JPEG and sent as e-mail attachments or posted to virtual photo albums on the Internet. Video as well as still images can be captured, depending on the kind of digital camera.

Digital cameras typically capture images electronically and ultimately store the images as bits (ones and zeros) on a solid-state memory. Flash memory is the most common storage for digital cameras. Flash memory contains one or more electrically-erasable read-only-memory (EEPROM) integrated circuit chips that allow reading, writing, and block erasing.

Early digital cameras required the user to download or transfer the images from the flash memory within the digital camera to a personal computer (PC). A standard serial cable was most widely used. However, the limited transfer rate of the serial cable and the large size of the digital images made such serial downloads a patience-building experience. Serial downloads could easily take half an hour for only a few dozen images.

Digital camera manufacturers solved this problem by placing the flash memory chips on a small removable card. The flash-memory card could then be removed from the digital camera, much as film is removed from a standard camera. The flash-memory card could then be inserted into an appropriate slot in a PC, and the image files directly copied to the PC.

FIG. 1A shows a flash memory card and adapter for transferring images from a digital camera to a PC. A user takes pictures with digital camera 14 that are stored in image files on flash memory chip(s). The flash memory chip is contained, in CompactFlash card 16, which can be removed from digital camera 14 by pressing a card-eject button. Thus CompactFlash card 16 contains the image files.

While some smaller hand-held computers or personal-digital-assistants (PDA) have slots that receive Compact-Flash cards, most PC's do not. Laptop or notebook PC's have PC-card (earlier known as PCMCIA, Personal Computer Memory Card International Association) slots that can receive PCMCIA cards. Many functions have been placed on PCMCIA cards, such as modems, Ethernet, flash memory, encryption keys, and even miniature hard drives.

CF-to-PCMCIA adapter 10 is a passive adapter that contains an opening that receives CompactFlash card 16. FIG. 1B shows CF-to-PCMCIA adapter 10 with Compact-Flash card 16 inserted. Such CF-to-PCMCIA adapters 10 sell for as little as $5–10. CompactFlash is a trademark of SanDisk Corp. of Sunnyvale, Calif.

FIG. 1C shows a PC connected to a PCMCIA reader. Most laptop and notebook PC's contain one or two PCMCIA slots 22 that CF-to-PCMCIA adapter 10 can fit into. Then the user

merely has to copy the image files from CompactFlash card 16 to the hard disk of PC 20. Since high-speed parallel buses are used, transfer is rapid, about the same speed as accessing the hard disk. Thus a half-hour serial-cable transfer can be reduced to less than a minute with the $5 CF-to-PCMCIA adapter.

Desktop PC's usually do not have PCMCIA slots. Then PCMCIA reader 12 can be used. PCMCIA reader 12 accepts CF-to-PCMCIA adapter 10 and connects to PC 20 through a parallel or high-speed Universal Serial Bus (USB) cable.

### Multiple Flash-Card Formats

Although the CompactFlash card format is relatively small, being not much more than an inch square, other smaller cards have recently emerged. FIG. 2A illustrates various formats of flash-memory cards used with digital cameras. Many digital cameras still use CompactFlash card 16, which can be inserted into CF-to-PCMCIA adapter 10 for transfer to a PC. Other smaller, thinner formats have emerged and are used with some manufacturer's digital cameras. For example, SmartMedia card 24 is less than half an inch long, yet has enough flash memory capacity for dozens of images. SmartMedia-to-PCMCIA adapter 10' is available commercially for about $60. The higher cost is believed to be due to a converter chip within adapter 10'. Also, different adapters 10' are required for different memory capacities of SmartMedia card 24. SmartMedia is a trademark of the SSFDC Forum of Tokyo, Japan.

Other kinds of flash-memory cards that are being championed by different manufacturers include MultiMediaCard (MMC) 28 and the related Secure Digital Card (SD) 26. MMC is a trademark of SanDisk Corp. of Sunnyvale, Calif. while SD is controlled by the SD Group that includes Matsushita Electric Industrial Co., SanDisk Corporation, Toshiba Corp. Another emerging form factor from SONY is Memory Stick 18. Memory Stick has a PCMCIA/Floppy adapter while MMC has a floppy adapter.

The different physical shapes and pin arrangements of cards 24, 26, 28 and Memory Stick 18 prevent their use in CF-to-PCMCIA adapter 10. Indeed, most of these cards 24, 26, 28 have less than a dozen pins, while CompactFlash card 16 has a larger 50-pin interface. Furthermore, serial data interfaces are used in the smaller cards 24, 26, 28 while a parallel data bus is used with CompactFlash card 16.

FIG. 2B shows a Memory Stick-to-PCMCIA adapter using an active converter chip. Memory Stick 18 fits into an opening in Memory Stick-to-PCMCIA adapter 15, allowing adapter 15 and the Memory Stick to be plugged into a standard PCMCIA slot on a PC. However, adapter 15 has an integrated circuit (IC) converter chip 11 within it. Converter chip 11 may be needed to convert the serial data format of Memory Stick 18 to the parallel data format of a 68-pin PCMCIA slot. Inclusion of converter chip 11 in adapter 15 significantly increases the cost and complexity of adapter 15 compared to CF-to-PCMCIA adapter 10 which is a passive adapter without a converter chip.

While the advances in flash-memory card technology are useful, the many different card formats present a confusing array of interface requirements to a PC. Different adapters are needed for each of the card formats. PCMCIA card reader 12 can be replaced with other format readers, such as a SmartMedia Card reader, and even some multi-standard readers are available, such as a universal reader from Lexar Media that reads CompactFlash or SmartMedia in addition to PCMCIA.

What is desired is a universal adapter for flash-memory cards of several different formats. An adapter that accepts

**3**

SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick cards is desired. A flash-card reader with a single slot that accepts any format card using the adapter is desired. Special detection logic on the flash reader is desired to distinguish between the many flash-card formats is desirable. A low-cost passive adapter is desired that does not need an expensive converter chip. A multi-format reader is desired for a PC. A stand-alone flash reader is desired that can copy image files from flash cards without a PC is also desired.

SUMMARY OF THE INVENTION

A single-slot multi-flash-card reader has a personal computer interface for transferring data to a personal computer. A converter means is coupled to the personal computer interface. It converts multiple flash-card interfaces to a format used by the personal computer interface. The multiple flash-card interfaces include a CompactFlash interface and smaller interfaces having fewer pins that the Compact-Flash interface.

A CompactFlash connector is coupled to the converter means. It receives a CompactFlash card through a single slot in the single-slot multi-flash-card reader. The CompactFlash connector makes electrical connection with the Compact-Flash card for signals in the CompactFlash interface.

An adapter has a physical shape to removably insert into the CompactFlash connector. The adapter has a mating CompactFlash connector that fits the CompactFlash connector. The adapter also has a smaller connector. The smaller connector fits to other flash-memory cards having the smaller interfaces.

A wiring means in the adapter connects between the smaller connector and the mating CompactFlash connector. It directly connects signals from the smaller connector in the smaller interface with signals in the mating CompactFlash connector. Thus the adapter allows the other flash-memory cards having the smaller interfaces to fit into the Compact-Flash connector through the single slot to be read by the converter means.

In further aspects the wiring means connects card select signals from all of the smaller interfaces to card select signals in the CompactFlash connector. The converter means includes a card-detect means that is coupled to sense the card select signals. It detects presence of a flash-memory card inserted into the CompactFlash connector. Thus the converter means detects presence of CompactFlash and the other flash-memory cards having the smaller interfaces.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A shows a flash memory card and adapter for transferring images from a digital camera to a PC.

FIG. 1B shows CF-to-PCMCIA adapter **10** with CompactFlash card **16** inserted.

FIG. 1C shows a PC connected to a PCMCIA reader.

FIG. 2A illustrates various formats of flash-memory cards used with digital cameras.

FIG. 2B shows a Memory Stick-to-PCMCIA adapter using an active converter chip.

FIG. 3A shows a universal CompactFlash adapter that accepts SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick flash-memory cards.

FIG. 3B shows a CompactFlash reader that reads SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick flash-memory cards through passive adapters to the CompactFlash form factor.

**4**

FIGS. 4A–E show card-type detection using the A1, A0 pins of the CompactFlash reader interface.

FIG. 5 is a table of pin mappings for the SmartMedia, MMC/SD, and Memory Stick to CompactFlash adapters.

FIG. 6 is a diagram of a multi-slot embodiment of the flash-card reader.

FIG. 7 shows a flash-memory reader within a PC.

FIG. 8 shows a PC chassis with a flash-card reader in one of the drive bays.

FIG. 9 is a diagram of a stand-alone FlashToaster that accepts several formats of flash-memory cards and can copy images to a removable disk without being connected to a host PC.

FIG. 10 is a diagram of the converter chip for the flash-memory reader.

DETAILED DESCRIPTION

The present invention relates to an improvement in flash-memory card readers. The following description is presented to enable one of ordinary skill in the art to make and use the invention as provided in the context of a particular application and its requirements. Various modifications to the preferred embodiment will be apparent to those with skill in the art, and the general principles defined herein may be applied to other embodiments. Therefore, the present invention is not intended to be limited to the particular embodiments shown and described, but is to be accorded the widest scope consistent with the principles and novel features herein disclosed.

The inventors have realized that a universal adapter can be constructed using the CompactFlash card form factor. A reader that reads CompactFlash cards can then read any of the other flash-memory cards that plug into the Compact-Flash adapter. The adapters are simple, inexpensive passive adapters without a conversion chip.

The inventors have found a pin mapping from the smaller flash-card formats to CompactFlash that allows for easy detection of the type of flash-memory card inserted into the adapter. Detection of the type of flash-memory card is thus performed automatically by electronic detection by the CompactFlash reader. The CompactFlash reader is modified to perform this card-type detection. Signal conversion such as serial-to-parallel is performed by the CompactFlash reader rather than by the adapter. Adapter costs are reduced while CompactFlash reader cost is increased only slightly. The CompactFlash reader can use a single CompactFlash slot to read multiple flash-card types, including SmartMedia, MultiMediaCard, Secure Digital, Memory Stick, and CompactFlash.

In another embodiment, the CompactFlash reader is somewhat larger, and has multiple slots. The adapter is not needed in this embodiment. Instead, a slot is provided for each of the flash-memory card formats—SmartMedia, MultiMediaCard, Secure Digital, Memory Stick, and CompactFlash. A PCMCIA can also be added. This CompactFlash reader can be connected to the PC by a USB cable, or it can be located within the PC chassis.

In a third embodiment, the CompactFlash reader is a stand-alone device that can operate without a PC. A removable disk media such as a R/W CD-ROM is included. Images from the flash-memory card are copied to the removable disk media by the CompactFlash reader. A simple interface is used, such as having the user presses a button to initiate image transfer.

Universal, Passive Adapters—FIGS. 3A–B

FIG. 3A shows a universal CompactFlash adapter that accepts SmartMedia, MultiMediaCard, Secure Digital, and

US 6,438,638 B1

5

Memory Stick flash-memory cards. Digital camera **14** stores images on flash memory that is in one of several card types. CompactFlash card **16** uses a 50-pin connector and transfers image data in a 16-bit parallel format.

SmartMedia card **24** is smaller flash-memory card with a 22-pin interface and transfers data in an 8-bit parallel format. SmartMedia adapter **30** converts the 22-pin SmartMedia interface to fit within the 50-pin CompactFlash interface. When SmartMedia card **24** is plugged into SmartMedia adapter **30**, both can be plugged into a CompactFlash slot on a CompactFlash reader. Of course, ordinary CompactFlash readers will not be able to read SmartMedia card **24** since special signal conversion is required by the CompactFlash reader.

MultiMediaCard **28** and Secure Digital card **26** are flash-memory cards with similar 9-pin interfaces. Serial data transfer is used through a single Data I/O pin. MMC/SD adapter **32** has an opening with a 9-pin connector to receive either MultiMediaCard **28** or Secure Digital card **26**. Once MultiMediaCard **28** or Secure Digital card **26** is inserted into MMC/SD adapter **32**, then MMC/SD adapter **32** can be inserted into a CompactFlash slot on a special CompactFlash reader. The CompactFlash reader then detects the card type and performs serial-to-parallel conversion.

Memory Stick **18** is also a flash-memory card with a 9-pin, serial-data interface, but is narrower and longer than MultiMediaCard **28** or Secure Digital card **26**. Memory Stick adapter **34** has an opening with a 10-pin connector to receive Memory Stick **18**. Once Memory Stick **18** is inserted, Memory Stick adapter **32** can itself be inserted into a CompactFlash slot on a special CompactFlash reader. The CompactFlash reader then detects the card type and performs serial-to-parallel conversion.

FIG. 3B shows a CompactFlash reader that reads SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick flash-memory cards through passive adapters to the CompactFlash form factor. CompactFlash reader **42** has an opening or slot with 50-pin connector **44** that accepts CompactFlash card **16**. Controller chip **40** performs handshaking with CompactFlash card **16** and performs data transfer. CompactFlash reader **42** also connects to a PC over USB connector **46**. Controller chip **40** also controls the USB interface to the host PC, allowing image files to be transferred to the PC from CompactFlash card **16**.

Other kinds of flash-memory cards can also be read by CompactFlash reader **42**. For example, adapter **34** allows Memory Stick **18** to be read. Memory Stick adapter **34** has an opening that Memory Stick **18** fits into, while Memory Stick adapter **34** itself fits into 50-pin connector **44**, since adapter **34** has the same form factor as a CompactFlash card.

SmartMedia card **24** can also be read by CompactFlash reader **42**, using SmartMedia adapter **30**. Likewise, MultiMediaCard **28** or Secure Digital card **28** can be read using MMC/SD adapter **32**.

Adapters **30, 32, 34** are passive adapters that only connect pins from the smaller flash-memory cards to the 50-pin CompactFlash connector. An active converter chip is not required, greatly reducing cost and complexity.

Detection of Card Type—FIGS. 4A–E.

FIGS. 4A–E detail detection of the type of flash-memory card by the CompactFlash reader. Since the same CompactFlash slot is used for many kinds of flash-memory cards, a detection method is useful so that the user doesn't have to explicitly indicate what type of flash-memory card is inserted into the CompactFlash reader.

6

The inventors have carefully examined the pins of the interfaces to the various flash-memory cards and have discovered that type-detection can be performed by examining two address pins. Address pins A0 and A1 are the least-significant-bits (LSB) of the address of the 50-pin CompactFlash interface. These pins are normally inputs to the CompactFlash card and thus are driven by the CompactFlash reader. When the reader does not drive A0, A1 to the inserted CompactFlash card, the A0, A1 pins float or are pulled high by pullup resistors.

Address pins are not present on the other kinds of flash-memory cards. Instead, the address and data are multiplexed. For MMC/SD and Memory Stick, the address is sent serially. Using the adapters, pins from the other flash-memory cards can be connected to the CompactFlash pins. Pins A0 and A1 are used to detect the type of card. For SmartMedia, the addresses are sent by using a special control- sequence followed by 3 or 4 bytes of starting address.

In FIG. 4A, the A1, A0 pins of the CompactFlash reader interface are highlighted. Converter chip **40** in the CompactFlash reader normally drives all 11 address pins in the CompactFlash interface when reading a CompactFlash card plugged into connector **44**. The A0 pin from the CompactFlash card plugs into connector cup **56**, while the A1 pin from the CompactFlash card plugs into connector cup **58** of 50-pin connector **44**.

Card-type detector **50** has two pullup resistors added to lines A0, A1. Resistor **52** pulls line A0 high to power (Vcc) when neither converter chip **40** nor a card plugged into connector **44** drives line A0. Likewise, resistor **54** pulls line A1 high when line A1 is not being actively driven. During detection mode, converter chip **40** is programmed to not drive lines A0, A1 and instead use them as inputs to the detector logic.

In FIG. 4B, a CompactFlash card is inserted into the connector for card-type detection. CompactFlash card **16** is plugged into connector **44**. Since A0 and A1 are inputs to CompactFlash card **16**, they are not driven by CompactFlash card **16**. During detection mode, converter chip **40** also does not drive pins A0, A1. Thus lines A0, A1 are left floating and are each pulled high by resistors **52, 54**.

Detection logic in converter chip **40** reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins A0, A1 as inputs. Both inputs are high. The detection logic in converter chip **40** recognizes the HH state of A0, A1 as indicating that a CompactFlash card is plugged into connector **44**. Converter chip **40** then exits detection mode and configures its interface to connector **44** for the 50-pin CompactFlash interface as shown later in FIG. 5.

In FIG. 4C, a MultiMediaCard or Secure Digital card is inserted into the connector for card-type detection. MMC/SD card **28** (not shown) is plugged into MMC/SD adapter **32** which is plugged into connector **44**.

Converter chip **40** does not drive pins A1, A0 during detection mode. Thus pin A1 floats and is pulled high by resistor **54**. The A0 pin is driven low by the MMC card.

Detection logic in converter chip **40** reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins A0, A1 as inputs. While A0 is low, A1 is high. The detection logic in converter chip **40** recognizes the LH state of A0, A1 as indicating that a MMC or SD card is plugged into connector **44**. Converter chip **40** then exits detection mode and configures its interface to connector **44** for the 9-pin MMC/SD interface as shown later in FIG. 5.

US 6,438,638 B1

7

In FIG. **4**D, a SmartMedia card is inserted into the connector for card-type detection. SmartMedia card **24** (not shown) is plugged into SmartMedia adapter **30** which is plugged into connector **44**. The adapter **30** does not connect pins A0, A1 from the, CompactFlash interface to any pins on the SmartMedia card. Adapter **30** internally connects pin A1 from the CompactFlash interface to the ground pin on the CompactFlash interface.

The SmartMedia card does not drive either pin A1, A0, although adapter **30** drives pin A1 low. Likewise, converter chip **40** does not drive pins A1, A0 during detection mode. Pin A0 floats and is pulled high by resistor **52**.

Detection logic in converter chip **40** reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins A0, A1 as inputs. While A0 is high, A1 is low. The detection logic in converter chip **40** recognizes the HL state of A0, A1 as indicating that a SmartMedia card is plugged into connector **44**. Converter chip **40** then exits detection mode and configures its interface to connector **44** for the 22-pin SmartMedia interface as shown later in FIG. **5**.

In FIG. **4**E, a Memory Stick card is inserted into the connector for card-type detection. Memory Stick card **18** (not shown) is plugged into Memory Stick adapter **34** which is plugged into connector **44**.

Detection logic in converter chip **40** reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins A0, A1 as inputs. Both pins A0, A1 are low. The detection logic in converter chip **40** recognizes the LL state of A0, A1 as indicating that a Memory Stick card is plugged into connector **44**.

### Pin Mapping—FIG. 5

FIG. **5** is a table of pin mappings for the SmartMedia, MMC/SD, and Memory Stick to CompactFlash adapters. The pin numbers for the smaller interfaces for SmartMedia, MMC/SD, and Memory Stick are not shown but can be in any order or designation. The adapter connects the proper pin on the smaller interface to the CompactFlash pin number shown in FIG. **5**. Simple wiring such as individual wires, flat cables, printed-circuit board (PCB), or wiring traces can be used.

The ground pins on the smaller interfaces are connected to CompactFlash pins **1** and **50**. Power pins are connected to CompactFlash pins **13**, **38**. Pins **25**, **26** are the card detect signals for CompactFlash, which the adapters connect to the card-detect signals on all smaller interfaces.

The CompactFlash interfaces use pins **2–6**, **21–23**, **27–31**, and **47–49** for the 16-bit parallel data bus to the CompactFlash card. Pins **8**, **10–12**, and **14–20** form a separate 11-bit address bus. The separate data and address buses provide for rapid random addressing of CompactFlash cards. Other control signals include pins **6**, **32** chip enables, pin **9** output enable, pin **36** write enable, interrupt pin **37**, reset pin **41**, and register REG pin **44**. REG pin **44** is the Attribute Memory Select, defined based on the CF mode of operation, i.e. PCMCIA I/O mode, IDE or PCMCIA Memory Mode.Several pins in the 50-pin interface are not connected.

The smaller SmartMedia interface also has a parallel data bus of 8 bits. These are mapped to pins **2–6**, and **21–23** of the CompactFlash interface to match the CompactFlash DO:**7** signals. While no separate address bus is provided, address and data are multiplexed. Control signals for latch enables, write enable and protect, output enable, and ready

8

handshake are among the control signals. Output enable—OE and write enable—WE are mapped to the same function pins **9**, **36** of the CompactFlash interface. The total number of pins in the SmartMedia interface is **22**.

The Memory Stick and MMC/SD flash-memory-card interfaces are smaller still, since parallel data or address busses are not present. Instead, serial data transfers occur through serial data pin DIO, which is mapped to pin **19** (A1). Data is clocked in synchronization to clock SCLK on pin **18**. A command signal CMD or BS occupies pin **20** (A0). The MMC/SD and Memory Stick interfaces require only **6** pins plus power and ground.

Detection logic in converter chip **40** reads card-select pins CD0, CD1 to detect the presence of a flash-memory card. When a new card is present, detection logic then reads pins A0, A1 as inputs to determine the card type. The pullup resistors of FIG. **4**A together with wiring inside the adapter and the card's behavior determines whether A0, A1 are pulled low by the adapter or pulled high by the pullup resistors.

### Multi-Slot Multi-Flash-Card Reader—FIG. 6

FIG. **6** is a diagram of a multi-slot embodiment of the flash-card reader. While the single-slot embodiment of FIG. **3**B results in the smallest physical design, somewhat larger flash-card readers can be made that have separate slots for each type of flash-memory card, rather than a single slot. This negates the need for the adapters.

Four connectors are provided in flash reader **42**: a 50-pin CompactFlash connector **62** that fits CompactFlash card **16**, a **9** pin MMC/SD connector **64** that fits MultiMediaCard **28** or a Secure Digital card, a 22-pin SmartMedia connector **66** that fits SmartMedia card **24**, and a 10-pin Memory Stick connector **68** that fits Memory Stick **18**.

Each of the four connectors **62**, **64**, **66**, **68** route their signals to converter chip **40**.

Converter chip **40** detects when a flash-memory card has been inserted into one of the connectors **62**, **64**, **66**, **68** and configures itself to read files from the inserted card using the pin interface of FIG. **5** corresponding to the card type.

Converter chip **40** executes various routines to perform handshaking with the flash-memory cards and accept data, either serially or in parallel. The data is buffered and then sent to the host PC **20** through USB connector **46**. Converter chip **40** generates the appropriate USB-interface signals to transfer the data to host PC **20**.

Having separate connectors **62**, **64**, **66**, **68** with separate slots in flash reader **42** allows for card-to-card transfers. For example, images or other files from Memory Stick **18** could be transferred to CompactFlash card **16** by converter chip **40** reading serial data from Memory Stick inserted into connector **68**, converting to parallel, and writing to connector **62** and CompactFlash card **16**. Each of the flash-memory cards in connectors **62**, **64**, **66**, **68** can be assigned a different drive letter by the operating system, such as e:, f:, g:, and h:.

In this embodiment, flash reader **42** is contained in an external housing that connects to host PC **20** through a USB cable. Of course, other cables and interfaces such as IEEE **1394** FireWire may be substituted.

### Flash Reader Within PC—FIG. 7

FIG. **7** shows a flash-memory reader within a PC. Four slots and four connectors are provided in flash reader **42**. A 50-pin CompactFlash connector **62** fits CompactFlash card **16**, a 9-pin MMC/SD connector **64** fits MultiMediaCard **28**

or a Secure Digital card, a 22-pin SmartMedia connector 66 fits SmartMedia card 24, and a 10-pin Memory Stick connector 68 fits Memory Stick 18.

Each of the four connectors 62, 64, 66, 68 route their signals to converter chip 40. Converter chip 40 detects when a flash-memory card has been inserted into one of the connectors 62, 64, 66, 68 and configures itself to read files from the inserted card using the pin interface of FIG. 5 corresponding to the card type. Each of the flash-memory cards in connectors 62, 64, 66, 68 can be assigned a different drive letter by the operating system, such as e:, f:, g:, and h:.

Converter chip 40 executes various routines to perform handshaking with the flash-memory cards and accept data, either serially or in parallel. The data is buffered and then sent to the CPU 21 in PC 20 through an internal USB bus. Converter chip 40 generates the appropriate USB-interface signals to transfer the data to CPU 21.

FIG. 8 shows a PC chassis with a flash-card reader in one of the drive bays. PC 20 is enclosed by a chassis or case that has several drive bays allowing the user or manufacturer to insert peripherals such as hard and floppy disk drives, CD-ROM and DVD drives, and tape drives. HDD bay 72 contains a hard-disk drive, while FDD bay 74 contains a floppy disk drive. These are connected by cables to cards inserted into a USB, ATA, or other expansion bus connectors on the motherboard.

Flash reader 42 is inserted into one of the drive bays. The four slots face forward, allowing the user to insert flash-memory cards into flash reader 42 much as a floppy disk is inserted into the floppy-disk drive in FDD bay 74.

Flash reader 42 can be installed by the user from a kit purchased at a store, or it can be pre-installed by an original-equipment manufacturer (OEM) or retailer. The user can easily transfer digital images from a digital camera, regardless of the type of flash-card used by the camera, due to the many different formats of flash-memory cards read by flash reader 42.

## FlashToaster—FIG. 9

FIG. 9 is a diagram of a stand-alone FlashToaster that accepts several formats of flash-memory cards and can copy images to a removable disk without being connected to a host PC. Digital photographers may not always have their PC's nearby. While extra flash-memory cards can be purchased and swapped in the digital camera, these flash-memory cards are somewhat expensive, especially when many high-resolution images are captured. Especially during a long trip away from the PC, the user may be limited by the capacity of the flash-memory cards.

FlashToaster 80 has four slots and four connectors are provided in FlashToaster 80. A 50-pin CompactFlash connector 62 fits CompactFlash card 16, a 9-pin MMC/SD connector 64 fits MultiMediaCard 28 or a Secure Digital card, a 22-pin SmartMedia connector 66 fits SmartMedia card 24, and a 10-pin Memory Stick connector 68 fits Memory Stick 18.

Each of the four connectors 62, 64, 66, 68 route their signals to converter chip 40. Converter chip 40 detects when a flash-memory card has been inserted into one of the connectors 62, 64, 66, 68 by sensing card select lines CD0, CD1 and configures itself to read files from the inserted card using the pin interface of FIG. 5 corresponding to the card type.

Converter chip 40 executes various routines to perform handshaking with the flash-memory cards and accept data, either serially or in parallel. The data is buffered and then sent either to host PC 20 through USB connector 46 or to removable mass storage 70. Converter chip 40 generates the appropriate USB-interface signals to transfer the data to host PC 20. Converter chip 40 also generates the control signals for removable mass storage 70, allowing the image data read from the flash-memory card to be written to removable disk 76. Removable disk 76 could be a standard or a high-density floppy diskette, a tape drive, a writeable CD-R/W disk, or other proprietary media such as LS120 by Imation of Oakdale, Minnesota, or ZIP drives by Iomega Corp. of Roy, Utah.

Each of the flash-memory cards in connectors 62, 64, 66, 68 can be assigned a different drive letter by the operating system, such as e:, f:, g:, and h:. Removable mass storage 70 can also be signed a drive letter.

When FlashToaster 80 is not attached to host PC 20, image files may still be copied to removable mass storage 70. FlashToaster 80 may be carried along on a trip by the user, allowing the user to download image files to removable disk 76. Since removable disk 76 ordinarily has a much higher capacity than the flash-memory cards, many pictures may be captured when no access to host PC 20 is available. FlashToaster 80 can be provided with battery power or,with its own AC converter.

FlashToaster 80 is provided with a simple user interface, including light-emitting diode LED 78 and button 79. When the user inserts a flash-memory card into one of connectors 62, 64, 66, 68, and removable disk 76 is inserted into removable mass storage 70, the user presses button 79. This activates controller chip 40, which determines which of connectors 62, 64, 66,. 68 has a memory card inserted, and copies the image files to removable mass storage 70. LED 78 can be programmed to blink during the copying process, and remain lit when the copying is complete, or vice-versa. This provides a simple visual indication to the user of the copying progress. Errors can be indicated with additional LED indicator lamps, or other blinking arrangements or colors.

## Converter Chip—FIG. 10

FIG. 10 is a diagram of the converter chip for the flash-memory reader. Converter chip 40 can be implemented as a commercially-available micro-controller chip that is programmed to read and write I/O pins that are connected to the flash-memory-card connectors and USB interface. Several different control and transfer routines are written and programmed into RAM/ROM 94. CPU 92 then executes these routines. A high-level scanning routine can sense when a flash-memory card is inserted. CPU 92 can then begin execution of another routine specific to that type of flash-memory card. Transfer and handshake sub-routines can then be called.

General-purpose input-output GPIO 99 provides registers or I/O ports that drive external I/O pins of converter chip 40, or read the logic-levels or voltages on input pins to converter chip 40. CPU 92 can read registers in GPIO 99 that are written by control signals that are coupled to I/O pins of converter chip 40 from connectors 62, 64, 66, 68. Control signals to the flash-memory cards-can be switched high or low by writing a 1 or a 0 to a register for that control signal in GPIO 99.

Timers 96 are useful for asserting control signals for a required amount of time. For example, a control signal may need to be asserted for a specified number of microseconds. CPU 92 can write a 1 to a register in GPIO 99 and start a timer in timers 96. Timer 6 can sent an interrupt to CPU 96

**11**

when the specified time has elapsed, or CPU **92** can continuously or periodically poll timers **96** to determine when the specified time has elapsed. Then CPU **92** can write a 0 to the register in GPIO **99**, causing the control signal to transition from 1 to 0.

Shifter **98** is connected to the data and clock signals from connectors **64**, **68**. When data is read from the flash-memory card, a clock is pulsed to synchronize the data transfer. Shifter **98** clocks in one bit (serial) or word (parallel) of data for each clock pulse. A cyclical-redundancy-check (CRC) can be performed on the data to detect errors. CPU **92** can request re-transmission of data from the flash-memory card when an error is detected.

Data read by shifter **98** can be sent over internal bus **90** to be stored in a buffer in RAM/ROM **94**. Later, CPU **92** can execute a routine to transfer this data from RAM/ROM **94** to USB interface **100**. USB interface **100** then transmits the data over an external USB link to a host PC. When a removable mass storage is present, some of the I/O pins from GPIO **99** can connect to the removable mass storage, or a separate disk controller can be included on controller chip **40**.

## ADVANTAGES OF THE INVENTION

A universal adapter for flash-memory cards accepts cards of several different formats. The adapter accepts SmartMedia, MultiMediaCard, Secure Digital, and Memory Stick cards. The flash-card reader with a single slot accepts any format card using the adapter. Special detection logic on the flash reader distinguishes between the many flash-card formats. The low-cost passive adapter does not need an expensive converter chip. A multi-format reader is ideal for use with a PC. However, a stand-alone flash reader can copy image files from flash cards without a PC. Additionally, preparation of media for use in devices (format and erase operations) can be done using this reader.

A universal adapter is constructed using the Compact-Flash card form factor. A reader that reads CompactFlash cards can then read any of the other flash-memory cards that plug into the CompactFlash adapter. The adapters are simple, inexpensive passive adapters without a conversion chip.

The disclosed pin mapping from the smaller flash-card formats to CompactFlash allows for easy detection of the type of flash-memory card inserted into the adapter. Detection of the type of flash-memory card is thus performed automatically by electronic detection by the CompactFlash reader. The CompactFlash reader is modified to perform this card-type detection. Signal conversion such as serial-to-parallel is performed by the CompactFlash reader rather than by the adapter. Adapter costs are reduced while Compact-Flash reader cost is increased only slightly. The Compact-Flash reader can use a single CompactFlash slot to read multiple flash-card types, including SmartMedia, MultiMediaCard, Secure Digital, Memory Stick, and CompactFlash.

## ALTERNATE EMBODIMENTS

Several other embodiments are contemplated by the inventors. Different flash-card formats can be supported such as Smart Cards, and more or less than the four slots shown in the multi-card flash reader can be included. Other adapters can be used for newer flash formats for the single-slot CompactFlash reader. Any device that needs Control Bus, Clock, Data Bus and Address Bus can be designed to fit into this slot. Examples of such devices include (but are

**12**

not limited to) DSL Modems, Fingerprint security devices, Miniature Hard disks, etc.

While the invention has been described as connecting to a personal computer PC host, the host may also be an Apple-computer such as the iMAC or G**3**. The host may also be a SUN computer, or any host computer using USB or IDE interfaces. The invention can also apply to Personal Digital Assistants (PDAs) such as by Palm Computer or other handheld appliances, such as a Cell phone with USB capability.

The term "CompactFlash reader" has been used for simplicity, since digital images are often read from the flash-memory card and then written to the PC. However, the CompactFlash reader is capable of reading files from the PC or from another flash-memory card and writing the file to the flash-memory card. Thus the CompactFlash reader is really a reader/writer.

In another embodiment, the CompactFlash reader is somewhat larger, and has multiple slots. The adapter is not needed in this embodiment. Instead, a slot is provided for each of the flash-memory card formats—SmartMedia, MultiMediaCard, Secure Digital, Memory Stick, and CompactFlash. A PCMCIA slot can also be added. This CompactFlash reader can be connected to the PC by a USB cable, or it can be located within the PC chassis.

In a third embodiment, the CompactFlash reader is a stand-alone device that can operate without a PC. A removable disk media such as a R/W CD-ROM is included. Images from the flash-memory card are copied to the removable disk media by the CompactFlash reader. A simple interface is used, such as having the user presses a button to initiate image transfer.

The foregoing description of the embodiments of the invention has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed. Many modifications and variations are possible in light of the above teaching. It is intended that the scope of the invention be limited not by this detailed description, but rather by the claims appended hereto.

We claim:

1. A single-slot multi-flash-card reader comprising:

a personal computer interface for transferring data to a personal computer;

a converter means, coupled to the personal computer interface, for converting multiple flash-card interfaces to a format used by the personal computer interface;

wherein the multiple flash-card interfaces include a CompactFlash interface and smaller interfaces having fewer pins that the CompactFlash interface;

a CompactFlash connector, coupled to the converter means, for receiving a CompactFlash card through a single slot in the single-slot multi-flash-card reader, the CompactFlash connector making electrical connection with the CompactFlash card for signals in the CompactFlash interface;

an adapter, having a physical shape to removably insert into the CompactFlash connector, the adapter having a mating CompactFlash connector that fits the Compact-Flash connector, the adapter also having a smaller connector, the smaller connector for fitting to other flash-memory cards having the smaller interfaces; and

wiring means, in the adapter, connected between the smaller connector and the mating CompactFlash connector, for directly connecting signals from the

**13**

smaller connector in the smaller interface with signals in the mating CompactFlash connector;

whereby the adapter allows the other flash-memory cards having the smaller interfaces to fit into the Compact-Flash connector through the single slot to be read by the converter means.

**2**. The single-slot multi-flash-card reader of claim **1** wherein the wiring means connects card select signals from all of the smaller interfaces to card select signals in the CompactFlash connector;

wherein the converter means includes card-detect means, coupled to sense the card select signals, for detecting presence of a flash-memory card inserted into the CompactFlash connector,

whereby the converter means detects presence of Com-pactFlash and the other flash-memory

cards having the smaller interfaces.

**3**. The single-slot multi-flash-card reader of claim **2** wherein the wiring means connects signals from the smaller interfaces to least-significant-bit (LSB) address signals in the CompactFlash connector;

wherein the converter means includes card-type-detect means, coupled to sense the LSB address signals, for detecting a type of a flash-memory card inserted into the CompactFlash connector;

wherein the type of flash-memory card detected includes CompactFlash cards and smaller flash-memory cards having the smaller interface;

whereby the converter means detects the type of flash-memory card inserted including CompactFlash and the other flash-memory cards-having the smaller inter-faces.

**4**. The single-slot multi-flash-card reader of claim **3** wherein the LSB address

signals comprise an A**0** signal and an A**1** signal in the CompactFlash interface; wherein the A**1** signal is con-nected to a serial data signal in the smaller interface when

the smaller interface is a MultiMediaCard, Secure Digital interface or a Memory Stick interface,

whereby type detection is performed using the A**1** signal connected to the serial data signal of the smaller interfaces.

**5**. The single-slot multi-flash-card reader of claim **4** wherein each type of the flash-memory cards for the smaller interfaces drives signals connected to the LSB address signals by the adapter to different logic levels;

wherein CompactFlash cards do not drive the LSB address signals, whereby the LSB address signals float for CompactFlash cards, but at least one of the LSB address signals are driven by the other flash-memory cards having the smaller interfaces when connected by the adapter.

**6**. The single-slot multi-flash-card reader of claim **5** further comprising: pullup resistors, connected to the LSB address signals from the CompactFlash connector, for pull-ing the LSB address signals high when the converter means and the flash-memory card are not driving signals connected to the LSB address signals,

whereby the pullup resistors assist card-type detection.

**7**. The single-slot multi-flash-card reader of claim **6** wherein the wiring means is a passive wiring means without active components including integrated circuit chips, transistors, resistors, or capacitors,

whereby the adapter is a passive adapter.

**14**

**8**. The single-slot multi-flash-card reader of claim **7** wherein the smaller interfaces are selected from the group consisting of MultiMediaCard, Secure Digital, and Memory Stick flash-memory-card interfaces.

**9**. The single-slot multi-flash-card reader of claim **8** further comprising:

a second adapter, having a physical shape to removably insert into the CompactFlash connector, the second adapter having a mating CompactFlash connector that fits the CompactFlash connector, the second adapter also having a second smaller connector, the second smaller connector for fitting to a SmartMedia flash-memory cards having the smaller interface for SmartMedia, whereby the second adapter connects SmartMedia flash-memory cards to the CompactFlash connector.

**10**. The single-slot multi-flash-card reader of claim **9** further comprising:

a third adapter, having a physical shape to removably insert into the CompactFlash connector, the third adapter having a mating CompactFlash connector that fits the CompactFlash connector, the third adapter also having a third smaller connector, the third smaller connector for fitting to a Memory Stick flash-memory cards having the smaller interface for Memory Stick,

whereby the third adapter connects Memory Stick flash-memory cards to the CompactFlash connector.

**11**. The single-slot multi-flash-card reader of claim **10** wherein the CompactFlash interface has 50 pins including power and ground pins;

wherein the smaller interfaces have no more than 10 pins including power and ground pins.

**12**. The single-slot multi-flash-card reader of claim **10** wherein the converter means further comprises:

serial-to-parallel means, receiving serial data from the smaller interfaces, for converting serial data to a par-allel data format for transfer to the personal computer,

whereby serial data from the smaller interfaces is con-verted to parallel, but parallel data

from CompactFlash cards are not converted.

**13**. A multi-flash-card reader comprising:

a host connection for transferring data to a host computer;

a converter chip, coupled to the host connection, for converting signals from flash-memory cards to read data from the flash-memory cards for transfer to the host computer;

a first connector, coupled to the converter chip, for accepting a CompactFlash card inserted into a first slot for the first connector, the first connector having a parallel-data bus and an address bus and control signals for controlling parallel data transfer from the Compact-Flash card to the converter chip;

a second connector, coupled to the converter chip, for accepting a SmartMedia card inserted into a second slot for the second connector, the second connector having a parallel-data bus and control signals for controlling parallel data transfer from the SmartMedia card to the converter chip; and

a third connector, coupled to the converter chip, for accepting a MultiMediaCard MMC card inserted into a third slot for the third connector, the third connector having a serial-data pin and a clock pin for controlling serial data transfer from the MMC card to the converter chip;

wherein the converter chip controls parallel data and address transfer for the CompactFlash card, parallel

US 6,438,638 B1

15

data transfer for the SmartMedia card, and serial data transfer for the MMC card,

whereby multiple flash-memory cards can be read by the multi-flash-card reader using the converter chip.

**14**. The multi-flash-card reader of claim **13** wherein the first connector, the second connector, and the third connector each have card detect signals for detecting presence of a flash-memory card inserted into a connector;

wherein the converter chip senses a voltage change in the card detect signals from a connector and activates a routine to access the flash-memory card activating the card detect signals,

whereby flash-memory cards are detected by the converter chip.

**15**. The multi-flash-card reader of claim **14** further comprising:

a fourth connector, coupled to the converter chip, for accepting a Memory Stick card inserted into a fourth slot for the fourth connector, the fourth connector having a serial-data pin and a clock pin for controlling serial data transfer from the Memory Stick card to the converter chip;

wherein the converter chip also controls serial data transfer for the Memory Stick card.

**16**. The multi-flash-card reader of claim **14** further comprising:

a fourth connector, coupled to the converter chip, for accepting a Memory Stick card inserted into the fourth connector, the fourth connector having at least one serial data pin and a clock pin for controlling serial data transfer from the Memory Stick card to the converter chip;

wherein the converter chip also controls serial data transfer for the Memory Stick card.

**17**. The multi-flash-card reader of claim **15** wherein the host connection is through an external cable to the host computer;

wherein the multi-flash-card reader is in an external housing separate from the host computer chassis,

whereby the multi-flash-card reader is external.

**18**. The multi-flash-card reader of claim **15** wherein the host connection is through an internal cable to a board for the host computer; wherein the multi-flash-card reader is in a computer chassis that contains the host computer, whereby the multi-flash-card reader is internal.

**19**. The multi-flash-card reader of claim **15** wherein the converter chip further comprises:

a memory for storing routines for detecting presence of the flash-memory cards in the first, second, and third connectors, and routines for transferring data from the flash-memory car to the host computer;

central processing unit means for executing the routines stored in the memory;

timers, coupled to the central processing unit means, for determining a time interval;

input-output means, responsive to the central processing unit means, for sensing input signals from the first, second, and third connectors, and for driving output signals to the first, second, and third connectors;

shift means, responsive to the central processing unit means, for shifting serial data from the third and fourth connectors, but for shifting parallel data from the first and second connectors.

**20**. The multi-flash-card reader of claim **17** further comprising:

16

a removable mass storage, coupled to the converter chip, for accepting a removable disk through a fifth slot in the external housing, the removable mass storage storing data from the flash-memory card in response to the converter chip,

whereby data is transferred to the removable mass storage.

**21**. The multi-flash-card reader of claim **18** wherein the multi-flash-card reader is located in a drive bay for an extra disk drive in the computer chassis.

**22**. The multi-flash-card reader of claim **20** further comprising:

an activating switch, closable by a user, for initiating transfer of data from a flash-memory card inserted into the first, second, or third connector to the removable mass storage, the activating switch coupled to activate a transfer routine in the converter chip,

whereby user-activated data transfer to the removable mass storage is initiated by the activating switch.

**23**. The multi-flash-card reader of claim **22** wherein the activating switch operates

when the host connection is not currently connected to the host computer, whereby the multi-flash-card reader is a stand-alone reader for transferring data from a flash-memory card to the removable mass storage.

**24**. The multi-flash-card reader of claim **23** wherein the removable mass storage accepts a removable tape or a removable rotating disk as a storage media.

**25**. A multi-flash-card reader comprising:

a host connection for transferring data to a host computer;

a converter chip, coupled to the host connection, for converting signals from flash-memory cards to read data from the flash memory cards for transfer to the host computer;

a first connector coupled to the converter chip, for accepting a CompactFlash card inserted into the first connector, the first connector having a data bus and an address bus and control signals for controlling parallel data transfer from the CompactFlash card to the converter chip;

a second connector, coupled to the converter chip, for accepting a SmartMedia card inserted into the second connector, the second connector having a data bus and control signals for controlling parallel data transfer from the SmartMedia card to the converter chip; and

a third connector, coupled to the convener chip, for accepting a MultiMediaCard MMC card iced into the i connector, the third connector having at least one serial-data pin and a clock pin for controlling serial data transfer from the MMC card to the converter chip;

wherein the converter chip controls parallel data and address transfer for the CompactFlash card, data transfer for the SmartMedia card, and serial data transfer for the MMC cared,

whereby multiple flash-memory cards can be read by the multi-flash-card reader using the converter chip.

**26**. A multi-flash-card reader comprising:

a host connection for transferring data to and from a host computer;

a converter chip, coupled to the host connection, for converting signals from flash-memory cards to read data from the flash-memory cards for transfer to and from the host computer;

a first connector, coupled to the converter chip, for accepting a CompactFlash card inserted into the first

17

connector, the first having a data bus and an address bus and control signals for controlling parallel data transfer from the CompactFlash card to the converter chip;

a second connector, coupled to the convener chip, for accepting a SmartMedia card insured into the second connector, the second connector having a data bus and control signals for controlling parallel data transfer to and from the SmartMedia card to and from the converter chip; and

a third connector, coupled to the converter chip, for accepting a MultiMediaCard (MMC) or Secure Digital (SD) card inserted into the third connector, the third connector having at least one serial pin and a clock pin for controlling serial data transfer to and from the MMC/SD card to and from the converter chip;

wherein the converter chip controls data and address transfer for the CompactFlash card, data transfer for the SmartMedia card, and serial data transfer for the MMC/SD card,

whereby multiple flash-memory cards can be read by the multi-flash-card reader using the converter chip.

18

**27**. The multi-flash-card reader of claim **26** further comprising:

a fourth connector, coupled to the converter chip, for accepting a Memory Stick card inserted into the forth connector, the fourth connector having at least one serial-data pin and a clock pin for controlling serial data transfer from the Memory Stick card to the converter chip;

wherein the converter chip also controls serial data transfer for the Memory Stick.

**28**. The multi-flash-card reader of claim **27** further comprising:

a removable mass storage, coupled to the converter chip, for accepting a removable disk in the external housing, the removable mass storage storing data from the flash-memory card in response to the converter chip, whereby data is transferred to the removable mass storage.

\*   \*   \*   \*   \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,438,638 B1                              Page 1 of 1
DATED         : August 20, 2002
INVENTOR(S)   : Larry L. Jones et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 15,
Line 25, remove "14" and replace with -- 25 --.

Column 16,
Line 42, remove "SmnartMedia" and replace with -- SmartMedia --.

Signed and Sealed this

Twenty-first Day of June, 2005

JON W. DUDAS
*Director of the United States Patent and Trademark Office*