# EXHIBIT G





**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2001 by Merriam-Webster, Incorporated

Philippines Copyright 2001 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.    cm.
  Includes index.
    ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9
(indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe indexed : alk. paper).
— ISBN 0-87779-707-2 (laminated cover, unindexed).
  1. English language—Dictionaries.    I. Merriam-Webster, Inc.
PE1628.M36    1998
423—dc21                                                        97-41846
                                                                   CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

2930313233RT:WC01

**708   manumit • march**



marabou

**man·u·mit** \ˌman-yə-ˈmit\ vt **-mit·ted; -mit·ting** [ME *manumitten,* fr. MF *manumitter,* fr. L *manumittere,* fr. *manus* hand + *mittere* to let go, send] (15c) : to release from slavery   *syn* see FREE
¹**ma·nure** \mə-ˈnu̇r, -ˈnyu̇r\ vt **ma·nured; ma·nur·ing** [ME *manouren,* fr. MF *manouvrer,* lit., to do work by hand, fr. L *manu operare*] (15c)   **1** *obs* : CULTIVATE   **2** : to enrich (land) by the application of manure — **ma·nur·er** *n*
²**manure** *n* (1549) : material that fertilizes land; *esp* : refuse of stables and barnyards consisting of livestock excreta with or without litter — **ma·nu·ri·al** \-ˈn(y)u̇r-ē-əl\ *adj*
**ma·nus** \ˈmā-nəs, ˈmä-\ *n, pl* **ma·nus** \-nəs, -ˌnüs\ [NL, fr. L, hand] (1826) : the distal segment of the vertebrate forelimb from carpus to terminus
**man·u·script** \ˈman-yə-ˌskript\ *adj* [L *manu scriptus*] (1597) : written by hand or typed ⟨~ letters⟩
²**manuscript** *n* (1600)   **1** : a written or typewritten composition or document as distinguished from a printed copy; *also* : a document submitted for publication   **2** : writing as opposed to print
¹**Manx** \ˈman(k)s\ *adj* [alter. of *Maniske,* fr. (assumed) ON *manska,* fr. *Mana* Isle of Man] (1630) : of, relating to, or characteristic of the Isle of Man, its people, or the Manx language
²**Manx** *n* (1672)   **1** : the Celtic language of the Manx people almost completely displaced by English   **2** *pl in constr* : the people of the Isle of Man   **3** : MANX CAT
**Manx cat** *n* (1859) : any of a breed of shorthaired tailless domestic cats
¹**many** \ˈme-nē\ *adj* **more** \ˈmȯr, ˈmȯr\, **most** \ˈmōst\ [ME, fr. OE *manig;* akin to OHG *manag* many, OCS *mŭnogŭ* much] (bef. 12c)   **1** : consisting of or amounting to a large but indefinite number ⟨worked for ~ years⟩   **2** : being one of a large but indefinite number ⟨~ a man⟩ ⟨~ another student⟩ — **as many** : the same in number ⟨saw three plays in *as many* days⟩
²**many** *pron, pl in constr* (bef. 12c) : a large number of persons or things ⟨~ are called⟩
³**many** *n, pl in constr* (12c)   **1** : a large but indefinite number ⟨a good ~ of them⟩   **2** : the great majority of people ⟨the ~⟩
**man-year** \ˈman-ˈyir\ *n* (1916) : a unit of the work done by one person in a year composed of a standard number of working days
**many·fold** \ˌme-nē-ˈfōld\ *adv* (14c) : by many times ⟨aid to research has increased ~⟩
**many-sid·ed** \ˌme-nē-ˈsī-dəd\ *adj* (1570)   **1** : having many sides or aspects   **2** : having many interests or aptitudes — **many-sid·ed·ness** *n*
**many-val·ued** \ˌme-nē-ˈval-(ˌ)yüd, -yəd\ *adj* (1934)   **1** : possessing more than the customary two truth-values of truth and falsehood   **2** : MULTIPLE-VALUED
**Man·za·nil·la** \ˌman-zə-ˈnē-yə, -ˈnil-ə\ *n* [Sp, dim. of *manzana* apple] (1843) : a pale very dry Spanish sherry
**man·za·ni·ta** \ˌman-zə-ˈnē-tə\ *n* [AmerSp, dim. of Sp *manzana* apple] (1846) : any of various western No. American evergreen shrubs (genus *Arctostaphylos*) of the heath family with alternate leaves
**Mao·ism** \ˈmau̇-ˌi-zəm\ *n* (1950) : the theory and practice of Marxism-Leninism developed in China chiefly by Mao Tse-tung — **Mao·ist** \ˈmau̇-ist\ *n or adj*
**Mao·ri** \ˈmau̇(ə)r-ē\ *n, pl* **Maori** *or* **Maoris** (1843)   **1** : a member of a Polynesian people native to New Zealand   **2** : the Austronesian language of the Maori
**mao-tai** \ˈmau̇-ˈtī, -ˈdī\ *n* [*Maotai,* town in China] (1943) : a strong Chinese liquor made from sorghum
¹**map** \ˈmap\ *n* [ML *mappa,* fr. L, napkin, towel] (1527)   **1 a** : a representation usu. on a flat surface of the whole or a part of an area   **b** : a representation of the celestial sphere or a part of it   **2** : something that represents with a clarity suggestive of a map   **3** : the arrangement of genes on a chromosome — called also *genetic map*   **4** : FUNCTION 5a — **map-like** \-ˌlīk\ *adj* — **on the map** : in a position of prominence or fame ⟨had put the fledgling university *on the map*—Lon Tinkle⟩
²**map** *vb* **mapped; map·ping** *vt* (1586)   **1 a** : to make a map of ⟨~ the surface of the moon⟩   **b** : to delineate as if on a map ⟨sorrow was *mapped* on her face⟩   **c** : to make a survey of for or as if for the purpose of making a map   **d** : to assign (as a set or element) in a mathematical correspondence ⟨~ a set onto itself⟩ ⟨~ picture elements to video memory⟩   **2** : to plan in detail — often used with *out* ⟨~ out a program⟩   **3** : to locate (a gene) on a chromosome ~ *vi, of a gene* : to be located — **map·pa·ble** \ˈma-pə-bəl\ *adj* — **map·per** *n*
**ma·ple** \ˈmā-pəl\ *n* [ME, fr. OE *mapul-;* akin to ON *mǫpurr* maple] (14c) : any of a genus (*Acer* of the family Aceraceae, the maple family) of chiefly deciduous trees or shrubs with opposite leaves and a fruit of two united samaras; *also* : the hard light-colored close-grained wood of a maple used esp. for flooring and furniture
**maple sugar** *n* (1720) : sugar made by boiling maple syrup
**maple syrup** *n* (1849) : syrup made by concentrating the sap of maple trees and esp. the sugar maple
**map·mak·er** \ˈmap-ˌmā-kər\ *n* (1775) : CARTOGRAPHER — **map·mak·ing** \-kiŋ\ *n*
**map·ping** \ˈma-piŋ\ *n* (ca. 1775)   **1** : the act or process of making a map   **2** : FUNCTION 5a ⟨a one-to-one continuous ~⟩
**ma·quette** \maˈket\ *n* [F, fr. It *macchietta* sketch, dim. of *macchia,* ultim. fr. L *macula* spot] (1903) : a usu. small preliminary model (as of a sculpture or a building)
**ma·qui·la·do·ra** \mə-ˌkē-lə-ˈdȯr-ə, -ˈthȯr-\ *n* [MexSp (*planta*) *maquiladora,* fr. *maquilar* to process ore for a fee, fr. *maquila* processing fee, multure, fr. Sp, multure, fr. Ar. dial. *makila* measure of grain] (1976) : a foreign-owned factory in Mexico at which imported parts are assembled by lower-paid workers into products for export
**ma·quil·lage** \ˌma-kē-ˈyäzh\ *n* [F] (1892) : MAKEUP 3
**ma·quis** \maˈkē, mäˈ\ *n, pl* **ma·quis** \-ˈkē(z)\ [F, fr. It *macchie,* pl. of *macchia* thicket, sketch, spot] (1858)   **1** : thick scrubby underbrush of Mediterranean shores and esp. of the island of Corsica; *also* : an area of such underbrush   **2** *often cap* : a guerrilla fighter in the French underground during World War II   **b** : a band of maquis
¹**mar** \ˈmär\ *vt* **marred; mar·ring** [ME *marren,* fr. OE *mierran* to obstruct, waste; akin to OHG *merren* to obstruct] (bef. 12c)   **1** : to detract from the perfection or wholeness of : SPOIL   **2** *archaic*   **a** : to inflict serious bodily harm on   **b** : DESTROY   *syn* see INJURE
²**mar** *n* (1551) : something that mars : BLEMISH

**mar·a·bou** *also* **mar·a·bout** \ˈmar-ə-ˌbü\ *n* [F *marabout,* lit., marabout] (1823)   **1 a** : a soft feathery fluffy material prepared from turkey feathers or the coverts of marabous and used esp. for trimming women's hats or clothes   **b** *marabou* : a large dark gray African stork (*Leptoptilos crumeniferus*) that has a distensible pouch of pink skin at the front of the neck and feeds esp. on carrion — called also *marabou stork*   **2 a** : a thrown silk usu. dyed in the gum   **b** : a fabric made of this silk
**mar·a·bout** \ˈmar-ə-ˌbü\ *n, often cap* [F, fr. Pg *marabuto,* fr. Ar *murābiṭ*] (1621) : a dervish in Muslim Africa believed to have supernatural power
**ma·ra·ca** \mə-ˈrä-kə, -ˈrä-\ *n* [Pg *maracá,* fr. Tupi] (1824) : a rattle usu. made from a gourd that is used as a percussion instrument
**mar·ag·ing steel** \ˈmar-ˌā-jiŋ-\ *n* [*martensite* + *aging*] (1962) : tough low-carbon martensitic steel which contains up to 25% nickel and in which hardening precipitates are formed by aging
**mar·a·schi·no** \ˌmar-ə-ˈskē-(ˌ)nō, -ˈshē-\ *n, pl* **-nos** *often cap* : *marasca* bitter wild cherry, alter. of *amarasca,* fr. *amaro* bitter] (ca. 1793)   **1** : a sweet liqueur distilled from the fermented juice of a bitter wild cherry   **2** : a usu. large cherry in true or imitation maraschino
**ma·ras·mus** \mə-ˈraz-məs\ *n* [LL, fr. Gk *marasmos,* fr. *marainein* to waste away] (1656) : a condition of chronic undernourishment occurring esp. in children and usu. caused by a diet deficient in calories and proteins — **ma·ras·mic** \-ˈraz-mik\ *adj*
**Ma·ra·tha** \mə-ˈrä-tə\ *n* [Marathi *Marāṭhā* & Hindi *Marhaṭā,* Mahārāṣṭra* Maharashtra] (1748) : a member of a people of the central part of the subcontinent of India
**Ma·ra·thi** \mə-ˈrä-tē\ *n* [Marathi *marāṭhī*] (1698) : the chief Indic language of the state of Maharashtra in India
**mar·a·thon** \ˈmar-ə-ˌthän\ *n, often attrib* [*Marathon,* Greece, victory of Greeks over Persians in 490 B.C., the news of which was carried to Athens by a long-distance runner] (1896)   **1 a** : a long race:   **a** : a footrace run on an open course usu. of 26 miles 385 yards (42.2 kilometers)   **b** : a race other than a footrace marked esp. by length   **2 a** : an endurance contest   **b** : something (as an event, activity, or session) characterized by great length or concentrated effort
**mar·a·thon·er** \-ˌthä-nər\ *n* (1923) : one (as a runner) who takes part in a marathon — **mar·a·thon·ing** \-niŋ\ *n*
**ma·raud** \mə-ˈrȯd\ *vb* [F *marauder*] *vi* (1711) : to roam about in search of plunder ~ *vt* : RAID, PILLAGE — **ma·raud·er** *n*
¹**mar·ble** \ˈmär-bəl\ *n* [ME, fr. OF *marbre,* fr. L *marmor,* fr. Gk *marmaros*] (12c)   **1 a** : limestone that is more or less crystallized by metamorphism, that ranges from granular to compact in texture, that is capable of taking a high polish, and that is used esp. in architecture and sculpture   **b** : something (as a piece of sculpture) composed of or made from marble   **c** : something suggesting marble (as in hardness, coldness, or smoothness) ⟨a heart of ~⟩   **2 a** : a little ball made of a hard substance (as glass) and used in various games   **b** *pl but sing in constr* : any of several games played with these little balls   **3** : MARBLING *pl* : elements of common sense; *esp* : SANITY ⟨persons who are without all their ~s—Arthur Miller⟩ — **marble** *adj*
²**marble** *vt* **mar·bled; mar·bling** \-b(ə-)liŋ\ (1683) : to give a veined or mottled appearance to ⟨~ the edges of a book⟩
**marble cake** *n* (1871) : a cake made with light and dark batter so as to have a mottled appearance
**mar·bled** \ˈmär-bəld\ *adj* (1599)   **1** [¹*marble*]   **a** : made of or covered with marble or marbling   **b** : marked by an extensive use of marble as an architectural or decorative feature ⟨ancient ~ cities⟩   **2** [²*marble*] : marked by an intermixture of fat and lean ⟨well-*marbled* beef⟩
**mar·ble·ise** *Brit var of* MARBLEIZE
**mar·ble·ize** \ˈmär-bə-ˌlīz\ *vt* **-ized; -iz·ing** (ca. 1859) : MARBLE
**marbling** *n* (ca. 1752)   **1** : the action or process of making like marble esp. in coloration   **2** : coloration or markings resembling or suggestive of marble   **3** : an intermixture of fat and lean esp. in a cut of meat when evenly distributed
**mar·bly** \-b(ə-)lē\ *adj* (15c) : resembling or suggestive of marble
**marc** \ˈmärk\ *n* [F, fr. MF, fr. *marchier* to trample, march] (1601) : the residue remaining after a fruit has been pressed; *broadly* : an organic residue from an extraction process ⟨the protein-rich cotton ~⟩   **2** : brandy made from the residue of wine grapes after pressing
**mar·ca·site** \ˈmär-kə-ˌsīt, -ˌzīt, ˌmär-kə-ˈzēt\ *n* [ME *marchasite,* fr. ML *marcasita*] (15c)   **1 a** : crystallized iron pyrites   **b** : a mineral of same composition and appearance as iron pyrites but of different crystalline organization and lower specific gravity   **2** : a piece of marcasite used in jewelry
**mar·ca·to** \mär-ˈkä-(ˌ)tō\ *adv or adj* [It, pp. of *marcare* to mark, of Gmc origin; akin to OHG *marcōn* to mark] (ca. 1840) : with emphasis or accentuation — used as a direction in music
¹**mar·cel** \mär-ˈsel\ *n* [*Marcel* Grateau †1936 Fr. hairdresser] (1895) : deep soft wave made in the hair by the use of a heated curling iron
²**marcel** *vb* **mar·celled; mar·cel·ling** *vt* (1906) : to make a marcel in ~ *vi* : to make a marcel
¹**march** \ˈmärch\ *n* [ME *marche,* fr. OF, of Gmc origin; akin to OE *mearc* boundary — more at MARK] (14c) : a border region : FRONTIER; *esp* : a district orig. set up to defend a boundary — usu. used in pl.
²**march** *vi* (14c) : to have common borders or frontiers ⟨a region ~*es* with Canada in the north and the Pacific in the west⟩
³**march** \ˈmärch, *imperatively often* ˈhärch *in the military*\ *vb* [ME, fr. MF *marchier* to trample, march, fr. OF, to trample, prob. of Gmc origin; akin to OHG *marcōn* to mark] *vi* (15c)   **1** : to move along steadily usu. with a rhythmic stride and in step with others   **2 a** : to move in a direct purposeful manner : PROCEED   **b** : to make steady progress : ADVANCE ⟨time ~*es* on⟩   **3** : to stand in orderly array suggestive of marching ~ *vt*   **1** : to cause to march ⟨~*ed* the children off to bed⟩   **2** : to cover by marching : TRAVERSE ⟨~*ed* 10 miles⟩