# EXHIBIT H



AN ENCYCLOPÆDIA BRITANNICA COMPANY

Merriam-Webster

m-w.com

Quizzes & Games   Word of the Day   Video   New Words   My Favorites

**New!**
**Spanish Central ▸**

dynamic                                                                 Subm

**dynamic**                                                      Save  Popularity

22 ENTRIES FOUND:

- dynamic
- dynamic augment
- dynamic brake



Sponsored Links                                                  Advertise Here

**Visa® Black Card™**
VIP Treatment & 24/7 Concierge  Luxury Without Limi
www.blackcard.com



◀ 2015 GMC Sierra 1500 ▶

¹dy·nam·ic   adjective   \dī-ˈna-mik\

: always active or changing

: having or showing a lot of energy

: of or relating to energy, motion, or physical force



2015 GMC Sierra 1500

Yum! **10 food words worth savoring »**

**Full Definition of DYNAMIC**                        g+1   Like

1  also **dy·nam·i·cal**
   a : of or relating to physical force or energy
   b : of or relating to dynamics (see DYNAMICS)

2  a : marked by usually continuous and productive activity or change <a *dynamic* city>
   b : ENERGETIC, FORCEFUL <a *dynamic* personality>

3  *of random-access memory* : requiring periodic refreshment of charge in order to retain data

— **dy·nam·i·cal·ly**   adverb

See dynamic defined for English-language learners »
See dynamic defined for kids »

**MORE QUIZZES**

 **Name That Thing**
Take our visual vocabulary quiz
**Test Your Knowledge »**

 **True or False?**
A quick quiz about stuff worth knowing
**Take It Now »**

**Spell It**
The commonly misspelled words quiz
**Hear It, Spell It »**

 AdChoices

**Examples of DYNAMIC**

an exciting and *dynamic* performance

the *dynamic* theory of heat

… tournament blackjack is more *dynamic*, and more complex, than simply playing against the house. —Michael Kaplan, *Cigar Aficionado*, December 2002

[+] more

**Origin of DYNAMIC**

French *dynamique,* from Greek *dynamikos* powerful, from *dynamis* power, from *dynasthai* to be able

First Known Use: 1827

 **Failed Attempts to Reform English Spelling**
8 Spelling Suggestions That Didn't Stick

 **Should You "Flush Out" or "Flesh Out" Your Plan?**
Top 10 Commonly Confused Words, Vol. 2

?! Quiz
**Test Your Vocabulary**
Take Our 10-Question Quiz

**Related to DYNAMIC**

Synonyms
: vigorous, energetic, flush, gingery, lusty, peppy, red-blooded, robust, vital

Antonyms
: dull, lethargic, listless, sluggish, torpid

[+] more

**Other Physics Terms**

amplitude, centrifugal, centripetal, convection, gradient, hysteresis, kinetic, lase, quantum

**Rhymes with DYNAMIC**

Adamic, agamic, balsamic, ceramic

## ²dy·nam·ic    noun   \dī-'na-mik\

: the way that two or more people behave with each other because of a particular situation

: something that causes change or growth in something else

**dynamics** : the science that studies motion and the forces that cause or stop motion

**Full Definition of DYNAMIC**

1  : a dynamic force (see ¹DYNAMIC)

2  : DYNAMICS 2; *also* : an underlying cause of change or growth

See dynamic defined for English-language learners »

**Examples of DYNAMIC**

the *dynamic* between a doctor and a patient

Group *dynamics* are important to consider.

The *dynamics* of this class are different from those of other classes.

Disease was a central *dynamic* in the decrease in population.

a study on famine and population *dynamics*

... the high-tech world is, at heart, a cruel, unforgiving place ruled by the merciless *dynamics* of the marketplace.
—Michiko Kakutani, *New York Times*, 27 June 2002

[+] more

**Origin of DYNAMIC**

(see ¹DYNAMIC)

First Known Use: 1868

**Rhymes with DYNAMIC**

ceramic

## dy·nam·ic    adjective   \di-'nam-ik\   (Medical Dictionary)

**Medical Definition of DYNAMIC**

1. *also* **dy·nam·i·cal**

    **a** : of or relating to physical force or energy

    **b** : of or relating to dynamics

2. : FUNCTIONAL 1b <a *dynamic* disease>

3. **a** : marked by continuous usually productive activity or change <a *dynamic* population>

    **b** : marked by energy or forcefulness <a *dynamic* personality>

    —**dy·nam·i·cal·ly**  *adverb*

### Learn More About DYNAMIC

Thesaurus: All synonyms and antonyms for "dynamic"
Spanish Central: Spanish translation of "dynamic"
SCRABBLE®: Playable words you can make from "dynamic"

### Browse

Next Word in the Dictionary: dynamical parallax
Previous Word in the Dictionary: dynam
All Words Near: dynamic

**Ask The Editor   Videos**

### 66 Seen & Heard 99

What made you want to look up *dynamic*? Please tell us where you read or heard it (including the quote, if possible).