# EXHIBIT I

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant(s):  Iyer, et al. | |
| Application No.:   12/189,725 | Art Unit:  2841 |
| Filed:  8/11/2008 | |
| Title:  Smartconnect Flash Card Adapter | Examiner:  Levi, Dameon E. |
| Attorney Docket No.:  76706-200109 | |

Commissioner for Patents
Mail Stop: Amendment
P.O. Box 1450
Alexandria, VA  22313-1450

<u>RESPONSE UNDER 37 CFR 1.111</u>

Dear Sir:

In response to the Office Action of September 21, 2009, please consider the following remarks.

A listing of the claims begins on page 2.

Applicants' remarks begin on page 4.

### REMARKS

The examiner rejected claims 1-5, under 35 USC §102(b), as been anticipated by US patent number 5,594,233 to Kenneth et al., a patent which issued January 14, 1995.  Claims 2 and 3 have been amended.  Claim 5 is cancelled.  Claim 6 is new.  Applicants respectfully traverse the rejection of claims 1-3.

Claims 1 calls for a "a set of **contact** pins mounted on said surface and adapted to interface with the electrical contacts of a plurality of *different* types of memory media cards."  Kenneth et al. discloses a single-slot reader adapted to interface with three different types of SmartCards:  a first type, Figure 1B, with two **contact** terminals; a second type, Figure 1C, with four **contactless** inductive terminals, and a third type with four contactless **capacitive** terminals, Figure 1D.



FIGS. 1A to 1D show plan views of four cards each of which complies with one of the aforementioned ISO standards, FIG. 1A showing a magnetic stripe card, FIG. 1B showing a contact smart card, FIG. 1C showing a contactless inductive smart card and FIG. 1D showing a contactless capacitive smart card;

25

Kenneth, et al., Col. 3, ll. 21-26

Monday, February 08, 2010

Atty. Dkt. 76706-200109
ROA2 Dtd. Sept. 21, 2009

The three SmartCard types are read by three different sets of terminals, only one of which, terminals 32, are **contact** terminals.



Kenneth et al., Fig. 2B

> The reader/writer **16** further includes a pair of contact smart card terminals **34**, two pairs of contactless smart card inductive terminals **36** and four contactless smart card capacitive terminals **38** located in the smart card section **26** of the reader/writer **16** and arranged so that the corresponding terminals **6,8** or **10** (FIG. 1B, 1C and 1D) on a smart card **2** are positioned in cooperative relationship with the terminals **34,36** or **38**, when the card **2** is located at a predetermined position in the smart card section **26** of the reader/writer **16** by the endless belts **28**. As seen in FIG. 2B, the

Kenneth et al., col. 4, lines 30-39

Importantly, the only **contact** terminals disclosed in Kenneth et al., terminals 34, themselves interface with only a single type of SmartCard, the SmartCard illustrated in Figure 1B.  The other two types of SmartCards interface with different sets of terminals, both of which are described to be "contactless."   Kenneth et al. does not disclose the claim limitation "a set of **contact** pins mounted on said surface and adapted to interface with the electrical contacts of a plurality of *different* types of memory media cards." Moreover by providing different sets of "terminals" for different card types,

Monday, February 08, 2010

Atty. Dkt. 76706-200109
ROA2 Dtd. Sept. 21, 2009

Kenneth et al. actually teaches away from the claimed invention which requires that a single set of contact pins interface with different types of memory media cards.

Claim 2 has been amended to incorporate the subject matter of dependent claims 3 and 5.   As amended, the claim defines structure not disclosed or suggested in Kenneth et al.

Claim 2 requires a plurality of sets of contact pins.  Kenneth et al. discloses a plurality of sets of terminals, only one of which are contacting in nature.  The other two are non-contacting and comprise conductive and/or capacitive means.  Kenneth et al. does not anticipate claim 2.

Claim 2 further requires a controller connected to a set of signal lines, the signal lines connected to an interconnection means, and the interconnection means connected to contact pins.  The number of signal lines is required to be fewer than the number of contact pins.  The controller maps signals between the signal lines and the contact pins.  Figures 4 and 5 illustrate two embodiments of this.

CONNECTOR PINS

FIG. 4

FIG. 5

US Appl. No. 12/189,725

In the figures, the connector pins 1-21 (Fig. 4) and 1-18 (Fig. 5) correspond to the signal lines connected to the controller, and the

Monday, February 08, 2010

Atty. Dkt. 76706-200109
ROA2 Dtd. Sept. 21, 2009

==interconnection means connect these signal lines (connector pins) to the contact pins of the respective cards.  Each card "type" has a different set of contact pins, with the caveat that MMC and SD are themselves different card types.==  The number of signal lines (connector pins) is fewer than the total number of contact pins of the respective cards in each Figure.

Kenneth et al. has no clear disclosure of how its controller connects to the respective SmartCards.  Fig. 3 illustrates a direct connection between the controller and each set of card terminals.  This suggests that there is a



Kenneth et al., Fig. 3

set of signal lines connected to each card with the total number of signal lines not being less than the number of contact pins as called for by amended claim 2.

Claim 6 is new.  It corresponds to claim 1, but the signal lines limitation has been deleted and the means for mapping has been limited to a controller.  New claim 6 is patentable for the same reasons as claim 1.

7                                    Monday, February 08, 2010

For these reasons, and in view of the above amendments, this application is now considered to be in condition for allowance and such action is earnestly solicited.

Respectfully Submitted,


_____Feb. 5, 2009_____          _____/Edward P. Heller, III/_____
Date                                        Edward P. Heller, III
                                               Attorney/Agent for Applicant(s)
                                               Reg. No. 29,075


Edward P. Heller, III
Senior Patent Counsel
The TPL Group
20400 Stevens Creek Boulevard, Fifth Floor
Cupertino, CA  95014
Tel. (408) 886-5446

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 12189725 |
| **Filing Date:** | 11-Aug-2008 |
| **Title of Invention:** | SMARTCONNECT FLASH CARD ADAPTER |
| **First Named Inventor/Applicant Name:** | Sreenath Mambakkam |
| **Filer:** | Edward Peter Heller/Mark Salvatore |
| **Attorney Docket Number:** | 76706-200109 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| Extension - 2 months with $0 paid | 1252 | 1 | 490 | 490 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **490** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 6967619 |
| **Application Number:** | 12189725 |
| **International Application Number:** | |
| **Confirmation Number:** | 7524 |
| **Title of Invention:** | SMARTCONNECT FLASH CARD ADAPTER |
| **First Named Inventor/Applicant Name:** | Sreenath  Mambakkam |
| **Customer Number:** | 73481 |
| **Filer:** | Edward Peter Heller/Mark Salvatore |
| **Filer Authorized By:** | Edward Peter Heller |
| **Attorney Docket Number:** | 76706-200109 |
| **Receipt Date:** | 08-FEB-2010 |
| **Filing Date:** | 11-AUG-2008 |
| **Time Stamp:** | 13:23:11 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $490 |
| RAM confirmation Number | 16384 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | | 76706-200109_Response.pdf | 440997<br><br>ea821fc26e6ddf539ca7984a37dbc8a45ff79109 | yes | 8 |
|---|---|---|---|---|---|
| | | **Multipart Description/PDF files in .zip description** | | | |
| | | **Document Description** | **Start** | | **End** |
| | | Amendment/Req. Reconsideration-After Non-Final Reject | 1 | | 1 |
| | | Claims | 2 | | 3 |
| | | Applicant Arguments/Remarks Made in an Amendment | 4 | | 8 |

| Warnings: | | | | | |
|---|---|---|---|---|---|
| Information: | | | | | |
| 2 | Fee Worksheet (PTO-875) | fee-info.pdf | 30382<br><br>9992e5d3ec17109fec2d8ce5e8a7785cf5c410ef | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |

| | Total Files Size (in bytes): | 471379 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Atty. Dkt. 76706-200109
ROA2 Dtd. Sept. 21, 2009

Claims:


1.     (Original) Apparatus comprising:

a housing having a surface;

a set of contact pins mounted on said surface and adapted to interface
with the electrical contacts of a plurality of different types of
memory media cards;

a set of signal lines connected to said contact pins;

means for mapping power, ground or data signals to at least one of said
contact pins depending upon the type of memory card connected to
said at least one contact pin.


2.     (Original) Apparatus comprising:

a housing having a port and a surface;

a plurality of sets of contact pins mounted on said surface at locations
adapted to interface with the electrical contacts of a plurality of
different type memory media cards when inserted into said port;

a set of signal lines connected to a controller, the number of signal lines
being fewer than the number of contact pins; the signal lines
located between the controller and an interconnection means;

said interconnection means being located between the signal lines and
the plurality of sets of contact connecting said signal lines to said
one or more contact pins; and

Atty. Dkt. 76706-200109
ROA2 Dtd. Sept. 21, 2009

means for mapping power, ground or data signals between said signal lines and said contact pins depending upon the identification of the type of memory card inserted into said port; wherein the means for mapping comprises a controller.

3.    (Original) Apparatus according to claim 2 where said ~~means for mapping comprises a~~ controller comprises means for determining the type of memory card inserted into said port.

4.    (Original) Apparatus according to claim 2 wherein said interconnection means is selected from a group consisting of simple wires, flat cables, printed circuit board interconnections, or wiring traces.

5.    Cancel.

6.    (New)  Apparatus comprising:

a housing having a surface;

a set of contact pins mounted on said surface and adapted to interface with the electrical contacts of a plurality of different types of memory media cards;

a controller connected contact pins, the controller adapted to map power, ground or data signals to at least one of said contact pins depending upon the type of memory card connected to said at least one contact pin.

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 12/189,725 | Filing Date 08/11/2008 | ☐ To be Mailed |
|---|---|---|---|

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | SMALL ENTITY ☐ OR | | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | 02/08/2010 | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| **AMENDMENT** | Total (37 CFR 1.16(i)) | * 5 Minus | ** 20 | = 0 | X $ = | | X $52= | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 Minus | ***3 | = 0 | X $ = | | X $220= | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | 0 |

| | | (Column 1) | (Column 2) | (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | | |
| **AMENDMENT** | Total (37 CFR 1.16(i)) | * Minus | ** | = | X $ = | | X $ = | |
| | Independent (37 CFR 1.16(h)) | * Minus | *** | = | X $ = | | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/ROZENIA HARMON/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| Applicant(s):  Iyer, et al. | |
| Application No.:   12/189,725 | Art Unit:  2841 |
| Filed:  8/11/2008 | |
| Title:  Smartconnect Flash Card Adapter | Examiner:  Levi, Dameon E. |
| Attorney Docket No.:  76706-200109 | |

Commissioner for Patents
Mail Stop: Amendment
P.O. Box 1450
Alexandria, VA  22313-1450

<u>RESPONSE UNDER 37 CFR 1.111</u>

Dear Sir:

In response to the Office Action of March 9, 2009, please consider the following remarks.

A listing of the claims begins on page 2.

Applicants' remarks begin on page 4.

1

Claims:


1.      (Original) Apparatus comprising:

    a housing having a surface;

    a set of contact pins mounted on said surface and adapted to interface
        with the electrical contacts of a plurality of different types of
        memory media cards;

    a set of signal lines connected to said contact pins;

    means for mapping power, ground or data signals to at least one of said
        contact pins depending upon the type of memory card connected to
        said at least one contact pin.


2.      (Original) Apparatus comprising:

    a housing having a port and a surface;

    a plurality of sets of contact pins mounted on said surface at locations
        adapted to interface with the electrical contacts of a plurality of
        different type memory media cards when inserted into said port;

    a set of signal lines connected to a controller;

    interconnection means connecting said signal lines to said one or more
        contact pins; and

    means for mapping power, ground or data signals between said signal
        lines and said contact pins depending upon the identification of
        the type of memory card inserted into said port.

3.      (Original) Apparatus according to claim 2 where said means for mapping comprises a controller determining the type of memory card inserted into said port.

4.      (Original) Apparatus according to claim 2 wherein said interconnection means is selected from a group consisting of simple wires, flat cables, printed circuit board interconnections, or wiring traces.

5.      (Original) Apparatus according to claim 4 wherein said the number of said signal lines is fewer than then number of contact pins.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 5485396 |
| **Application Number:** | 12189725 |
| **International Application Number:** | |
| **Confirmation Number:** | 7524 |
| **Title of Invention:** | SMARTCONNECT FLASH CARD ADAPTER |
| **First Named Inventor/Applicant Name:** | Sreenath  Mambakkam |
| **Customer Number:** | 73481 |
| **Filer:** | Edward Peter Heller/Mark Salvatore |
| **Filer Authorized By:** | Edward Peter Heller |
| **Attorney Docket Number:** | 76706-200109 |
| **Receipt Date:** | 09-JUN-2009 |
| **Filing Date:** | 11-AUG-2008 |
| **Time Stamp:** | 18:53:23 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 76706-200109-OR1.pdf | 172807 a521a48eada83bfcdcdd494e3f6353c0f84b2fee | yes | 12 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Claims | 2 | 3 |
| Applicant Arguments/Remarks Made in an Amendment | 4 | 12 |

| Warnings: |
|---|

| Information: |
|---|

| **Total Files Size (in bytes):** | 172807 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

REMARKS

The examiner rejected claims 1-5, under 35 USC §102(b), as been anticipated by US patent number 6,402,558 to Hung-Ju, et al., a patent which issued June 11, 2002, and filed March13, 2001. Applicants respectfully traverse. Hung-Ju is not effective prior art against the claims of the instant application. The claims of the instant application are fully supported in parent US 6,859,369. US'369 was filed as Application No. 10/064,966 on September 4, 2002. This filing date is less than one year after Hung-Ju's publication date. As such, applicants are entitled the show prior invention with respect to the subject matter of Hung-Ju under the principles of *In re Stempel*, 241 F.2d 755, 113 USPQ 77 (CCPA 1957). The critical limitations of Hung-Ju are disclosed parent US 6,438,638. US'638 was filed as Application No. 09/610,904, on July 6, 2000. July 6, 2000 is prior to the earliest effective date of Hung-Ju.

Turning first to claim 1 and US'369, support for the claim is as follows:

Claim 1. Apparatus comprising:

**a housing having a surface**;

*See, e.g.,* Fig. 3, planar members 310, 320.[1] These have surfaces. See, 4:59-63.



---

[1] The citations are to the issued patent. The specification US'369 was unamended from Application US'966.

**a set of contact pins mounted on said surface and adapted to interface with the electrical contacts of a plurality of different types of memory media cards;**

> *See, e.g.,* Fig. 3, contacts 315. The contact pins "electrically couple" to corresponding contacts on a media card inserted. 4:63-64. The respective card types and the contacts they interface with are described at 2:9-16.

**a set of signal lines connected to said contact pins;**

> Fig. 4 is a table of the connector pins (left column) and the contact pins to which they are connected. 3:32-34

Connector Pins

| Pin | SmartMedia | MMC/SD | Memory Stick |
|-----|-----------|--------|--------------|
| 1 | D0/-WPSW | | |
| 2 | D1 | -WP | |
| 3 | D2 | -CD | |
| 4 | D3 | MCMD | |
| 5 | D4 | | -CD |
| 6 | D5 | | BS |
| 7 | D6 | | SDIO |
| 8 | D7 | | |
| 9 | LVD | | |
| 10 | -WE | D0 | |
| 11 | -RE | D1 | |
| 12 | -ALE | D2 | |
| 13 | -CLE | D3 | |
| 14 | Ready | | |
| 15 | -CE | | |
| 16 | -WP | | |
| 17 | -WPSW | | |
| 18 | Ground | Ground | Ground |
| 19 | Power | | |
| 20 | | Power | Power |
| 21 | | CLK | MCLK |

FIG. 4

**means for mapping power, ground or data signals to at least one of said contact pins depending upon the type of memory card connected to said at least one contact pin.**

The mapping of connector pins to contact pins is illustrated in Fig. 4. 5:23-54. The signals are differentiated on these lines depending on type of card inserted by controller chip 231. 5:51-54.

2.      (Original) Apparatus comprising:

**a housing having a port and a surface;**

*See, e.g.,* Fig. 3, planar members 310, 320.[2] These have surfaces and provide a port 311. See, 4:59-64.



**a plurality of sets of contact pins mounted on said surface at locations adapted to interface with the electrical contacts of a plurality of different type memory media cards when inserted into said port;**

*See, e.g.,* Fig. 3, contacts 315. The contact pins "electrically couple" to corresponding contacts on a media card inserted. 4:63-64. The respective card types and the contacts they interface with are described at 2:9-16.

---

[2] The citations are to the issued patent. The specification US'369 was unamended from Application US'966.

**a set of signal lines connected to a controller;**

Fig. 4 is a table of the connector pins (left column) and the contact pins to which they are connected. 3:32-34  The connector pins are connected to controller 231.  5:49-54.

Connector Pins

| Pin | Smart Media | MMC/SD | Memory Stick |
|-----|-------------|--------|--------------|
| 1 | D0/WPSW | | |
| 2 | D1 | -WP | |
| 3 | D2 | -CD | |
| 4 | D3 | MCMD | |
| 5 | D4 | | -CD |
| 6 | D5 | | BS |
| 7 | D6 | | SDIO |
| 8 | D7 | | |
| 9 | -WE | | |
| 10 | -WE | D0 | |
| 11 | -RE | D1 | |
| 12 | -ALE | D2 | |
| 13 | -CLE | D3 | |
| 14 | Rnbsy | | |
| 15 | -CE | | |
| 16 | -WP | | |
| 17 | -WPSW | | |
| 18 | Ground | Ground | Ground |
| 19 | Power | | |
| 20 | | Power | Power |
| 21 | | CLK | MCLK |

FIG. 4

**interconnection means connecting said signal lines to said one or more contact pins**; and

Fig. 3 Interconnects 312.  5:15-17.

**means for mapping power, ground or data signals between said signal lines and said contact pins depending upon the**

identification of the type of memory card inserted into said port.

Controller 231.  5:49-54.

3.    (Original) Apparatus according to claim 2 where said **means for mapping comprises a controller determining the type of memory card inserted into said port.**

Controller 231.  5:49-54.  Also Figs. 4A-4D and associated description, 5-61-7:33, of incorporated-by-reference Application No. 09/610,904, now US 6,438,638.

4.    (Original) Apparatus according to claim 2 wherein **said interconnection means is selected from a group consisting of simple wires, flat cables, printed circuit board interconnections, or wiring traces.**

Fig. 5 of incorporated-by-reference Application No. 09/610,904, now US 6,438,638, is a table of connector-contact pin mappings similar to Fig. 4 of US'369.  The connections between the connector pins and the contact pins "smaller interfaces" are described to be "simple wiring such as individual wires, flat cables, printed-circuit board (PCB), or wiring traces can be used." 7:35-43.

5.    (Original) Apparatus according to claim 4 wherein **said the number of said signal lines is fewer than then number of contact pins.**

Twenty-one connector pins accommodate the larger number of pins for the four types of memory cards connected to the connector pins.  5:23-28.

The claim limitations of at least claims 1 and 2 are in additionally disclosed, either expressly or inherently, in US Application No. 09/610,904, now US 6,438,638.

1.    (Original) Apparatus comprising:

**a housing having a surface**;

> Figs. 3A and 3B, and 6, 7, and 9 illustrate housings that accept MMC, SD, SmartMedia and Memory Stick Flash cards. The openings that accept the sundry flash cards are described as slots. E.g., 4:45-64. The figures illustrate contacts on the facing side of the respective cards. These are described to interface with the memory cards through pins. 6:1-4.

> While "surface" is not described in so many words, a surface is inherent in the described slots that hold pins to interface with facing memory card contacts.

**a set of contact pins mounted on said surface and adapted to interface with the electrical contacts of a plurality of different types of memory media cards**;

> See above for slots and pins. Additionally, Figs. 3A, 3B and 6, 7 and 9 all show that two types of memory cards, MMC and SD, 26 and 28 respectively, connect to the same slot, 32 or 64, depending on the embodiment.

**a set of signal lines connected to said contact pins**;

> Fig. 5 is a table similar to Fig. 4 of US'369. The connections between the connector pins and the contact pins "smaller interfaces" are described to be "simple wiring such as individual wires, flat cables, printed-circuit board (PCB), or wiring traces can be used." 7:35-43

**means for mapping power, ground or data signals to at least one of said contact pins depending upon the type of memory card connected to said at least one contact pin.**

Fig. 5 generally shows the mapping depending upon card type. Additionally, the serial data signals to connector 64 that accept either MMC or SD cards are mapped depending on what type of card is inserted, MMC which had in 2000 only one bit serial (see, e.g., Fig. 5) or the SD card which had at the time a 4-bit serial mode (and a CRC). The mapping is done by shifter 98, Fig. 10, which has two modes:  one-bit and word for each clock cycle. 11:6-13.

2.    (Original) Apparatus comprising:

**a housing having a port and a surface;**

See above for the first element of claim 1.  The slots inherently have a port for accepting the memory cards.

**a plurality of sets of contact pins mounted on said surface at locations adapted to interface with the electrical contacts of a plurality of different type memory media cards when inserted into said port;**

See above for contact pins generally.  As well, adapters 32 and 64 accept two different card types, MMC and SD, 26 and 28 respectively.  The MMC card had in 2000 7 contact pins.  The SD card 9.  Both cards were accommodated in the same slot requiring two sets of contact pins, even if one set were shared between two cards.

**a set of signal lines connected to a controller;**

See above, and Figs. 3B, 6, 7, and 9.  The controller 40 is shown connected to the various slots via signal lines.

**interconnection means connecting said signal lines to said one or more contact pins**; and

See above, especially at 7:35-43.  Additionally, Fig. 3b illustrated the interconnector 44 the pin mappings of which are illustrated in Fig. 5.  5:38-40.  Also, Figs. 6, 7 and 9 illustrate connectors such as 64 that accept the MMC or SD memory cards.

**means for mapping power, ground or data signals between said signal lines and said contact pins depending upon the identification of the type of memory card inserted into said port.**

See above from claim 1.


All claims are fully supported and described in US'369.  At least claims 1 and 2 are fully supported in US'638, albeit, inherently in the case of describing the surfaces and contacts.  However, a showing of prior invention, which is available to applicants with respect to Hung-Ju does not require fully written description support required by Section 112, paragraph 1.

Claims 2-5 depend from allowable independent claims.

Applicants respectfully submit that the claims are sufficiently supported in US'369 and US'638 to remove Hung-Ju as a reference.

For these reasons, and in view of the above amendments, this application is now considered to be in condition for allowance and such action is earnestly solicited.

Respectfully Submitted,


| | |
|---|---|
| June 9, 2009 | /Edward P. Heller, III/ |
| Date | Edward P. Heller, III |
| | Attorney/Agent for Applicant(s) |
| | Reg. No. 29,075 |

Edward P. Heller, III
Senior Patent Counsel
The TPL Group
20400 Stevens Creek Boulevard, Fifth Floor
Cupertino, CA  95014
Tel. (408) 886-5446

12

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD  Substitute for Form PTO-875 | Application or Docket Number  12/189,725 | Filing Date  08/11/2008 | ☐ To be Mailed |
|---|---|---|---|

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | SMALL ENTITY ☐ OR | | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | OR X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | 06/09/2009 | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * 5 Minus | ** 20 | = 0 | X $ = | | OR X $52= | 0 |
| | Independent (37 CFR 1.16(h)) | * 2 Minus | *** 3 | = 0 | X $ = | | X $220= | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | 0 |

| | | (Column 1) | (Column 2) | (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | | |
| AMENDMENT | Total (37 CFR 1.16(i)) | * Minus | ** | = | X $ = | | OR X $ = | |
| | Independent (37 CFR 1.16(h)) | * Minus | *** | = | X $ = | | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/LINDA A. WASHINGTON/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*