# EXHIBIT J

Case 4:14-cv-03645-KGW-S Document 59-11 Filed 01/29/15 Page 2

**A NEW STUNNING REFERENCE WORK FOR ALL COMPUTER USERS**

*Web Linked*

# Oxford

## DICTIONARY OF Computing



# OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford   New York

Auckland   Cape Town   Dar es Salaam   Hong Kong   Karachi
Kuala Lumpur   Madrid   Melbourne   Mexico City   Nairobi
New Delhi   Shanghai   Taipei   Toronto

With offices in
Argentina   Austria   Brazil   Chile   Czech Republic   France   Greece
Guatemala   Hungary   Italy   Japan   Poland   Portugal   Singapore
South Korea   Switzerland   Thailand   Turkey   Ukraine   Vietnam

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

© Market House Books Ltd, 1983, 1986, 1990, 2004, 2008

The moral rights of the author have been asserted
Database right Oxford University Press (maker)

First edition 1983
Second edition 1986
Third edition 1990
Fourth edition 1996
Fifth edition 2004
Sixth edition 2008

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Data available

Typeset by Market House Books Ltd.
Printed in Great Britain
on acid-free paper by
Clays Ltd, St Ives plc

ISBN 978-0-19-923400-4

subset $X$ of $S$, $f$ maps the least upper bound of $X$ to the least upper bound of the *image of $X$ under $f$. Continuous functions are significant in *denotational semantics since they correspond to the requirement that a computational process produces arbitrarily close approximations to the final output, given arbitrarily close approximations to the total input.

A continuous function $f(x)$ has no breaks or instantaneous changes in value. In the hierarchy of mathematical functions the smoothest are those, such as sin $x$, cos $x$, that can be differentiated any number of times, always producing a continuous function.

**continuous inkjet printer**  *See* INKJET PRINTER.

**continuous signal, system**  *See* DISCRETE AND CONTINUOUS SYSTEMS.

**continuous simulation**  *See* SIMULATION.

**continuous stationery**  *See* STATIONERY.

**continuous-tone image**  An image, such as a photograph, where the gray levels in the image are continuous and not discrete.

**contradiction**  *See* TAUTOLOGY.

**contrapositive**  of a conditional, $P \to Q$. The statement

$\neg Q \to \neg P$

where $\neg$ denotes negation. The contrapositive of a conditional is therefore equivalent to the original conditional. *See also* CONVERSE, INVERSE.

**control bus**  A *bus that is dedicated to the passing of control signals.

**control character**  A character that when typed at a keyboard or sent to a peripheral device is treated as a signal to control operating functions. *See also* CHARACTER SET, ASCII.

**control circuitry**  Electric circuits within a computer or peripheral that regulate its operation.

**Control Data Corporation**  *See* CDC.

**control design**  The design of a *control unit. Control units may be designed using *random logic or *microprogramming. Microprogramming was well suited to the control of the complex sequences of register transfers required by CISC instruction sets. RISC processors with their emphasis on the rapid execution of simple instruction sets usually employ random logic control to optimize performance.

**control flow**  The sequence of execution of statements in a program.

**control-flow graph**  A *directed graph representing the sequence of execution in a program unit, in which nodes represent branching points or subprogram calls in a program, and arcs represent linear sequences of code. From the control-flow graph an analysis can show

the structure of the program,
starts and ends of program segments,
unreachable code and dynamic halts,
branches from within loops,
entry and exit points for loops,
paths through the program.

*See also* STATIC ANALYSIS.

**control key**  *See* KEYBOARD, CONTROL CHARACTER.

**controlled sharing**  Making used resources available to more than one using resource through an *access control mechanism.

**controller**  A subsystem that governs the functions of attached devices but generally does not change the meaning of the data that may pass through it. The attached devices are usually peripherals or communication channels. One of the functions of the controller may involve processing the data stream in order to format it for transmission or recording.

**control line**  A conductor in a multiwire interface that conveys a control signal.

**control memory**  *Another name for* microprogram store.

**control points**  Points used in the specification of curves to define the general required shape.

**control record**  A record that contains control totals derived by summing values from other records in a file. The totals may or may not have some sensible meaning. Their purpose is to check that none of the preceding records has been lost or altered in some way. *See also* HASH TOTAL.

**control sequence**  A string of characters used to control the operation of a peripheral