# EXHIBIT L

# The Computer Glossary

## The Complete Illustrated Dictionary

### NINTH EDITION

### ALAN FREEDMAN

praise from

**PC Magazine**
for a previous edition

"Its score of 90% was the highest for the dictionaries we tested."

**More than 6,000 meaningful terms!** Covers computer jargon and concepts, from personal computers to mainframes. Over 1,500 new and revised entries. Plus over 175 photos and illustrations.

For beginners, power users, and systems people.

Information on the Internet, the World Wide Web, Windows, Macintosh, and UNIX, plus networking, client/server, graphics, multimedia, object-oriented programming, standards, major products, vendors, industry profiles—and more!



**MULTIMEDIA CD-ROM VERSION INSIDE!**

"The Rolls-Royce of computer dictionaries."
  —*Toronto Computes*

Special discounts on bulk quantities of AMACOM books are available to corporations, professional associations, and other organizations. For details, contact Special Sales Department, AMACOM, a division of American Management Association, 1601 Broadway, New York, NY 10019.
Tel.: 212-903-8316. Fax: 212-903-8083.
Web Site: www.amacombooks.org

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

Library of Congress Cataloging-in-Publication Data

Freedman, Alan, 1942-
    The computer glossary : the complete illustrated dictionary / Alan Freedman. — 9th ed.
        p. cm.
        ISBN 0-8144-7094-7 (pbk)
1.    Computers–Dictionaries.  2. Electronic data processing–Dictionaries.  I. Title.

QA76.15.F733 2000
004'.03–dc21
                                    00-055868

© 2001, 1998, 1995, 1993, 1991, 1989, 1983, 1981
The Computer Language Company Inc.
All rights reserved.
Printed in the United States of America.

This publication may not be reproduced, stored in a retrieval system, or transmitted in whole or in part, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of AMACOM, a division of American Management Association, 1601 Broadway, New York, NY 10019.

Printing number

10 9 8 7 6 5 4 3 2 1

### continuous tone

A printing process that produces photographic-like output. In a continuous tone image, pixel patterns (individual dots) are either not visible or are barely visible under a magnifying glass. Various dye sublimation, CYCOLOR and laser technologies can provide up to 256 intensities of color and even blend the inks. See *contone printer, dye sublimation* and *CYCOLOR*.

### contone printer

A laser printer that begins to approach continuous tone quality by varying the dot size. However, unlike continuous tone, which can blend inks more thoroughly, contone has a limited number of dot sizes, and dithering is still used to make up shades. See *continuous tone*.

### control block

A segment of disk or memory that contains a group of codes used for identification and control purposes.

### control break

(1) A change of category used to trigger a subtotal. For example, if data is subtotalled by state, a control break occurs when NJ changes to NM.

(2) (Ctrl-Break) In a DOS PC, the key combination that cancels the running program.

### control character

See *control code*.

### control code

One or more characters used as a command to control a device. The first 32 characters in the ASCII character set are control codes for communications and printers. There are countless codes used to control electronic devices. See *escape character*.

### Control Data

(Control Data Systems, Inc., Arden Hills, MN, www.cdc.dom) Control Data Corporation was one of the first computer companies. Founded in 1957, Bill Norris was its president and guiding force. For more than 30 years, the company was widely respected for its high-speed computers used for government and science. Today, it no longer manufactures hardware, but is involved in systems integration using a variety of computers from other companies. In 1992, it spun off its military involvement into an independent company called Ceridian Corporation, and Control Data Corporation became Control Data Systems.

### control field

Same as *key field*.

### control key

Abbreviated "ctrl" or "ctl." A key that is pressed with a letter or digit key to command the computer; for example, holding down control and pressing U, turns on underline in some word processors. The caret (shift-6) symbol represents the control key: ^Y means control-Y.

### controller

See *control unit (2)*.

### control network

A network of sensors and actuators used for home automation and industrial control.

### Control Panel

A routine that changes the computer's environment settings, such as keyboard and mouse sensitivity, sounds, colors and communications and printer access. It is a desk accessory in the Macintosh and a utility program in Windows.

### control program

Software that controls the operation of and has highest priority in a computer. Operating systems, network operating systems and network control programs are examples. Contrast with *application program*.

### control unit
(1) Within the processor, the circuitry that locates, analyzes and executes each instruction in the program.

(2) Within the computer, a control unit, or controller, is hardware that performs the physical data transfers between memory and a peripheral device, such as a disk or screen, or a network.

Personal computer control units are contained on a single plug-in expansion board, called a "controller" or "adapter" (disk controller, display adapter, network adapter). In large computers, they may be contained on one or more boards or in a stand-alone cabinet. In single chip computers, a built-in control unit accepts keyboard input and provides serial output to a display.

### control variable
In programming, a variable that keeps track of the number of iterations of a process. Its value is incremented or decremented with each iteration, and it is compared to a constant or other variable to test the end of the process or loop.

### conventional memory
In a PC, the first 640K of memory. The next 384K is called the "UMA" (upper memory area). The term may also refer to the entire first megabyte (1024K) of RAM, which is the memory that DOS can directly manage without the use of additional memory managers.

### conventional programming
Writing a program in a traditional procedural language, such as assembly language or a high-level compiler language (C, Pascal, COBOL, FORTRAN, etc.).

### convergence
(1) The intersection of red, green and blue electron beams on one CRT pixel. Poor convergence decreases resolution and muddies white pixels.

(2) See *digital convergence*.

### conversational
An interactive dialogue between the user and the computer.

### conversion
(1) Data conversion is changing data from one file or database format to another. It may also require code conversion between ASCII and EBCDIC.

(2) Media conversion is changing storage media such as from tape to disk.

(3) Program conversion is changing the programming source language from one dialect to another, or changing application programs to link to a new operating system or DBMS.

(4) Computer system conversion is changing the computer model and peripheral devices.

(5) Information system conversion requires data conversion and either program conversion or the installation of newly purchased or created application programs.

### converter
(1) A device that changes one set of codes, modes, sequences or frequencies to a different set. See *A/D converter*.

(2) A device that changes current from 60Hz to 50Hz, and vice versa.

### cookie file
A file that contains information (cookies) created by Web sites that is stored on the user's hard disk. It provides a way for the Web site to keep track of a user's patterns and preferences and, with the cooperation of the Web browser, to store them on the user's own hard disk in the COOKIES.TXT file (Netscape) or in separate files in the Favorites folder (Internet Explorer).

### cooperative multitasking
See *non-preemtive multitasking*.

### cooperative processing
Sharing a job among two or more computers such as a mainframe and a personal computer. It implies splitting the workload for the most efficiency.