# EXHIBIT M

# IBM

# Dictionary of Computing

▼ The most comprehensive computing dictionary ever published
▼ More than 18,000 entries

**Limitation of Liability**

While the Editor and Publisher of this book have made reasonable efforts to ensure the accuracy and timeliness of the information contained herein, neither the Editor nor the Publisher shall have any liability with respect to loss or damage caused or alleged to be caused by reliance on any information contained herein.

Copyright © 1994 by International Business Machines Corporation. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permisssion of the publisher.

6 7 8 9 0   DOC/DOC   9 9 8 7

ISBN 0-07-031488-8 (HC)
ISBN 0-07-031489-6 (PBK)


*The sponsoring editor for this book was Daniel A. Gonneau and the production supervisor was Thomas G. Kowalczyk.*

*Printed and bound by R. R. Donnelley & Sons Company.*

**Tenth Edition (August 1993)**

This is a major revision of the *IBM Dictionary of Computing,* SC20-1699-8, which is made obsolete by this edition. Changes are made periodically to the information provided herein.

It is possible that this material may contain reference to, or information about, IBM products (machines and programs), programming, or services that are not announced in your country. Such references or information must not be construed to mean that IBM intends to announce such IBM products, programming, or services in your country. Comments may be addressed to IBM Corporation, Department E37/656, P. O. Box 12195, Research Triangle Park, NC 27709.

**International Edition**

Copyright © 1994 by International Business Machines Corporation. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113383-6.


This book is printed on acid-free paper.

**input mode** (1) A mode in which records can be read from a file. (2) In the CMS Editor, the mode that allows the user to key in new lines of data. Contrast with edit mode. (3) In COBOL, the state of a file after execution of an OPEN statement, with the INPUT phrase specified for that file and before the execution of a CLOSE statement without the REEL or UNIT phrase for that file. Contrast with output mode. (4) In TSO, an entry mode that accepts successive lines of input under the EDIT command for a line data set. The lines are not checked for the presence of subcommands. (5) In IMS/VS, the way in which input fields from certain devices are defined by the user to be scanned by the message format service (MFS). (6) In DPPX, the state of a terminal session in which data may be entered into a data set.

**InputOnly window** In an AIX graphics environment, an invisible window that can be used to control such things as cursors, input event generation, and grabbing. This window cannot be used for graphics requests.

**input/output (I/O)** (1) Pertaining to input, output, or both. (A)  (2) Pertaining to a device, process, or channel involved in data input, data output, or both.

**input/output adapter (IOA)** (1) A functional unit or a part of an I/O controller that connects devices to an I/O processor. (2) The electrical circuits on a logic card that connect one device to another.

**input/output channel** (1) In a data processing system, a functional unit that handles transfer of data between internal and peripheral equipment. (I) (A)  (2) In a computing system, a functional unit, controlled by a processor, that handles transfer of data between processor storage and local peripheral devices. In data processing terminology, a channel, that is, an I/O channel or data channel, provides two-way transfers, or moves, of data between processor storage and peripheral devices. In data communication terminology, a channel (that is, a data communication channel), provides one-way (simplex) transmission; data circuits and logical channels provide two-way (duplex) transmission. (3) Synonymous with data channel, I/O channel. (4) Contrast with data communication channel.

**input/output controller (IOC)** (1) A functional unit that controls one or more input/output channels. (T) (2) In the AS/400 system, a functional unit that combines an I/O processor and one or more I/O adapters, and directly connects and controls one or more input or output devices.

**input/output control system (IOCS)** In VSE, a group of routines provided by IBM for handling transfer of data between main storage and auxiliary storage devices. See also logical IOCS, physical IOCS.

**input/output device** Synonym for input/output unit.

**input-output file** In COBOL, a file that is opened in the I-O mode.

**input/output interruption** See I/O interruption.

**input/output (I/O)** (1) Pertaining to a device whose parts can perform an input process and an output process at the same time. (I)  (2) Pertaining to a functional unit or channel involved in an input process, output process, or both, concurrently or not, and to the data involved in such a process.

*Note:* The phrase input/output may be used in place of input/output data, input/output signals, and input/output process when such a usage is clear in context. (3) Pertaining to input, output, or both. (4) See also radial transfer.

**input/output list** In DPPX FORTRAN, a list of variables in an input/output statement that specifies the storage locations into which data are to be written or from which data are to be read.

**input/output processor (IOP)** A functional unit or the part of an I/O controller that processes programmed instructions and controls one or more input/output devices or adapters.

**Input-Output section** In COBOL, the section of the Environment Division that names the files and the external media required by an object program and that provides information required for transmission and handling of data during execution of the object program.

**input/output statement** (1) Any statement that transfers data between main storage and input/output devices. (2) In COBOL, a statement that causes files to be processed by performing operations upon individual records or upon the file as a unit.

*Note:* The input-output statements are: ACCEPT (with the identifier phrase), CLOSE, DELETE, DISABLE, DISPLAY, ENABLE, OPEN, PURGE, READ, RECEIVE, REWRITE, SEND, SET (with the TO ON or TO OFF phrase), START and WRITE.

**input/output unit** A device in a data processing system by means of which data can be entered into the system, received from the system, or both. (I) (A) Synonymous with input/output device.

**InputOutput window** In an AIX graphics environment, a kind of opaque window used for input and output. InputOutput windows can have both InputOutput and InputOnly windows as inferiors.