# EXHIBIT S

Doc code :IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-08)
Approved for use through 04/30/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number: 11858086 |
| | Filing Date: 2007-09-19 |
| | First Named Inventor: Sreenath Mambakkam |
| | Art Unit: 2841 |
| | Examiner Name: Levi, Dameon E. |
| | Attorney Docket Number: 76706-200108 |

### U.S.PATENTS    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 6663007 | B1 | 2003-12-16 | Sun et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

### U.S.PATENT APPLICATION PUBLICATIONS    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    Add

### FOREIGN PATENT DOCUMENTS    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add

### NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.0

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 11858086 |
| --- | --- | --- |
| | Filing Date | 2007-09-19 |
| | First Named Inventor | Sreenath Mambakkam |
| | Art Unit | 2841 |
| | Examiner Name | Levi, Dameon E. |
| | Attorney Docket Number | 76706-200108 |

| | 1 | Lexmark Service Manual, 5000 and 5700 Color Jetprinter; 5770 Photo Jetprinter, 4093/4094, October 2000, page 5-3 | ☐ |
| --- | --- | --- | --- |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
| --- | --- |

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
| --- | --- | --- | --- |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 11858086 |
| --- | --- | --- |
| | Filing Date | 2007-09-19 |
| | First Named Inventor | Sreenath Mambakkam |
| | Art Unit | 2841 |
| | Examiner Name | Levi, Dameon E. |
| | Attorney Docket Number | 76706-200108 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☒ Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐ None

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Edward P. Heller III, 29075/ | Date (YYYY-MM-DD) | 2008-04-04 |
| --- | --- | --- | --- |
| Name/Print | Edward P. Heller III | Registration Number | 29,075 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that:  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11858086 |
| **Filing Date:** | 19-Sep-2007 |
| **Title of Invention:** | SMARTCONNECT UNIVERSAL FLASH MEDIA CARD ADAPTERS |
| First Named Inventor/Applicant Name: | Sreenath Mambakkam |
| **Filer:** | Edward Peter Heller/Mark Salvatore |
| **Attorney Docket Number:** | 076706-200108/US |

Filed as Large Entity

## Utility     Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| Claims in excess of 20 | 1202 | 6 | 50 | 300 |
| Independent claims in excess of 3 | 1201 | 2 | 210 | 420 |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Statutory disclaimer | 1814 | 1 | 130 | 130 |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | **1030** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 3109213 |
| **Application Number:** | 11858086 |
| **International Application Number:** | |
| **Confirmation Number:** | 2084 |
| **Title of Invention:** | SMARTCONNECT UNIVERSAL FLASH MEDIA CARD ADAPTERS |
| **First Named Inventor/Applicant Name:** | Sreenath  Mambakkam |
| **Customer Number:** | 73319 |
| **Filer:** | Edward Peter Heller/Mark Salvatore |
| **Filer Authorized By:** | Edward Peter Heller |
| **Attorney Docket Number:** | 076706-200108/US |
| **Receipt Date:** | 04-APR-2008 |
| **Filing Date:** | 19-SEP-2007 |
| **Time Stamp:** | 19:37:39 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 1030 |
| RAM confirmation Number | 3680 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Amendment - After Non-Final Rejection | 200108-OR1.pdf | 2879775<br><br>233bd76b49fe961e79eeebcc55c8a4f6454a9b4f | no | 14 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 2 | Information Disclosure Statement (IDS) Filed | 200108-IDS_2.pdf | 754587<br><br>1f47d41ad8653be638f63c686ea333eb9637dbac | no | 4 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | NPL Documents | 200108-NPR.pdf | 10982418<br><br>8b52d297ce1b5cf88569b80499299eb73661d1f1 | no | 90 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 4 | Terminal Disclaimer Filed | 200108-TermDiscl.pdf | 745021<br><br>4894cda0d0d601976a2fcc08d98b9cf8ef12887088 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 5 | Fee Worksheet (PTO-06) | fee-info.pdf | 8582<br><br>7e403474dd66f267b2b15f263fbec9156709f562c | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 15370383 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PATENT
Docket No. 076706-200108/US

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| **Inventor:** | Sreenath Mambakkam et al. | **Examiner:** | Levi, Dameon E. |
| **Application No.:** | 11/858,086 | **Art Unit:** | 2841 |
| **Filed:** | September 19, 2007 | **Confirmation:** | 2084 |
| **Title:** | SMARTCONNECT UNIVERSAL FLASH MEDIA CARD ADAPTERS | | |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## **AMENDMENT**

Responsive to the action dated March 14, 2008, please enter the following:

1.      Amendments to the Specification begin on page 2 of this paper.

2.      Amendments to the Claims are reflected in the listing of claims which begins on page 4 of this paper.

3.      Remarks/Arguments begin on page 10 of this paper.

A terminal disclaimer is submitted with this amendment.

PATENT
Docket No. 076706-200108/US

IN THE SPECIFICATION

Please replace paragraph 0031 with the following amended paragraph:

**0031)**        Adapter 300 includes planar element 330 that has standard connector 340 mounted thereon.  Planar element 330 is adjacent to bottom planar element 320. Standard connector 340, which may be for example, a compact flash, PCMCIA, USB, or serial ATA connector is surface-mounted to planar element 330.  Interconnects 312 that electrically connect the standard connector 340 to contact pins 315 are also located on planar element 330.  The adapter connects the proper pin from the contact pins to planar element 330.  Simple wiring such as individual wires, flat cables, printed-circuit board (PCB), or wiring traces can be used.  In accordance with an embodiment of the present invention, the need for a straddle-mounted PCB, and its associated manufacturing costs and complexity, is eliminated.  Moreover, by eliminating the layers of a straddle-mount configuration, registration accuracy is improved.  For one embodiment, a single PCB may comprise bottom planar element 320 and planar element 330.

Please replace paragraph 0036 with the following amended paragraph:

**0036)**        Thus, it is possible to accommodate SmartMedia, MMC/SD, and Memory Stick with a 21-pin connector (i.e., instead of 41 pins) by multiplexing the available pins. For one embodiment, the controller chip (e.g., controller chip 231) differentiates the pin configuration for each flash memory media type.  The controller may include a shifter connected to the data and clock signals from the MMC/SD and Memory Stick flash-memory cards.  The shifter may clock one bit (serial) or word (parallel) of data each clock pulse.  A cyclical redundancy check (CRC) can be performed on the data to detect errors.

PATENT
Docket No. 076706-200108/US

Please replace paragraph 0039 with the following amended paragraph:

**0039)**      For such an embodiment, pin 1 is a ground pin and pin 18 is a power pin for each connector.  The data lines for the SmartMedia and xD interface cards have a parallel data bus of 8 bits denoted as DO - D7 that occupy pins 10 - 17.  These data bus lines are multiplexed to serve as card-detect lines for the remaining media types.  As described in application number 09/610,904 (now U.S. patent number 6,438, 638), the signal lines to the controller are normally pulled high.  When a card is inserted, the card pulls its connected pins low.  Detection of card type is determined by detection of which of the mapped card detect lines is pulled low as illustrated in Figure 5, or by the (binary) state of data or other card pins mapped to a common set of controller pins as described in the aforesaid parent application.  See, e.g., Figs. 4A-E thereof.   While no separate address bus is provided, address and data are multiplexed.

PATENT
Docket No. 076706-200108/US

IN THE CLAIMS

1-19.   (Canceled)


20.      (Previously presented) A media card adapter comprising:

a first planar element having an upper surface and a lower surface, the first planar
element comprising molded plastic;

a second planar element having an upper surface and a lower surface, the second planar
element comprising molded plastic, wherein the first planar element and the second
planar element are disposed such that a port is formed between the lower surface of
the first planar element and the upper surface of the second planar element, the port
configured to receive a memory media card; and

a set of contact pins protruding from the lower surface of the first planar element or the
upper surface of the second planar element such that the set of contact pins are
disposed within the port, the set of contact pins capable of contacting a set of memory
media card contacts, wherein the adapter is operable to map a subset of the set of
contact pins to a set of signal lines or power lines, based on an identified type of a
memory media card..


21.      (Previously presented) The media card adapter of claim 20, wherein the first planar
element and the second planar element are formed from a single piece of molded plastic.


22.      (Previously presented) The media card adapter of claim 20, wherein the adapter is
operable to receive and read a memory media card comprising at least one of xD, MMC/SD,
Memory Stick, miniSD, RSMMC, and MS Duo.

PATENT
Docket No. 076706-200108/US

23.     (Previously presented) The media card adapter of claim 20 further comprising a
controller external to the adapter to map the subset of the set of contact pins to the set of signal
lines or power lines, based on the identified type of the memory media card.

24.     (Previously presented) The media card adapter of claim 20 further comprising a
controller within the adapter to map the subset of the set of contact pins to the set of signal lines
or power lines, based on the identified type of the memory media card.

25.     (Previously presented) The media card adapter of claim 20 wherein the set of contact pins
are formed from injected contacts within the molded plastic of the first planar element or the
second planar element.

26.     (Previously presented) The media card adapter of claim 20 wherein the contact pins are
formed such that a terminal end of a contact pin of the set of contact pins is configured to be
oriented away from the set of memory media card contacts during removal of the memory media
card.

27.     (Previously presented) A system comprising:
        a multi-memory media adapter to read data from at least one of a plurality of memory
            media cards, the multi-memory media adapter comprising a first planar element
            having an upper surface and a lower surface, the first planar element comprising
            molded plastic;
        the adapter comprising a second planar element having an upper surface and a lower
            surface, the second planar element comprising molded plastic, wherein the first planar
            element and the second planar element are disposed such that a port is formed
            between the lower surface of the first planar element and the upper surface of the
            second planar element, the port configured to receive a memory media card; and
        the adapter further comprising a set of contact pins protruding from the lower surface of
            the first planar element or the upper surface of the second planar element such that
            the set of contact pins are disposed within the port, the set of contact pins capable of
            contacting a set of memory media card contacts, wherein the adapter is operable to

5

PATENT
Docket No. 076706-200108/US

map a subset of the set of contact pins to a set of signal lines or power lines, based on an identified type of a memory media card.

28.    (Previously presented) The system of claim 27, wherein the first planar element and the second planar element are formed from a single piece of molded plastic.

29.    (Previously presented) The system of claim 27, wherein the adapter is operable to receive and read a memory media card comprising at least one of xD, MMC/SD, Memory Stick, miniSD, RSMMC, and MS Duo.

30.    (Previously presented) The system of claim 27 further comprising a controller external to the adapter to map the subset of the set of contact pins to the set of signal lines or power lines, based on the identified type of the memory media card.

31.    (Previously presented) The system of claim 27 further comprising a controller within the adapter to map the subset of the set of contact pins to the set of signal lines or power lines, based on the identified type of the memory media card.

32.    (Previously presented) The system of claim 27 wherein the set of contact pins are formed from injected contacts within the molded plastic of the first planar element or the second planar element.

33.    (Previously presented) The system of claim 27 wherein the contact pins are formed such that a terminal end of a contact pin of the set of contact pins is configured to be oriented away from the set of memory media card contacts during removal of the memory media card.

34.    (Previously presented) A media card adapter comprising:
    a first planar element having an upper surface and a lower surface, the first planar
        element comprising molded plastic;
    a second planar element having an upper surface and a lower surface, the second planar
        element comprising molded plastic, wherein the first planar element and the second

6

PATENT
Docket No. 076706-200108/US

planar element are disposed such that a port is formed between the lower surface of
the first planar element and the upper surface of the second planar element, the port
configured to receive a memory media card;

a set of contact pins protruding from the lower surface of the first planar element or the
upper surface of the second planar element such that the set of contact pins are
disposed within the port, the set of contact pins capable of contacting a set of memory
media card contacts; and

a means to map a subset of the set of contact pins to a set of signal lines or power lines,
based on an identified type of a memory media card.

35.     (Previously presented) The media card adapter of claim 34, wherein the first planar
element and the second planar element are formed from a single piece of molded plastic.

36.     (Previously presented) The media card adapter of claim 34, wherein the adapter is
operable to receive and read a memory media card comprising at least one of xD, MMC/SD,
Memory Stick, miniSD, RSMMC, and MS Duo.

37.     (Previously presented) The media card adapter of claim 34, wherein the means to map the
subset of the set of contact pins to the set of signal lines or power lines, comprises a controller
external to the adapter.

38.     (Previously presented) The media card adapter of claim 34, wherein the means to map the
subset of the set of contact pins to the set of signal lines or power lines, comprises a controller
within the adapter.

39.     (Previously presented) A method comprising:

A port of a media card adapter receiving a memory media card, the port comprising of a
first planar element of molded plastic and a second planar element of molded plastic, and a set of
contact pins protruding from a lower surface of the first planar element and an upper surface of
the second planar element, the set of contact pins capable of contacting a set of memory media
card contacts of the media card;

PATENT
Docket No. 076706-200108/US

identifying a type of the media card inserted from a plurality of memory media card types; and

mapping a subset of the set of contact pins to a set of signal lines or power lines based on the identified type of memory media card.

40.    (Previously presented) The method of claim 39, wherein the first planar element and the second planar element are formed from a single piece of molded plastic.

41.    (Previously presented) The method of claim 39, wherein the identifying the type of media card inserted further comprises identifying the media card inserted as at least one of xD, MMC/SD, Memory Stick, miniSD, RSMMC, and MS Duo.

42.    (Previously presented) The method of claim 39, wherein the mapping the subset of the set of contact pins to a set of signal lines or power lines, based on an identified type of a memory media card, is performed by a controller external to the adapter.

43.    (Previously presented) The method of claim 39, wherein the mapping the subset of the set of contact pins to a set of signal lines or power lines, based on an identified type of a memory media card, is performed by a controller internal to the adapter.

44.    (New) Apparatus comprising:
a housing having a port and a surface;
an interconnection means having a plurality of interconnection pins;
one or more sets of contact pins mounted on said surface at locations adapted to interface
with the electrical contacts of a corresponding one of a plurality of different types
of memory media cards when inserted into said port;
a set of signal lines connected to said interconnection pins;
means for identifying the type of memory card inserted into said port;
means for mapping power, ground or data signals between said interconnection pins and
said one or more contact pins depending upon the identification of the type of
memory card inserted into said port.

8

PATENT
Docket No. 076706-200108/US

45.    (New) Apparatus according to claim 44 where the means for mapping comprises a controller.

46.    (New) Apparatus according to claim 44 wherein said means for mapping is selected from a group consisting of simple wires, flat cables, printed circuit board interconnections, or wiring traces.

47.    (New) Apparatus comprising:
> a housing having a port and a surface;
> a plurality of sets of contact pins mounted on said surface at locations adapted to
>> interface with the electrical contacts of a corresponding one of a plurality of
>> different type memory media cards when inserted into said port;
> a set of signal lines connected to an interconnection means;
> means for identifying the type of memory card inserted into said port;
> means for mapping power, ground or data signals between said interconnection means
>> and said one or more contact pins depending upon the identification of the type of
>> memory card inserted into said port.

48.    (New) Apparatus according to claim 47 where said means for mapping comprises a controller.

49.    (New) Apparatus according to claim 47 wherein said means for mapping is selected from a group consisting of simple wires, flat cables, printed circuit board interconnections, or wiring traces.

PATENT
Docket No. 076706-200108/US

## REMARKS

In his action dated March 14, 2008, the examiner rejected pending claims 20-43 on two grounds: double patenting over co-owned US patent 7, 295, 443, and on prior art as obvious over Hung Ju, US patent number 6,402,558, filed November 13, 2001, in view of Lu et al., US patent number 6,738,259.  In response, applicant herewith submits a terminal disclaimer thereby obviating the double patenting rejection and traverses the prior art rejection on the basis that the claimed invention is supported in a "parent" application, to wit: application number 09/610, 904, filed July 6, 2000, now US patent 6,438,638.  In addition, applicant adds new claims 44-49 and amends the specification to incorporate subject matter disclosed in the aforementioned parent application 09/610,904.

In part, Hung Ju was cited against each of the independent claims 20, 27, 34 and 39, for its showing of

> wherein the adapter is operable to map a subset of the set of contact pins to a set of
> signal lines or power lines, based on an identified type of a memory media card(see
> column 2, lines 28-33, see Abstract).

Action dated 3/14/ 2008, at 11.  However, this limitation is fully supported in "parent" application number 09/610,904, filed July 6, 2000, the contents are which was also incorporated by reference.  See e.g. figures 3B, 4A-E, 5, 6 and 10 of 09/610,904, and the discussion in connection thereto.  Referring to figure 3B, the figure shows a plurality of differing flash media cards inserted into a connector 44 (some by means of passive adapters 30, 32 and 34), which in turn is connected to a controller 40.  The controller 40 controls/decodes the signals and "provides" them to the host interface 46.  When one of the flash media cards is other than a CompactFlash card, the passive adapters maps the pins on the smaller media cards to the CompactFlash connector 44 by means of "wires, flat cables, printed circuit board (PCB), or wiring traces."  The pin mapping is illustrated in figure 5.

10

PATENT
Docket No. 076706-200108/US

The adapter connects the proper pin on the smaller interface to the CompactFlash pin number shown in Figure 5. Simple wiring such as individual wires, flat cables, printed-circuit board (PCB), or wiring traces can be used.

Specification-as-filed, application number 09/610,904, at 14, lines 9-12.  The controller detects the type of card inserted into the CompactFlash connector 44 by determining the signal levels present on pins A0 and A1 (Fig. 5) substantially as illustrated in the Figs. 4A-4E.  When the controller 40 is connected to a serial card such as MMC/SD or Memory Stick (through, for example, connector 64 or 68, respectively, as shown in figure 6), it detects serial data using a shift register 98 that has the following functionality:

> Shifter 98 is connected to the data and clock signals from connectors 64, 68. When data
> is read from the flash-memory card, a clock is pulsed to synchronize the data transfer.
> Shifter 98 clocks in one bit (serial) or word (parallel) of data for each clock pulse. A
> cyclical-redundancy-check (CRC) can be performed on the data to detect errors. CPU
> 92 can request re-transmission of data from the flash-memory card when an error is
> detected.

Specification-as-filed, application number 09/610,904, at 20, lines 19-24.  This permits serial cards with more than one data line to interface with the controller.  It is noted that seven-contact MMC at the time the parent application was filed, July, 2000, used only one serial data line, output through contact pin number 7.  However, the nine-contact Secure Digital (SD), which connects seven of its pins to the same contact pins as the MMC card, could have either 1 or four data lines.  Its bit number 1 connected to contact pin 7, the same pin as used by the MMC card.  SD serial bits 2 and 3 were connected to contact pins 8 and 9, not used by MMC.  However, bit 3 was connected to contact pin 1, defined as open by the MMC card.  See, e.g., http://en.wikipedia.org/wiki/Secure_Digital_card for a further explanation.

While the shared contact pins largely have the same functions, the different function of pin number 1 depending on card type required different signal mapping.  The pin mapped to shifter 98 when an SD card was connected, but not when an MMC card was connected.  The shifter 98 would then clock the mapped SD serial lines, including signals mapped from contact pins 1, in parallel.  It would not clock pin number 1 if an MMC card was present.

PATENT
Docket No. 076706-200108/US

The use by the SD card and the MMC card of the same set of card contact pins is disclosed in 09/610,904.   See, e.g., its Fig. 6 (set forth below.)  Connector 64 accepts either MMC or SD (Secure Digital).  The signals from the card are mapped to chip 40.  Shifter 98 is located in chip 40.  See Fig. 10.



FIG. 6

PATENT
Docket No. 076706-200108/US

U.S. Patent     Aug. 20, 2002     Sheet 11 of 11     US 6,438,638 B1



# FIG. 10

The claim limitation requiring different "contact pin to signal line mapping" based on an "identified type" of media card is supported in the specification of parent application 09/610,904. To the extent Hung Ju is used to show such subject matter, it is not prior art to the independent claims of the present application.  Applicant respectfully traverses the rejection of claims 20-43 over Hung Ju.

The above amendment to the specification incorporates the substance of the above-quoted paragraphs (previously incorporated by reference) into the current specification at

PATENT
Docket No. 076706-200108/US

paragraphs 0031 and 0036, and adds brief description to paragraph 0039 of card detection taken both from the 09/610,904 application and from Figure 5 of the present application.

New claims 44-49 claim the invention in more traditional form given the admonishment of the examiner that the Office does not consider phrases beginning with "configured to" or the equivalent to recite positive limitations.

Applicant also wishes to bring the examiner's attention to potential prior art. During a confidential discussion with a third-party concerning the licensing of a related patent that took place on March 19, 2008 in Lexington, Kentucky, the third-party stated that "the Lexmark 5770 printer (first introduced in 1998) and the Kodak/Lexmark personal picture maker 200 printer (first introduced in 2000) both utilized memory card sockets constructed from molded plastic." The accompanying IDS includes a Lexmark 5770 manual that illustrates card connectors at page 5-3. However, the material of the connector housing is not discussed.

Applicant respectfully submits that all claims are in a condition for allowance.

Respectfully submitted,

Date: <u>April 3, 2008</u>

<u>/Edward P. Heller III 29,075/</u>
Edward P. Heller III
Reg. No. 29,075

**Customer Number 73319**

(408) 886-5446 Telephone
(650) 328-8508 Facsimile
epheller@tplgroup.net

PTO/SB/26 (01-08)
Approved for use through 03/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A "PRIOR" PATENT | Docket Number (Optional) 76706-200108 |
|---|---|

In re Application of: Sreenath Mambakkam, et al.

Application No.: 11/858,086

Filed: September 19, 2007

For: Smartconnect Universal Flash Media Card Adapters

The owner*, _MCM Portfolio LLC_____, of ____100____ percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term *prior patent* No. _7,295,443_____ as the term of said prior patent is defined in 35 U.S.C. 154 and 173, and as the term of said **prior patent** is presently shortened by any terminal disclaimer. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the **prior patent** are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of the term of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 and 173 of the **prior patent**, "as the term of said **prior patent** is presently shortened by any terminal disclaimer," in the event that said **prior patent** later:

    expires for failure to pay a maintenance fee;
    is held unenforceable;
    is found invalid by a court of competent jurisdiction;
    is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321;
    has all claims canceled by a reexamination certificate;
    is reissued; or
    is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. ☐   For submissions on behalf of a business/organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the business/organization.

    I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

2. ☑   The undersigned is an attorney or agent of record.  Reg. No. _29,075_____

| _/Edward P. Heller III, 29075/_ | 04/04/2008 |
|---|---|
| Signature | Date |

| Edward P. Heller III | |
|---|---|
| Typed or printed name | |

| (408) 886-5446 |
|---|
| Telephone Number |

☑   Terminal disclaimer fee under 37 CFR 1.20(d) included.

                **WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

*Statement  under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner).
Form PTO/SB/96 may be used for making this certification. See MPEP § 324.

This collection of information is required by 37 CFR 1.321. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14.  This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875

| Application or Docket Number | Filing Date | To be Mailed |
|---|---|---|
| 11/858,086 | 09/19/2007 | ☐ |

### APPLICATION AS FILED – PART I

|  | (Column 1) | (Column 2) | SMALL ENTITY ☐ OR | OTHER THAN SMALL ENTITY |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A |  | N/A |  |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A |  | N/A |  |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A |  | N/A |  |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = |  | OR | X $ = |  |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = |  | X $ = |  |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL |  | TOTAL |  |

### APPLICATION AS AMENDED – PART II

|  | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY OR | OTHER THAN SMALL ENTITY |
|---|---|---|---|---|---|
| **04/04/2008** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| Total (37 CFR 1.16(i)) | * 30 | Minus | ** 24 | = 6 | X $ = | OR | X $50= | 300 |
| Independent (37 CFR 1.16(h)) | * 6 | Minus | ***4 | = 2 | X $ = | OR | X $210= | 420 |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | OR | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
|  | | | | TOTAL ADD'L FEE |  | OR | TOTAL ADD'L FEE | **720** |

|  | (Column 1) | (Column 2) | (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
|  | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | | |
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | OR | X $ = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | OR | X $ = | |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | OR | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
|  | | | | TOTAL ADD'L FEE |  | OR | TOTAL ADD'L FEE |  |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/DESHONNE T. MARTINO/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*