# EXHIBIT T

| Index of Claims | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 12189725 | MAMBAKKAM ET AL. |
| | Examiner | Art Unit |
| | DAMEON E LEVI | 2841 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 03/10/2010 | | | | | | | |
| | 1 | - | | | | | | | |
| 1 | 2 | = | | | | | | | |
| 2 | 3 | = | | | | | | | |
| 3 | 4 | = | | | | | | | |
| | 5 | - | | | | | | | |
| | 6 | - | | | | | | | |

U.S. Patent and Trademark Office    Part of Paper No. : 20100310