Megan Whyman Olesek (SBN 191218)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304
Telephone: (650) 384-4700
Facsimile: (650) 384-4701
Email: molesek@kenyon.com

T. Cy Walker (admitted *Pro Hac Vice*)
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, DC 20005
Telephone: 202-220-4200
Facsimile: 202-220-4201
Email: cwalker@kenyon.com

Marcia H. Sundeen (admitted *Pro Hac Vice*)
GOODWIN PROCTER LLP
901 New York Ave, N.W.
Washington, D.C. 20001
Tel: 202.346.4000
Fax: 202.346.4444
Email: msundeen@goodwinprocter.com

*Attorneys for Defendant Hewlett-Packard Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>CANON, INC., et al.,<br><br>Defendants. | Civil Action No. 14-03640 CW<br><br>DEFENDANT HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION TO CONTINUE THE MARKMAN HEARING BY ONE WEEK TO JUNE 18, 2015<br>(CIVIL L.R. 7-11) |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br> v. <br><br> FALCON NORTHWEST COMPUTER SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 14-03641 CW <br><br> DEFENDANT HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION TO CONTINUE THE MARKMAN HEARING BY ONE WEEK TO JUNE 18, 2015 <br> (CIVIL L.R. 7-11) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | Civil Action No. 14-03643 CW <br><br> DEFENDANT HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION TO CONTINUE THE MARKMAN HEARING BY ONE WEEK TO JUNE 18, 2015 <br> (CIVIL L.R. 7-11) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br> v. <br><br> NEWEGG INC., et al., <br><br> Defendants. | Civil Action No. 14-03645 CW <br><br> DEFENDANT HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION TO CONTINUE THE MARKMAN HEARING BY ONE WEEK TO JUNE 18, 2015 <br> (CIVIL L.R. 7-11) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br> v. <br><br> SEIKO EPSON CORPORATION., et al., <br><br> Defendants. | Civil Action No. 14-03646 CW <br><br> DEFENDANT HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION TO CONTINUE THE MARKMAN HEARING BY ONE WEEK TO JUNE 18, 2015 <br> (CIVIL L.R. 7-11) |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>              Plaintiffs,<br><br>    v.<br><br>SHUTTLE INC., et al.,<br><br>              Defendants. | Civil Action No. 14-03647 CW<br><br>DEFENDANT HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION TO CONTINUE THE MARKMAN HEARING BY ONE WEEK TO JUNE 18, 2015<br>(CIVIL L.R. 7-11) |

1   Pursuant to Civil L.R. 7-11, Defendant Hewlett-Packard Company ("HP"), respectfully
2   requests that the Markman Hearing be continued from June 11, 2015, to June 18, 2015. As
3   discussed with the Court during the November 19, 2014, Case Management Conference, a
4   conflict exists for members of the HP team due to a hearing scheduled for the same time in a
5   litigation pending before the U.S. International Trade Commission (the ITC). During the Case
6   Management Conference, the Court advised that the Markman hearing in this matter could be
7   continued by one week in the event that the ITC conflict persisted.
8   All parties to the above actions have graciously consented to continue the Markman
9   hearing to June 18, 2015. If June 18 is not available, Plaintiffs request that the hearing remain on
10  June 11. A Stipulation and [Proposed] Order is submitted concurrently with this motion.

11  Dated: April 15, 2015                    Respectfully submitted,

                                              */s/ Megan Whyman Olesek*
                                              _____

                                              Megan Whyman Olesek (SBN 191218)
                                              KENYON & KENYON LLP
                                              1801 Page Mill Road, Suite 210
                                              Palo Alto, CA 94304
                                              Telephone: (650) 384-4700
                                              Facsimile: (650) 384-4701
                                              Email: molesek@kenyon.com

                                              T. Cy Walker (admitted *Pro Hac Vice*)
                                              KENYON & KENYON LLP
                                              1500 K Street, NW, Suite 700
                                              Washington, DC 20005
                                              Telephone: 202-220-4200
                                              Facsimile: 202-220-4201
                                              Email: cwalker@kenyon.com

                                              Marcia H. Sundeen (admitted *Pro Hac Vice*)
                                              GOODWIN PROCTER LLP
                                              901 New York Ave, N.W.
                                              Washington, D.C. 20001
                                              Tel: 202.346.4000
                                              Fax: 202.346.4444
                                              Email: msundeen@goodwinprocter.com

                                              *Attorneys for Defendant Hewlett-Packard Company*