1 | Megan Whyman Olesek (SBN 191218)
KENYON & KENYON LLP
2 | 1801 Page Mill Road, Suite 210
Palo Alto, CA 94304
3 | Telephone: (650) 384-4700
Facsimile: (650) 384-4701
4 | Email: molesek@kenyon.com

5 | T. Cy Walker (admitted *Pro Hac Vice*)
KENYON & KENYON LLP
6 | 1500 K Street, NW, Suite 700
Washington, DC 20005
7 | Telephone: 202-220-4200
Facsimile: 202-220-4201
8 | Email: cwalker@kenyon.com

9 | Marcia H. Sundeen (admitted *Pro Hac Vice*)
GOODWIN PROCTER LLP
10 | 901 New York Ave, N.W.
Washington, D.C. 20001
11 | Tel: 202.346.4000
Fax: 202.346.4444
12 | Email: msundeen@goodwinprocter.com

*Attorneys for Defendant Hewlett-Packard Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>CANON, INC., et al.,<br><br>Defendants. | Civil Action No. 14-03640 CW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE MARKMAN HEARING TO JUNE 18, 2015<br>(CIVIL L.R. 7-12) |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>FALCON NORTHWEST COMPUTER SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 14-03641 CW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE MARKMAN HEARING TO JUNE 18, 2015<br>(CIVIL L.R. 7-12) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Civil Action No. 14-03643 CW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE MARKMAN HEARING TO JUNE 18, 2015<br>(CIVIL L.R. 7-12) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>NEWEGG INC., et al.,<br><br>Defendants. | Civil Action No. 14-03645 CW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE MARKMAN HEARING TO JUNE 18, 2015<br>(CIVIL L.R. 7-12) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>SEIKO EPSON CORPORATION., et al.,<br><br>Defendants. | Civil Action No. 14-03646 CW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE MARKMAN HEARING TO JUNE 18, 2015<br>(CIVIL L.R. 7-12) |

KENYON & KENYON LLP
PALO ALTO

- 1 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MARKMAN HEARING

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SHUTTLE INC., et al.,<br><br>　　　　　　Defendants. | Civil Action No. 14-03647 CW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE MARKMAN HEARING TO JUNE 18, 2015<br>(CIVIL L.R. 7-12) |

Pursuant to L.R. 7-12, the Parties agree to continue the Markman Hearing scheduled for June 11, 2015 to June 18, 2015, at 2:00 p.m. Plaintiffs' consent is limited to the specified proposal to hold the hearing on June 18, 2015. If June 18 is not available, Plaintiffs request that the hearing remain on June 11.

IT IS SO STIPULATED.

Dated: April 15, 2015

　　　　　　　　　　　　　　　　　　/s/ Megan Whyman Olesek

　　　　　　　　　　　　　　　　　　Megan Whyman Olesek (SBN 191218)
　　　　　　　　　　　　　　　　　　KENYON & KENYON LLP
　　　　　　　　　　　　　　　　　　1801 Page Mill Road, Suite 210
　　　　　　　　　　　　　　　　　　Palo Alto, CA 94304
　　　　　　　　　　　　　　　　　　Telephone: 650.384.4700
　　　　　　　　　　　　　　　　　　Facsimile: 650.384.4701
　　　　　　　　　　　　　　　　　　Email: molesek@kenyon.com

　　　　　　　　　　　　　　　　　　T. Cy Walker (admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　KENYON & KENYON LLP
　　　　　　　　　　　　　　　　　　1500 K Street, NW, Suite 700
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　Telephone: 202.220.4200
　　　　　　　　　　　　　　　　　　Facsimile: 202.220.4201
　　　　　　　　　　　　　　　　　　Email: cwalker@kenyon.com

　　　　　　　　　　　　　　　　　　Marcia H. Sundeen (admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　901 New York Ave, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　Telephone: 202.346.4000
　　　　　　　　　　　　　　　　　　Facsimile: 202.346.4444
　　　　　　　　　　　　　　　　　　Email: msundeen@goodwinprocter.com

　　　　　　　　　　　　　　　　　　*ATTORNEYS FOR DEFENDANT*
　　　　　　　　　　　　　　　　　　*HEWLETT-PACKARD COMPANY*

1

*/s/ David M. Maiorana*

2

David M. Maiorana (Ohio Bar No. 0071440)
Email: dmaiorana@jonesday.com
Calvin P. Griffith (Ohio Bar No. 0039484)
Email: cpgriffith@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone:   (216) 586-3939
Facsimile:   (216) 579-0212

Tracy A. Stitt (Washington Bar No. 1015680)
Email: tastitt@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:   (202) 879-3939
Facsimile:   (202) 626-1700

Jacqueline K. S. Lee (CA Bar No. 247705)
Email: jkslee@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    (650) 739-3939
Facsimile:    (650) 739-3900

*ATTORNEYS FOR DEFENDANTS*
*CANON INC. AND CANON U.S.A., INC.*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

|   |   |
|---|---|
| 1 | */s/ Kent E. Baldauf, Jr.*_____ |
| 2 | Kent E. Baldauf, Jr.<br>kbaldaufjr@webblaw.com |
| 3 | Bryan P. Clark<br>BClark@webblaw.com |
| 4 | THE WEBB LAW FIRM<br>One Gateway Center |
| 5 | 420 Ft. Duquesne Blvd., Suite 1200<br>Pittsburgh, PA 15222 |
| 6 | Tel: (412) 471-8815 |
| 7 | Fax: (412) 471-4094 |
| 8 | Gordon M. Fauth, Jr. |
| 9 | gmf@classlitigation.com<br>LITIGATION LAWGROUP |
| 10 | 1801 Clement Ave., Ste. 101<br>Alameda, CA 94501 |
| 11 | Tel: (510) 238-9610<br>Fax: (510) 337-1431 |
| 12 | |
| 13 | *COUNSEL FOR DEFENDANTS NEWEGG INC., ROSEWILL INC., AND FALCON NORTHWEST COMPUTER SYSTEMS, INC.* |
| 14 | |
| 15 | |
| 16 | */s/ Matthew J. Hertko*_____<br>Kyle T. Barrett (State Bar No. 284595) |
| 17 | kbarrett@jonesday.com<br>JONES DAY |
| 18 | 1755 Embarcadero Road<br>Palo Alto, CA  94303 |
| 19 | Telephone:      (650) 739-3939<br>Facsimile:       (650) 739-3900 |
| 20 | |
| 21 | William E. Devitt (admitted Pro Hac Vice)<br>wdevitt@jonesday.com |
| 22 | Matthew J. Hertko (admitted Pro Hac Vice)<br>mhertko@jonesday.com |
| 23 | JONES DAY<br>77 W. Wacker, Suite 3500 |
| 24 | Chicago, IL  60601<br>Telephone:      (312) 782-3939 |
| 25 | Facsimile:       (312) 782-8585 |
| 26 | *ATTORNEYS FOR DEFENDANTS SEIKO EPSON CORPORATION AND EPSON AMERICA, INC.* |
| 27 | |
| 28 | |

*/s/ Andrew T. Oliver*
Jenny W. Chen
CHEN IP LAW GROUP
7F, N0. 1, Alley 30, Lane 358, Rueiguang Road
Neihu District
Taipei, Taiwan 114
Telephone: +886.2.7721.8855
Facsimile: +886.2.7721.8822
Email: Jenny.Chen@ChenIPLaw.com

Andrew T. Oliver
AMIN, TUROCY & WATSON LLP
160 West Santa Clara Street
Suite 975
San Jose, CA 95113
Tel: (650) 618-6477
Email: aoliver@ATWiplaw.com

*ATTORNEYS FOR DEFENDANT*
*SHUTTLE COMPUTER GROUP INC.*

*/s/   Denise M. De Mory*
Anthony G. Simon (*pro hac vice*)
Michael P. Kella (*pro hac vice*)
Benjamin R. Askew (*pro hac vice*)
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
P.  314.241.2929
F.  314.241.2029
asimon@simonlawpc.com
mkella@simonlawpc.com
baskew@simonlawpc.com

Henry C. Bunsow
Denise M. De Mory
Brian A.E. Smith
BUNSOW DE MORY SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA 94104
P.  415.426.4747
F.  415.426.4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
bsmith@bdiplaw.com

*ATTORNEYS FOR PLAINTIFFS*
*TECHNOLOGY PROPERIES LIMITED LLC and*
*MCM PORTFOLIO LLC*

1  Having considered the stipulation of the parties and good cause appearing, the Markman hearing
2  in this consolidated action is hereby continued to June 18, 2015, at 2:00 p.m.

4  IT IS SO ORDERED.
5  Dated:  April ___, 2015                         _____
6                                                                    Honorable Claudia Wilken
                                                                         United States Senior District Court Judge