Megan Whyman Olesek (SBN 191218)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304
Telephone: (650) 384-4700
Facsimile: (650) 384-4701
Email: molesek@kenyon.com

T. Cy Walker (admitted *Pro Hac Vice*)
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, DC 20005
Telephone: 202-220-4200
Facsimile: 202-220-4201
Email: cwalker@kenyon.com

Marcia H. Sundeen (admitted *Pro Hac Vice*)
GOODWIN PROCTER LLP
901 New York Ave, N.W.
Washington, D.C. 20001
Tel: 202.346.4000
Fax: 202.346.4444
Email: msundeen@goodwinprocter.com

*Attorneys for Defendant Hewlett-Packard Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>CANON, INC., et al.,<br><br>Defendants. | Civil Action No. 14-03640 CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>FALCON NORTHWEST COMPUTER SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 14-03641 CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Civil Action No. 14-03643 CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>NEWEGG INC., et al.,<br><br>Defendants. | Civil Action No. 14-03645 CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>SEIKO EPSON CORPORATION., et al.,<br><br>Defendants. | Civil Action No. 14-03646 CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SHUTTLE INC., et al.,<br><br>Defendants. | Civil Action No. 14-03647 CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |

**RELIEF SOUGHT**

Pursuant to Civil Local Rule 7-11, Defendants Canon Inc.; Canon U.S.A., Inc.; Shuttle Computer Group Inc.; Newegg Inc.; Rosewill Inc.; and Falcon Northwest Computer Systems, Inc.; Seiko Epson Corporation; Epson America, Inc.; and Hewlett-Packard Company (collectively, "Defendants"[1]) request an enlargement of the page limit by 10 pages for Defendants' Opposition Brief on Claim Construction, which is due on April 23, 2015.  Enlarging Defendants' Joint Opposition Brief from 25 to 35 pages is necessary to provide Defendants with additional room to set forth their claim constructions and respond to Plaintiffs' constructions.  Plaintiffs have declined to stipulate to this extension, as confirmed in the accompanying Declaration of T. Cy Walker.

**ARGUMENT**

There are nine claim terms across three patents in dispute.  Each patent has its own prosecution history.  There are claim terms that have no plain and ordinary meaning, claim terms that have been limited by statements made in the patents or in the prosecution histories, and claim terms that have been drafted in means-plus-function form.  Proper construction requires consideration of the terms' usage in the claims, the specification, and the prosecution histories.  The additional pages are necessary to discuss these materials and explain their influence on claim construction in a way that the Court and its technical advisor can more easily follow and understand.  The additional pages also are needed to harmonize the arguments of the six separate defendants on nine claim terms into a single brief for presentation to the Court.

The additional pages also are requested to allow the Defendants to incorporate into their brief the relevant figures and statements from the patents and prosecution histories, so the arguments are illustrated within the brief and are easy to follow without the reader having to continually refer to and locate the cited passages of supporting documents.  Without additional pages, Defendants likely will have insufficient room to incorporate this material and, instead, will need to rely on citations to the supporting materials only.  While replacing figures and passages

---

[1] Sony Corporation and Sony Corporation of America have informed the Defendants that they have reached an agreement in principle with the Plaintiffs and will no longer be participating in claim construction.

from the patents and prosecution histories with citations reduces the page count, it does so at the expense of clarity and convenience, and will tend to increase the overall burden on the Court and its technical advisor.

Dated: April 14, 2015                              Kenyon & Kenyon LLP

                                                   By: /s/Megan Whyman Olesek

                                                        Megan Whyman Olesek (SBN 191218)
                                                        KENYON & KENYON LLP
                                                        1801 Page Mill Road, Suite 210
                                                        Palo Alto, CA 94304
                                                        Telephone: (650) 384-4700
                                                        Facsimile: (650) 384-4701
                                                        Email: molesek@kenyon.com

                                                        T. Cy Walker (admitted *Pro Hac Vice*)
                                                        KENYON & KENYON LLP
                                                        1500 K Street, NW, Suite 700
                                                        Washington, DC 20005
                                                        Telephone: 202-220-4200
                                                        Facsimile: 202-220-4201
                                                        Email: cwalker@kenyon.com

                                                        Marcia H. Sundeen (admitted *Pro Hac Vice*)
                                                        GOODWIN PROCTER LLP
                                                        901 New York Ave, N.W.
                                                        Washington, D.C. 20001
                                                        Tel: 202.346.4000
                                                        Fax: 202.346.4444
                                                        Email: msundeen@goodwinprocter.com

                                                        *ATTORNEYS FOR DEFENDANT HEWLETT-PACKARD COMPANY*

|   |   |
|---|---|
| 1 | /s/ David M. Maiorana |
| 2 | |
| 3 | David M. Maiorana (Ohio Bar No. 0071440)<br>Email: dmaiorana@jonesday.com<br>Calvin P. Griffith (Ohio Bar No. 0039484) |
| 4 | Email: cpgriffith@jonesday.com<br>JONES DAY |
| 5 | North Point<br>901 Lakeside Avenue |
| 6 | Cleveland, OH 44114-1190 |
| 7 | Telephone:   (216) 586-3939<br>Facsimile:   (216) 579-0212 |
| 8 | |
| 9 | Tracy A. Stitt (Washington Bar No. 1015680)<br>Email: tastitt@jonesday.com |
| 10 | JONES DAY<br>51 Louisiana Avenue, N.W. |
| 11 | Washington, D.C. 20001-2113<br>Telephone:   (202) 879-3939 |
| 12 | Facsimile:   (202) 626-1700 |
| 13 | Jacqueline K. S. Lee (CA Bar No. 247705) |
| 14 | Email: jkslee@jonesday.com<br>JONES DAY |
| 15 | 1755 Embarcadero Road<br>Palo Alto, CA 94303 |
| 16 | Telephone:   (650) 739-3939<br>Facsimile:   (650) 739-3900 |
| 17 | |
| 18 | *ATTORNEYS FOR DEFENDANTS*<br>*CANON INC. AND CANON U.S.A., INC.* |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 |   |
| 2 | By: /s/ Kent E. Baldauf, Jr._____ |
|   | Kent E. Baldauf, Jr. |
| 3 | kbaldaufjr@webblaw.com |
|   | Bryan P. Clark |
| 4 | BClark@webblaw.com |
|   | THE WEBB LAW FIRM |
| 5 | One Gateway Center |
|   | 420 Ft. Duquesne Blvd., Suite 1200 |
| 6 | Pittsburgh, PA 15222 |
|   | Tel: (412) 471-8815 |
| 7 | Fax: (412) 471-4094 |
| 8 |   |
|   | Gordon M. Fauth, Jr. |
| 9 | gmf@classlitigation.com |
|   | LITIGATION LAWGROUP |
| 10 | 1801 Clement Ave., Ste. 101 |
|   | Alameda, CA 94501 |
| 11 | Tel: (510) 238-9610 |
| 12 | Fax: (510) 337-1431 |
| 13 | *COUNSEL FOR DEFENDANTS NEWEGG INC., ROSEWILL INC., AND FALCON NORTHWEST COMPUTER SYSTEMS, INC.* |
| 14 |  |

| | |
|---|---|
| 1 | */s/ Matthew J. Hertko*_____ |
| 2 | Kyle T. Barrett (State Bar No. 284595) |
|   | kbarrett@jonesday.com |
| 3 | JONES DAY |
|   | 1755 Embarcadero Road |
| 4 | Palo Alto, CA  94303 |
|   | Telephone:      (650) 739-3939 |
| 5 | Facsimile:        (650) 739-3900 |
| 6 | |
|   | William E. Devitt (admitted Pro Hac Vice) |
| 7 | wdevitt@jonesday.com |
|   | Matthew J. Hertko (admitted Pro Hac Vice) |
| 8 | mhertko@jonesday.com |
|   | JONES DAY |
| 9 | 77 W. Wacker, Suite 3500 |
|   | Chicago, IL  60601 |
| 10 | Telephone:      (312) 782-3939 |
|   | Facsimile:        (312) 782-8585 |
| 11 | |
| 12 | *ATTORNEYS FOR DEFENDANTS SEIKO EPSON CORPORATION AND EPSON AMERICA, INC.* |

| | |
|---|---|
| 1 | */s/ Andrew T. Oliver*_____ |
| 2 | Jenny W. Chen<br>CHEN IP LAW GROUP |
| 3 | 7F, N0. 1, Alley 30, Lane 358, Rueiguang Road<br>Neihu District |
| 4 | Taipei, Taiwan 114<br>Telephone: +886.2.7721.8855 |
| 5 | Facsimile: +886.2.772l.8822<br>Email: Jenny.Chen@ChenIPLaw.com |

Andrew T. Oliver
AMIN, TUROCY & WATSON LLP
160 West Santa Clara Street
Suite 975
San Jose, CA 95113
Tel: (650) 618-6477
Email: aoliver@ATWiplaw.com

ATTORNEYS FOR DEFENDANT
SHUTTLE COMPUTER GROUP INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on April 15, 2015 via the Court's CM/ECF system.

/s/ Gordon Fauth

KENYON & KENYON LLP
PALO ALTO

- 9 -