Megan Whyman Olesek (SBN 191218)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304
Telephone: (650) 384-4700
Facsimile: (650) 384-4701
Email: molesek@kenyon.com

T. Cy Walker (admitted *Pro Hac Vice*)
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, DC 20005
Telephone: 202-220-4200
Facsimile: 202-220-4201
Email: cwalker@kenyon.com

Marcia H. Sundeen (admitted *Pro Hac Vice*)
GOODWIN PROCTER LLP
901 New York Ave, N.W.
Washington, D.C. 20001
Tel: 202.346.4000
Fax: 202.346.4444
Email: msundeen@goodwinprocter.com

*Attorneys for Defendant Hewlett-Packard Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CANON, INC., et al.,<br><br>Defendants. | Civil Action No. 14-03640 CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>FALCON NORTHWEST COMPUTER SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 14-03641 CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Civil Action No. 14-03643 CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>NEWEGG INC., et al.,<br><br>Defendants. | Civil Action No. 14-03645 CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>SEIKO EPSON CORPORATION., et al.,<br><br>Defendants. | Civil Action No. 14-03646 CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br>    Plaintiffs, <br><br>    v. <br><br>SHUTTLE INC., et al., <br><br>    Defendants. | Civil Action No. 14-03647 CW <br><br> **DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KENYON & KENYON LLP
PALO ALTO

- 2 -

WALKER DECL. ISO DEFENDANTS'
ADMIN. MOTION TO ENLARGE PAGE
LIMIT FOR CLAIM CONSTRUCTION BRIEF

1  I, T. Cy Walker, do hereby declare as follows:

2  1. I am a partner in the law firm of Kenyon & Kenyon LLP, counsel for Hewlett-Packard Company ("HP") in this action. I am licensed to practice law in the District of Columbia. I submit this Declaration in support of Defendants' Administrative Motion to Enlarge Page Limit for Joint Opposition Brief re Claim Construction. I have personal knowledge of the matters stated herein. If called as a witness, I would testify to the facts set forth below.

2. On April 14, 2015, I sent an email to Plaintiffs' counsel stating that Defendants intended to move to enlarge by 10 pages the page limit for Defendants' Joint Opposition Brief re Claim Construction and asking if Plaintiffs would consent to the requested relief.

3. Later on April 14, 2015, I spoke by phone with Plaintiffs' counsel and was informed that Plaintiffs were unwilling to consent to the request. Accordingly, it is not possible to resolve this matter by stipulation.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 14th day of April 2015 in Washington, D.C.

*/s/ T. Cy Walker*_____
T. Cy Walker

**ATTESTATION OF E-FILED SIGNATURE**

I, Megan Gordon Fauth am the ECF User whose ID and password are being used to file this Declaration. I hereby attest that T. Cy Walker has concurred in this filing.

Dated: April 15, 2015         */s/ Gordon Fauth*