UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>            Plaintiffs,<br>      v.<br><br>CANON, INC., et al.,<br><br>            Defendants. | Civil Action No. 14-03640 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>            Plaintiffs,<br>      v.<br><br>FALCON NORTHWEST COMPUTER SYSTEMS, INC.,<br><br>            Defendant. | Civil Action No. 14-03641 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |

KENYON & KENYON LLP
PALO ALTO

[PROPOSED] ORDER
CASE NO. 13-03640-CW

| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | Civil Action No. 14-03643 CW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br> v. <br><br> NEWEGG INC., et al., <br><br> Defendants. | Civil Action No. 14-03645 CW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br> v. <br><br> SEIKO EPSON CORPORATION., et al., <br><br> Defendants. | Civil Action No. 14-03646 CW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br> v. <br><br> SHUTTLE INC., et al., <br><br> Defendants. | Civil Action No. 14-03647 CW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |

1  Defendants have filed an administrative motion pursuant to Civil Local Rule 7-11 for an
2  enlargement of the page limit for Defendants' Joint Opposition Brief re Claim Construction,
3  which is due on April 23, 2015.
4  Having considered the arguments of the parties and the papers submitted, and finding
5  good cause therefor, the Court hereby GRANTS Defendants' Administrative Motion to Enlarge
6  Page Limit for Joint Opposition Brief re Claim Construction. Defendants may file a Brief of not
7  more than 35 pages on or before April 23, 2015.
8  **IT IS SO ORDERED.**
9  Dated: _____         _____
10                                          Hon. Claudia A. Wilken
                                            United States District Court Judge