1   Megan Whyman Olesek (SBN 191218)
    KENYON & KENYON LLP
2   1801 Page Mill Road, Suite 210
    Palo Alto, CA 94304
3   Telephone: (650) 384-4700
    Facsimile: (650) 384-4701
4   Email: molesek@kenyon.com

5   T. Cy Walker (admitted *Pro Hac Vice*)
    KENYON & KENYON LLP
6   1500 K Street, NW, Suite 700
    Washington, DC 20005
7   Telephone: 202-220-4200
    Facsimile: 202-220-4201
8   Email: cwalker@kenyon.com

9   Marcia H. Sundeen (admitted *Pro Hac Vice*)
    GOODWIN PROCTER LLP
10  901 New York Ave, N.W.
    Washington, D.C. 20001
11  Tel: 202.346.4000
12  Fax: 202.346.4444
    Email: msundeen@goodwinprocter.com
13
    *Attorneys for Defendant Hewlett-Packard Company*

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                          OAKLAND DIVISION

17

18

19  TECHNOLOGY PROPERTIES LIMITED          Civil Action No. 14-03640 CW
    LLC and MCM PORTFOLIO LLC,
20
                                           STIPULATION AND [PROPOSED]
21                    Plaintiffs,          ORDER TO CONTINUE MARKMAN
               v.                          HEARING TO JUNE 18, 2015
22                                         (CIVIL L.R. 7-12)
23  CANON, INC., et al.,

24                    Defendants.

25

26

27

28

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FALCON NORTHWEST COMPUTER SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 14-03641 CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MARKMAN HEARING TO JUNE 18, 2015 (CIVIL L.R. 7-12) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Civil Action No. 14-03643 CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MARKMAN HEARING TO JUNE 18, 2015 (CIVIL L.R. 7-12) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NEWEGG INC., et al.,<br><br>Defendants. | Civil Action No. 14-03645 CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MARKMAN HEARING TO JUNE 18, 2015 (CIVIL L.R. 7-12) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SEIKO EPSON CORPORATION., et al.,<br><br>Defendants. | Civil Action No. 14-03646 CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MARKMAN HEARING TO JUNE 18, 2015 (CIVIL L.R. 7-12) |

KENYON & KENYON LLP
PALO ALTO

- 1 -

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE MARKMAN HEARING

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>                       Plaintiffs,<br><br>        v.<br><br>SHUTTLE INC., et al.,<br><br>                      Defendants. | Civil Action No. 14-03647 CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MARKMAN HEARING TO JUNE 18, 2015 (CIVIL L.R. 7-12) |

Pursuant to L.R. 7-12, the Parties agree to continue the Markman Hearing scheduled for June 11, 2015 to June 18, 2015, at 2:00 p.m. Plaintiffs' consent is limited to the specified proposal to hold the hearing on June 18, 2015. If June 18 is not available, Plaintiffs request that the hearing remain on June 11.

IT IS SO STIPULATED.

Dated: April 15, 2015

                                             /s/ Megan Whyman Olesek

                                           Megan Whyman Olesek (SBN 191218)
                                           KENYON & KENYON LLP
                                           1801 Page Mill Road, Suite 210
                                           Palo Alto, CA 94304
                                           Telephone: 650.384.4700
                                           Facsimile: 650.384.4701
                                           Email: molesek@kenyon.com

                                           T. Cy Walker (admitted *Pro Hac Vice*)
                                           KENYON & KENYON LLP
                                           1500 K Street, NW, Suite 700
                                           Washington, DC 20005
                                           Telephone: 202.220.4200
                                           Facsimile: 202.220.4201
                                           Email: cwalker@kenyon.com

                                           Marcia H. Sundeen (admitted *Pro Hac Vice*)
                                           GOODWIN PROCTER LLP
                                           901 New York Ave, N.W.
                                           Washington, D.C. 20001
                                           Telephone: 202.346.4000
                                           Facsimile: 202.346.4444
                                           Email: msundeen@goodwinprocter.com

                                           *ATTORNEYS FOR DEFENDANT*
                                           *HEWLETT-PACKARD COMPANY*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ David M. Maiorana*

David M. Maiorana (Ohio Bar No. 0071440)
Email: dmaiorana@jonesday.com
Calvin P. Griffith (Ohio Bar No. 0039484)
Email: cpgriffith@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone:   (216) 586-3939
Facsimile:    (216) 579-0212

Tracy A. Stitt (Washington Bar No. 1015680)
Email: tastitt@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:   (202) 879-3939
Facsimile:    (202) 626-1700

Jacqueline K. S. Lee (CA Bar No. 247705)
Email: jkslee@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:     (650) 739-3939
Facsimile:      (650) 739-3900

*ATTORNEYS FOR DEFENDANTS*
*CANON INC. AND CANON U.S.A., INC.*

1

*/s/ Kent E. Baldauf, Jr.*_____
Kent E. Baldauf, Jr.

2

kbaldaufjr@webblaw.com
Bryan P. Clark

3

BClark@webblaw.com
THE WEBB LAW FIRM

4

One Gateway Center

5

420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222

6

Tel: (412) 471-8815

7

Fax: (412) 471-4094

8

Gordon M. Fauth, Jr.

9

gmf@classlitigation.com
LITIGATION LAWGROUP

10

1801 Clement Ave., Ste. 101
Alameda, CA 94501

11

Tel: (510) 238-9610
Fax: (510) 337-1431

12

13

*COUNSEL FOR DEFENDANTS NEWEGG INC.,*
*ROSEWILL INC., AND FALCON NORTHWEST*

14

*COMPUTER SYSTEMS, INC.*

15

16

*/s/ Matthew J. Hertko*_____
Kyle T. Barrett (State Bar No. 284595)

17

kbarrett@jonesday.com
JONES DAY

18

1755 Embarcadero Road
Palo Alto, CA  94303

19

Telephone:       (650) 739-3939
Facsimile:       (650) 739-3900

20

21

William E. Devitt (admitted Pro Hac Vice)
wdevitt@jonesday.com

22

Matthew J. Hertko (admitted Pro Hac Vice)
mhertko@jonesday.com

23

JONES DAY
77 W. Wacker, Suite 3500

24

Chicago, IL  60601

25

Telephone:       (312) 782-3939
Facsimile:       (312) 782-8585

26

27

*ATTORNEYS FOR DEFENDANTS SEIKO EPSON*
*CORPORATION AND EPSON AMERICA, INC.*

28

1

*/s/ Andrew T. Oliver_____*

2
Jenny W. Chen
CHEN IP LAW GROUP

3
7F, N0. 1, Alley 30, Lane 358, Rueiguang Road
Neihu District

4
Taipei, Taiwan 114
Telephone: +886.2.7721.8855

5
Facsimile: +886.2.772l.8822
Email: Jenny.Chen@ChenIPLaw.com

6

7
Andrew T. Oliver
AMIN, TUROCY & WATSON LLP

8
160 West Santa Clara Street
Suite 975

9
San Jose, CA 95113
Tel: (650) 618-6477

10
Email: aoliver@ATWiplaw.com

11
*ATTORNEYS FOR DEFENDANT*

12
*SHUTTLE COMPUTER GROUP INC.*

13

*/s/   Benjamin R. Askew_____*

14
Anthony G. Simon (*pro hac vice*)
Michael P. Kella (*pro hac vice*)

15
Benjamin R. Askew (*pro hac vice*)
THE SIMON LAW FIRM, P.C.

16
800 Market Street, Suite 1700
St. Louis, Missouri 63101

17
P.  314.241.2929
F.  314.241.2029

18
asimon@simonlawpc.com
mkella@simonlawpc.com

19
baskew@simonlawpc.com

20
Henry C. Bunsow
Denise De Mory

21
Brian A.E. Smith
BUNSOW DE MORY SMITH & ALLISON LLP

22
351 California Street, Suite 200
San Francisco, CA 94104

23
P.  415.426.4747
F.  415.426.4744

24
hbunsow@bdiplaw.com
ddemory@bdiplaw.com

25
bsmith@bdiplaw.com

26
*ATTORNEYS FOR PLAINTIFFS*

27
*TECHNOLOGY PROPERIES LIMITED LLC and*
*MCM PORTFOLIO LLC*

28

KENYON & KENYON
LLP
PALO ALTO

- 5 -

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE MARKMAN HEARING

1   Having considered the stipulation of the parties and good cause appearing, the Markman hearing

2   in this consolidated action is hereby continued to June 18, 2015, at 2:00 p.m.

3

4   IT IS SO ORDERED.

5   Dated:  April  16, 2015

                                              Honorable Claudia Wilken

6                                                 United States Senior District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28