```
KWAN CHAN [SBN 252610]
2501 Cowper Street
Palo Alto, CA 94301
Tel: 650-430-3027
kwan.patentlaw@gmail.com

Technical Advisor
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>CANON, INC., et al.,<br><br>    Defendants. | Case No. C 14-03640-CW<br><br>DECLARATION OF KWAN CHAN, TECHNICAL ADVISOR |
| TECHNOLOGY PROPERTIES LIMITED LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FALCON COMPUTER SYSTEM, INC.,<br><br>    Defendant. | Case No. C 14-03641-CW |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>HEWLET-PACKARD COMPANY,<br><br>    Defendant. | Case No. C 14-03643-CW |

```
TECHNOLOGY PROPERTIES LIMITED   ) Case No. C 14-03645-CW
LLC,                            )
                                )
          Plaintiff,            )
                                )
     v.                         )
                                )
NEWEGG, INC., et al.,           )
                                )
          Defendants.           )
--------------------------------)
TECHNOLOGY PROPERTIES LIMITED   ) Case No. C 14-03646-CW
LLC,                            )
                                )
          Plaintiff,            )
                                )
     v.                         )
                                )
SEIKO EPSON CORPORATION, et     )
al.,                            )
                                )
          Defendants.           )
--------------------------------)
TECHNOLOGY PROPERTIES LIMITED   ) Case No. C 14-03647-CW
LLC and MCM PORTFOLIO LLC,      )
                                )
          Plaintiffs,           )
                                )
     v.                         )
                                )
SHUTTLE, INC., et al.,          )
                                )
          Defendants.           )
--------------------------------)
TECHNOLOGY PROPERTIES LIMITED   ) Case No. C 14-04616-CW
LLC and MCM PORTFOLIO LLC,      )
                                )
          Plaintiffs,           )
                                )
     v.                         )
                                )
SONY CORPORATION, et al.,       )
                                )
          Defendants.           )
--------------------------------)
```

I, Kwan Chan, declare that I will adhere to the terms of my appointment as Technical Advisor in cases 14-CV-3640, 14-CV-3641, 14-CV-3643, 14-CV-3645, 14-CV-3646, 14-CV-3647, 14-CV-4616, as set forth in the Court's Order Appointing Technical Advisor Kwan Chan.

Date: April 16, 2015,                    _____
                                         Kwan Chan
                                         Technical Advisor