Henry C. Bunsow (SBN 60707)
hbunsow@bdiplaw.com
Brian A.E. Smith (SBN 188147)
bsmith@bdiplaw.com
BUNSOW, DE MORY, SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
Telephone: (415) 426-4747
Facsimile:  (415) 426-4744

Denise M. De Mory (SBN 168076)
ddemory@bdiplaw.com
BUNSOW, DE MORY, SMITH & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (650) 351-7253

Attorneys for Plaintiffs
TECHNOLOGY PROPERTIES LIMITED, LLC
and MCM PORTFOLIO LLC,

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CANON INC., et al.,<br><br>    Defendant. | CASE NO.  14-cv-03640 CW<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR JOINT OPPOSITION BRIEF RE CLAIM CONSTRUCTION** |
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FALCON NORTHWEST COMPUTER SYSTEMS, INC.,<br><br>    Defendant. | CASE NO.  14-cv-03641 CW |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>   Defendants | CASE NO.  14-cv-03643 CW |
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>NEWEGG INC., et al.,<br><br>   Defendants | CASE NO.  14-cv-03645 CW |
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>SEIKO EPSON CORPORATION., et al.,<br><br>   Defendants. | CASE NO.  14-cv-03646 CW |
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>SHUTTLE INC., et al.,<br><br>   Defendants. | CASE NO.  14-cv-03647 CW |

Before the Court is Defendants' Administrative Motion to Enlarge Page Limit for Joint Opposition Brief Re Claim Construction.  After considering the submissions filed by the parties with respect to the Motion and good cause appearing, Defendants' Motion is hereby DENIED.

1
2
3
4
5  **IT IS SO ORDERED:**
6
7  Dated: _____
8              Honorable Judge Claudia Wilken
            United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28