Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
gmf@classlitigation.com
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 238-9610
Facsimile (510) 337-1431

Kent E. Baldauf, Jr.
kbaldaufjr@webblaw.com
Bryan P. Clark
BClark@webblaw.com
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Tel: (412) 471-8815
Fax: (412) 471-4094

Counsel for Newegg Inc., Rosewill Inc, and Falcon
Northwest Computer Products, Inc.

[Additional counsel for parties listed
on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CANON INC., et al.,<br><br>                    Defendants. | Civil Action No. 14-03640 CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |

1

DEFENDANTS' ADMINISTRATIVE MOTION OBJECTING TO PER CAPITA SPLIT OF
TECHNICAL ADVISOR FEE

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FALCON NORTHWEST COMPUTER SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 14-03641 CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Civil Action No. 14-03643 CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>            Plaintiffs,<br><br>      v.<br><br>NEWEGG INC., et al.,<br><br>            Defendants. | Civil Action No. 14-03645 CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SEIKO EPSON CORPORATION., et al., <br><br> Defendants. | Civil Action No. 14-03646 CW <br><br> **DEFENDANTS' ADMINISTRATIVE MOTION OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SHUTTLE INC., et al., <br><br> Defendants. | Civil Action No. 14-03647 CW <br><br> **DEFENDANTS' ADMINISTRATIVE MOTION OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |

## RELIEF SOUGHT

Pursuant to Civil Local Rule 7-11 and the Court's April 10, 2015 order, Defendants Canon Inc.; Canon U.S.A., Inc.; Shuttle Computer Group Inc.; Newegg Inc.; Rosewill Inc.; Falcon Northwest Computer Systems, Inc.; Seiko Epson Corporation; Epson America, Inc.; and Hewlett-Packard Company (collectively, "Defendants") seek a clarification that the fee of the technical advisor, Kwan Chan, appointed by the Court, should be allocated on a 50/50 basis between Plaintiffs and Defendants in accordance with the Court's November 19, 2014 proposal accepted by the Parties. Plaintiffs will not stipulate to the 50/50 split sought and have stated they will accept only a per capita fee split. (*See* Declaration of Gordon M. Fauth in Support of Defendants' Objection to Per Capita Fee Split ("Fauth Decl."), Ex. B.)

## ARGUMENT

The split of the fee of the technical advisor between Plaintiffs and Defendants should be on a 50/50 basis both because that was the proposal by the Court, which the Parties accepted in agreeing to the appointment of a technical advisor, and also because it is an equitable split of the fee in these coordinated cases in which the Plaintiffs have separately sued each of the Defendants.

At the initial case management conference on November 19, 2014, the Court asked the Parties to agree to the appointment of a technical expert to advise the Court, proposing that the parties would pay "under some 50/50 arrangement…":

> WHAT I PROPOSE TO DO IS HAVE YOU PAY HIM UNDER SOME 50/50 ARRANGEMENT OR SOMETHING LIKE THAT. YOU WOULD PUT A RETAINER IN HIS ACCOUNT AND HE WOULD ADVISE ME PRIVATELY ABOUT THE TECHNOLOGY. HE WOULDN'T BE A TESTIFYING EXPERT OR A REPORTING EXPERT OR ANYTHING ELSE, HE WOULD ADVISE ME PRIVATELY. SO THAT'S MY PROPOSAL ON THAT.

(*See* Fauth Decl., Ex. A, November 19, 2014, Case Management Conf. Tr., at 23:15-20.) It was on that basis that Defendants agreed to the Court's proposal. The Court's April 10, 2015 order appointing Mr. Chan stated "Each party shall bear the fees and costs of the Technical Advisor on a per capita basis..." Plaintiffs immediately seized on that language to repudiate the express

proposal of the Court at the case management conference for a 50/50 split, which the Parties, including Plaintiffs, had accepted, and now demand a per capita split.  (*See* Fauth Decl., Ex. B.) Accordingly, the Parties respectfully request an order clarifying that, as it proposed, and as the Parties accepted, the fee of the technical advisor should be split on a 50/50 Plaintiffs/Defendants basis.

Also, a 50/50 split of the fee of the technical advisor is an equitable split.  The Plaintiffs sued each of the Defendants in separate cases, which would argue for an even split between Plaintiffs and Defendants.  Further, the cases have been partially coordinated to deal efficiently with the similar issues raised.  The technical advisor will generally be looking at two sets of papers—one set for the Plaintiffs and one set for the Defendants.  It would therefore be inequitable to allow Plaintiffs to pay less than a 50/50 split of the technical advisor's fee.

For all of the foregoing reasons, the Court should order that the fee of the technical advisor be allocated between Plaintiffs and Defendants on a 50/50 basis.

Respectfully submitted,

Dated:  April 20, 2015           By:      /s/ Gordon M. Fauth, Jr.
                                          Gordon M. Fauth, Jr.
                                          gmf@classlitigation.com
                                          LITIGATION LAW GROUP
                                          1801 Clement Ave., Ste. 101
                                          Alameda, CA 94501
                                          Tel: (510) 238-9610
                                          Fax: (510) 337-1431

                                          Kent E. Baldauf, Jr.
                                          kbaldaufjr@webblaw.com
                                          Bryan P. Clark
                                          BClark@webblaw.com
                                          THE WEBB LAW FIRM
                                          One Gateway Center
                                          420 Ft. Duquesne Blvd., Suite 1200
                                          Pittsburgh, PA 15222
                                          Tel: (412) 471-8815
                                          Fax: (412) 471-4094

                                          COUNSEL FOR DEFENDANTS NEWEGG INC.,
                                          ROSEWILL INC., AND FALCON NORTHWEST

|    |                        |     |                                      |
|----|------------------------|-----|--------------------------------------|
| 1  |                        |     | COMPUTER SYSTEMS, INC.               |
| 3  | Dated: April 20, 2015  | By: | /s/Megan Whyman Olesek               |
| 4  |                        |     | Megan Whyman Olesek (SBN 191218)     |
| 5  |                        |     | KENYON & KENYON LLP                  |
|    |                        |     | 1801 Page Mill Road, Suite 210       |
| 6  |                        |     | Palo Alto, CA 94304                  |
| 7  |                        |     | Telephone: (650) 384-4700            |
|    |                        |     | Facsimile: (650) 384-4701            |
| 8  |                        |     | Email: molesek@kenyon.com            |

T. Cy Walker (admitted Pro Hac Vice)
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, DC 20005
Telephone: 202-220-4200
Facsimile: 202-220-4201
Email: cwalker@kenyon.com

Marcia H. Sundeen (admitted Pro Hac Vice)
GOODWIN PROCTER LLP
901 New York Ave, N.W.
Washington, D.C. 20001
Tel: 202.346.4000
Fax: 202.346.4444
Email: msundeen@goodwinprocter.com

ATTORNEYS FOR DEFENDANT HEWLETT-PACKARD COMPANY

Dated: April 20, 2015          By:     /s/ David M. Maiorana

David M. Maiorana (Ohio Bar No. 0071440)
Email: dmaiorana@jonesday.com
Calvin P. Griffith (Ohio Bar No. 0039484)
Email: cpgriffith@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone:   (216) 586-3939
Facsimile:   (216) 579-0212

DEFENDANTS' ADMINISTRATIVE MOTION OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE

| | |
|---|---|
| | Tracy A. Stitt (Washington Bar No. 1015680) |
| | Email: tastitt@jonesday.com |
| | JONES DAY |
| | 51 Louisiana Avenue, N.W. |
| | Washington, D.C. 20001-2113 |
| | Telephone:   (202) 879-3939 |
| | Facsimile:   (202) 626-1700 |
| | |
| | Jacqueline K. S. Lee (CA Bar No. 247705) |
| | Email: jkslee@jonesday.com |
| | JONES DAY |
| | 1755 Embarcadero Road |
| | Palo Alto, CA 94303 |
| | Telephone:   (650) 739-3939 |
| | Facsimile:   (650) 739-3900 |
| | |
| | ATTORNEYS FOR DEFENDANTS |
| | CANON INC. AND CANON U.S.A., INC. |

Dated: April 20, 2015        By:   /s/ Matthew J. Hertko

        Kyle T. Barrett (State Bar No. 284595)
        kbarrett@jonesday.com
        JONES DAY
        1755 Embarcadero Road
        Palo Alto, CA  94303
        Telephone:   (650) 739-3939
        Facsimile:   (650) 739-3900

        William E. Devitt (admitted Pro Hac Vice)
        wdevitt@jonesday.com
        Matthew J. Hertko (admitted Pro Hac Vice)
        mhertko@jonesday.com
        JONES DAY
        77 W. Wacker, Suite 3500
        Chicago, IL  60601
        Telephone:   (312) 782-3939
        Facsimile:   (312) 782-8585

        ATTORNEYS FOR DEFENDANTS SEIKO
        EPSON CORPORATION AND EPSON
        AMERICA, INC.

Dated: April 20, 2015        By:   /s/ Andrew T. Oliver

DEFENDANTS' ADMINISTRATIVE MOTION OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE

Andrew T. Oliver
AMIN, TUROCY & WATSON LLP
160 West Santa Clara Street
Suite 975
San Jose, CA 95113
Tel: (650) 618-6477
Email: aoliver@ATWiplaw.com

Jenny W. Chen
CHEN IP LAW GROUP
7F, N0. 1, Alley 30, Lane 358, Rueiguang Road
Neihu District
Taipei, Taiwan 114
Telephone: +886.2.7721.8855
Facsimile: +886.2.772l.8822
Email: Jenny.Chen@ChenIPLaw.com

ATTORNEYS FOR DEFENDANT
SHUTTLE COMPUTER GROUP INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on April 20, 2015 via the Court's CM/ECF system.

/s/ Gordon M. Fauth