1   Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
2   gmf@classlitigation.com
    LITIGATION LAW GROUP
3   1801 Clement Avenue, Suite 101
    Alameda, California 94501
4   Telephone (510) 238-9610
5   Facsimile (510) 337-1431

6   Kent E. Baldauf, Jr.
7   kbaldaufjr@webblaw.com
    Bryan P. Clark
8   BClark@webblaw.com
    THE WEBB LAW FIRM
9   One Gateway Center
    420 Ft. Duquesne Blvd., Suite 1200
10   Pittsburgh, PA 15222
11   Tel: (412) 471-8815
    Fax: (412) 471-4094
12

13   Counsel for Newegg Inc., Rosewill Inc, and Falcon
    Northwest Computer Products, Inc.
14

15

16               UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18                  OAKLAND DIVISION

19

20

| | |
|---|---|
| 21   TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | |
| 22 | Civil Action No. 14-03640 CW |
| 23            Plaintiffs, | |
| 24        v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |
| 25   CANON, INC., et al., | |
| 26            Defendants. | |
| 27 | |

28

1

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE

1

2   TECHNOLOGY PROPERTIES LIMITED

3   LLC and MCM PORTFOLIO LLC,

4

5                    Plaintiffs,              Civil Action No. 14-03641 CW

6          v.

7

8                                            **[PROPOSED] ORDER GRANTING**
                                             **DEFENDANTS' ADMINISTRATIVE**
9   FALCON NORTHWEST COMPUTER                **MOTION OBJECTING TO PER CAPITA**
                                             **SPLIT OF TECHNICAL ADVISOR FEE**
10  SYSTEMS, INC.,

11

12                   Defendant.

13

14

15

16  TECHNOLOGY PROPERTIES LIMITED

17  LLC and MCM PORTFOLIO LLC,

18                                           Civil Action No. 14-03643 CW

19                   Plaintiffs,

20         v.                                **[PROPOSED] ORDER GRANTING**
                                             **DEFENDANTS' ADMINISTRATIVE**
21                                           **MOTION OBJECTING TO PER CAPITA**
                                             **SPLIT OF TECHNICAL ADVISOR FEE**
22  HEWLETT-PACKARD COMPANY,

23

24                   Defendant.

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE

1

2

3   TECHNOLOGY PROPERTIES LIMITED

4   LLC and MCM PORTFOLIO LLC,

5                                                    Civil Action No. 14-03645 CW

6                          Plaintiffs,

7               v.
                                                     **[PROPOSED] ORDER GRANTING**
8                                                    **DEFENDANTS' ADMINISTRATIVE**
                                                     **MOTION OBJECTING TO PER CAPITA**
9   NEWEGG INC., et al.,                             **SPLIT OF TECHNICAL ADVISOR FEE**

10

11

12                         Defendants.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE

1

2

3

4

5

6

7

8

9

10

11

12

13

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | Civil Action No. 14-03646 CW |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |
| SEIKO EPSON CORPORATION., et al., | |
| Defendants. | |

14

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | Civil Action No. 14-03647 CW |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |
| SHUTTLE INC., et al., | |
| Defendants. | |

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE**

Good cause appearing, the Court grants Defendants' administrative motion and orders that, consistent with the Court's proposal at the initial case management conference, the fee of the technical advisor, Kwan Chan, be apportioned on a 50/50 basis between the Plaintiffs and the Defendants in these coordinated cases.

IT IS SO ORDERED.


DATED:  April ___, 2015                    _____
                                            DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE

1

**CERTIFICATE OF SERVICE**

2

   The undersigned hereby certifies that a copy of the foregoing was served on all counsel

3

for all parties of record on April 20, 2015 via the Court's CM/ECF system.

4

                                                      /s/ Gordon M. Fauth

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
OBJECTING TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE