Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
Saint Louis, Missouri 63010
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
asimon@simonlaw.com
baskew@simonlawpc.com
mkella@simonlaw.com

Henry C. Bunsow (SBN 60707)
hbunsow@bdiplaw.com
Brian A.E. Smith (SBN 188147)
bsmith@bdiplaw.com
BUNSOW DE MORY SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 426-4747
Facsimile: (415) 426-4744

Denise De Mory (SBN 168076)
ddemory@bdiplaw.com
BUNSOW DE MORY SMITH & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (650) 351-7253
ddemory@bdiplaw.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. | Case Number: C 14-03640-CW <br><br> **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO PER CAPITA SPLIT OF TECHNICAL** |

Page **1** of **5**

C 14-03640-CW, C 14-03641-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW, C 14-03647-CW

PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS'
ADMINISTRATIVE MOTION TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE

| | |
|---|---|
| CANON, INC., et al., | **ADVISOR FEE** |
| Defendants. | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | Case Number: C 14-03641-CW |
| Plaintiffs, | **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |
| vs. | |
| FALCON NORTHWEST COMPUTER SYSTEMS, INC., | |
| Defendant. | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | Case Number: C 14-03643-CW |
| Plaintiffs, | **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |
| vs. | |
| HEWLETT-PACKARD COMPANY, | |
| Defendant. | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | Case Number: C 14-03645-CW |
| Plaintiffs, | **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |
| vs. | |
| NEWEGG INC., et al., | |
| Defendants. | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | Case Number: C 14-03646-CW |
| Plaintiffs, | **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |
| vs. | |
| SEIKO EPSON CORPORATION, et al., | |

| | |
|---|---|
| Defendants. ) | |
| TECHNOLOGY PROPERTIES LIMITED ) LLC and MCM PORTFOLIO LLC, ) ) Plaintiffs, ) ) vs. ) ) SHUTTLE INC., et al., ) ) Defendants. ) | Case Number: C 14-03647-CW  **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |

## RELIEF SOUGHT

Pursuant to Civil Local Rule 7-11(b), Plaintiffs oppose Defendants' Administrative Motion Objecting to Per Capita Split of Technical Advisor Fee. The Court's Order Appointing Technical Advisor Kwan Chan orders the parties to pay the fees "on a per capita basis." Doc. 289 at 4, ¶ 7 (Case 4:14-cv-03640-CW). "Each party shall bear the fees and costs of the Technical Advisor on a per capita basis, payable in advance." *Id.*

Plaintiffs and Defendants agree that a per capita basis *does not* mean the fees should be split 50/50 between Plaintiffs and Defendants. Therefore, Defendants object to the "per capita" allocation and seek a 50/50 split. Plaintiffs' position is that the parties should follow the Court's Order and pay "on a per capita basis." Defendants' request for this Court to change its April 10, 2015 Order should be denied. However, given the parties' disagreement and the short time before claim construction, Plaintiffs agree that clarification is necessary.

## ARGUMENT

The parties should follow the Court's Order and pay "on a per capita basis." In line with the Court's Order, Plaintiffs suggested that the $100,000 initial deposit be divided seven ways

with Plaintiffs paying one-seventh and each Defendant or Defendant group paying one-seventh. Therefore, Plaintiffs wired their one-seventh share ($14,285.72) to Mr. Chan's account.[1]

Plaintiffs informed Defendants of their willingness to agree to other allocations in line with the Court Order to pay on a per capita basis. Doc. 297-1 at Ex. B. For example, there are two plaintiffs, and there are nine named defendants in the six defendant groups. A per capita allocation among the eleven entities would result in eleven shares of $9,090.91. Plaintiffs would pay $18,181.82. Defendants could divide the remainder "as they see fit," and Plaintiffs understand that this would also be in line with the Court's Order. Doc. 289 at 4, ¶ 7.

However, Defendants did not respond or propose any idea. Defendants proceeded to file their objections to the per capita allocation, because they did not anticipate a per capita allocation at the November 19, 2014 case management conference. Defendants' objections and request should be denied. A per capita allocation complies with the Court's Order. Further, a per capita basis is an equitable allocation of the fees as Mr. Kwan Chan will benefit all parties equally by serving as a technical advisor.

Dated: April 23, 2015

Respectfully submitted,

/s/ *Benjamin R. Askew*
Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
Saint Louis, Missouri 63010
P. 314-241.2929

---

[1] Presently, TPL does not have authority or cash collateral from the pending Chapter 11 bankruptcy proceeding to pay more than a "per capita" split. However, TPL will certainly do everything within its power to quickly obtain more cash collateral should the Court grant Defendants' request and order a 50/50 split.

C 14-03640-CW, C 14-03641-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW, C 14-03647-CW

PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS'
ADMINISTRATIVE MOTION TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE

F. 314-241.2029
asimon@simonlaw.com
baskew@simonlawpc.com
mkella@simonlaw.com

Henry C. Bunsow (SBN 60707)
hbunsow@bdiplaw.com
Brian A.E. Smith (SBN 188147)
bsmith@bdiplaw.com
BUNSOW DE MORY SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744

Denise De Mory (SBN 168076)
ddemory@bdiplaw.com
BUNSOW DE MORY SMITH & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA  94063
Telephone: (650) 351-7248
Facsimile:  (650) 351-7253
ddemory@bdiplaw.com

*ATTORNEYS FOR PLAINTIFFS*
*TECHNOLOGY PROPERTIES LIMITED LLC and*
*MCM PORTFOLIO LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on counsel for all parties of record on April 23, 2015 via the Court's CM/ECF system.

/s/*Benjamin R. Askew*

C 14-03640-CW, C 14-03641-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW, C 14-03647-CW

PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS'
ADMINISTRATIVE MOTION TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE