**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | Case Number: C 14-03640-CW |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER DENYING** |
| vs. | ) ) ) | **DEFENDANTS' ADMINISTRATIVE MOTION TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |
| CANON, INC., et al., | ) ) | |
| Defendants. | ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | Case Number: C 14-03641-CW |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER DENYING** |
| vs. | ) ) ) | **DEFENDANTS' ADMINISTRATIVE MOTION TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |
| FALCON NORTHWEST COMPUTER SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | Case Number: C 14-03643-CW |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER DENYING** |
| vs. | ) ) ) | **DEFENDANTS' ADMINISTRATIVE MOTION TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |
| HEWLETT-PACKARD COMPANY, | ) ) | |
| Defendant. | ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | Case Number: C 14-03645-CW |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER DENYING** |
| vs. | ) ) ) | **DEFENDANTS' ADMINISTRATIVE MOTION TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |
| NEWEGG INC., et al., | ) | |

Page **1** of **2**

C 14-03640-CW, C 14-03641-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW, C 14-03647-CW

PROPOSED ORDER DENYING DEFENDANTS' ADMINISTRATIVE
MOTION TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE

|   |   |
|---|---|
| Defendants. ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, ) ) | Case Number: C 14-03646-CW |
| Plaintiffs, ) ) | **[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |
| vs. ) ) | |
| SEIKO EPSON CORPORATION, et al., ) ) | |
| Defendants. ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, ) ) | Case Number: C 14-03647-CW |
| Plaintiffs, ) ) | **[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO PER CAPITA SPLIT OF TECHNICAL ADVISOR FEE** |
| vs. ) ) | |
| SHUTTLE INC., et al., ) ) | |
| Defendants. ) | |

The Court denies Defendants' administrative motion and ORDERS the fees and costs of the Technical Advisor, Kwan Chan, be apportioned on a per capita basis.

DATED:  April ____, 2015

                                        _____
                                        DISTRICT COURT JUDGE