David M. Maiorana (Ohio Bar No. 0071440)
Email: dmaiorana@jonesday.com
Calvin P. Griffith (Ohio Bar No. 0039484)
Email: cpgriffith@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone:   (216) 586-3939
Facsimile:    (216) 579-0212

Tracy A. Stitt (Washington Bar No. 1015680)
Email: tastitt@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:   (202) 879-3939
Facsimile:    (202) 626-1700

Jacqueline K. S. Lee (CA Bar No. 247705)
Email: jkslee@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:   (650) 739-3939
Facsimile:    (650) 739-3900

*ATTORNEYS FOR DEFENDANTS
CANON INC. AND CANON U.S.A., INC.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br>         Plaintiffs,<br>              v.<br>CANON INC., et al.,<br>         Defendants. | Civil Action No. 14-03640 CW |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br>         Plaintiffs,<br>              v.<br>FALCON NORTHWEST COMPUTER SYSTEMS, INC.,<br>         Defendant. | Civil Action No. 14-03641 CW |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br>   Plaintiffs, <br> v. <br> HEWLETT-PACKARD COMPANY, <br>   Defendant. | Civil Action No. 14-03643 CW |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br>   Plaintiffs, <br> v. <br> NEWEGG INC., et al., <br>   Defendants. | Civil Action No. 14-03645 CW |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br>   Plaintiffs, <br> v. <br> SEIKO EPSON CORPORATION., et al., <br>   Defendants. | Civil Action No. 14-03646 CW |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br>   Plaintiffs, <br> v. <br> SHUTTLE INC., et al., <br>   Defendants. | Civil Action No. 14-03647 CW |

**DECLARATION OF JACQUELINE K. S. LEE IN SUPPORT OF DEFENDANTS' CLAIM CONSTRUCTION BRIEF**

I, Jacqueline K. S. Lee, hereby declare as follows:

1. I am an attorney with the law firm of Jones Day, counsel of record for Defendants Canon Inc. and Canon, U.S.A., Inc.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,402,558.

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 7,295,443.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the prosecution history of U.S. Patent No. 7,295,443.

1  5. Attached hereto as Exhibit 4 is a true and correct copy of the public version of the
2  Commission Opinion in ITC Inv. No. 337-TA-841, dated January 9, 2014.

3  6. Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No.
4  7,522,424.

5  7. Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent No.
6  7,719,847.

7  8. Attached hereto as Exhibit 7 is a true and correct copy of Order No. 44 in ITC Inv.
8  No. 337-TA-807, dated August 2, 2012.

9  9. Attached hereto as Exhibit 8 is a true and correct copy of U.S. Patent No.
10  6,438,638.

11  10. Attached hereto as Exhibit 9 is a true and correct copy of Order No. 23 in ITC Inv.
12  No. 337-TA-841, dated October 4, 2012.

13  11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the
14  prosecution history of U.S. Patent No. 7,719,847.

15  12. Attached hereto as Exhibit 11 is a true and correct copy of an excerpt from TPL's
16  Post-Hearing Reply Brief in ITC Inv. No. 337-TA-841.  Defendants have confirmed with TPL
17  that this excerpt does not contain confidential information.

18  13. Attached hereto as Exhibit 12 is a true and correct copy of U.S. Patent No.
19  5,675,628.

20  14. Attached hereto as Exhibit 13 is a true and correct copy of U.S. Patent No.
21  5,748,720.

22  15. Attached hereto as Exhibit 14 is a true and correct copy of U.S. Patent No.
23  5,815,426.

24  16. Attached hereto as Exhibit 15 is a true and correct copy of Global System for
25  Mobile Communications ("GSM") 02.17 V8.0.0 (1999-11) Technical Specification.

26  17. Attached hereto as Exhibit 16 is a true and correct copy of Klaus Vedder & Franz
27  Weikmann, Smart Cards – Requirements, Properties, and Applications, in STATE OF THE ART
28  IN APPLIED CRYPTOGRAPHY 307-331, 308, 322 (1998).

1  18. Attached hereto as Exhibit 17 is a true and correct copy of Urien, P., Internet Card, a Smart Card as a True Internet Node, in COMPUTER COMMUNICATIONS 23, 1655-66, 1656 (2000).

 19. Attached hereto as Exhibit 18 is a true and correct copy of the Declaration of Dr. Gary S. Tjaden in Response to the August 12, 2012 Declaration of Dale E. Buscaino ("Tjaden Decl.").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 23, 2015                    */s/ Jacqueline K. S. Lee*
                                         Jacqueline K. S. Lee

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record for all parties of record on April 23, 2015 via the Court's CM/ECF system.

                                                                          /s/ Gordon M. Fauth, Jr.