# EXHIBIT 3



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/492,556 | 07/24/2006 | Sreenath Mambakkam | 76706-200107/US | 7107 |

| 56188 | 7590 | 11/02/2006 |
|---|---|---|

GREENBERG TAURIG, LLP
1900 UNIVERSITY AVENUE
FIFTH FLOOR
EAST PALO ALTO, CA   94303

| EXAMINER |
|---|
| LEVI, DAMEON E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2841 | |

DATE MAILED: 11/02/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

TPL002237

| Office Action Summary | Application No. | Applicant(s) |
|---|---|---|
| | 11/492,556 | MAMBAKKAM ET AL. |
| | Examiner | Art Unit |
| | Dameon E. Levi | 2841 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

**A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE _3_ MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.**
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☒ Responsive to communication(s) filed on _07/24/2006(Con App)_.
2a) ☐ This action is **FINAL**.   2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

4) ☒ Claim(s) _1-19_ is/are pending in the application.
   4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5) ☐ Claim(s) _____ is/are allowed.
6) ☒ Claim(s) _1-19_ is/are rejected.
7) ☐ Claim(s) _____ is/are objected to.
8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

## Application Papers

9) ☐ The specification is objected to by the Examiner.
10) ☒ The drawing(s) filed on _24 July 2006_ is/are: a) ☒ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

## Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a)☐ All   b)☐ Some * c)☐ None of:
    1. ☐ Certified copies of the priority documents have been received.
    2. ☐ Certified copies of the priority documents have been received in Application No. _____.
    3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

### Attachment(s)

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☐ Information Disclosure Statement(s) (PTO/SB/08)
   Paper No(s)/Mail Date _____.
4) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____.
5) ☐ Notice of Informal Patent Application
6) ☐ Other: _____.

Application/Control Number: 11/492,556 Page 2
Art Unit: 2841

## DETAILED ACTION

### Claim Rejections - 35 USC § 102

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

**Claims 1-20 are rejected under 35 U.S.C. 102(b) as being anticipated by Hung-Ju et al US Patent 6402558.**

**Regarding claim 1,** Hung-Ju et al discloses an apparatus comprising:

a first planar element( element 102a, Figs 1-5) having an upper surface and a lower surface and a second planar element ( element 102b, Figs 1-5) having an upper surface and a lower surface, the first planar element and the second planar element disposed such that at least one port ( element 106, Figs 1-5) is formed between the lower surface of the first planar element and the upper surface of the second planar element, the at least one port capable of receiving a memory media card;

at least one set of contact pins( element 104a, 104b, Figs 1-5) protruding from the lower surface of the first planar element or the upper surface of the second planar element such that the at least one set of contact pins are disposed within the at least one port the at least one set of contact pins capable of contacting a set of memory media card contacts( Abstract), wherein the contact pins are integrated within the molded plastic( elements 104a, 104b, Figs 1-5); and a controller chip operable to

Application/Control Number: 11/492,556    Page 3
Art Unit: 2841

differentiate a pin configuration based on an inserted memory media card( Fig 4, see column 3,line 60 – column 5, line 15).

**Regarding claim** 2, Hung-Ju et al discloses wherein the first planar and the second planar are formed in a single piece of molded plastic( element 102a,102b, Figs 1-5)

**Regarding claim** 3, Hung-Ju et al discloses wherein the one or more different types of memory media cards include xD, standard MMC/SD, standard Memory Stick, SmartMedia, miniSD, RSMMC, and MMC/SD, Duo, and a flash memory cards having a form factor similar thereto( Abstract).

**Regarding claim** 4, Hung-Ju et al discloses having a standard system connector surface-mounted thereon, the standard system connector electrically connected to the at least one contact pin set ( elements 118, Fig 5, also see column 3, line 60 – column 4, line 15).

**Regarding claim** 5, Hung-Ju et al discloses wherein the standard system connector is selected from the group consisting of a PCMCIA, USB, WiFi, Firewire, DE, serial ATA connector, an IDE, and a CompactFlash connector( column 3, line 60 – column 4, line 65).

**Regarding claim** 6, Hung-Ju et al discloses wherein one or more ports contain multiple registrations, each registration corresponding to a particular memory media card type( column 4, lines 1-19).

**Regarding claim** 7, Hung-Ju et al discloses wherein the contact pins are integrated within the molded plastic( elements 104a, 104b, Figs 1-5).

**Regarding claim** 8, Hung-Ju et al discloses wherein the contact pins are formed

such that contact pin resiliency is retained( elements 104a, 104b, Figs 1-5).

**Regarding claim** 9, Hung-Ju et al discloses wherein the contact pins are formed such that the terminal end of the contact pin is pushed away from the memory media card contact thereby helping to prevent the contact pin from being damaged during removal of the memory media card( elements 104a, 104b, Figs 1-5).

**Regarding claim** 10, Hung-Ju et al discloses having 18 contact pins configured to accommodate an xD, standard MMC/SD, standard Memory Stick, SmartMedia, miniSD, RSMMC, and MMC/SD, Duo, and a flash memory card having a form factor similar thereto( elements 104a, 104b, Figs 1-5, see column 3, line 60 – column 5, line 15).

**Regarding claim** 11, Hung-Ju et al discloses wherein the controller chip is embedded in the single piece of molded plastic forming the multi media adapter( see Fig 4).

**Regarding claim** 12, Hung-Ju et al discloses an apparatus comprising:

a multi-memory media adapter( element 100, Figs 1-5) capable of reading data from each of a plurality memory media, the multi-memory media adapter having at least one port( element 106, Figs 1-5) formed between an upper portion and a lower portion of the multi- memory media adapter, each port capable of receiving a memory media card; at least one set of contact pins( element 104a, 404b, Figs 1-5) protruding from the upper portion or the lower portion, the at least one set of contact pins capable of contacting a set of memory media card contacts; and a controller ( Fig 4) integrated into the multi-memory media adapter for differentiating a pin configuration for each of the plurality of memory media.

Application/Control Number: 11/492,556 Page 5
Art Unit: 2841

**Regarding claim** 13, Hung-Ju et al discloses wherein the plurality of memory media include xD, standard MMC/SD, standard Memory Stick, SmartMedia, miniSD, RSMMC, and MMC/SD, Duo, and a memory media having a form factor similar thereto( Abstract).

**Regarding claim** 14, Hung-Ju et al discloses wherein the adapter is formed in a single piece of molded plastic( Fig 1)

**Regarding claim** 15, Hung-Ju et al discloses a standard system connector, the standard system connector electrically connected to the at least one contact pin set ( elements 118, Fig 5, also see column 3, line 60 – column 4, line 15).

**Regarding claim** 16, Hung-Ju et al discloses wherein the standard system connector is selected from the group consisting of a PCMCIA, USB, WiFi, Firewire, DE, serial ATA connector, an IDE, and a CompactFlash connector( column 3, line 60 – column 4, line 65).

**Regarding claim** 17, Hung-Ju et al discloses wherein one or more ports contain multiple registrations, each registration corresponding to a particular memory media card type( column 4, lines 1-19).

**Regarding claim** 18, Hung-Ju et al discloses wherein the contact pins are integrated within the molded plastic and formed such that contact pin resiliency is retained(elements 104a, 104b, Figs 1-5).

**Regarding claim** 19, Hung-Ju et al discloses having eighteen contact pins configured to accommodate an xD, standard MMC/SD, standard Memory Stick, SmartMedia, miniSD,RSMMC, and MMC/SD, Duo, and a flash memory card having a form factor

Application/Control Number: 11/492,556                                                                Page 6
Art Unit: 2841

similar thereto( elements 104a, 104b, Figs 1-5, see column 3, line 60 – column 5, line 15).

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Dameon E. Levi whose telephone number is (571) 272-2105. The examiner can normally be reached on Mon.-Fri. (9:00 - 5:00) IFP.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Elvin Enad can be reached on (571) 272-1990. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Dameon E Levi
Examiner
Art Unit 2841

DEL

ELVIN ENAD
SUPERVISORY PATENT EXAMINER
10/27/06

**In the Claims:**

This version of the claims supersedes all prior versions.

1.  (Currently Amended) A multi-memory media adapter comprising:

a first planar element having an upper surface and a lower surface, <u>the first planar element comprising molded plastic</u>;

a second planar element having an upper surface and a lower surface, the first planar element and the second planar element disposed such that a port is formed between the lower surface of the first planar element and the upper surface of the second planar element, the port capable of receiving a memory media card, <u>the second planar element comprising molded plastic</u>;

at least one set of contact pins protruding from the lower surface of the first planar element or the upper surface of the second planar element such that the at least one set of contact pins are disposed within the port, the at least one set of contact pins capable of contacting a set of memory media card contacts, wherein the <u>at least one set of</u> contact pins are integrated within the molded plastic <u>of the first planar element or the second planar element</u>; and

a controller chip <s>operable</s> to <u>map at least a subset of the at least one set of contact pins to a set of signal lines or power lines, based on an identified type of a memory media card.</u> <s>differentiate a pin configuration based on an inserted memory media card.</s>

2.  (Cancelled)

3.  (Currently Amended) The multi-memory media adapter of claim 1 wherein the <s>one or more different types of</s> memory media cards <s>include</s> <u>is one of a group comprising of</u>, xD, <s>standard</s> MMC/SD, <s>standard</s> Memory Stick<s>, SmartMedia</s>, miniSD, RSMMC, <s>and</s> MMCISD, <u>and</u> Duo<s>, and a flash memory cards having a form factor similar thereto</s>.

4.  (Currently Amended) The multi-memory media adapter of claim 1 having a <s>standard</s> system connector surface-mounted thereon, the <s>standard</s> system connector electrically <s>connected</s> <u>coupled</u> to the at least one <u>set of</u> contact pin<u>s</u>. <s>set.</s>

5. (Currently Amended) The multi-memory media adapter of claim 4 wherein the standard system connector is selected from the group consisting comprising of a PCMCIA, USB, WiFi, Firewire, IDE, serial ATA connector, an IDE, and a CompactFlash connector.

6. (Cancelled)

7. (Cancelled)

8. (Currently Amended) The multi-memory media adapter of claim 1 wherein the set of contact pins are formed from injected contacts within the molded plastic of the first planar element or the second planar element. such that contact pin resiliency is

9. (Currently Amended) The multi-memory media adapter of claim 1 wherein the contact pins are formed such that the a terminal end of a contact pin of the set of contact pins is pushed configured to be oriented away from the set of memory media card contacts thereby helping to prevent the contact pin from being damaged during removal of the memory media card.

10. (Currently Amended) The multi-memory media adapter of claim 2 having at least 18 contact pins configured to accommodate at least one of a group comprising, an xD, MMCISD, standard Memory Stick, SmartMedia, miniSD, RSMMC, and MMCISD, and Duo. , and a flash memory card having a form factor similar thereto.

11. (Currently Amended) The multi-memory media adapter of claim 2 wherein the controller chip is embedded in the single piece of molded plastic of the first planar element or the second planar element of the multi-media memory adaptor. forming the multi-media adapter.

12. (Currently Amended) A system comprising:

a multi-memory media adapter capable of to reading data from each of a plurality of memory media cards, the multi-memory media adapter having at least one port formed between an upper portion and a lower portion of the multi-memory media adapter, each the port capable of to receiving a memory media card of the plurality of memory media cards;

at least one a set of contact pins protruding from the upper portion or the lower portion, the at least one set of contact pins capable of to contacting a set of memory media card contacts,

3

wherein the set of contact pins are integrated within molded plastic of the upper portion or the lower portion; and

a controller integrated into the multi-memory media adapter to map at least a subset of the set of contact pins to a set of signal lines or power lines, based an identified type of the memory media card. ~~for differentiation a pin configuration for each of the plurality of memory media~~.

13. (Currently Amended) The system of claim 12 wherein the ~~plurality of~~ memory media card is at least one of a group comprising of ~~include~~ xD, MMCISD, ~~standard~~ Memory Stick, ~~SmartMedia~~, miniSD, RSMMC, ~~and~~ MMCISD, and Duo. ~~, and a memory media having a form factor similar thereto~~.

14. (Cancelled)

15. (Currently Amended) The system of claim 12 further comprising a ~~standard~~ system connector, the ~~standard~~ system connector electrically ~~connected~~ coupled to the set of contact pins. ~~at least one contact pin set~~.

16. (Currently Amended) The system of claim 15 wherein the ~~standard~~ system connector is selected from the group ~~consisting~~ comprising of a PCMCIA, USB, WiFi, Firewire, IDE, serial ATA connector, an IDE, and a CompactFlash connector.

17. (Cancelled)

18. (Currently Amended) The system of claim 12 wherein the contact pins are integrated within the molded plastic and formed from injected contacts within the molded plastic of the first upper portion or the lower portion. ~~such that contact pin resiliency is retained~~

19. (Currently Amended) The system of claim 12 having at least eighteen contact pins configured to accommodate at least one of a group comprising, an xD, ~~standard~~ MMCISD, ~~standard~~ Memory Stick, ~~SmartMedia~~, miniSD, RSMMC, ~~and~~ MMCISD, and Duo. ~~, and a flash memory card having a form factor similar thereto~~.

4

| Electronic Acknowledgement Receipt ||
|---|---|
| EFS ID: | 1488009 |
| Application Number: | 11492556 |
| International Application Number: | |
| Confirmation Number: | 7107 |
| Title of Invention: | Smartconnect universal flash media card adapters |
| First Named Inventor/Applicant Name: | Sreenath Mambakkam |
| Customer Number: | 56188 |
| Filer: | John Patrick Ward |
| Filer Authorized By: | |
| Attorney Docket Number: | 76706-200107/US |
| Receipt Date: | 02-FEB-2007 |
| Filing Date: | 24-JUL-2006 |
| Time Stamp: | 16:47:57 |
| Application Type: | Utility |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Amendment - After Non-Final Rejection | 76706-200107OAR.pdf | 343977 | no | 10 |
| Warnings: ||||||

| Information: | | |
|---|---|---|
| | Total Files Size (in bytes): | 343977 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PATENT
76706-200107/US

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In Re Application of: Sreenath MAMBAKKAM, et al. | Examiner:   Dameon E Levi |
| Application No. 11/492,556 | Art Unit:   2841 |
| Filed: July 24, 2006 | Confirmation No.:   7107 |
| For: SMARTCONNECT UNIVERSAL FLASH MEDIA CARD WITH ADAPTORS | |

MAIL STOP AMENDMENT
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## REPLY TO OFFICE ACTION

Sir:

In response to the Office Action of November 2, 2006, Applicant submits the following:

**Amendments to the Claims / Specification** begin on page 2 of this paper.

**Remarks/Arguments begin** on page 6 of this paper.

1

TPL002552

## REMARKS/ARGUMENTS

Reconsideration of this application, as amended, is respectfully requested. The following remarks are responsive to the Office Action mailed November 2, 2006. The foregoing amendment and the following arguments are provided generally to impart precision to the claims, by more particularly pointing out the invention, rather than to avoid prior art.

Claims 1-19 are pending in the present application. Claims 1-19 are rejected. Claims 1, 3-5, 8-13, 15-16, 18, and 19 have been amended. Claims 2, 6, 7, 14, and 17 have been canceled. No new matter has been added.

## 35 USC §102 REJECTIONS

The Office Action rejected claims 1-19 under 35 U.S.C. 102(b) as being anticipated by Hung-Ju et al. (US Patent No. 6,402,558). Applicant respectfully disagrees.

To anticipate a claim, the reference must teach every element of the claim. "A claim is anticipated only if each and every element as set forth in the claim is found, either expressly or inherently described, in a single prior art reference." Verdegaal Bros. v. Union Oil Co. of California, 814 F.2d 628, 631, 2 USPQ2d 1051, 1053 (Fed. Cir. 1987).

Applicant's independent claims 1, 12 include limitations that are not discussed nor suggested by Hung-Ju. As a result, applicant's independent claims are patentable over Hung-Ju.

In particular, Applicant's independent claim 1 includes the limitations of:

> *a first planar element having an upper surface and a lower surface, the first planar element **comprising molded plastic**;*

5

>   *the at least one set of contact pins are **integrated within the
>   molded plastic** of the first planar element or the second planar element;
>   and*
>
>   *a controller chip to **map at least a subset of the at least one set of
>   contact pins to a set of signal lines or power lines**, based on an identified
>   type of a memory media card. (Claim 1, emphasis added)*

## (1) Reference Does Not Show "Controller Chip to Map A Subset of the at Least One Set of Contact Pins"

The Examiner states in the Office Action that Hung-Ju discloses a system comprising a controller chip operable to differentiate a pin configuration based on an inserted memory media card. Applicant respectfully disagrees. Rather, Applicant asserts that there is no suggestion or teaching in Hung-Ju of *a controller chip to "**map at least a subset of the at least one set of contact pins to a set of signal lines or power lines**" based on an identified type of a memory media card (Figure 4 of Applicant's disclosure)*, as recited in applicant's independent claims 1, and 12.

For example, in Hung-Ju,

> *"By **positioning contact pins and entrance slots in various
> locations** on the memory card adaptor according to the
> specifications and input/output contact positions of various
> memory cards, all four types of memory cards are
> accommodated." (Abstract)*

As shown, Hung-Ju discusses a memory card adaptor suitable for different types of memory cards by physically "positioning contact pins and entrance slots in various locations".

6

Thus, Hung-Ju suggests using different sets of contact pins for different types of memory cards. By *physically placing memory cards in different positions in the adaptor*, different contact pins are in contact with the memory cards. Thus, Hung-Ju teaches away from the claim limitation using *a controller chip to "map at least a subset of the at least one set of contact pins to a set of signal lines or power lines"* where one set of pins is mapped to different signals depending on the type of identified memory card, as recited in Applicant's independent claims 1 and 12.

Further, In Hung-Ju:

> *"the multi-media card or the digital card can be inserted into the card insertion slit 106b with the input/output contact points **facing down**. Similarly, the card insertion slot 106a can accommodate a smart media card. Because the 22 contact pins 104a are fixed at appropriate positions on the upper frame 102a, the smart media card can be inserted into the card insertion slot 106a with the input output contact points **facing up**."* (Col 3 lines 32-41)

> *"A smart media card **must** be inserted into the memory card adaptor with the input/output **contact points of the card facing up** so that proper contacts with the contact pins 104a can be made."* (Col 4 lines 19-21)

Thus, different types of media cards are inserted into the memory card adaptor with different orientations (e.g., facing up or down) depending on where the set of contact pins used for a particular type of memory card is **physically** located in the memory card adaptor. Hung-Ju does not suggest, motivate, or teach *a controller chip to "map at least a subset of the at least one set of contact pins to a set of signal lines or power lines"* based on an identified type of a memory media card (claim 1, FIG 4 of Applicant's disclosure), as recited in the limitation of

7

Applicant's independent claims 1 and 12. Thus, Hung-Ju is insufficient to anticipate Applicant's independent claims at least for the above stated reason.

### (2) Reference Does Not Show "Contact Pins Integrated within the Molded Plastic"

The Examiner states in the Office Action that Hung-Ju discloses contact pins integrated within the molded plastic. Applicant respectfully disagrees.

Rather, Applicant respectfully submits that Hung-Ju does not teach or suggest utilizing "*molded plastic*" as claimed by Applicant's independent claims 1 and 12.

Specifically, the Examiner asserts in the Office Action that the elements 102a, 102b in Figures 1-5 are indications that the contact pins are "integrated within the molded plastic". Applicant respectfully disagrees.

Applicant asserts that it is clearly indistinguishable from Figures 1-5 of Hung-Ju what material the planar surfaces are comprised of. Thus, Figures 1-5 of Hung-Ju is insufficient to teach, motivate, or suggest the limitation of *the first planar element comprising "molded plastic"*, of Applicant's independent claims 1 and 12.

Further, Applicant respectfully submits that Hung-Ju does not teach or suggest *contact pins that are "integrated within the molded plastic"*, as recited in Applicant's independent claims 1 and 12.

As can be seen from Figure 5 of Hung-Ju, the pins 104a and 104b are of a floating structure sitting on an exterior or interior surface of the upper and lower frames 102 rather than

8

being "*__integrated within__*" the two planar elements, as recited in Applicants independent claims 1 and 12.

Therefore, at least for the above stated reasons, Applicant's independent claims are not anticipated by Hung-Ju. The remaining claims are dependent claims that include the distinguishing limitations of the independent claims, as discussed above. Therefore, applicant's dependent claims are also not anticipated by Hung-Ju, at least for the above stated reasons. Thus, the withdrawal of the claim rejections under 35 U.S.C. §102(b) is respectfully requested.

TPL002557

## **CONCLUSION**

Applicant respectfully submits that the present application is in condition for allowance. If the Examiner believes a telephone conference would expedite or assist in the allowance of the present application, the Examiner is invited to contact the undersigned.

Please charge any fee deficiencies, or credit any overpayments to Deposit Account No. 50-2638.

Respectfully submitted,

Date: February 2, 2007

/JOHN P. WARD/
John P. Ward
Reg. No. 40,216

**CUSTOMER NUMBER 64494**

Phone: (650) 328-8500
Fax: (650) 328-8508
E-Mail: wardj@gtlaw.com

10