# **EXHIBIT 10**

Atty. Dkt. 76706-200109
ROA2 Dtd. Sept. 21, 2009

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant(s):  Iyer, et al. | |
| Application No.:   12/189,725 | Art Unit:  2841 |
| Filed:  8/11/2008 | |
| Title:  Smartconnect Flash Card Adapter | Examiner:  Levi, Dameon E. |
| Attorney Docket No.:  76706-200109 | |

Commissioner for Patents
Mail Stop: Amendment
P.O. Box 1450
Alexandria, VA  22313-1450

<u>RESPONSE UNDER 37 CFR 1.111</u>

Dear Sir:

In response to the Office Action of September 21, 2009, please consider the following remarks.

A listing of the claims begins on page 2.

Applicants' remarks begin on page 4.

| Electronic Patent Application Fee Transmittal ||
|---|---|
| **Application Number:** | 12189725 |
| **Filing Date:** | 11-Aug-2008 |
| **Title of Invention:** | SMARTCONNECT FLASH CARD ADAPTER |
| **First Named Inventor/Applicant Name:** | Sreenath Mambakkam |
| **Filer:** | Edward Peter Heller/Mark Salvatore |
| **Attorney Docket Number:** | 76706-200109 |
| Filed as Large Entity ||

**Utility under 35 USC 111(a) Filing Fees**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| Extension - 2 months with $0 paid | 1252 | 1 | 490 | 490 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **490** |

Atty. Dkt. 76706-200109<br>ROA2 Dtd. Sept. 21, 2009

**REMARKS**

      The examiner rejected claims 1-5, under 35 USC §102(b), as been anticipated by US patent number 5,594,233 to Kenneth et al., a patent which issued January 14, 1995.  Claims 2 and 3 have been amended.  Claim 5 is cancelled.  Claim 6 is new.  Applicants respectfully traverse the rejection of claims 1-3.

      Claims 1 calls for a "a set of **contact** pins mounted on said surface and adapted to interface with the electrical contacts of a plurality of *different* types of memory media cards."  Kenneth et al. discloses a single-slot reader adapted to interface with three different types of SmartCards:  a first type, Figure 1B, with two **contact** terminals; a second type, Figure 1C, with four **contactless** inductive terminals, and a third type with four contactless **capacitive** terminals, Figure 1D.



FIGS. 1A to 1D show plan views of four cards each of which complies with one of the aforementioned ISO standards, FIG. 1A showing a magnetic stripe card, FIG. 1B showing a contact smart card, FIG. 1C showing a contactless inductive smart card and FIG. 1D showing a contactless capacitive smart card;

Kenneth, et al., Col. 3, ll. 21-26

Atty. Dkt. 76706-200109
ROA2 Dtd. Sept. 21, 2009

    The three SmartCard types are read by three different sets of terminals, only one of which, terminals 32, are **contact** terminals.



Kenneth et al., Fig. 2B

> 38    The reader/writer 16 further includes a pair of contact smart card terminals 34, two pairs of contactless smart card inductive terminals 36 and four contactless smart card capacitive terminals 38 located in the smart card section 26
> 35  of the reader/writer 16 and arranged so that the corresponding terminals 6,8 or 10 (FIG. 1B, 1C and 1D) on a smart card 2 are positioned in cooperative relationship with the terminals 34,36 or 38, when the card 2 is located at a predetermined position in the smart card section 26 of the reader/writer 16 by the endless belts 28. As seen in FIG. 2B, the

Kenneth et al., col. 4, lines 30-39

    Importantly, the only **contact** terminals disclosed in Kenneth et al., terminals 34, themselves interface with only a single type of SmartCard, the SmartCard illustrated in Figure 1B.  The other two types of SmartCards interface with different sets of terminals, both of which are described to be "contactless."   Kenneth et al. does not disclose the claim limitation "a set of **contact** pins mounted on said surface and adapted to interface with the electrical contacts of a plurality of *different* types of memory media cards."  Moreover by providing different sets of "terminals" for different card types,

TPL010747

Atty. Dkt. 76706-200109
ROA2 Dtd. Sept. 21, 2009

Kenneth et al. actually teaches away from the claimed invention which requires that a single set of contact pins interface with different types of memory media cards.

Claim 2 has been amended to incorporate the subject matter of dependent claims 3 and 5. As amended, the claim defines structure not disclosed or suggested in Kenneth et al.

Claim 2 requires a plurality of sets of contact pins. Kenneth et al. discloses a plurality of sets of terminals, only one of which are contacting in nature. The other two are non-contacting and comprise conductive and/or capacitive means. Kenneth et al. does not anticipate claim 2.

Claim 2 further requires a controller connected to a set of signal lines, the signal lines connected to an interconnection means, and the interconnection means connected to contact pins. The number of signal lines is required to be fewer than the number of contact pins. The controller maps signals between the signal lines and the contact pins. Figures 4 and 5 illustrate two embodiments of this.

FIG. 4

FIG. 5

US Appl. No. 12/189,725

In the figures, the connector pins 1-21 (Fig. 4) and 1-18 (Fig. 5) correspond to the signal lines connected to the controller, and the

Atty. Dkt. 76706-200109<br>ROA2 Dtd. Sept. 21, 2009

interconnection means connect these signal lines (connector pins) to the contact pins of the respective cards. Each card "type" has a different set of contact pins, with the caveat that MMC and SD are themselves different card types. The number of signal lines (connector pins) is fewer than the total number of contact pins of the respective cards in each Figure.

Kenneth et al. has no clear disclosure of how its controller connects to the respective SmartCards. Fig. 3 illustrates a direct connection between the controller and each set of card terminals. This suggests that there is a



Kenneth et al., Fig. 3

set of signal lines connected to each card with the total number of signal lines not being less than the number of contact pins as called for by amended claim 2.

Claim 6 is new. It corresponds to claim 1, but the signal lines limitation has been deleted and the means for mapping has been limited to a controller. New claim 6 is patentable for the same reasons as claim 1.

Atty. Dkt. 76706-200109
ROA2 Dtd. Sept. 21, 2009

For these reasons, and in view of the above amendments, this application is now considered to be in condition for allowance and such action is earnestly solicited.

Respectfully Submitted,

|     Feb. 5, 2009     |     /Edward P. Heller, III/   |
|---|---|
| Date | Edward P. Heller, III |
| | Attorney/Agent for Applicant(s) |
| | Reg. No. 29,075 |

Edward P. Heller, III
Senior Patent Counsel
The TPL Group
20400 Stevens Creek Boulevard, Fifth Floor
Cupertino, CA  95014
Tel. (408) 886-5446

| | |
|---|---|
| **Electronic Acknowledgement Receipt** | |
| EFS ID: | 6967619 |
| Application Number: | 12189725 |
| International Application Number: | |
| Confirmation Number: | 7524 |
| Title of Invention: | SMARTCONNECT FLASH CARD ADAPTER |
| First Named Inventor/Applicant Name: | Sreenath Mambakkam |
| Customer Number: | 73481 |
| Filer: | Edward Peter Heller/Mark Salvatore |
| Filer Authorized By: | Edward Peter Heller |
| Attorney Docket Number: | 76706-200109 |
| Receipt Date: | 08-FEB-2010 |
| Filing Date: | 11-AUG-2008 |
| Time Stamp: | 13:23:11 |
| Application Type: | Utility under 35 USC 111(a) |

**Payment information:**

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $490 |
| RAM confirmation Number | 16384 |
| Deposit Account | |
| Authorized User | |

**File Listing:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

TPL010751

| 1 | | 76706-200109_Response.pdf | 440997<br>ea821fc26e6ddf539ca7984a37dbc8a45ff79109 | yes | 8 |
|---|---|---|---|---|---|
| | Multipart Description/PDF files in .zip description | | | | |
| | Document Description | | Start | End | |
| | Amendment/Req. Reconsideration-After Non-Final Reject | | 1 | 1 | |
| | Claims | | 2 | 3 | |
| | Applicant Arguments/Remarks Made in an Amendment | | 4 | 8 | |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Fee Worksheet (PTO-875) | fee-info.pdf | 30382<br>9992e5d3ec17109fec2d8ce5e8a7785cf5c410ef | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | Total Files Size (in bytes): | | 471379 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

TPL010752

Atty. Dkt. 76706-200109
ROA2 Dtd. Sept. 21, 2009

Claims:

1. (Original) Apparatus comprising:

    a housing having a surface;

    a set of contact pins mounted on said surface and adapted to interface with the electrical contacts of a plurality of different types of memory media cards;

    a set of signal lines connected to said contact pins;

    means for mapping power, ground or data signals to at least one of said contact pins depending upon the type of memory card connected to said at least one contact pin.


2. (Original) Apparatus comprising:

    a housing having a port and a surface;

    a plurality of sets of contact pins mounted on said surface at locations adapted to interface with the electrical contacts of a plurality of different type memory media cards when inserted into said port;

    a set of signal lines connected to a controller, the number of signal lines being fewer than the number of contact pins; the signal lines located between the controller and an interconnection means;

    said interconnection means being located between the signal lines and the plurality of sets of contact connecting said signal lines to said one or more contact pins; and

TPL010753

Atty. Dkt. 76706-200109
ROA2 Dtd. Sept. 21, 2009

means for mapping power, ground or data signals between said signal lines and said contact pins depending upon the identification of the type of memory card inserted into said port<u>; wherein the means for mapping comprises a controller</u>.

3. (Original) Apparatus according to claim 2 where said ~~means for mapping comprises a~~ controller <u>comprises means for</u> determining the type of memory card inserted into said port.

4. (Original) Apparatus according to claim 2 wherein said interconnection means is selected from a group consisting of simple wires, flat cables, printed circuit board interconnections, or wiring traces.

5. Cancel.

6. (New) Apparatus comprising:

a housing having a surface;

a set of contact pins mounted on said surface and adapted to interface with the electrical contacts of a plurality of different types of memory media cards;

a controller connected contact pins, the controller adapted to map power, ground or data signals to at least one of said contact pins depending upon the type of memory card connected to said at least one contact pin.

TPL010754