Megan Rae Whyman Olesek (Bar No. 191218)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 120
Palo Alto, CA 94304-1216
Telephone: (650) 384-4701
Facsimile: (650) 384-4701
Email: molesek@kenyon.com

T. Cy Walker (admitted Pro Hac Vice)
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, DC 20005
Telephone: 202-220-4200
Facsimile: 202-220-4201
Email: cwalker@kenyon.com

Marcia H. Sundeen (admitted Pro Hac Vice)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
Email: msundeen@goodwinprocter.com
*ATTORNEYS FOR DEFENDANTS
HEWLETT-PACKARD COMPANY.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HEWLETT-PACKARD COMPANY, <br> Defendant. | Civil Action No. 4:14-cv-03643-CW <br><br> **[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS' FOR JUDGMENT ON THE PLEADINGS** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CANON INC., et al., <br><br> Defendants. | Civil Action No. 14-03640 CW <br><br> **[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS' FOR JUDGMENT ON THE PLEADINGS** |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>NEWEGG INC. et al.,<br>　　　　　Defendant. | Civil Action No. 4:14-cv-03645-CW<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS' FOR JUDGMENT ON THE PLEADINGS** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SEIKO EPSON CORPORATION, et al.,<br><br>　　　　　Defendants. | Civil Action No. 14-03646 CW<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS' FOR JUDGMENT ON THE PLEADINGS** |

On June 18, 2015, Defendants Hewlett-Packard Company, Canon Inc., Canon U.S.A., Inc., Newegg Inc, Rosewill Inc., Seiko Epson Corporation, and Epson America, Inc. (collectively "Defendants") Motion for Judgment on the Pleadings came on for hearing before this Court. All parties were given notice and an opportunity to be heard.

Having considered all papers filed in support of and in opposition to the motion and the arguments of counsel at the hearing, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Defendants' Motion for Judgment on the Pleadings is GRANTED.

Dated: _____ ___, 2015

_____

## CERTIFICATE OF SERVICE

I hereby certify that, on May 1, 2015, I caused the foregoing document to be served on counsel of record via the Court's CM/ECF system.

Dated: May 1, 2015

By */s/Gordon M. Fauth*
Gordon M. Fauth
Attorney for Defendant Hewlett-Packard Company

-4-   Case No. 4:14-cv-03645-CW
DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS