Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
Saint Louis, Missouri 63010
Telephone:  (314) 241-2929
Facsimile:  (314) 241-2029
asimon@simonlaw.com
baskew@simonlawpc.com
mkella@simonlaw.com

Henry C. Bunsow (SBN 60707)
hbunsow@bdiplaw.com
Brian A.E. Smith (SBN 188147)
bsmith@bdiplaw.com
BUNSOW DE MORY SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744

Denise De Mory (SBN 168076)
ddemory@bdiplaw.com
BUNSOW DE MORY SMITH & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA  94063
Telephone: (650) 351-7248
Facsimile:  (650) 351-7253
ddemory@bdiplaw.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>    Plaintiffs,<br><br>    vs. | Case Number: C 14-03640-CW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE** |

Page **1** of **7**

C 14-03640-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

| | |
|---|---|
| CANON, INC., et al., <br><br> Defendants. | ) **PLEADINGS** <br> ) <br> ) <br> ) <br> ) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | ) <br> ) Case Number: C 14-03643-CW <br> ) <br> ) **STIPULATION FOR EXTENSION OF** <br> ) **TIME TO RESPOND TO DEFENDANTS'** <br> ) **MOTION FOR JUDGMENT ON THE** <br> ) **PLEADINGS** <br> ) <br> ) <br> ) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> NEWEGG INC., et al., <br><br> Defendants. | ) <br> ) Case Number: C 14-03645-CW <br> ) <br> ) **STIPULATION FOR EXTENSION OF** <br> ) **TIME TO RESPOND TO DEFENDANTS'** <br> ) **MOTION FOR JUDGMENT ON THE** <br> ) **PLEADINGS** <br> ) <br> ) <br> ) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> SEIKO EPSON CORPORATION, et al., <br><br> Defendants. | ) <br> ) Case Number: C 14-03646-CW <br> ) <br> ) **STIPULATION FOR EXTENSION OF** <br> ) **TIME TO RESPOND TO DEFENDANTS'** <br> ) **MOTION FOR JUDGMENT ON THE** <br> ) **PLEADINGS** <br> ) <br> ) <br> ) |

Pursuant to Civil L.R. 6-2, Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC ("Plaintiffs") and Defendants Hewlett-Packard Company, Canon Inc., Canon U.S.A., Inc., Newegg Inc., Rosewill Inc., Seiko Epson Corporation, and Epson America, Inc.

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

C 14-03640-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW

("Defendants") submit this Stipulation to Extend the Deadline for Plaintiffs to Respond to Defendants' Motion for Judgment on the Pleadings.

On May 1, 2015, Defendants filed their Motion for Judgment on the Pleadings. (Dkt. 302 in Case 4:14-cv-03640-CW; Dkt. 88 in Case 4:14-cv-3643-CW; Dkt. 85 in Case 4:14-cv-3646-CW). The current deadline for Plaintiffs to respond is May 15, 2015. Defendants' current reply deadline is May 22, 2015. The hearing on Defendants' motion is set for June 18, 2015. (Dkt. 303 in Case 4:14-cv-03640-CW).

Plaintiffs respectfully request an extension up to and including May 28, 2015 to file the response to each Defendant's motion, which would extend Defendants' reply deadlines to June 4, 2015. Defendants stipulate to this request on the condition that Plaintiffs' response is served no later than 3:00 Eastern Daylight Time on May 28, 2015. Plaintiffs agree to this condition.

The reasons for Plaintiffs' requested extension are set forth in the attached Declaration of Benjamin R. Askew in Support of Stipulation for Extension of Time to Extend the Deadline for Plaintiffs to Respond to Defendants' Motion for Judgment on the Pleadings.

Therefore, the parties file this stipulated request for a Court order changing the response and reply deadlines regarding Defendants' Motion for Judgment on the Pleadings. This stipulated request is for an extension of time up to and including 3:00 Eastern Daylight Time on May 28, 2015 for Plaintiffs to file the responses and an extension of time for each Defendant's reply up to and including June 4, 2015. This stipulated request does not affect any other deadlines scheduled in this matter. There have been no previous time modifications related to Plaintiffs' response deadline to Defendant's Motion for Judgment on the Pleadings.

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

C 14-03640-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW

| | | |
|---|---|---|
| 1 | Dated:  May 11, 2015 | Respectfully submitted, |
| 2 | | /s/ *Benjamin R. Askew* |
| 3 | | Anthony G. Simon |
| | | Benjamin R. Askew |
| 4 | | Michael P. Kella |
| 5 | | THE SIMON LAW FIRM, P.C. |
| | | 800 Market Street, Suite 1700 |
| 6 | | Saint Louis, Missouri 63010 |
| 7 | | P. 314-241.2929 |
| | | F. 314-241.2029 |
| 8 | | asimon@simonlaw.com |
| 9 | | baskew@simonlawpc.com |
| | | mkella@simonlaw.com |
| 10 | | Henry C. Bunsow (SBN 60707) |
| 11 | | hbunsow@bdiplaw.com |
| | | Brian A.E. Smith (SBN 188147) |
| 12 | | bsmith@bdiplaw.com |
| 13 | | BUNSOW DE MORY SMITH & ALLISON LLP |
| | | 351 California Street, Suite 200 |
| 14 | | San Francisco, CA  94104 |
| 15 | | Telephone:  (415) 426-4747 |
| | | Facsimile:  (415) 426-4744 |
| 16 | | Denise De Mory (SBN 168076) |
| 17 | | ddemory@bdiplaw.com |
| | | BUNSOW DE MORY SMITH & ALLISON LLP |
| 18 | | 600 Allerton Street, Suite 101 |
| 19 | | Redwood City, CA  94063 |
| | | Telephone: (650) 351-7248 |
| 20 | | Facsimile:  (650) 351-7253 |
| 21 | | ddemory@bdiplaw.com |
| 22 | | *ATTORNEYS FOR PLAINTIFFS* |
| | | *TECHNOLOGY PROPERTIES LIMITED LLC and* |
| 23 | | *MCM PORTFOLIO LLC* |
| 24 | Dated:  May 11, 2015 | */s/ Megan Whyman Olesek* (*with consent*) |
| 25 | | Megan Whyman Olesek (SBN 191218) |
| | | KENYON & KENYON LLP |
| 26 | | 1801 Page Mill Road, Suite 210 |
| 27 | | Palo Alto, CA 94304 |

Page **4** of **7**

28

C 14-03640-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Telephone: 650.384.4700
Facsimile: 650.384.4701
Email: molesek@kenyon.com

T. Cy Walker (admitted *Pro Hac Vice*)
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, DC 20005
Telephone: 202.220.4200
Facsimile: 202.220.4201
Email: cwalker@kenyon.com

Marcia H. Sundeen (admitted *Pro Hac Vice*)
GOODWIN PROCTER LLP
901 New York Ave, N.W.
Washington, D.C. 20001
Telephone: 202.346.4000
Facsimile: 202.346.4444
Email: msundeen@goodwinprocter.com

*ATTORNEYS FOR DEFENDANT*
*HEWLETT-PACKARD COMPANY*

Dated:  May 11, 2015

*/s/ David M. Maiorana (with consent)*
David M. Maiorana (Ohio Bar No. 0071440)
Email: dmaiorana@jonesday.com
Calvin P. Griffith (Ohio Bar No. 0039484)
Email: cpgriffith@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Tracy A. Stitt (Washington Bar No. 1015680)
Email: tastitt@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Page **5** of **7**

C 14-03640-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

|   |   |
|---|---|
|   | Jacqueline K. S. Lee (CA Bar No. 247705)<br>Email: jkslee@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br><br>*ATTORNEYS FOR DEFENDANTS*<br>*CANON INC. AND CANON U.S.A., INC.* |
| Dated:  May 11, 2015 | */s/ Bryan P. Clark (with consent)*<br>Kent E. Baldauf, Jr.<br>kbaldaufjr@webblaw.com<br>Bryan P. Clark<br>BClark@webblaw.com<br>THE WEBB LAW FIRM<br>One Gateway Center<br>420 Ft. Duquesne Blvd., Suite 1200<br>Pittsburgh, PA 15222<br>Tel: (412) 471-8815<br>Fax: (412) 471-4094<br><br>Gordon M. Fauth, Jr.<br>gmf@classlitigation.com<br>LITIGATION LAW GROUP<br>1801 Clement Ave., Ste. 101<br>Alameda, CA 94501<br>Tel: (510) 238-9610<br>Fax: (510) 337-1431<br><br>*COUNSEL FOR DEFENDANTS NEWEGG INC., ROSEWILL INC., AND FALCON NORTHWEST COMPUTER SYSTEMS, INC.* |
| Dated:  May 11, 2015 | */s/  Matthew J. Hertko (with consent)*<br>Kyle T. Barrett (State Bar No. 284595)<br>kbarrett@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900 |

Page **6** of **7**

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

C 14-03640-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW

William E. Devitt (admitted Pro Hac Vice)
wdevitt@jonesday.com
Matthew J. Hertko (admitted Pro Hac Vice)
mhertko@jonesday.com
JONES DAY
77 W. Wacker, Suite 3500
Chicago, IL 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

*ATTORNEYS FOR DEFENDANTS SEIKO EPSON CORPORATION AND EPSON AMERICA, INC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on counsel for all parties of record on May 11, 2015 via the Court's CM/ECF system.

/s/*Benjamin R. Askew*