Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
Saint Louis, Missouri 63010
Telephone:  (314) 241-2929
Facsimile:  (314) 241-2029
asimon@simonlaw.com
baskew@simonlawpc.com
mkella@simonlaw.com

Henry C. Bunsow (SBN 60707)
hbunsow@bdiplaw.com
Brian A.E. Smith (SBN 188147)
bsmith@bdiplaw.com
BUNSOW DE MORY SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744

Denise De Mory (SBN 168076)
ddemory@bdiplaw.com
BUNSOW DE MORY SMITH & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA  94063
Telephone: (650) 351-7248
Facsimile:  (650) 351-7253
ddemory@bdiplaw.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>    Plaintiffs,<br><br>vs. | Case Number: C 14-03640-CW<br><br>**DECLARATION OF BENJAMIN R. ASKEW IN SUPPORT OF THE STIPULATION FOR EXTENSION OF** |

Page **1** of **3**

C 14-03640-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW

DECLARATION OF BENJAMIN R. ASKEW IN SUPPORT OF THE
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

| | |
|---|---|
| CANON, INC., et al.,<br><br>    Defendants. | **TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | Case Number: C 14-03643-CW<br><br>**DECLARATION OF BENJAMIN R. ASKEW IN SUPPORT OF THE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NEWEGG INC., et al.,<br><br>    Defendants. | Case Number: C 14-03645-CW<br><br>**DECLARATION OF BENJAMIN R. ASKEW IN SUPPORT OF THE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SEIKO EPSON CORPORATION, et al.,<br><br>    Defendants. | Case Number: C 14-03646-CW<br><br>**DECLARATION OF BENJAMIN R. ASKEW IN SUPPORT OF THE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

## DECLARATION OF BENJAMIN R. ASKEW

I, Benjamin R. Askew, hereby declare as follows:

1.    I am an attorney at The Simon Law Firm, P.C., counsel of record for Plaintiffs Technology Properties Limited and MCM Portfolio LLC.

Page **2** of **3**

C 14-03640-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW

DECLARATION OF BENJAMIN R. ASKEW IN SUPPORT OF THE
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

2. I submit this declaration in support of the parties' Stipulation for Extension of Time to Respond to Defendants' Motion for Judgment on the Pleadings, filed concurrently herewith. I have personal knowledge of the statements set forth in this declaration and, if called as a witness, could and would do so competently.

3. Plaintiffs' counsel is presently drafting the reply to Defendants' Brief on Claim Construction. Plaintiffs' deadline to file the claim construction reply is May 21, 2015. Plaintiffs' counsel, Anthony Simon, was out of the office traveling for deposition or in deposition on May 4, 5, and 6. Mr. Simon, Mr. Kella, and Mr. Askew will each be traveling due to previously scheduled commitments in another case on May 12 and 13. Plaintiffs' counsel is also scheduled to be in deposition May 26 and 27.

4. No previous time modifications have been requested regarding responses to Defendants' Motion for Judgment on the Pleadings. Aside from the parties' stipulation to continue the claim construction hearing from June 11, 2015 to June 18, 2015 due to a conflict for members of the HP team, there have been no previous time modifications by stipulation or Court order in the above-captioned matters since transfer to this Court.

5. The requested time modifications have no impact on the schedule for the above-captioned cases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of May, 2015 in St. Louis, Missouri.

/s/ Benjamin R. Askew

C 14-03640-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW

DECLARATION OF BENJAMIN R. ASKEW IN SUPPORT OF THE
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS