**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CANON, INC., et al., <br><br> Defendants. | Case Number: C 14-03640-CW <br><br> **[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FALCON NORTHWEST COMPUTER SYSTEMS, INC., <br><br> Defendant. | Case Number: C 14-03641-CW <br><br> **[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | Case Number: C 14-03643-CW <br><br> **[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. | Case Number: C 14-03645-CW <br><br> **[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE** |

Page **1** of **2**

[PROPOSED] ORDER GRANTING STIPULATION FOR
EXTENSION OF TIME TO RESPOND TO DEFENDANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS

C 14-03640-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW

| | |
|---|---|
| NEWEGG INC., et al., ) | **PLEADINGS** |
| ) | |
| Defendants. ) | |
| TECHNOLOGY PROPERTIES LIMITED ) | |
| LLC and MCM PORTFOLIO LLC, ) | Case Number: C 14-03646-CW |
| ) | |
| Plaintiffs, ) | **[PROPOSED] ORDER GRANTING** |
| ) | **STIPULATION FOR EXTENSION OF** |
| vs. ) | **TIME TO RESPOND TO DEFENDANTS'** |
| ) | **MOTION FOR JUDGMENT ON THE** |
| SEIKO EPSON CORPORATION, et al., ) | **PLEADINGS** |
| ) | |
| Defendants. ) | |
| TECHNOLOGY PROPERTIES LIMITED ) | |
| LLC and MCM PORTFOLIO LLC, ) | Case Number: C 14-03647-CW |
| ) | |
| Plaintiffs, ) | **[PROPOSED] ORDER GRANTING** |
| ) | **STIPULATION FOR EXTENSION OF** |
| vs. ) | **TIME TO RESPOND TO DEFENDANTS'** |
| ) | **MOTION FOR JUDGMENT ON THE** |
| SHUTTLE INC., et al., ) | **PLEADINGS** |
| ) | |
| Defendants. ) | |

The Court GRANTS the parties' Stipulation for Extension of Time to Respond to Defendants' Motion for Judgment on the Pleadings.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____        _____
                                                            DISTRICT COURT JUDGE

Page **2** of **2**

C 14-03640-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW

[PROPOSED] ORDER GRANTING STIPULATION FOR
EXTENSION OF TIME TO RESPOND TO DEFENDANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS