**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CANON, INC., et al.,<br><br>    Defendants. | Case Number: C 14-03640-CW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FALCON NORTHWEST COMPUTER SYSTEMS, INC.,<br><br>    Defendant. | Case Number: C 14-03641-CW<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | Case Number: C 14-03643-CW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>    Plaintiffs,<br><br>    vs. | Case Number: C 14-03645-CW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE |

Page **1** of **2**

C 14-03640-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW

[PROPOSED] ORDER GRANTING STIPULATION FOR
EXTENSION OF TIME TO RESPOND TO DEFENDANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS

| | |
|---|---|
| NEWEGG INC., et al., | **PLEADINGS** |
| Defendants. | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | Case Number: C 14-03646-CW |
| Plaintiffs, | **[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| vs. | |
| SEIKO EPSON CORPORATION, et al., | |
| Defendants. | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | Case Number: C 14-03647-CW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| vs. | |
| SHUTTLE INC., et al., | |
| Defendants. | |

The Court GRANTS the parties' Stipulation for Extension of Time to Respond to Defendants' Motion for Judgment on the Pleadings.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __05/11/2015_____          _____



*IT IS SO ORDERED AS MODIFIED*
Judge Claudia Wilken

Page **2** of **2**

C 14-03640-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW

[PROPOSED] ORDER GRANTING STIPULATION FOR
EXTENSION OF TIME TO RESPOND TO DEFENDANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS