Anthony G. Simon (*pro hac vice*)
Michael P. Kella (*pro hac vice*)
Benjamin R. Askew (*pro hac vice*)
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
P. 314.241.2929
F. 314.241.2029
asimon@simonlawpc.com
mkella@simonlawpc.com
baskew@simonlawpc.com

Henry C. Bunsow
Denise De Mory
Brian A.E. Smith
BUNSOW DE MORY SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
T. (415) 426-4747
F. (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
bsmith@bdiplaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CANON, INC., et al., <br><br> Defendant(s). | Case Number: C 14-03640-CW <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Date:  June 18, 2015 <br> Time:  2:00 pm <br> Place:  Courtroom 2 – 4th Floor <br> Judge:  Hon. Claudia Wilken |

NOTICE OF SUPPLEMENTAL AUTHORITY IN
SUPPORT OF PLAINTIFFS' RESPONSE IN
OPPOSITION TO DEFENDANTS' MOTION
FOR JUDGMENT ON THE PLEADINGS

C 14-03640-CW, C 14-03643-CW,
C 14-03645-CW, C 14-03646-CW

| | | |
|---|---|---|
| 1 | TECHNOLOGY PROPERTIES LIMITED ) <br> LLC and MCM PORTFOLIO LLC, ) | Case Number: C 14-03643-CW |
| 2 | ) | |
| 3 | Plaintiffs, ) <br> ) | **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS'** |
| 4 | vs. ) <br> ) | **MOTION FOR JUDGMENT ON THE PLEADINGS** |
| 5 | HEWLETT-PACKARD COMPANY, ) | |
| 6 | ) <br> Defendant(s). ) | Date:  June 18, 2015 <br> Time:  2:00 pm |
| 7 | ) <br> ) | Place: Courtroom 2 – 4th Floor <br> Judge:  Hon. Claudia Wilken |
| 8 | TECHNOLOGY PROPERTIES LIMITED ) <br> LLC and MCM PORTFOLIO LLC, ) | Case Number: C 14-03645-CW |
| 9 | ) | |
| 10 | Plaintiffs, ) <br> ) | **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS'** |
| 11 | vs. ) <br> ) | **MOTION FOR JUDGMENT ON THE PLEADINGS** |
| 12 | NEWEGG INC., et al., ) | |
| 13 | ) <br> Defendant(s). ) | Date:  June 18, 2015 <br> Time:  2:00 pm |
| 14 | ) <br> ) | Place: Courtroom 2 – 4th Floor <br> Judge:  Hon. Claudia Wilken |
| 15 | TECHNOLOGY PROPERTIES LIMITED ) <br> LLC and MCM PORTFOLIO LLC, ) | Case Number: C 14-03646-CW |
| 16 | ) | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| 17 | Plaintiffs, ) <br> ) | **IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS'** |
| 18 | vs. ) <br> ) | **MOTION FOR JUDGMENT ON THE PLEADINGS** |
| 19 | SEIKO EPSON CORPORATION, et al., ) | |
| 20 | ) <br> Defendant(s). ) | Date:  June 18, 2015 <br> Time:  2:00 pm |
| 21 | ) <br> ) | Place: Courtroom 2 – 4th Floor <br> Judge:  Hon. Claudia Wilken |

NOTICE OF SUPPLEMENTAL AUTHORITY IN
SUPPORT OF PLAINTIFFS' RESPONSE IN
OPPOSITION TO DEFENDANTS' MOTION
FOR JUDGMENT ON THE PLEADINGS

C 14-03640-CW, C 14-03643-CW,
C 14-03645-CW, C 14-03646-CW

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs submit this Notice of Supplemental Authority in support of their response in opposition to Defendants' motion for judgment on the pleadings.  *See* Plfs.' Resp. (Dkt. No. 311 in Case No. 4:14-cv-03640-CW; Dkt. No. 94 in Case No. 4:14-cv-03643-CW; Dkt. No. 79 in Case No. 4:14-cv-03645-CW; Dkt. No. 94 in Case No. 4:14-cv-03646-CW).

As Defendants noted in their motion, "[a] similar motion is pending in the N.D. Cal. San Jose division in another matter involving TPL.… *Tech. Prop. Ltd. LLC et al. v. Barnes & Noble, Inc.*, No. 12-cv-03863 (N.D. Cal. Feb. 4, 2015), ECF No. 48." Defs.' Br. at 5 n.2. The "Statement of Issue to be Decided" in Barnes & Noble, Inc.'s motion was the same as the issue presented by Defendants here.  *Compare* Defs.' Br. at 5 *with TPL v. Barnes & Noble*, No. 12-cv-03863, ECF No. 48 at 2 ("Does the *Kessler* doctrine bar TPL's claims for infringement of the '336 Patent because the ITC has already found that Barnes & Noble's NOOK products do not infringe the patent, and TPL chose not to appeal that decision to the Federal Circuit?").

On May 31, 2015, Magistrate Judge Grewal issued a Report and Recommendation Denying Motion for Judgment on the Pleadings in the *TPL v. Barnes & Noble* case, a copy of which is attached as Exhibit A for the Court's convenience.

Dated:  June 1, 2015                    By: */s/Benjamin R. Askew*      (*pro hac vice*)
                                        *Attorney for Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC*

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

1

C 14-03640-CW, C 14-03643-CW, C 14-03645-CW, C 14-03646-CW

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on June 1, 2015 via the Court's CM/ECF system.

/s/*Benjamin R. Askew*

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

2

C 14-03640-CW, C 14-03643-CW, C 14-03645-CW, C 14-03646-CW