Anthony G. Simon (*pro hac vice*)
Michael P. Kella (*pro hac vice*)
Benjamin R. Askew (*pro hac vice*)
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
P. 314.241.2929
F. 314.241.2029
asimon@simonlawpc.com
mkella@simonlawpc.com
baskew@simonlawpc.com

Henry C. Bunsow
Denise De Mory
Brian A.E. Smith
BUNSOW DE MORY SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
T. (415) 426-4747
F. (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
bsmith@bdiplaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CANON, INC., et al., <br><br> Defendant(s). | Case Number: C 14-03640-CW <br><br> **PLAINTIFFS' NOTICE OF ADDITIONAL SUPPLEMENTAL AUTHORITY** <br><br> Judge:  Hon. Claudia Wilken |

| | | |
|---|---|---|
| 1 | TECHNOLOGY PROPERTIES LIMITED )<br>LLC and MCM PORTFOLIO LLC, ) | |
| 2 | ) | Case Number: C 14-03643-CW |
| 3 | Plaintiffs,     ) | |
| 4 | )<br>vs.     ) | **PLAINTIFFS' NOTICE OF ADDITIONAL SUPPLEMENTAL AUTHORITY** |
| 5 | )<br>HEWLETT-PACKARD COMPANY,    ) | Judge:  Hon. Claudia Wilken |
| 6 | )<br>Defendant(s).    ) | |

| | | |
|---|---|---|
| 7 | TECHNOLOGY PROPERTIES LIMITED )<br>LLC and MCM PORTFOLIO LLC, ) | |
| 8 | ) | Case Number: C 14-03645-CW |
| 9 | Plaintiffs,     ) | |
| 10 | )<br>vs.     ) | **PLAINTIFFS' NOTICE OF ADDITIONAL SUPPLEMENTAL AUTHORITY** |
| 11 | )<br>NEWEGG INC., et al.,    ) | Judge:  Hon. Claudia Wilken |
| 12 | )<br>Defendant(s).    ) | |

| | | |
|---|---|---|
| 13 | TECHNOLOGY PROPERTIES LIMITED )<br>LLC and MCM PORTFOLIO LLC, ) | |
| 14 | ) | Case Number: C 14-03646-CW |
| 15 | Plaintiffs,     ) | **PLAINTIFFS' NOTICE OF ADDITIONAL SUPPLEMENTAL AUTHORITY** |
| 16 | )<br>vs.     ) | |
| 17 | )<br>SEIKO EPSON CORPORATION, et al.,   ) | Judge:  Hon. Claudia Wilken |
| 18 | )<br>Defendant(s).    ) | |

Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC (collectively "Plaintiffs") file as Exhibit A a recent opinion from the Federal Circuit relevant to the parties' briefing on claim construction.

Dated:  June 17, 2015         By:  */s/Anthony G. Simon*        (*pro hac vice*)
                                    *Attorney for Plaintiffs Technology Properties*
                                    *Limited LLC and MCM Portfolio LLC*

PLAINTIFFS' NOTICE OF ADDITIONAL
SUPPLEMENTAL AUTHORITY                      2                    C 14-03640-CW, C 14-03643-CW,
                                                                  C 14-03645-CW, C 14-03646-CW

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on June 17, 2015 via the Court's CM/ECF system.

/s/ Anthony G. Simon