Anthony G. Simon (*pro hac vice*)
Michael P. Kella (*pro hac vice*)
Benjamin R. Askew (*pro hac vice*)
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
P. 314.241.2929
F. 314.241.2029
asimon@simonlawpc.com
mkella@simonlawpc.com
baskew@simonlawpc.com

Henry C. Bunsow
Denise De Mory
Brian A.E. Smith
BUNSOW DE MORY SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
T. (415) 426-4747
F. (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
bsmith@bdiplaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CANON, INC., et al.,<br><br>    Defendant(s). | Case Number: C 14-03640-CW<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS AND SUBMISSION OF DOCUMENTS FROM INTERNATIONAL TRADE COMMISSION INV. NO. 337-TA-841**<br><br>Judge:  Hon. Claudia Wilken |

PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS AND SUBMISSION OF DOCUMENTS FROM INTERNATIONAL TRADE COMMISSION INV. NO. 337-TA-841

C 14-03640-CW, C 14-03643-CW,
C 14-03645-CW, C 14-03646-CW

|   |   |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant(s). | Case Number: C 14-03643-CW <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS AND SUBMISSION OF DOCUMENTS FROM INTERNATIONAL TRADE COMMISSION INV. NO. 337-TA-841** <br><br> Judge:  Hon. Claudia Wilken |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> NEWEGG INC., et al., <br><br> Defendant(s). | Case Number: C 14-03645-CW <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS AND SUBMISSION OF DOCUMENTS FROM INTERNATIONAL TRADE COMMISSION INV. NO. 337-TA-841** <br><br> Judge:  Hon. Claudia Wilken |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> SEIKO EPSON CORPORATION, et al., <br><br> Defendant(s). | Case Number: C 14-03646-CW <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS AND SUBMISSION OF DOCUMENTS FROM INTERNATIONAL TRADE COMMISSION INV. NO. 337-TA-841** <br><br> Judge:  Hon. Claudia Wilken |

In accordance with Civil Local Rule 79-5 and the Court's request at the June 18, 2015 Claim Construction Hearing, Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC ("Plaintiffs") respectfully submit Exhibit A and move the Court for an Order authorizing the sealing of Exhibits B and C identified below.  All three documents are from International Trade Commission Investigation Number 337-TA-841.

- <u>Exhibit A</u> – Order Construing the Terms of the Asserted Claims of the Patents at Issue;

- <u>Exhibit B</u> – Confidential version of Initial Determination on Violation of Section 337 and Recommended Determination on Remedy and Bond; and

- <u>Exhibit C</u> - Confidential version of Commission Opinion.

1  Exhibit A and portions of the redacted public versions of Exhibits B and C were
2  previously submitted as exhibits to the parties' claim construction briefs.  *See* Plaintiffs' Opening
3  Brief on Claim Construction (4:14-cv-03640-CW at Dkt. No. 282) at Exhibits E, F, and N; *see*
4  Defendants' Brief on Claim Construction (4:14-cv-03640-CW at Dkt. No. 299) at Exhibits 4 and
5  9; *see* Plaintiffs' Reply Brief on Claim Construction (4:14-cv-03640-CW at Dkt. No. 308) at
6  Exhibit V.

Dated:  June 22, 2015          By: */s/Benjamin R. Askew*          (*pro hac vice*)
                                     *Attorney for Plaintiffs Technology Properties*
                                     *Limited LLC and MCM Portfolio LLC*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on June 22, 2015 via the Court's CM/ECF system.

/s/ *Benjamin R. Askew*

PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS AND SUBMISSION OF DOCUMENTS FROM INTERNATIONAL TRADE COMMISSION INV. NO. 337-TA-841        2        C 14-03640-CW, C 14-03643-CW, C 14-03645-CW, C 14-03646-CW