1  Anthony G. Simon (*pro hac vice*)
2  Michael P. Kella (*pro hac vice*)
   Benjamin R. Askew (*pro hac vice*)
3  THE SIMON LAW FIRM, P.C.
   800 Market Street, Suite 1700
4  St. Louis, Missouri 63101
   P. 314.241.2929
5  F. 314.241.2029
   asimon@simonlawpc.com
6  mkella@simonlawpc.com
7  baskew@simonlawpc.com

8  Henry C. Bunsow
   Denise De Mory
9  Brian A.E. Smith
   BUNSOW DE MORY SMITH & ALLISON LLP
10 351 California Street, Suite 200
   San Francisco, CA  94104
11 T. (415) 426-4747
12 F. (415) 426-4744
   hbunsow@bdiplaw.com
13 ddemory@bdiplaw.com
   bsmith@bdiplaw.com
14

15 *Attorneys for Plaintiffs*

16                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
17                        **OAKLAND DIVISION**

18

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | Case Number: C 14-03640-CW |
| Plaintiffs, | **DECLARATION OF BENJAMIN R. ASKEW IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS AND SUBMISSION OF DOCUMENTS FROM INTERNATIONAL TRADE COMMISSION INV. NO. 337-TA-841** |
| vs. | |
| CANON, INC., et al., | |
| Defendant(s). | Judge:  Hon. Claudia Wilken |

DECLARATION OF BENJAMIN R. ASKEW                    C 14-03640-CW, C 14-03643-CW,
                                                    C 14-03645-CW, C 14-03646-CW

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant(s). | Case Number: C 14-03643-CW <br><br> **DECLARATION OF BENJAMIN R. ASKEW IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS AND SUBMISSION OF DOCUMENTS FROM INTERNATIONAL TRADE COMMISSION INV. NO. 337-TA-841** <br><br> Judge: Hon. Claudia Wilken |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> NEWEGG INC., et al., <br><br> Defendant(s). | Case Number: C 14-03645-CW <br><br> **DECLARATION OF BENJAMIN R. ASKEW IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS AND SUBMISSION OF DOCUMENTS FROM INTERNATIONAL TRADE COMMISSION INV. NO. 337-TA-841** <br><br> Judge: Hon. Claudia Wilken |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> SEIKO EPSON CORPORATION, et al., <br><br> Defendant(s). | Case Number: C 14-03646-CW <br><br> **DECLARATION OF BENJAMIN R. ASKEW IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS AND SUBMISSION OF DOCUMENTS FROM INTERNATIONAL TRADE COMMISSION INV. NO. 337-TA-841** <br><br> Judge: Hon. Claudia Wilken |

I, Benjamin R. Askew, declare and state as follows:

1.  I am an attorney at The Simon Law Firm, P.C., counsel of record for Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC ("Plaintiffs").

2.  I submit this declaration in support of Plaintiffs' Administrative Motion to Seal Documents and Submission of Documents from International Trade Commission Inv. No. 337-TA-841 ("Administrative Motion"), filed concurrently herewith. I have personal knowledge of the statements set forth in this declaration and, if called as a witness, could and would do so competently.

3. The documents submitted with the Administration Motion are from International Trade Commission Inv. No. 337-TA-841.

Exhibit A – Order Construing the Terms of the Asserted Claims of the Patents at Issue;

Exhibit B - Confidential version of Initial Determination on Violation of Section 337 and Recommended Determination on Remedy and Bond; and

Exhibit C - Confidential version of the Commission Opinion.

5. Exhibit A is not confidential and is hereby submitted with no redactions.

6. Exhibits B and C do contain confidential information from various parties.  Therefore, Plaintiffs respectfully request that the Court allow them to be filed under seal to maintain their confidentiality status.

Executed this 22nd day of June, in St. Louis, Missouri.

*/s/ Benjamin R. Askew*