1  Anthony G. Simon (*pro hac vice*)
2  Michael P. Kella (*pro hac vice*)
   Benjamin R. Askew (*pro hac vice*)
3  THE SIMON LAW FIRM, P.C.
   800 Market Street, Suite 1700
4  St. Louis, Missouri 63101
   P. 314.241.2929
5  F. 314.241.2029
   asimon@simonlawpc.com
6  mkella@simonlawpc.com
7  baskew@simonlawpc.com

8  Henry C. Bunsow
   Denise De Mory
9  Brian A.E. Smith
   BUNSOW DE MORY SMITH & ALLISON LLP
10 351 California Street, Suite 200
   San Francisco, CA  94104
11 T. (415) 426-4747
12 F. (415) 426-4744
   hbunsow@bdiplaw.com
13 ddemory@bdiplaw.com
   bsmith@bdiplaw.com
14

15 *Attorneys for Plaintiffs*

16                      **UNITED STATES DISTRICT COURT**
                        **NORTHERN DISTRICT OF CALIFORNIA**
17                              **OAKLAND DIVISION**

18

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | Case Number: C 14-03640-CW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS AND SUBMISSION OF DOCUMENTS FROM INTERNATIONAL TRADE COMMISSION INV. NO. 337-TA-841** |
| vs. | |
| CANON, INC., et al., | |
| Defendant(s). | Judge:  Hon. Claudia Wilken |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
ADMINISTRATIVE MOTION TO SEAL
DOCUMENTS AND SUBMISSION OF DOCUMENTS
FROM INTERNATIONAL TRADE COMMISSION
INV. NO. 337-TA-841

C 14-03640-CW, C 14-03643-CW,
C 14-03645-CW, C 14-03646-CW

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | Case Number: C 14-03643-CW |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION** |
| vs. | ) ) | **TO SEAL DOCUMENTS AND SUBMISSION OF DOCUMENTS FROM INTERNATIONAL** |
| HEWLETT-PACKARD COMPANY, | ) ) | **TRADE COMMISSION INV. NO. 337-TA-841** |
| Defendant(s). | ) | Judge: Hon. Claudia Wilken |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | Case Number: C 14-03645-CW |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION** |
| vs. | ) ) | **TO SEAL DOCUMENTS AND SUBMISSION OF DOCUMENTS FROM INTERNATIONAL** |
| NEWEGG INC., et al., | ) ) | **TRADE COMMISSION INV. NO. 337-TA-841** |
| Defendant(s). | ) | Judge: Hon. Claudia Wilken |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | Case Number: C 14-03646-CW |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION** |
| vs. | ) ) | **TO SEAL DOCUMENTS AND SUBMISSION OF DOCUMENTS FROM INTERNATIONAL** |
| SEIKO EPSON CORPORATION, et al., | ) ) | **TRADE COMMISSION INV. NO. 337-TA-841** |
| Defendant(s). | ) | Judge: Hon. Claudia Wilken |

The Court has received and considered Plaintiffs' Administrative Motion to Seal Documents from the International Trade Commission Inv. No. 337-TA-841. Good cause appearing, the administrative motion is GRANTED.

**IT IS SO ORDERED.**

Dated: _____                              _____
                                                   Hon. Judge Claudia Wilken
                                                   United States District Judge

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS AND SUBMISSION OF DOCUMENTS FROM INTERNATIONAL TRADE COMMISSION INV. NO. 337-TA-841

1

C 14-03640-CW, C 14-03643-CW, C 14-03645-CW, C 14-03646-CW