# EXHIBIT B
# PART 2
# (Public Version)

PUBLIC VERSION

art references rather than perform a proper analysis on a few number of references. Accordingly, the ALJ declines Respondents' invitation to find the asserted claims of the '549 Patent invalid as anticipated by the MultiFlash Product.

### 3.    U.S. Patent No. 6,987,927

Respondents argue that U.S. Patent No. 6,987,927 ("the '927 Patent") anticipates and renders obvious the asserted claims of the '549 Patent. (RIB 205-207.) The '927 Patent was filed on July 13, 2000 and issued on January 17, 2006. (RX-0732; RX-0420C at Q/A 360-364.) The '927 claims priority to U.S. Provisional Application No. 60/200,470, which was filed on April 28, 2000. (RX-0732; RX-0420C at Q/A 360-364.) The ALJ finds that the '927 Patent is prior art under 35 U.S.C. § 102(e).

The ALJ finds that Respondents have not shown that the '927 Patent anticipates or renders obvious the asserted claims of the '549 Patent. The ALJ finds that Respondents have failed to show that the '927 Patent discloses the determining/detector limitation of the independent claims. Specifically, claim 7 requires the step of "determining whether the flash storage system includes a controller for error correction" and claim 11 requires a "detector to determine whether the flash storage system includes a controller for error correction." Respondents' invalidity reading is based on TPL's infringement contention that determining the type of card or having a detector that determines the type of card is sufficient to meet this limitation. As was held above with respect to infringement, the claim requires more than merely determining the type of card or a detector to determine the type of card. Instead, the claim requires that whether the card has a controller or not be "determined" or "a detector to determine" whether there is a controller or not. Thus, the ALJ finds that this reference does not anticipate the asserted claims of the '549 Patent.

PUBLIC VERSION

As for Respondents' obviousness, the ALJ finds that they are insufficient to demonstrate the patent would be obvious by clear and convincing evidence. Respondents raise three possible combinations that would meet this limitation: (1) the AwYong Thesis; (2) U.S. Patent No. 6,199,122, and (3) U.S. Patent No. 6,754,765. Respondents' obviousness arguments are that "a person of ordinary skill in the art at the time of the alleged invention would have known to implement the step of determining whether the flash storage system includes a controller for error correction," because the '927 Patent "teaches compatibility with both controllerless cards and cards having a controller for error correction." (RIB at 199-200.) Respondents further argue that a person of ordinary skill in the art at the time of the invention would have been motivated to "seek already available methods and detectors for doing so, as disclosed in a number of prior art references...." (RIB at 200.) Respondents also argue that the combination of the '927 Patent and any of the three references would have been "merely the product of ordinary skill and common sense." (RIB at 200.)

The ALJ finds that this is insufficient to prove obviousness by clear and convincing evidence for several reasons. First, the AwYong Thesis has not been shown to be prior art. Second, the ALJ finds that merely claiming that "common sense" would lead to the invention is not sufficient where Respondents have failed to show why it would be common sense to modify a system that determines the type of card into one that actually detects whether there is a controller or not. *See Mintz v. Dietz & Watson, Inc.*, 679 F.3d 1372, 1377 (Fed. Cir. 2012) ("The mere recitation of the words 'common sense' without any support adds nothing to the obviousness equation. Within the statutory test to determine if a claimed invention has advanced its technical art field enough to warrant an exclusive right, 'common sense' is a shorthand label for knowledge so basic that it certainly lies within the skill set of an ordinary artisan. With little

PUBLIC VERSION

more than an invocation of the words 'common sense' (without any record support showing that this knowledge would reside in the ordinarily skilled artisan), the district court overreached in its determination of obviousness.")  *TriMed, Inc. v. Stryker, Inc.*, 608 F.3d 1333, 1343 (Fed. Cir. 2010) ("Merely saying that an invention is a logical, commonsense solution to a known problem does not make it so.").   Finally, while the '927 Patent does teach the use of controller and controllerless cards, that is not sufficient to establish that a person of ordinary skill would be motivated to modify a system that detects or determines the type of card to one that detects or determines specifically whether or not a controller is present.  Because Respondents provide insufficient discussion of why a person of ordinary skill would be so motivated, the ALJ finds that Respondents have failed to show the patent obvious by clear and convincing evidence.

### 4.   The Kokai Publication, Japanese Patent Application No. 2001-75745

Respondents also assert that the asserted claims of the '549 Patent are invalid over Japanese Patent Application No. 2001-75745 to Kokai ("the Kokai Application").  (RIB at 205-207.)  The Kokai Application was published by the Japan Patent Office on March 23, 2001 and is prior art under 35 U.S.C. § 102(b).  (RX-1198.0002; RX-0420C at Q/A 241-247.)

The ALJ finds that Respondents have failed to show that the '549 Patent is invalid in light of the Koaki Application for several reasons.  First, the ALJ finds that Respondents' cursory discussion (a little under two pages) is insufficient to establish by clear and convincing evidence that the asserted claims of the '549 Patent.  Second, the ALJ finds that the Kokai Application fails to disclose at least the "firmware" limitations of the asserted claims of the '549 Patent.  As Respondents' brief makes clear, their analysis is premised TPL's infringement analysis that the use of bad block mapping "*per se* discloses that firmware performs this error correction and bad block mapping."  (RIB at 206-207.)  The ALJ found this argument failed to

establish that TPL proved infringement by a preponderance of the evidence, so it necessarily also fails to establish invalidity under the higher evidentiary standard of clear and convincing evidence. Finally, to the extent that Respondents contend that the Kokai Application renders the asserted claims of the '549 Patent obvious, the ALJ finds that there is absolutely no argument contained in its briefs to support that argument, so the ALJ finds that it is waived.

### 5.     Atech Pro II

As discussed above, Respondents have not shown by clear and convincing evidence that the Atech Pro II was available before the priority date for the '549 Patent. Accordingly, the ALJ finds that they have not overcome the presumption of validity and proved that the asserted claims of the '549 Patent are invalid in light of the Atech Pro II. (*See supra* Section VI.C.1.)

### 6.     "Secondary References"

Not content with the phalanx of references cited above, Respondents also include a lengthy discussion of so-called "Secondary References." (RIB at 211-217.) While it is not entirely clear whether these references constitute their own obviousness combination, it appears to the ALJ that they are not meant as their own discussion, but instead are intended to supplement the obviousness analysis for each of the individual references. There is no element-by-element discussion of the references, merely a general description of what Respondents contend is disclosed in the "Secondary References." Nothing is done to put these references in the context of any of the particular combinations. As best as the ALJ can discern, this section is intended as a "reservoir of obviousness" to be drawn upon at will. Indeed, Respondents explain in the subsection entitled "Motivation to Combine" that "[a] person of ordinary skill would have been motivated to combine the references as discussed above because the references are all in the same field of art, and the references are directed to interfacing, and disclose compatibility, with

PUBLIC VERSION

multiple types of memory cards." (RIB at 214.) Respondents continue that "such combinations would be trivial modifications capable of being implemented as a mere workshop improvement, and such combinations would yield extremely predictable and expected results." In support of these conclusions, Respondents cite 21 questions and answers from Mr. McAlexander's witness statement. (RIB at 214.) Yet no other explanation is provided. Moreover, the information is not placed in context of any particular reference. These conclusory, out-of-context statements add nothing to what was already said regarding obviousness of the '549 Patent and none of this discussion alters the ALJ's conclusions regarding the non-obviousness of the '549 Patent. Thus, the ALJ finds that the Secondary References alone or combined with any of the other references do not even establish a prima facie case obviousness.

Moreover, it is not clear as to what is the exact the scope and content of the prior art that Respondents are asserting. *See Smiths Indus. Med. Sys., Inc.*, 183 F.3d at 1354 (Fed. Cir. 1999) ("[t]he second step in an obviousness inquiry is to determine whether the claimed invention would have been obvious as a legal matter, based on underlying factual inquiries including: (1) the *scope and content of the prior art...*") (emphasis added). The ALJ is left to guess which elements of the prior art references Respondents seek to combine, or, rather, if Respondents argue that it is the prior art reference in its entirety that renders the '549 Patent obvious. There is not even a cursory attempt at analyses with the references that were already previously discussed in prior sections. (*See* Ground Rule 8(h).) The ALJ will not *guess* at which prior art combinations Respondents would have put forth in its post-hearing briefs or how those prior art references render the claims of the '549 patent obvious (or which claims it renders obvious). (*See* Ground Rule 11.1 (stating, in relevant part, that the post-hearing brief shall "discuss the issues and evidence tried").)

123

PUBLIC VERSION

### 7.    Written Description

Respondents also contend that the asserted claims are invalid under the written description requirement of 35 U.S.C. § 112(a) for failing to disclose the "determining" limitation of claims 7 and 19 and the "detector to determine" limitations of claims 11 and 21. Respondents' entire argument consists of a single paragraph and the actual analysis consists of only a single sentence. (*See* RIB at 217.) This is insufficient to establish invalidity by clear and convincing evidence. Accordingly, the ALJ finds that Respondents have failed to prove by clear and convincing evidence that the asserted claims of the '549 Patent are invalid for failure to comply with the written description requirement.

## F.   '623 Patent

### 1.    Pro II Device

As discussed above, Respondents have not shown by clear and convincing evidence that the Atech Pro II was available before the priority date for the '623 Patent. Accordingly, the ALJ finds that they have not overcome the presumption of validity and proved that the asserted claims of the '623 Patent are invalid in light of the Atech Pro II. (*See supra* Section VI.C.1.)

### 2.    Dazzle 6-in1 DM-8400 Device

As discussed above, the ALJ has found that the Dazzle reader was proved to be prior art to the '623 Patent. Thus, the ALJ finds that Respondents have not shown that the Dazzle reader renders the asserted claims of the '623 Patent invalid. (*See supra* Section VI.C.2.)

### 3.    The Uno Mas Article

Respondents contend that the Uno Mas article (RX-1148) anticipates the asserted claims of the '623 Patent. The ALJ finds that a little more than one page of analysis is simply insufficient to overcome the presumption of validity and to meet the clear and convincing

PUBLIC VERSION

standard of proof for invalidity of three patent claims. *See Certain Mobile Devices, Associated Software and Components Thereof,* Inv. No. 337-TA-744, Final Initial Determination, at 117 (December 20, 2011) (unreviewed in relevant part). It is clear to the ALJ from his review of Respondents' brief, that they had more than sufficient pages to perform a proper analysis. Accordingly, the ALJ declines Respondents' invitation to find the asserted claims of the '623 Patent invalid as anticipated by the Uno Mas article.

### 4. Kaneshiro Patents: WO 01/80171 (RX-0800 and RX-0801) and U.S. Patent No. 6,808,424 (RX-0932)

Respondents argue that independent claims 1, 9, and 17 of the '623 Patent are anticipated by each of the PCT International Publication No. WO 01/80171 (RX-0800; RX-0801) ("the Kaneshiro PCT Publication") and U.S. Patent No. 6,808,424 (RX-0932) ("the Kaneshiro Patent"). The Kaneshiro PCT Publication published on October 25, 2001, and is prior art to the '623 Patent under 35 U.S.C. § 102(b). (RX-0800; RX-0801.) The Kaneshiro Patent issued on October 26, 2004, and claims priority to PCT filing on April 9, 2001 for a PCT application that published on October 25, 2001. (RX-0932.) There is no dispute that the Kaneshiro Patent is prior art under 35 U.S.C. § 102(e).

Respondents had ample room in their briefs but spend only a little more than one page total on the Kaneshiro PCT Publication and Kaneshiro Patent—a prior art reference that TPL allegedly concedes anticipates the three asserted independent claims of the '632 Patent.[7] A little more than one page of analysis is simply insufficient to overcome the presumption of validity and to meet the clear and convincing standard of proof for invalidity of three patent claims. *See Certain Mobile Devices, Associated Software and Components Thereof,* Inv. No. 337-TA-744,

---

[7] Even if TPL "conceded" or did not dispute that the Kaneshiro Patents anticipate the independent claims 1, 9, and 17, Respondents still carry the burden of showing by clear and convincing evidence that the prior art references do, in fact, anticipate the claims and requires a thorough analysis and not cursory and conclusory statements.

PUBLIC VERSION

Final Initial Determination, at 117 (December 20, 2011) (unreviewed in relevant part). Moreover, Respondents' brief does not contain a single citation in its "invalidity analysis" of the Kaneshiro PCT Publication. Accordingly, the ALJ finds that Respondents have not shown that the Kaneshiro Patents anticipate the asserted claims of the '623 Patent.

### 5. Kaneshiro Patents In View of the '369 Patent, the Dell Inspiron 3000 Manual and/or the Dell Inpiron 7000 Manual

Respondents argue that the claims 2, 10, and 18 are invalid in light of the combination of Kaneshiro Patents in view of U.S. Patent No. 6,859,369 (RX-0812) ("the '369 Patent"), the Dell Inspiron 3000 Service Manual (RX-1006), or the Dell Inspiron 7000 Service Manual (RX-1007). (RIB at 245-247.) The ALJ finds that the '369 Patent is prior art under 35 U.S.C. § 102(e) because it was filed on September 4, 2002. (RX-0812.) The ALJ finds that the Dell Inspiron 3000 Service Manual and the Dell Inspiron 7000 Service Manual are both prior art under 35 U.S.C. § 102(b) because they were publicly available printed publications in July and August 1998, respectively. (RX-1006; RX-1007.)

Respondents offer no element by element analysis of how the three or four reference combinations of the Kaneshiro Patents, the '369 Patent, the Dell Inspiron 3000 Service Manual, or Dell Inspiron Service Manual renders the asserted claims obvious. In fact, they appear to rely on their inadequate anticipation analysis as the basis for their obviousness analysis on these dependent claims. The ALJ found that analysis inadequate for anticipation and further finds that it is inadequate as a basis for obviousness. Furthermore, the ALJ finds Respondents' analysis of the motivation to combine these three or four references together to be inadequate to meet the clear convincing standard. Respondents' entire motivation to combine these references is "[a] person of ordinary skill would have been motivated to combine these references at least because the references are in the same field and combination would achieve predictable results such as

PUBLIC VERSION

reduced size and/or lower cost, thereby supporting the SD specification's requirement for backward compatibility with MMC cards." (RIB at 246.) The ALJ finds this analysis conclusory, unsupported and insufficient to meet the clear and convincing standard. Accordingly, the ALJ finds that Respondents have not proven by clear and convincing evidence that claims 2, 10, and 18 of the '623 Patent are invalid as obvious in light of these references.

## VII.   DOMESTIC INDUSTRY

### A. Applicable Law

In patent based proceedings under section 337, a complainant must establish that an industry "relating to the articles protected by the patent . . . exists or is in the process of being established" in the United States. 19 U.S.C. § 1337(a)(2). Under Commission precedent, the domestic industry requirement of Section 337 consists of a "technical prong" and an "economic prong." *Certain Data Storage Systems and Components Thereof*, Inv. No. 337-TA-471, Initial Determination Granting EMC's Motion No. 471-8 Relating to the Domestic Industry Requirement's Economic Prong (unreviewed) at 3 (Public Version, October 25, 2002) The "economic prong" of the domestic industry requirement is satisfied when the economic activities set forth in subsections (A), (B), and/or (C) of subsection 337(a)(3) have taken place or are taking place with respect to the protected articles. *Certain Printing and Imaging Devices and Components Thereof*, Inv. No. 337-TA-690, Commission Op. at 25 (February 17, 2011) ("*Printing and Imaging Devices*"). With respect to the "economic prong," 19 U.S.C. § 1337(a)(2) and (3) provide, in full:

> (2) Subparagraphs (B), (C), (D), and (E) of paragraph (1) apply only if an industry in the United States, relating to the articles protected by the patent, copyright, trademark, mask work, or design concerned, exists or is in the process of being established.

PUBLIC VERSION

> (3) For purposes of paragraph (2), an industry in the United States shall be considered to exist if there is in the United States, with respect to the articles protected by the patent, copyright, trademark, mask work, or design concerned—
>
> > (A) significant investment in plant and equipment;
> >
> > (B) significant employment of labor or capital; or
> >
> > (C) substantial investment in its exploitation, including engineering, research and development, or licensing.
>
> *Id.*

Given that these criteria are in the disjunctive, satisfaction of any one of them will be sufficient to meet the domestic industry requirement. *Certain Integrated Circuit Chipsets and Products Containing Same*, Inv. No. 337-TA-428, Order No 10 at 3, Initial Determination (Unreviewed) (May 4, 2000), citing *Certain Variable Speed Wind Turbines and Components Thereof*, Inv. No. 337-TA-376, Commission Op. at 15, USITC Pub. 3003 (Nov. 1996). The Commission has embraced a flexible, market-oriented approach to domestic industry, favoring case-by-case determination "in light of the realities of the marketplace" that encompass "not only the manufacturing operations" but may also include "distribution, research and development and sales." *Certain Dynamic Random Access Memories*, Inv. No. 337-TA-242, USITC Pub. 2034, Commission Op. at 62 (Nov. 1987) ("*DRAMs*").

To meet the technical prong, the complainant must establish that it practices at least one claim of the asserted patent. *Certain Point of Sale Terminals and Components Thereof*, Inv. No. 337-TA-524, Order No. 40 (April 11, 2005). The test for claim coverage for the purposes of the technical prong of the domestic industry requirement is the same as that for infringement. *Alloc, Inc. v. Int'l Trade Comm'n*, 342 F.3d 1361, 1375 (Fed. Cir. 2003); *see also Certain Doxorubicin and Preparations Containing Same*, Inv. No. 337-TA-300, Initial Determination at 109 (U.S.I.T.C., May 21, 1990) ("*Certain Doxorubicin*"), *aff'd*, Views of the Commission at 22

(October 31, 1990). "First, the claims of the patent are construed. Second, the complainant's article or process is examined to determine whether it falls within the scope of the claims." *(Id.)* As with infringement, the first step of claim construction is a question of law, whereas the second step of comparing the article to the claims is a factual determination. *Markman,* 52 F.3d at 976. The technical prong of the domestic industry can be satisfied either literally or under the doctrine of equivalents. *Certain Excimer Laser Systems for Vision Correction Surgery and Components Thereof and Methods for Performing Such Surgery,* Inv. No. 337-TA-419, Order No. 43 (July 30, 1999). The patentee must establish by a preponderance of the evidence that the domestic product practices one or more claims of the patent. *See Bayer,* 212 F.3d at 1247.

TPL argues that it meets the domestic industry requirement based on three categories of activities: (1) substantial investments in TPL's licensing activities under Section 337(a)(3)(C); (2) substantial investments by TPL and its predecessor OnSpec in engineering and research and development activities under Section 337(a)(3)(C); and (3) significant investments in domestic plant, equipment, labor, and capital by TPL and its predecessor, OnSpec under Section 337(a)(3)(A) and (B).

Congress enacted 19 U.S.C. § 1337(a)(3) in 1988 as part of the Omnibus Trade and Competitiveness Act. *See Certain Plastic Encapsulated Integrated Circuits,* Inv. No. 337-TA-315, USITC Pub. No. 2574 (Nov. 1992), Initial Determination at 89 (October 16, 1991) (unreviewed in relevant part). The first two sub-paragraphs codified existing Commission practice. *See id.* at 89; *see also Certain Male Prophylactic Devices,* Inv. No. 337-TA-546, Commission Op. at 39 (June 29, 2007). Under Commission precedent, these requirements could be met by manufacturing the articles in the United States, *see, e.g., DRAMs,* Commission Op. at 61, or other related activities, *see Schaper Mfg. Co. v. U.S. Int'l Trade Comm'n,* 717 F.2d 1368,

PUBLIC VERSION

1373 (Fed. Cir. 1983) ("[I]n proper cases, 'industry' may encompass more than the manufacturing of the patented item. . . .").

In addition to subsections (A) and (B), there is also subsection (C). "In amending section 337 in 1988 to include subsection (C), Congress intended to liberalize the domestic industry requirement so that it could be satisfied by all 'holders of U.S. intellectual property rights who are engaged in activities genuinely designed to exploit their intellectual property' in the United States." *Certain Multimedia Display and Navigation Devices and Systems and Components Thereof, and Products Containing Same*, Inv. No. 337-TA-694, Commission Op. at 7 (August 8, 2011) (quoting *Certain Digital Processors and Digital Processing Systems, Components Thereof, and Products Containing Same*, Inv. No. 337-TA-559, Final Initial Determination at 93 (unreviewed in relevant part) (May 11, 2007). Thus, "[u]nlike sub-parts (A) and (B), sub-part (C) of section 337(a)(3) 'does not require actual production of the article in the United States if it can be demonstrated that substantial investment and activities of the type enumerated are taking place in the United States.'" *Certain Personal Data and Mobile Communications Devices and Related Softwares*, No. 337-TA-710, Order 102: ID on Economic Prong at 4 (April 6, 2011) (unreviewed in relevant part) ("*Personal Data and Mobile Communications Devices*") (quoting H.R. Rep. No. 100-40, pt. 1, at 157 (1987)).

In *Printing and Imaging Devices*, the Commission held that "under the statute, whether the complainant's investment and/or employment activities are 'significant' is not measured in the abstract or absolute sense, but rather is assessed with respect to the nature of the activities and how they are 'significant' to the articles protected by the intellectual property right." *Printing and Imaging Devices*, Commission Op. at 26. The Commission further stated that:

> the magnitude of the investment cannot be assessed without
> consideration of the nature and importance of the

> complainant's activities to the patented products in the
> context of the marketplace or industry in question . . . .
> whether an investment is 'substantial' or 'significant' is
> context dependent. (*Id.* at 31.)

Indeed, the Commission has emphasized that "there is no minimum monetary expenditure that a complainant must demonstrate to qualify as a domestic industry under the 'substantial investment' requirement" of section 337(a)(3)(C). *Certain Stringed Musical Instruments and Components Thereof,* Inv. No. 337-TA-586, Commission Op. at 25 (May 16, 2008). Moreover, the Commission has stated that the complainant need not "define or quantify the industry itself in absolute mathematical terms." *Id.* at 26.

Section 337(a)(3)(C) provides for domestic industry based on "substantial investment" in the enumerated activities, including licensing of a patent. *See Certain Digital Processors and Digital Processing Systems, Components Thereof, and Products Containing Same,* Inv. No. 337-TA-559, Initial Determination at 88 (May 11, 2007) ("*Certain Digital Processors*"). Mere ownership of the patent is insufficient to satisfy the domestic industry requirement. *Certain Digital Processors* at 93. (citing the Senate and House Reports on the Omnibus Trade and Competitiveness Act of 1988, S.Rep. No. 71). However, entities that are actively engaged in licensing their patents in the United States can meet the domestic industry requirement. *Certain Digital Processors* at 93. In establishing a domestic industry under Section 337(a)(3)(C), the complainant does not need to show that it or one of its licensees is practicing a patent-in-suit. *See Certain Semiconductor Chips with Minimized Chip Package Size and Products Containing Same,* Inv. No. 337-TA-432, Order No. 13, at 11, (January 24, 2001) ("*Certain Semiconductor Chips*"). The complainant must, however, receive revenue, *e.g.* royalty payments, from its licensing activities. *Certain Digital Processors,* at 93-95 ("Commission decisions also reflect the fact that a complainant's receipt of royalties is an important factor in determining whether the

PUBLIC VERSION

domestic industry requirement is satisfied . . . [t]here is no Commission precedent for the establishment of a domestic industry based on licensing in which a complainant did not receive any revenue from alleged licensing activities.  In fact, in previous investigations in which a complainant successfully relied solely on licensing activities to satisfy section 337(a)(3), the complainant had licenses yielding royalty payments.") (citations omitted).  *See also Certain Video Graphics Display Controllers and Products Containing Same*, Inv. No. 337-TA-412, Initial Determination at 13 (May 14, 1999) (*"Certain Video Graphics Display Controllers"*); *Certain Integrated Circuit Telecommunication Chips and Products Containing Same Including Dialing Apparatus*, Inv. No. 337-TA-337, U.S.I.T.C. Pub. No. 2670, Initial Determination at 98 (March 3, 1993) (*"Certain Integrated Circuit Telecommunication Chips"*); *Certain Zero-Mercury-Added Alkaline Batteries, Parts Thereof and Products Containing Same*, Inv. No. 337-TA-493, Initial Determination at 142 (June 2, 2004) (*"Certain Zero-Mercury-Added Alkaline Batteries"*); *Certain Semiconductor Chips*, Order No. 13 at 6 (January 24, 2001); *Certain Digital Satellite System DSS Receivers and Components Thereof*, Inv. No. 337-TA-392, Initial and Recommended Determinations at 11 (December 4, 1997) (*"Certain Digital Satellite System DSS Receivers"*).

In *Certain Multimedia Display & Navigation Devices & Systems, Components Thereof, & Products Containing Same*, Inv. No. 337-TA-694, Comm'n Op. (Aug. 8, 2011) (*"Navigation Devices"*), the Commission stated that a complainant seeking to rely on licensing activities must satisfy three requirements:  (1) the investment must be "an investment in the exploitation of the asserted patent;" (2) the investment must relate to licensing; and (3) the investment "must be domestic, *i.e.,* it must occur in the United States."  *Id.* at 7-8.  The Commission stated that "[o]nly after determining the extent to which the complainant's investments fall within these

132

PUBLIC VERSION

statutory parameters can we evaluate whether complainant's qualifying investments are 'substantial,' as required by the statute." *Id.* at 8.

Under the first of the three requirements, the complainant must show a nexus between the licensing activity and the asserted patent. *Id.* at 9. When the asserted patent is part of a patent portfolio, and the licensing activities relate to the portfolio as a whole, the Commission requires that the facts be examined to determine the strength of the nexus between the asserted patent and the licensing activities. *Id.* The Commission provided a non-exhaustive list of factors to consider, such as (1) whether the licensee's efforts relate to "an article protected by" the asserted patent under Section 337 (a)(2)-(3); (2) the number of patents in the portfolio; (3) the relative value contributed by the asserted patent to the portfolio; (4) the prominence of the asserted patent in licensing discussions, negotiations, and any resulting licensing agreement; and (5) the scope of technology covered by the portfolio compared to the scope of the asserted patent. *Id.* at 9-10. The Commission explained that the asserted patent may be shown to be particularly important or valuable within the portfolio where there is evidence that: (1) it was discussed during licensing negotiations; (2) it has been successfully litigated before by the complainant; (3) it is related to a technology industry standard; (4) it is a base patent or pioneering patent; (5) it is infringed or practiced in the United States; or (6) the market recognizes the patent's value in some other way. *Id.* at 10-11.

Once a complainant's investment in licensing the asserted patent in the United States has been assessed in the manner described above, the next inquiry is whether the investment is "substantial." 19 U.S.C. § 1337(a)(3)(C). The Commission takes "a flexible approach whereby a complainant whose showing on one or more of the three section 337(a)(3)(C) requirements is relatively weak may nevertheless establish that its investment is 'substantial' by demonstrating

PUBLIC VERSION

that its activities and/or expenses are of a large magnitude." *Multimedia Display and Navigation Devices*, Comm'n Op. at 15. The Commission has indicated that whether an investment is "substantial" may depend on:

> (1) the nature of the industry and the resources of the complainant;
>
> (2) the existence of other types of "exploitation" activities;
>
> (3) the existence of license-related "ancillary" activities;
>
> (4) whether complainant's licensing activities are continuing; and
>
> (5) whether complainant's licensing activities are the type of activities that are referenced favorably in the legislative history of section 337(a)(3)(C).

*Id.* at 15-16. The complainant's return on its licensing investment (or lack thereof) may also be circumstantial evidence of substantiality. *Id.* at 16. In addition, litigation expenses may be evidence of the complainant's investment, but "should not automatically be considered a 'substantial investment in . . . licensing,' even if the lawsuit happens to culminate in a license." *John Mezzalingua Assocs., Inc. v. Int'l Trade Comm'n*, 660 F.3d 1322 (Fed. Cir. 2011).

## B. Technical Prong

### 1. '549 Patent

TPL contends that "[n]umerous products incorporating OnSpec chips meet each element of at least one claim of the '549 patent." (CIB at 230.) Specifically, TPL refers to the Addonics ADPMAF-X as meeting each element of claim 11 when used with a computing device and memory card as intended. (CIB at 230.) TPL also asserts the AEPDDESU-WP also meets the limitations of claim 11. (CRB at 79-83.) Both products use the OnSpec xSil45 controller. (CRB at 80.)

PUBLIC VERSION

Respondents argue that TPL has failed to establish that any of the products on which it relies for the technical prong of the domestic industry requirement practice any claim of the '549 Patent. (RIB at 178.) Respondents assert that "[t]he only evidence that TPL proffered in support of the technical prong of the domestic industry requirement—Mr. Buscaino's conclusory statements that certain products claim 11 of the '549 Patent—is insufficient for TPL to satisfy its burden." (RIB at 178.) Respondents complain that Mr. Buscaino simply references a table (CX-0053) that only consists of citations to other documents and references five exhibits from TPL's complaint that compare five products to the claims of the '549 Patent. (RIB at 179.) Respondents further argue that TPL has failed to establish that any of the domestic industry products meet the same "detector" and "firmware" limitations that Respondents also contend are lacking from the accused products. (RIB at 179.)

Setting aside the problems with the barebones expert testimony and paltry evidence that TPL has offered, the ALJ finds that TPL has failed to show that this evidence establishes that the domestic industry products meet the "detector" and "firmware" limitations of claim 11. As discussed above in the infringement section, *supra* Section V.D, claim 11 requires that the accused device include "a detector to determine whether the flash storage system includes a controller for error correction." TPL has failed to show that any such "detector" exists in the domestic industry products. As with the accused products, TPL's theory that the domestic industry products meet this claim limitation rests on the determination of the type of card that is asserted. TPL does not contend that any "detector" in the domestic industry products determines whether the card has a controller or not. However, the ALJ finds that the plain language of the claims requires that there be a detector that determines whether or not the inserted card includes a controller or not. Merely determining the type of card that is inserted cannot meet this plain

135

PUBLIC VERSION

language.  This might be equivalent to specifically determining if the card contains a controller or not, but TPL makes no arguments that the domestic industry products meet this limitation under the doctrine of equivalents.  Thus, for similar reasons that the accused products do not meet this limitation, the ALJ finds that the domestic industry products do not meet this limitation either.

In addition, the ALJ further finds that TPL has not shown that the domestic industry products meet the "firmware" limitation of claim 11.  As discussed above in greater detail with regard to the accused products, TPL has failed to show that the domestic industry products use firmware for the error correction and bad block mapping.  TPL cites three documents in its brief[8] to support its contention that the domestic industry products use firmware in their error correction and bad block mapping: CX-0677C, CX-0358C, and CX-0359C.  None of these documents disclose that the onSpec products use firmware.  CX-0358C and CX-0359C are specifications for the xD memory card standard.  As discussed in the infringement section, these documents ██████████████████████████████████████████████████████████████ ████████████████████████████████████████  CX-0677C is OnSpec xSil 145 controller chip specification.  ████████████████████████████████████████████ ██████████████████████████████████  (CX-0677C.)  The ALJ notes that this evidentiary deficiency could have been easily corrected because a number of the OnSpec employees involved in the design and development of these products were available to testify.  Thus, the lack of evidence to establish that this element is met is inexcusable.  Accordingly, the ALJ finds that TPL has not established that its domestic industry products practice the '549 Patent.

---

[8] Oddly, TPL's reply brief omits this element in its element-by-element analysis of the AEPDDESU-WP.  (*See* CRB at 82-83.)  Thus, the ALJ will only consider the evidence cited in its opening brief.

PUBLIC VERSION

## 2.    '623 Patent

TPL contends that the Lenovo H320-4041-1JU and the Belkin PM00525-A meet each element of claim 1 of the '623 Patent. (CIB at 232-3.) In its opening brief, TPL provides only an extremely cursory element-by-element analysis for the Lenovo H320-4041-1JU and the Belkin PM00525-A. (CIB at 232-3.) Specifically, TPL only recites the element and contends that the Lenovo H320-4041-1JU and the Belkin PM00525-A contain the elements. TPL's reply brief contains a more fulsome analysis, but cites primarily to a demonstrative exhibit that is not evidence. (CRB at 87-88.) As such, the ALJ finds that TPL has not met its burden in proving that Lenovo H320-4041-1JU and the Belkin PM00525-A meet the elements of claim 1 of the '623 Patent. Accordingly, the ALJ finds that TPL has not proven that it meets the technical prong of domestic industry requirement for the '623 Patent.

## 3.    '424 Patent

TPL contends that the Addonics ADPMAF-X, which incorporates OnSpec chips meets each element of claim 25 of the '424 Patent. (CIB at 228.) In its opening brief, TPL provides only an extremely cursory element-by-element analysis for the Addonics ADPMAF-X. (CIB at 228-229.) Specifically, TPL only recites the element and contends that the ADPMAF-X contains the element. TPL reply brief contains a more fulsome analysis, but cites primarily to a demonstrative exhibit that is not evidence. (CRB at 45-48.) As such, the ALJ finds that TPL has not met its burden in proving that the Addonics ADPMAF-X meets the elements of claim 25 of the '424 Patent. Accordingly, the ALJ finds that TPL has not proven that it meets the technical prong of domestic industry requirement for the '424 Patent.

PUBLIC VERSION

### 4.    '443 Patent

TPL contends that the Addonics ADPMAF-X, which incorporates OnSpec chips meets each element of claim 9 of the '443 Patent. (CIB at 229.) In its opening brief, TPL provides only an extremely cursory element-by-element analysis for the Addonics ADPMAF-X. (CIB at 229.) Specifically, TPL only recites the element and contends that the ADPMAF-X contains the element. TPL's reply brief contains a more fulsome analysis, but cites primarily to a demonstrative exhibit that is not evidence. (CRB at 43-45.) As such, the ALJ finds that TPL has not met its burden in proving that the Addonics ADPMAF-X meets the elements of claim 9 of the '443 Patent. Accordingly, the ALJ finds that TPL has not proven that it meets the technical prong of domestic industry requirement for the '443 Patent.

### 5.    '847 Patent

TPL contends that the Addonics AEPDDESU-WP, which incorporates the OnSpec xSil145 controller chip meets at each element of claim 1 of the '847 Patent. (CIB at 228.) In its opening brief, TPL provides only an extremely cursory element-by-element analysis for the Addonics AEPDDESU-WP. (CIB at 228-229.) Specifically, TPL only recites the element and contends that the Addonics AEPDDESU-WP contains the element. TPL reply brief contains a more fulsome analysis, but cites primarily to a demonstrative exhibit that is not evidence. (CRB at 48-51.) As such, the ALJ finds that TPL has not met its burden in proving that the Addonics AEPDDESU-WP meets the elements of claim 1 of the '847 Patent. Accordingly, the ALJ finds that TPL has not proven that it meets the technical prong of domestic industry requirement for the '847 Patent.

PUBLIC VERSION

### C. Economic Prong

TPL argues that it satisfied the economic prong under Section (C) based on its own licensing activities as well as its own substantial investments in engineering and research and development. (CIB at 267-282.) TPL also asserts that the activities of OnSpec, a company that it acquired in 2006, also satisfy the economic prong of the domestic industry requirement under Section (C). (CIB at 281-282.) Finally, TPL asserts that it has satisfied the economic prong of the domestic industry requirement under Sections (A) and (B).

As to TPL's licensing investments, TPL argues that its CFO, Mr. Dwayne Hannah, presented detailed evidence of domestic investments in licensing for the CORE Flash portfolio. (CIB at 268.) TPL asserts that its licensing investments through the filing of the complaint exceed ████████ are domestic investments made in California, and are tied directly and wholly to the exploitation of the CORE Flash portfolio, which include the asserted patents. (CIB at 268.) Specifically, TPL argues, and explains in detail, that it has made and continues to make substantial investments in licensing and that such investments are domestic. (CIB at 271-276.) TPL further argues that it has established a nexus between its licensing activities and the asserted patents (CIB 276-281.)

TPL also relies on the activities of OnSpec, Electronics, Inc. to satisfy the economic prong. (CIB at 281-282.) Specifically, TPL argues that OnSpec has made substantial investments in engineering and research and development. (*Id.*) OnSpec also made significant investments in plant, equipment, labor and capital. (CIB at 282-284.)

Respondents argue that TPL has failed to satisfy the economic prong because TPL's analysis is summary and conclusory and fails to allocate the expenses to the Asserted Patents or articles protected by those patents. (RIB at 257.) Specifically, Respondents argue that TPL fails to satisfy Section (C) because it has failed to allocate non-domestic industry related expenses

from the licensing expenses and has failed to demonstrate a nexus between the alleged investments and licensing. (RIB at 261-268.) Respondents further argue that TPL's allocation method is not credible because TPL failed to present any documentary evidence or uninterested witness testimony. (RIB at 268-269.) Respondents further argue that TPL failed to establish a nexus between the licensing investments and Asserted Patents. (RIB at 269-275.) Respondents finally argue that TPL has failed to show that its investment is substantial. (RIB at 275-278.)

Respondents assert that TPL's reliance on OnSpec's activities to establish a domestic industry cannot succeed because OnSpec was dissolved over four years ago and TPL merely continued to sell the OnSpec controller chips. (RIB at 278.) Respondents argue that OnSpec's activities are too remote to be considered in the domestic industry analysis and TPL failed to provide necessary detail relating to OnSpec's investments. (RIB at 279-280.) Respondents further argue that TPL's reliance on OnSpec is misplaced because OnSpec was never owned by TPL and it was never a TPL licensee. (RIB at 279-280.)

### 1. TPL's Activities

TPL argues that it meets all three factors articulated by the Commission in *Certain Multimedia Display and Navigation Devices & Systems, Components Thereof, and Products Containing the Same* ("*Navigation Devices*"), Inv. No. 337-TA-694, Commission Op. (July 22, 2011) and that its activities and expenses are of a large magnitude and exceed the standard for proving domestic industry. (CIB at 276.) TPL contends that the requisite "nexus" exists between its licensing expenditures on the CORE Flash Portfolio and the asserted patents. (CIB at 277-281.)

#### a) Nexus between licensing activities and the asserted patents

The evidence shows that the CORE Flash licenses state that ███████████████

████████ (*e.g.*, CX-0800C, at Section 4.3). The evidence shows that ████████████

████████████ licenses explicitly list approximately ███ products that are licensed by the CORE

Flash Portfolio. (CX-0810C/JX-0038C (TPL388481-388482); CX-0811C/JX-0039C

(TPL388506); CX-0812C/JX-0040C (TPL388525); CX-0813C/JX-0041C (TPL388544); CX-

0814C/JX-0042C (TPL388565-388569); CX-0815C/JX-0043C (TPL388589-388590); CX-

0816C/JX-0044C (TPL388609); CX-0821C/JX-0049C (TPL388704); CX-0824C/JX-0052C

(TPL388765); CX-0829C/JX-0057C (TPL388863); CX-0830C (TPL388883-388884); CPX-

0831C/JX-0058C (TPL388903); CX-0833C/JX-0060C (TPL388951); CPX-0834C/JX-0061C

(TPL388969); CX-0836C/JX-0063C (TPL389006).) The evidence also includes claim charts

demonstrating that TPL's licensees' products practice the Asserted Patents. (CX-0688C at 27-50;

CX-0729 through CX-0752; CX-0944C, Q&A 1667-1676; CX-0941C, Q&A 46-47.)

The evidence shows that the CORE Flash Portfolio covers a specific technology: flash

memory card readers. The patents in the portfolio are highly interrelated and do not span "a

wide variety of technologies" and the patents in the CORE Flash Portfolio deal in the same

focused technological area. (CX-0941C, Q&A 13-15.) The scope of the technology covered by

the portfolio is quite similar to the scope of the Asserted Patents, which collectively cover flash

memory technology. (*Id*; CX-0943C, Q&A 14-89; CX-0939C, Q&A 20-21; JX-0001-JX-0006.)

The evidence also shows that the Asserted Patents have often been mentioned during

licensing negotiations and are often attached in correspondence by TPL. (CX-0941C, Q&A 48-

53; CX-0782C; CX-0781C; CX-0785C through CX-0797C; CX-0838C through CX-0845C.)

The Asserted Patents have often been substantively discussed in depth with prospective licensees,

some of whom became licensees. (*Id.*)

PUBLIC VERSION

Further, the evidence shows that the '638 Patent is a base patent as each of the '443, the '424 and the '847 Patents are continuations or continuation-in-parts of the application that issued as the '638 Patent. (JX-0005, JX-0004, JX-0003, JX-0006; *see also* Section VI.B.)

The evidence shows that the market has recognized the pioneering nature of the CORE Flash Technology since electronic devices that must interface with multiple flash formats have adopted the CORE Flash technology. (CX-0939C, Q&A 45-46; CX-1207C, Q&A 6-18.) In addition, the evidence further shows that four of the six patents were successfully litigated in Investigation 337-TA-807. (Compl., Doc. No. 475846, at ¶ 201.) The '638, '443, '549, and '623 patents have been successfully litigated in Federal Court. (*Id.* at ¶¶ 198-202.)

Thus, the evidence shows that there is a nexus between TPL's licensing activities and the Asserted Patents.

Respondents argue that TPL failed to demonstrate the requisite nexus between its licensing activities and the Asserted Patents because (1) TPL failed to show that its CORE Flash Portfolio investments related to an article protected by the Asserted Patents; (2) the Asserted Patents comprise a small part of the CORE Flash Portfolio and TPL failed to show their value or prominence relative to the rest of the portfolio; (3) TPL failed to establish that the Asserted patents relate to an industry standard or are base or pioneering patents; (4) TPL failed to show that the CORE Flash Portfolio and the Asserted Patents cover the same scope of technology; (5) the Asserted Patents have not been successfully litigated; and (6) TPL failed to establish that the market has recognized the value of the Asserted Patents in some other way. (RIB at 269-274.)

The ALJ finds Respondents arguments unpersuasive. First, Respondents make conclusory and generalized statements regarding TPL's evidence and arguments. In light of TPL's extensive and detailed explanation of its evidence, such cursory statements do not

PUBLIC VERSION

adequately rebut or raise any doubts as to the credibility of certain of TPL's witnesses.  In many instances, Respondents simply make one sentence statements regarding the general inadequacy of evidence.  For example, Respondents summarily dismiss TPL's evidence that the CORE Flash Portfolio and the Asserted Patents cover the same scope of technology as "unsupported and conclusory statements" of certain witnesses.  (RIB at 273.)  However, Respondents failed to cite to any successful impeachment of TPL's witnesses and, instead, simply state that "[t]hese statements fall short of establishing that the scope of the Asserted Patents is the same as the scope of the technology of the Portfolio." (*Id.*)  In another instance, Respondents state "the charts are TPL's own documents, uncorroborated by any evidence originating from, e.g. TPL's licensees." (RIB at 270.)  Indeed, the ALJ finds that the only argument that Respondents set forth in sufficient detail relates to the relative value of the Asserted Patents to the Flash CORE Portfolio.  For the remaining arguments, Respondents fail to adequately develop their arguments and, instead, simply provide conclusory statements or, at best, cursory arguments.  To the extent that Respondents did not adequately develop their arguments, the ALJ will not simply guess or attempt to extrapolate what, exactly, Respondents intended to argue.  The ALJ finds, quite simply, that Respondents have failed to make any persuasive argument against TPL's assertions that there is a nexus between investments in the Flash CORE portfolio and the Asserted Patents.

As for Respondents argument that the Asserted Patents comprise only a small part of the Flash CORE Portfolio and that there is no evidence of the value or prominence of the Asserted Patents to the rest of the portfolio, the ALJ finds that the evidence shows otherwise.  Specifically, the evidence shows that the Asserted Patents are discussed in detail and asserted in licensing communications, including claim charts and extensive, detailed memoranda on the technical aspects of the Asserted Patents.  The evidence includes a representative sample of such

PUBLIC VERSION

communications and memoranda and include responses discussing the '443, '424, '623, '549, '638 patents in technical detail to licensees ▉▉▉ (CX-0781C.0250), ▉▉▉▉▉ (CX-0781C.0103, .0243), ▉▉▉▉ (CX-0781C.0586), ▉▉ (CX-0781C.0149, .0175, .0254), ▉▉▉ (CX-0781C.0003, .0006), ▉▉▉▉ (CX-0781C.0140), ▉▉ (CX-0781C.0116), ▉▉▉ (CX-0781C.0300, .0312, .0316, .0472), ▉▉ (CX-0781C.0534) , ▉▉▉ (CX-0781C.0142, .0179), ▉▉▉ (CX-0781C.0001, .0004), ▉▉▉ (CX-0781C.0109, .0176), ▉▉▉ (CX-0781C.0021, .0153, .0177), ▉▉ (CX-0781C.0429), ▉▉ (.0111), ▉▉▉ (CX-0781C.0076, .0122, .0170), ▉▉▉ (CX-0781C.0249) and ▉▉▉ (CX-0781C.0275.) The evidence also includes communications, which include technical discussions of the '847, '424, '443, '549, '638, and '623 patents, to potential licensees ▉▉ (CX-0781C.0535), Brother (CX-0781C.0343), ▉▉ (CX-0781C.0210, .0252, .0264), ▉▉▉ (CX-0781C.0138), Dell (CX-0781C.0465, .0509, .0515), ▉▉▉ (CX-0781C.0236), ▉▉▉ (CX-0781C.0009, .0160, .0214, .0259, .0279, .0446), ▉▉▉ (CX-0781C.0087), ▉▉▉ (CX-0781C.0031, .0090, .0119, .0542), ▉ (CX-0781C.0081, .0124, .0237), ▉▉▉ (CX-0781C.0039, .0104, .0164, .0240), ▉▉ (CX-0781C.0026), ▉ (CX-0781C.0028, .0121, .0181,.0268, .0306, .0640, .0436), ▉▉▉ (CX-0781C.0284), ▉▉▉ (CX-0781C.0132), Seiko Epson (CX-0781C.0245, .0346, .0463, .0481, .0518), ▉▉▉ (CX-0781C.0588), ▉▉ (CX-0781C.0095, .0244, .0290, .0415, and .0462) and ▉▉ (CX-0781C.0017.) The evidence also includes claim charts comparing the Asserted Patents to potential licensees' products. (Tr., 1265:9-1266:2; CX-0781C.0543-0551; CX-0781C.0552-0567; CX-0781C.0574-0585 (charts for the ▉▉▉▉▉ and the '623 Patent, the '549 Patent and the '638 Patent).

PUBLIC VERSION

The evidence also shows numerous instances of the Asserted Patents being discussed in depth by TPL and potential licensees. (*See, e.g.,* CX-0781C .0009-0016 

Thus, the ALJ finds that TPL has adequately shown that there is a nexus between the Flash CORE Portfolio and the Asserted Patents.

### b) Licensing Activities

TPL argues that since 2007, it has maintained an extensive licensing program with respect to the Asserted Patents. (CIB at 271.) TPL notes that it is the exclusive licensee to the Asserted Patents and licenses the Asserted Patents, which are part of TPL's CORE Flash portfolio. (CIB at 271.) TPL argues that there are ▮ licensees to the CORE Flash portfolio, each of which chose to license all six Asserted Patents. (CIB at 271.) TPL explains in extensive detail the investments the nature of its licensing program as well as the extent of its investments in that program. (CIB at 271-276.)

The evidence shows that TPL's licensing program works in the following manner: In mid-2011, approximately ▮ different TPL and Alliacense employees performed work relevant to TPL's licensing activities for the CORE Flash Portfolio. (CX-0941C (Q&A 73).) TPL and Alliacense employees ▮

PUBLIC VERSION



(CX-0941C, Q&A 62-73.) TPL asserts that it has underreported resources spent on the portfolio because ██████████████████████ (Tr. 258:3-25.)

146

PUBLIC VERSION

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

   Based on the foregoing description of TPL's licensing program, TPL argues that it has made the following investments:

██████████████████████████████████████████ (CX-0941C.0011-12, Q&A 62-64; JX-0072C; CX-0753C.)

██████████████████████████████████████████ (*Id.*)

████████████████████████████████████████████
████████████████████████████ (CX-0941C.0013, Q&A 72-73; CX-0878C; CX-0753C.0002-3.)

- TPL's licensing activities are based in and directed from its facility in Cupertino, California.  (CX-0939C.0005, Q&A 19.)

████████████████████████████████████

PUBLIC VERSION

-  (CX-0941C, Q&A 43-44; JX-0035 through JX-0064, CX-0799C through CX-0804C, CX-0806C, CX-0809C, and CX-0830C; CX-0939C, Q&A 37-38.)

- ████████████████ (CX-0941C.0010, Q&A 56-57; CX-1115C.)

- ████████████████ (CX-0941C, Q&A 57; CX-0939C, Q&A 36; CX-0754C.)

████████████████ (CX-0799C;  CX-800C;Motion  to  Terminate with Respect to Fujitsu (EDIS Doc. ID 500162.)

- ████████████████ (JX-0035 through JX-0064, CX-0799C through CX-0804C, CX-0806C, CX-0809C, and CX-0830C.)

Respondents argue that TPL's purported expenses include investments that bear no relationship to licensing.  (RIB at 261.)  Specifically, Respondents argue that TPL has improperly included litigation expenses, patent prosecution and procurement expenses, foreign licensing expenses, marketing and promotion expenses, post-complaint expenses, leasing and facilities expenses, and product purchase expenses in its licensing expenses. (RIB at 261-267.)

The ALJ finds certain of Respondents' arguments, *i.e.*, arguments relating to marketing and promotion expenses, post-complaint expenses, leasing and facilities expenses and product purchase expenses, unpersuasive for the same reasons set forth *supra* in Section VII.C.1.a. Respondents make conclusory and generalized statements regarding TPL's evidence and arguments.  In light of TPL's extensive and detailed explanation of its evidence, such cursory statements do not adequately rebut or raise any doubts as to the credibility of certain of TPL's witnesses.  In many instances, Respondents simply make one sentence statements regarding the general inadequacy of evidence.  For example, Respondents simply state that "TPL overstates its alleged licensing investments by including post-complaint activities and expenses." (RIB at 266.)

**PUBLIC VERSION**

Respondents failed to adequately develop their arguments and, instead, simply provide conclusory statements or, at best, cursory arguments.

Furthermore, certain of these arguments the ALJ finds unpersuasive on substantive grounds. First, the ALJ finds that TPL's investments in "marketing and promotion expenses" do relate to TPL's licensing portfolio. The evidence shows that the marketing and promotion expenses are related to licensing and are not merely "general" marketing and promotion expenses. Mr. Hannah explained what, exactly, he meant by "marketing and promotion":



(RX-0259C.0093 at 93:10-21; CX0877C)  Mr. Hannah went on to state ▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓  (RX-0259C.0094 at 94:7-12.)  Despite Respondents' attempts otherwise, the evidence shows that these expenses that "market and promote" the portfolio are related to TPL's attempts at licensing.  (Tr., 224:16-225:16; 227:25-228:17; CX-0941C at Q&A 61-90.)

Second, as for Respondents argument that TPL's product purchase expenses should not be considered, the ALJ also finds those unpersuasive on substantive grounds. As set forth above, TPL explains ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓  (*See supra*; CX-0941C and Q&A 76.)  The evidence shows that TPL's

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

(CX-0941C at Q&A 78; JX-0075C.)

PUBLIC VERSION

Respondents remaining arguments, *i.e.*, failure to allocate domestic versus foreign products, whether products are covered by more than one patent in the portfolio, etc., go to what portion of such expenses TPL can rely upon – they do not go to whether such expenses can be relied upon. Given their clear role in TPL's comprehensive licensing program, the ALJ finds that these expenses can be included. Similarly, the leasing and facilities expenses can also be included as they relate to TPL's licensing activities and Respondents' arguments are directed more to how much of those expenses should be properly allocated to the Asserted Patents.

As for those expenses related to litigation expenses,[9] patent prosecution and procurement expenses, and TPL's post-complaint expenses, TPL has agreed to withdraw those expenses from consideration. (CRB at 103-105; 109-110.)

Respondents further argue that TPL improperly included "foreign licensing" expenses, which are expenses related to "licensing foreign patents." (RIB at 264.) Respondents argue that this "foreign" component was "clearly" a motivator in some foreign-based entities' decisions to enter into license agreements. (RIB at 264-265.) Respondents note that TPL did not allocate expenses relating to these foreign patent from its overall licensing expenses. (RIB at 265-266.) In support of their arguments, Respondents cite the Commission's Opinion in *Certain Integrated Circuits*, Inv. No. 337-TA-786, as support for their contention that the alleged inability to discern

---

[9] While TPL has agreed to withdraw these expenses from consideration, the ALJ notes that such expenses are not *per se* excluded from consideration in the economic prong analysis. *See Certain Coaxial Cable Connectors and Components Thereof and Products Containing Same*, Inv. No. 337-TA-650, Comm'n Op. at 50 (March 31, 2010) ("A complainant must also show that licensing activities pertain to the particular patent(s) at issue. Depending on the circumstances, such activities may include, among other things, drafting and sending cease and desist letters, *filing and conducting a patent infringement litigation, conducting settlement negotiations, and negotiating, drafting and executing a license.*") (emphasis added); *see also Motiva , LLC v. Int'l Trade Comm'n*, 716 F.3d 596, 600 (Fed. Cir. 2013) ( Fed. Cir. 2013) ("Motiva's investment in the litigation against Nintendo could indeed satisfy the economic prong of the domestic industry requirement if it was substantial and directed toward a licensing program that would encourage adoption and development of articles that incorporated Motiva's patented technology.")

**PUBLIC VERSION**

how much of TPL's alleged licensing investment in attributable to the foreign patents "precludes a finding of domestic industry based on licensing." (RIB at 264.)

The ALJ finds Respondents' arguments unpersuasive.   First, the ALJ finds that *Integrated Circuits* does not support Respondents' argument. The Commission's issue with the complainant's evidence in that investigation had more to do with the inability to allocate domestic-licensing expenses from foreign-licensing expenses. *Certain Integrated Circuits*, Inv. No. 337-TA-786, Comm'n Op. at 32 (Public Version) (September 19, 2012).   Second, even assuming that "foreign licenses" cannot be considered, the evidence shows that TPL did not include such expenses in its evidence. The evidence consists of evidence limited to the portfolio at issue and is based on ███████████████████████████████████████

██████████████████████ (CX-0941C at Q&A 67.)  The evidence shows that ███

████████████████████████████████████████████████████████████████

████████████ (CX-0799C.0016-.0017; CX-0800C.0015-.0016; CX-0801C.0016-.0017; CX-0802C.0015-.0016; CX-0803C.0014-.0015; CX-0804C.0014-.0015; CX-0806C.0016-.0017; CX-0809C.0016-.0017; CX-0830C.0014-.0016; JX-0035C.0015-.0016; JX-0036C.0016-.0017; JX-0037C.0014-.0015;    JX-0038C.0015-.0016;    JX-0039C.0014-.0015;    JX-0040C.0014-.0015; JX-0041C.0015-.0016; JX-0042C.0014-.0015; JX-0043C.0015-.0016; JX-0044C.0014-.0015; JX-0045C.0013-.0014; JX-0046C.0011-.0013; JX-0047C.0013-.0014; JX-0048C.0013-.0015; JX-0049C.0011; JX-0050C.0014-.0015; JX-0051C.0013-.0015; JX-0052C.0014-.0015; JX-0053C.0012-.0015;  JX-0054C.0013-.0015;  JX-0055C.0014-.0016;  JX-0056C.0013-.0014; JX-0057C.0015-.0016;  JX-0058C.0014-.0015;  JX-0059C.0016-.0017;  JX-0060C.0015-.0016; JX-0061C.0013-.0014; JX-0062C.0015-.0016; JX-0063C.0014-.0015; JX-0064C.0015-.0016.)

PUBLIC VERSION

Therefore, as set forth above, the ALJ finds that TPL's investments, except those that TPL has explicitly agreed to withdraw, relate to licensing activities.

#### c) Investments occurred in the United States

The parties do not dispute that TPL's licensing activities occurred in the United States. (*see generally* CIB at 267-284; RIB at 256-282.) The evidence shows that TPL is headquartered in Cupertino, California. (CX-0939C at Q&A 7.) TPL conducts all CORE Flash licensing activities from Cupertino. (CX-0939C, Q&A 19; CX-0905C at 34:4-22; CX-0688C at 24.)

#### d) Whether Investments are substantial

Using the "flexible approach" advocated by the Commission, the ALJ finds that the evidence, while an extremely close call, shows that TPL's investments are substantial. *Multimedia Display and Navigation Devices*, Comm'n Op. at 15. As set forth above, TPL's licensing program is fairly comprehensive and involves several steps from market research to reverse engineering to licensing negotiations. *See supra* Section VII.C.1.b. As will be set forth in greater detail below, the evidence shows that TPL's allocated costs presented in this investigation are limited to the CORE Flash Portfolio and not the entirety of TPL's general licensing program and, further, that the allocation of expenses is based on ███████████ ████████████████████ and not a calculation or estimate. The ALJ finds that this direct method of allocating expenditures to be extremely reliable.

Respondents argue that TPL's investments are not substantial because (1) TPL's licensing activities are not among those referenced favorably in the legislative history of Section 337(A)(3); (2) TPL's investment is trivial compared to the size of its resources and industry; (3) TPL does not otherwise exploit the Asserted Patents through research and development; (4) TPL does not engage in ancillary licensing activities such as research and development or any training

PUBLIC VERSION

or technical support; and (5) TPL did not present any evidence of return on licensing investment related to the Asserted Patents. (RIB at 275-278.)

With regard to Respondents' arguments relating to a distinction between revenue-driven licensing and production-driven licensing, the ALJ finds that such a distinction is no longer the seminal factor to be considered in light of the Federal Circuit's opinion in *InterDigital Cmmc'ns v. Int'l Trade Comm'n,* 707 F.3d 1295, 1303-4 where it stated

> It is not necessary that the party manufacture the product that is protected by the patent, and it is not necessary that any other domestic party manufacture the protected article. As long as the patent covers the article that is the subject of the exclusion proceeding, and as long as the party seeking relief can show that it has a sufficiently substantial investment in the exploitation of the intellectual property to satisfy the domestic industry requirement of the statute, that party is entitled to seek relief under section 337.

Thus, the Federal Circuit has explicitly stated that the manufacture of a product that practices the patent is no longer necessary. The implication of such a holding means that the focus is on a complainant's licensing efforts, generally, and not what "type" of licensing it is, *i.e.*, production-driven or revenue-driven.

The ALJ also finds Respondents' arguments that TPL's investments are trivial relative to the size of its resources and the industry to be unpersuasive. Respondents argue that the CORE Flash Portfolio revenue ████████████████████████████████████████ ████████ (RIB at 277.) However, the ████████████ in licensing revenue is what TPL has generated since it was established in the late 1980s. (CX-0939C at Q&A 31.) TPL did not acquire the Asserted Patents until 2006 so Respondents' comparison with over 20 years of licensing revenue is improper. In a similar vein, Respondents cite to the revenue generated in the entire flash memory industry for the United States in an attempt to shows that TPL's licensing investments are insubstantial. (RIB at 277; RX-2886C at Q&A 154.) The ALJ finds such an

PUBLIC VERSION

analysis is not an adequate means of determining whether TPL's investments are substantial relative to the industry because the comparison is too broad. The "flash memory industry" revenue cited by Dr. Leonard is what is generated by *the entire industry* and not by a single entity similar to TPL in the flash memory industry. Indeed, in general, any comparison of any individual entity to an entirety of a large industry made will always lead to the conclusion that the individual entity is insignificant compared to an entire industry. Such an analysis provides little to no value in determining the significance of the investment.

Respondents further argue that TPL's evidence is unreliable because TPL failed to offer any documentary evidence or "uninterested witness testimony." (RIB at 268-269.) The evidence shows that



(JX-0072C, CX-0753C, and CX-0877C; CX-0941C at Q&A 67; RX-0259C, 56:14-57:17.)

Given the limited size and resources of TPL, the evidence shows that TPL has made investments that are "large" in magnitude. The evidence relating to TPL's litigation expenses and prosecution history expenses ("IP Legal") were withdrawn by TPL and the ALJ is excluding all 2012 expenditures in his analysis.[10] The evidence still shows that TPL still expended nearly ▮

---

[10] The ALJ does not include any expenses from 2012 because TPL included expenses incurred after the date of filing the complaint and there was no means of allocating pre-complaint revenue from post-complaint revenue in 2012. (*See* JX-0753C) *Motiva, LLC*, 716 F.3d at 601 n. 6 ("We also affirm the Commission's use of the date of the filing

█████ in expenses relating to licensing the CORE Flash Portfolio.[11]  (CX-0753C.)  TPL's

CORE Flash Portfolio generated ████████ in licensing revenue from 2007 to December 31,

2011.  (CX-0941 at Q&A 56-57; JX-0017C.)[12]  TPL's Cupertino, California facilities where it

conducts all CORE Flash licensing activities costs ████████ (CX-0941C at Q&A 91;

CX-0783C; CX-0784C.)  Thus, the evidence shows that TPL's investments are substantial

relative to its size, resources and industry.

### 2.   OnSpec's Activities

As set forth *supra*, TPL seeks to rely on the activities of OnSpec, Inc., a company which

TPL asserts it "participated in the acquisition" of in 2006.  (CRB at 126.)  The undisputed facts

are as follows:  OnSpec was founded in 1989 and focused its business on the development and

sale of System-On-Chip semiconductor products.  (CIB at 126.) ████████



████████.  (CX-0939C at Q&A 48.)  OnSpec's Patent Portfolio, which

included the CORE Flash Portfolio was acquired by an entity named MCM Portfolio LLC, who

in turn, granted TPL an exclusive license and assignment to the OnSpec Patent Portfolio.  (*Id.*)

████████ (CX-0939C at Q&A 48-51.)

OnSpec was eventually dissolved in 2008, but TPL continues to sell products with the OnSpec

brand name.  (CX-0939C at Q&A 51.)

---

of Motiva's complaint in this case as the relevant date at which to determine if the domestic industry requirement of Section 337 was satisfied.").
[11] The total expenditures for 2007 through 2011 ████████ (CX-0753C)
[12] The ALJ does not include any revenue generated in 2012 because TPL included revenue generated after the date of filing the complaint and there was no means of allocating pre-complaint revenue from post-complaint revenue in 2012. (*See* JX-0071C) *Motiva, LLC*, 716 F.3d at 601 n. 6.

The ALJ finds that the relationship between OnSpec and TPL does not allow for TPL to rely on OnSpec's expenditure for purposes of satisfying the domestic industry requirement.  The ALJ does not dispute that the companies are related or that TPL continues to sell OnSpec branded products.  However, it is not clear what, specifically, is meant by the fact that OnSpec "merged" into TPL – indeed, MR. Leckrone testified that ███████████████████████ ██████████████████████████████████.  At best, that merely shows that OnSpec and TPL were sister corporations where one corporation sold the goods branded with the name of its sister corporation.  The ALJ finds that none of these facts are sufficient to inure any benefit of OnSpec's expenditures to TPL.  Indeed, it appears that the companies were separate entities, despite common ownership, and maintained separate identities for the remainder of OnSpec's corporate existence.  Moreover, ██████████████████████████████████████ █████████████████████████████████████  The ALJ finds that the relationship between OnSpec and TPL has not been sufficiently established to allow TPL to inure any benefit of OnSpec's expenditures.  Consequently, to the extent that TPL seeks to rely on OnSpec's expenditures to satisfy the economic prong, the ALJ declines to allow them to do so.

TPL argues that the fact that it sells OnSpec's products that generated revenue of nearly █████████ in sales should suffice to create a relationship between the two entities such that OnSpec's expenditures can be considered for the economic prong analysis.  (CRB at 126.) Respondents argue that the sales revenue cannot establish a domestic industry because sales alone cannot prove that a domestic industry exists, and further, TPL did not continue to invest in research and development of the OnSpec products.  (RIB at 281-282.)  Moreover, Respondents note that the sales reflect the sales of existing inventory and do not reflect any new investments in the OnSpec products by TPL.  (RIB at 281-282.)  The ALJ agrees with Respondents that sales

alone are insufficient to establish a domestic industry. Commission precedent has long held that "marketing and sales" alone are insufficient to establish a domestic industry. *Certain Integrated Circuits, Processes for Making Same, and Products Containing Same*, Inv. No. 337-TA-450, Comm'n Op., 2003 ITC LEXIS 510, at *442 ("Furthermore, the mere marketing and sale of products in the United States is insufficient to constitute a domestic industry.") (citing, *inter alia*, S. Rep. No. 71, 100th Cong. 1st Sess., at 129 (1987); H.R. Rep. No. 40, 100th Cong., 1st Sess., pt. 1, at 157 (1987).) Therefore, TPL's sale of OnSpec products alone are insufficient to satisfy the economic prong.

PUBLIC VERSION

## VIII.   CONCLUSIONS OF LAW

1.  The Commission has personal jurisdiction over the parties and subject-matter and *in rem* jurisdiction over the accused products.

2.  The importation or sale requirement of section 337 is satisfied.

3.  The Accused Products do not infringe the '443, '424, '847, and '549 Patents.

4.  The Accused Products infringe the asserted claims of the '623 Patent.

5.  TPL has failed to prove that Respondents induced infringement of the '623 Patent.

6.  The '443, '424, '847,'549, and '623 Patents are not invalid under 35 USC § 102 for anticipation.

7.  The '443, '424, '847,'549, and '623 Patents are not invalid under 35 USC § 103 for obviousness.

8.  The '424 and '847 Patents are not invalid under 35 USC § 112 for indefiniteness.

9.  The '424 Patent is not invalid under 35 USC § 112 for new matter.

10. The '847 and '549 Patents are not invalid under 35 USC § 112 for lack of written description.

11. The technical prong of the domestic industry requirement has not been satisfied.

12. The economic prong of the domestic industry requirement under 19 U.S.C. § 1337(a)(3)(C) has been satisfied.

13. It has not been established that a violation exists of section 337 for the asserted claims of the '443, '424, '847, and '549 Patents.

14. It has been established that a violation exists of section 337 for claims 1-4 and 9-12 of the '623 Patent.

PUBLIC VERSION

## IX. INITIAL DETERMINATION AND ORDER

Based on the foregoing, it is the INITIAL DETERMINATION of this ALJ that no violation of section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337, has occurred in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain computers and computer peripheral devices and components thereof and products containing the same that infringe one or more of claims 7, 11, 19, and 21 of U.S. Patent No. 7,162,549; claims 1, 3, 4, 7, 9, 11, 12, and 14 of the U.S. Patent No. 7,295,443; claims 25, 26, 28, and 39 of U.S. Patent No. 7,522,424; claims 17-19 of the U.S. Patent No. 6,976,623; and claims 1-3 of U.S. Patent No. 7,719,847.

It is the INITIAL DETERMINATION of this ALJ that a violation of section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337, has occurred in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain computers and computer peripheral devices and components thereof and products containing the same that infringe one or more of claims 1-4 and 9-12 of U.S. Patent No. 6,976,623.

Further, this Initial Determination, together with the record of the hearing in this investigation consisting of:

  (1)    the transcript of the hearing, with appropriate corrections as may hereafter be ordered, and

  (2)    the exhibits received into evidence in this investigation, as listed in the attached exhibit lists in Appendix A,

are CERTIFIED to the Commission.  In accordance with 19 C.F.R. § 210.39(c), all material found to be confidential by the undersigned under 19 C.F.R. § 210.5 is to be given *in camera* treatment.

159

**PUBLIC VERSION**

The Secretary shall serve a public version of this ID upon all parties of record and the confidential version upon counsel who are signatories to the Protective Order (Order No. 1.) issued in this investigation.

PUBLIC VERSION

## RECOMMENDED DETERMINATION ON REMEDY AND BOND

### I.  Remedy and Bonding

The Commission's Rules provide that subsequent to an initial determination on the question of violation of section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337, the administrative law judge shall issue a recommended determination containing findings of fact and recommendations concerning: (1) the appropriate remedy in the event that the Commission finds a violation of section 337, and (2) the amount of bond to be posted by respondents during Presidential review of Commission action under section 337(j).  *See* 19 C.F.R. § 210.42(a)(1)(ii).

### A.  Limited Exclusion Order

Under Section 337(d), the Commission may issue either a limited or a general exclusion order.  A limited exclusion order directed to respondents' infringing products is among the remedies that the Commission may impose, as is a general exclusion order that would apply to all infringing products, regardless of their manufacturer.  *See* 19 U.S.C. § 1337(d).

TPL seeks a limited exclusion order that bar from entry into the United States "infringing computers and computer peripheral devices and components thereof and products containing the same."  (CIB at 284.)  TPL argues that the accused products fall within the scope of the investigation and that they should not be considered downstream products such that an *EPROMs* analysis is triggered.  (CIB at 284-285.)  TPL argues, nevertheless, that to the extent the *EPROMs* factors should be considered, those factors weigh in favor of issuing an exclusion order that extends to these "downstream" products.  (CRB at 127-129.)  TPL further argues that an LEO is in the public interest.  (CIB at 287.)

Respondents argue that the scope of the LEO should not include Respondents' downstream products that contain the accused card readers.  (RIB at 283.)  In support of their

161

arguments, Respondents rely on the *EPROMs* factors arguing that consideration of these factors weighs against issuing any LEO that would include Respondents' downstream products. (RIB at 283-289.)  Respondents further argue that any LEO should include an adjustment period "to alleviate any harm to U.S. consumers and legitimate commerce caused by disruption to the supply of downstream products" as well as a certification provision so that Respondents may certify to CBP that certain imported products do not infringe and do not fall within the scope of this investigation. (RIB at 289-290.)

Should the Commission find a violation, the ALJ recommends that the limited exclusion order should apply to any downstream products that contain the accused chip readers.  The ALJ disagrees with Respondents' assertion that an *EPROMs* analysis is warranted.  Respondents provide no basis for arguing that the *EPROMs* analysis is necessary in light of *Kyocera* and *Certain Semiconductor Chips*,337-TA-661 (Commission issued LEO excluding downstream products without *EPROMs* analysis).  Respondents cite to the Recommended Determination in *Certain Light-Emitting Diodes and Products Containing Same*, 337-TA-784, where the ALJ performed an *EPROMs*.  (RRB at 101.)  However, that investigation was terminated based on settlement agreement before the Commission issued an opinion on whether an *EPROMs* analysis was necessary.  Consequently, the only *Commission* decision on the matter stems from *Certain Semiconductor Chips*, 337-TA-661, wherein the Commission determined that the limited exclusion order included downstream products without performing an *EPROMs* analysis.  Based on the foregoing, the ALJ finds that the Commission no longer finds an *EPROMs* analysis necessary to include downstream products within the scope of any limited exclusion order.

The ALJ also declines to recommend that any issued LEO include an adjustment period. Respondents' basis for seeking the adjustment period is to limit TPL's ability to "hold up"

Respondents. (RIB at 289.) Respondents cite to no evidence of any "harm" to U.S. consumers and legitimate commerce, but rather simply cite to the impact on their own bottom line. (RIB at 289-290.) As such, the ALJ declines to recommend an adjustment period.

As for Respondents' request for a certification provision, TPL did not oppose such a request and the ALJ finds no basis for not permitting Respondents to certify to CBP that certain imported products are outside the scope of this investigation. (CRB at 129-130.)

## B. Cease and Desist Order

Section 337 provides that in addition to, or in lieu of, the issuance of an exclusion order, the Commission may issue a cease and desist order as a remedy for violation of section 337. *See* 19 U.S.C. § 1337(f)(1). The Commission generally issues a cease and desist order directed to a domestic respondent when there is a "commercially significant" amount of infringing, imported product in the United States that could be sold so as to undercut the remedy provided by an exclusion order. *See Certain Crystalline Cefadroxil Monohydrate*, Inv. No. 337-TA-293, USITC Pub. 2391, Comm'n Op. on Remedy, the Public Interest and Bonding at 37-42 (June 1991); *Certain Condensers, Parts Thereof and Products Containing Same, Including Air Conditioners for Automobiles*, Inv. No. 337-TA-334, Comm'n Op. at 26-28 (Aug. 27, 1997).

TPL seeks a cease and desist order against all respondents HP, Kingston and Newegg/Rosewill. (CIB at 286.) Specifically, TPL argues that the evidence shows that these respondents maintain "commercially significant" inventories of the accused products in the United States and provides specific amounts of inventories retained by each of these respondents. (CIB at 286-287.) TPL seeks a cease and desist order that prohibits these respondents, their subsidiaries and related companies from engaging in "importation, sale for importation,

PUBLIC VERSION

manufacture, assembly, marketing and/or advertising, distribution, offer for sale, sale, or other transfer within the United States" of the accused products.  (CIB at 287.)

Respondents argue that TPL has failed to show that any of these respondents maintain commercially significant inventories in the United States.  (RRB at 103.)  Respondents argue that the evidence shows that any inventory it retains "is minimal ███████████████████████

████████████████ (RRB at 103.)

The ALJ finds that the evidence shows that respondents HP, Kingston and Newegg/Rosewill currently maintain significant inventories of accused products in the United States.  (CX-0190C at Resp. to Interrogatory 10; CX0217C at Resp. to Interrogatory No. 10; CX-224 at Resp. Interrog. No. 10.)  The ALJ finds HP's arguments that its inventory is not "commercially significant" ████████████████████████████ to be irrelevant.  The focus is not on HP's own activities, but rather on the relief that can be afforded to the complainant.  *Certain Hardware Logic Emulation Systems and Components Thereof*, 337-TA-383, U.S.I.T.C. Pub. No. 3089 at 25, note 121 ("The Commission's purpose in issuing cease and desist orders in patent-based cases has been to afford complete relief to complainants where infringing goods are already present in the United States, and thus cannot be reached by issuance of an exclusion order.")  Therefore, cease and desist orders are appropriate as to these Respondents.

## C.  Bond During Presidential Review Period

The Administrative Law Judge and the Commission must determine the amount of bond to be required of a respondent, pursuant to section 337(j)(3), during the 60-day Presidential review period following the issuance of permanent relief, in the event that the Commission determines to issue a remedy.  The purpose of the bond is to protect the complainant from any injury.  19 C.F.R. § 210.42(a)(1)(ii), § 210.50(a)(3).

**PUBLIC VERSION**

When reliable price information is available, the Commission has often set the bond by eliminating the differential between the domestic product and the imported, infringing product. *See Certain Microsphere Adhesives, Processes for Making Same, and Products Containing Same, Including Self-Stick Repositionable Notes,* Inv. No. 337-TA-366, Comm'n Op. a 24 (1995). In other cases, the Commission has turned to alternative approaches, especially when the level of a reasonable royalty rate could be ascertained. *See, e.g., Certain Integrated Circuit Telecommunication Chips and Products Containing Same, Including Dialing Apparatus,* Inv. No. 337-TA-337, Comm'n Op. at 41 (1995). A 100 percent bond has been required when no effective alternative existed. *See, e.g., Certain Flash Memory Circuits and Products Containing Same,* Inv. No. 337-TA-382, USITC Pub. No. 3046, Comm'n Op. at 26-27 (July 1997)(a 100% bond imposed when price comparison was not practical because the parties sold products at different levels of commerce, and the proposed royalty rate appeared to be *de minimis* and without adequate support in the record).

TPL argues that the bond should be set at 100% of the entered value. (CIB at 288-289.) TPL argues that, in the alternative, a bond may be set at a reasonable royalty rate, which is ████ ████████████████████████████████████████ (CIB at 289.)

Respondents argue that no bond should be required since TPL failed to show the need for any bond and ignored any evidence from which an appropriate bond could be calculated. (RRB at 103.) Respondents further argue that TPL's request for a reasonable royalty rate based on its portfolio license agreement is unwarranted because it incorporates "hold-up" value and Respondents' own license agreements with standards bodies are a more reasonable bases for determining a royalty rate. (RRB at 103-104.)

PUBLIC VERSION

The ALJ recommends that the Commission set a bond at a reasonable royalty rate of the entered value of the accused products based on TPL's portfolio license agreement. Respondents' argument that the bond rate should be based on its own license agreements fails to adequately protect **TPL** from any injury, but rather minimizes the effect on Respondents.

## II. Conclusion

In accordance with the discussion of the issues contained herein, it is the RECOMMENDED DETERMINATION ("RD") of the ALJ should the Commission find a violation, then it should issue a limited exclusion order against Respondents including downstream products and contains a certification provision. The ALJ recommends that the Commission should also issue cease and desist orders directed at respondents HP, Kingston and Newegg/Rosewill. Furthermore, Respondents should be required to post a bond based on royalty rates contained in TPL's license agreements during the Presidential review period.

Within seven days of the date of this document, each party shall submit to the office of the Administrative Law Judge a statement as to whether or not it seeks to have any portion of this document deleted from the public version. The parties' submissions must be made by hard copy by the aforementioned date.

**PUBLIC VERSION**

Any party seeking to have any portion of this document deleted from the public version thereof must submit to this office (1) a copy of this document with red brackets indicating any portion asserted to contain confidential business information by the aforementioned date and (2) a list specifying where said redactions are located. The parties' submission concerning the public version of this document need not be filed with the Commission Secretary.

**SO ORDERED.**

Theodore R. Essex
Administrative Law Judge

List of Joint Documentary Exhibits Received Into Evidence (Comprehensive)
Inv. No. 337-TA-841

| JX No. | CX No | RX No. | Conf | Description | Bates Number | Sponsoring Witness | Purpose | Date Received Into Evidence |
|---|---|---|---|---|---|---|---|---|
| JX-0001 | CX-0001 | RX-0001 | — | TPL Complaint Exh. 1 – Certified Copy of U.S. Patent No. 6,976,623 | TPL1020953-TPL1020962 | D. Leckrone; Vendiku; Jones; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Wolfe; Buscaino | Infringement; Noninfringement; Validity; Invalidity; Domestic Industry; Lack of Domestic Industry | Jan 7/9 |
| JX-0002 | CX-0002 | RX-0002 | — | TPL Complaint Exh. 2 – Certified Copy of U.S. Patent No. 7,162,549 | TPL1020963-TPL1021018 | D. Leckrone; Mambakkam Iyer; Vendiku; Jones; Antonopoulos; Banerjee; Berg; Mercer; Mroczkowski; Buscaino | Infringement; Noninfringement; Validity; Invalidity; Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0003 | CX-0003 | RX-0003 | — | TPL Complaint Exh. 3 – Certified Copy of U.S. Patent No. 7,295,443 | TPL1021019-TPL1021034 | D. Leckrone; Mambakkam Iyer; Vendiku; Jones; Antonopoulos; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Buscaino | Infringement; Noninfringement; Validity; Invalidity; Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0004 | CX-0004 | RX-0004 | — | TPL Complaint Exh. 4 – Certified Copy of U.S. Patent No. 7,522,424 | TPL1021035-TPL1021051 | D. Leckrone; Mambakkam Iyer; Vendiku; Jones; Antonopoulos; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Buscaino | Infringement; Noninfringement; Validity; Invalidity; Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0005 | CX-0005 | RX-0005 | — | TPL Complaint Exh. 5 – Certified Copy of U.S. Patent No. 6,438,638 | TPL1021052-TPL1021075 | D. Leckrone; Mambakkam Iyer; Vendiku; Jones; Antonopoulos; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Buscaino | Infringement; Noninfringement; Validity; Invalidity; Domestic Industry; Lack of Domestic Industry | Jan 7/9 |
| JX-0006 | CX-0006 | RX-0006 | — | TPL Complaint Exh. 6 – Certified Copy of U.S. Patent No. 7,719,847 | TPL1021076-TPL1021092 | D. Leckrone; Mambakkam Iyer; Vendiku; Jones; Antonopoulos; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Buscaino | Infringement; Noninfringement; Validity; Invalidity; Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0007 | CX-0007 | RX-0007 | C | TPL Complaint Exh. 7 – Assignment of U.S. Patent No. 6,976,623 | TPL1042477-TPL1042535 | D. Leckrone; Leonard | Ownership; Standing; Lack of Standing; Domestic Industry; Lack of Domestic Industry; Invalidity | Jan 7/9 |
| JX-0008 | CX-0019 | RX-2397 | — | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Withdrawn |
| JX-0009 | CX-0020 | RX-1340 | — | TPL Complaint Exh. 23 – Claim Chart applying U.S. Patent No. 7,162,549 to accused Brother Industries, Ltd. product | TPL1021621-TPL1021645 | Buscaino; Banerjee | Infringement; Noninfringement | 1/10/13 Moved to Joint Demonstrative Exhibit List as JDX-0007 |
| JX-0010 | CX-0032 | RX-0034 | — | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Withdrawn |
| JX-0011 | CX-0033 | RX-0011 | — | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Withdrawn |

Page 1 of 9

List of Joint Documentary Exhibits Received Into Evidence (Comprehensive)
Inv. No. 337-TA-841

| JX No. | CX No. | RX No. | Conf | Description | Bates Number | Sponsoring Witness | Purpose | Date Received Into Evidence |
|---|---|---|---|---|---|---|---|---|
| JX-0012 | CX-0034 | RX-0009 | — | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Withdrawn |
| JX-0013 | CX-0035 | RX-2687 | — | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Withdrawn |
| JX-0014 | CX-0046 | RX-0008 | — | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Withdrawn |
| JX-0015 | CX-0047 | RX-0010 | — | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Withdrawn |
| JX-0016 | CX-0049 | RX-0012 | — | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Withdrawn |
| JX-0017 | CX-0243 | RX-1815 | C | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Withdrawn |
| JX-0018 | CX-0245 | RX-1837 | — | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Withdrawn |
| JX-0019 | CX-0662 | RX-0156 | — | Intel Desktop Boards Hannacroix Concept PC | TPL036807-TPL036808 | Antonopoulos | Domestic Industry; Secondary Considerations; Lack of Domestic Industry; Invalidity | 1/7/2013 (as CX-0662) |
| JX-0020 | CX-0663 | RX-0158 | — | Intel Desktop Platforms Leota Concept Platform | TPL036809-TPL036812 | Antonopoulos | Domestic Industry; Secondary Considerations; Lack of Domestic Industry; Invalidity | 1/7/2013 (as CX-0663) |
| JX-0021 | CX-0665 | RX-0712 | — | Windows Platform Design Notes; WinHEC Reference PC | TPL036818-TPL036820 | Antonopoulos; Buscaino; Banerjee; McAlexander | Domestic Industry; Secondary Considerations; Lack of Domestic Industry; Invalidity | Jan 10 |
| JX-0022 | CX-0687 | RX-0023 | — | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Withdrawn |

List of Joint Documentary Exhibits Received Into Evidence (Comprehensive)
Inv. No. 337-TA-841

| JX No. | CX No. | RX No. | Conf | Description | Bates Number | Sponsoring Witness | Purpose | Date Received Into Evidence |
|---|---|---|---|---|---|---|---|---|
| JX-0023 | CX-0688 | RX-0040 | C | TPL Complaint Exh. 105 - Declaration of Dwayne Hannah | TPL1042838-TPL1042850 | Hannah; Leonard; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 25 |
| JX-0024 | CX-0690; CX-0910 | RX-0035 | C | TPL Complaint Exh. 105-2 - Sample License Agreement | TPL1023041-TPL1023060 | Hannah, D. Leckrone; Leonard; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7/9 |
| JX-0025 | CX-0691 | RX-0165 | C | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Withdrawn |
| JX-0026 | CX-0692 | RX-0020; RX-0264 | C | TPL Complaint Exh. 105-4 - OnSpec Chip Sales | TPL1042851-TPL1042855 | Hannah; Antonopolous; M. Leckrone; D. Leckrone; Leonard | Domestic Industry; Lack of Domestic Industry | Jan 10 |
| JX-0027 | CX-0697 | RX-0022 | — | TPL Complaint Exh. 105-9 Addonics Internal SATA/USB DigiDrive AEIDDSAU / WP Practices the '443 Patent | TPL1023152-TPL1023162 | Buscaino; Hannah; McAlexander; Lum | Domestic Industry; Lack of Domestic Industry; Invalidity | Jan 7 (Moved to Joint Demonstrative Exhibit List as JDX-0001) |
| JX-0028 | CX-0699 | RX-0364 | — | TPL Complaint Exh. 105-11 Addonics Internal SATA/USB DigiDrive AEIDDSAU / WP | TPL1023182-TPL1023201 | Buscaino; Hannah; McAlexander; Lum | Domestic Industry; Lack of Domestic Industry; Invalidity | Jan 7 (Moved to Joint Demonstrative Exhibit List as JDX-0002) |
| JX-0029 | CX-0701 | RX-1328 | — | TPL Complaint Exh. 105-13 Addonics PCMCIA Flash DigiAdapter Extreme ADPMAF-X | TPL1023214-TPL1023234 | Buscaino; Hannah; Banerjee | Domestic Industry; Lack of Domestic Industry; Noninfringement | Jan 7 (Moved to Joint Demonstrative Exhibit List as JDX-0003) |
| JX-0030 | CX-0705 | RX-1330 | — | TPL Complaint Exh. 105-17 Addonics Pocket eSATA/USB DigiDrive AEPDDESU / WP | TPL1023306-TPL1023325 | Buscaino; Hannah; Banerjee | Domestic Industry; Lack of Domestic Industry; Noninfringement | Jan 7 (Moved to Joint Demonstrative Exhibit List as JDX-0004) |
| JX-0031 | CX-0716 | RX-1331 | — | TPL Complaint Exh. 105-28 CompuApps OmniFlash eSATA Kiosk Flash Media Card Reader xSil145-G-ES1 | TPL1023542-TPL1023560 | Buscaino; Hannah; Banerjee | Domestic Industry; Lack of Domestic Industry; Noninfringement | Jan 7 (Moved to Joint Demonstrative Exhibit List as JDX-0005) |
| JX-0032 | CX-0720 | RX-1332 | — | TPL Complaint Exh. 105-32 CompuApps OmniFlash IDE Kiosk Flash Memory Card Reader xSil146-G | TPL1023608-TPL1023626 | Buscaino; Hannah; Banerjee | Domestic Industry; Lack of Domestic Industry; Noninfringement | Jan 7 (Moved to Joint Demonstrative Exhibit List as JDX-0006) |
| JX-0033 | CX-0727 | RX-0025 | C | TPL Complaint Exh. 105-39 - A List of the Companies Offered Licenses to the CORE Flash Portfolio | TPL1042856-TPL1042861 | D. Leckrone; Hannah; M. Leckrone | Domestic Industry; Lack of Domestic Industry | Jan 7 |

List of Joint Documentary Exhibits Received Into Evidence (Comprehensive)
Inv. No. 337-TA-661

| JX No. | CX No. | RX No. | Cont | Description | Bates Number | Sponsoring Witness | Purpose | Date Received Into Evidence |
|---|---|---|---|---|---|---|---|---|
| JX-0034 | CX-0755 | RX-0167; RX-0265 | C | OnSpec Asset Information | TPL041253-TPL041258 | Antonopoulos; Hannah; M. Leckrone; | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0035 | CX-0805 | RX-0554 | C | TPL          License Agreement | TPL1040288-TPL1040313 | D. Leckrone; Hannah; Vander Veen; Leonard | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0036 | CX-0807 | RX-2738 | C | TPL          License Agreement | TPL1040348-TPL1040370 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0037 | CX-0808 | RX-2747 | C | TPL          Agreement | TPL1040371-TPL1040388 | D. Leckrone; Hannah; Vander Veen; Leonard | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0038 | CX-0810 | RX-2749 | C | TPL          License Agreement | TPL388464-TPL388489 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0039 | CX-0811 | RX-2750 | C | TPL          License Agreement | TPL388490-TPL388508 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0040 | CX-0812 | RX-2751 | C | TPL          Agreement | TPL388509-TPL388526 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0041 | CX-0813 | RX-2752 | C | TPL          License Agreement | TPL388527-TPL388548 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0042 | CX-0814 | RX-2753 | C | TPL          License Agreement | TPL388549-TPL388571 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0043 | CX-0815 | RX-2754 | C | TPL          License Agreement | TPL388572-TPL388592 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0044 | CX-0816 | RX-2755 | C | TPL          License Agreement | TPL388593-TPL388609 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |

List of Joint Documentary Exhibits Received into Evidence (Comprehensive)
Inv. No. 337-TA-841

| RX No. | CX No | RX No. | Conf | Description | Bates Number | Sponsoring Witness | Purpose | Date Received into Evidence |
|---|---|---|---|---|---|---|---|---|
| JX-0045 | CX-0817 | RX-2756 | C | TPL          License Agreement | TPL388610-TPL388633 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0046 | CX-0818 | RX-2757 | C | TPL          License Agreement | TPL388634-TPL388652 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0047 | CX-0819 | RX-2758 | C | TPL          Agreement | TPL388653-TPL388674 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0048 | CX-0820 | RX-2759 | C | TPL          License Agreement | TPL388675-TPL388692 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0049 | CX-0821 | RX-2760 | C | TPL          License Agreement | TPL388693-TPL388707 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0050 | CX-0822 | RX-2761 | C | TPL          License Agreement | TPL388708-TPL388726 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0051 | CX-0823 | RX-2762 | C | TPL          License Agreement | TPL388727-TPL388747 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0052 | CX-0824 | RX-2763 | C | TPL          License Agreement | TPL388748-TPL388768 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0053 | CX-0825 | RX-2764 | C | TPL          License Agreement | TPL388769-TPL388784 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0054 | CX-0826 | RX-2765 | C | TPL          License Agreement | TPL388785-TPL388803 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0055 | CX-0827 | RX-2766 | C | TPL          License Agreement | TPL388804-TPL388824 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |

List of Joint Documentary Exhibits Received Into Evidence (Comprehensive)
Inv. No. 337-TA-841

| JX No. | CX No. | RX No. | Conf | Description | Bates Number | Sponsoring Witness | Purpose | Date Received Into Evidence |
|---|---|---|---|---|---|---|---|---|
| JX-0056 | CX-0828 | RX-2767 | C | TPL._____License Agreement | TPL388825-TPL388844 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0057 | CX-0829 | RX-2768 | C | TPL._____License Agreement | TPL388845-TPL388865 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0058 | CX-0831 | RX-2770 | C | TPL._____License Agreement | TPL388886-TPL388907 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7/9 |
| JX-0059 | CX-0832 | RX-2771 | C | TPL._____License Agreement | TPL388908-TPL388932 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0060 | CX-0833 | RX-2772 | C | TPL._____License Agreement | TPL388933-TPL388952 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0061 | CX-0834 | RX-2773 | C | TPL._____License Agreement | TPL388953-TPL388969 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0062 | CX-0835 | RX-2774 | C | TPL._____License Agreement | TPL388970-TPL388988 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0063 | CX-0836 | RX-2775 | C | TPL./_____License Agreement | TPL388989-TPL389006 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0064 | CX-0837 | RX-2776 | C | TPL._____License Agreement | TPL389007-TPL389026 | D. Leckrone; Hannah; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0065 | CX-0852 | RX-0303 | C | Agreement and Plan of Merger dated April 3, 2006, (D. Leckrone Dep. Exh. 4) | TPL043313-TPL041430 | D. Leckrone; M. Leckrone; Venkidu; Leonard | Domestic Industry; Lack of Domestic Industry; Invalidity; Remedy | Jan 7/10 |
| JX-0066 | CX-0879 | RX-0335; RX-0274 | C | OnSpec Income Statement – Rolling Ten Year 2001 through September 30, 2010, Deposition of Dwayne Hannah, Exh. 15 | TPL036785 | Hannah; M. Leckrone; Buscaino; Banerjee; McAlexander; Vander Veen | Domestic Industry; Lack of Domestic Industry | Jan 7 |

Page 5 of 9

List of Joint Documentary Exhibits Received Into Evidence (Comprehensive)
Inv. No. 337-TA-841

| JX No. | CX No | RX No. | Conf | Description | Bates Number | Sponsoring Witness | Purpose | Date Received Into Evidence |
|---|---|---|---|---|---|---|---|---|
| JX-0067 | CX-0880 | RX-0275 | C | Office Lease Stevens Creek Office Center Dated July 23, 2010, Deposition of Dwayne Hannah, Exh. 16 | TPL041265-TPL041298 | Hannah; D. Leckrone | Domestic Industry; Lack of Domestic Industry | Jan 7/9 |
| JX-0068 | CX-0904 | RX-0709 | C | SD Memory Card Specifications, Part 1, Deposition of Larry Jones, Exh. 17 | TPL125919-TPL126035 | Buscaino; Banerjee; McAlexander | Infringement; Noninfringement; Invalidity | Jan 10 |
| JX-0069 | Withdrawn | Withdrawn | | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Withdrawn |
| JX-0070 | CX-0908 | RX-0325 | — | Document titled 'CORE Flash Please' (M. Leckrone Dep. Exh. 11) | TPL1045464-TPL1045465 | D. Leckrone; Hannah; M. Leckrone | Domestic Industry; Lack of Domestic Industry | Jan 25 |
| JX-0071 | CX-0909 | RX-0326 | C | Summary of CoreFlash Revenue 2007 YTD (M. Leckrone Dep. Exh. 12) | TPL389797 | D. Leckrone; Hannah; M. Leckrone, Leonard | Domestic Industry; Lack of Domestic Industry | Jan 7 |
| JX-0072 | CX-0911 | RX-0329; RX-1018 | C | Employee Spreadsheet (M. Leckrone Dep. Exh. 15) | TPL036784 | Hannah; M. Leckrone | Domestic Industry; Lack of Domestic Industry | Jan 7/9 |
| JX-0073 | CX-0912 | RX-0330 | C | TPL Project Detail by Year (M. Leckrone Dep. Exh. 16) | TPL1038185-TPL1038187 | Hannah; M. Leckrone | Domestic Industry; Lack of Domestic Industry | Jan 7/9 |
| JX-0074 | CX-0913 | RX-0332 | C | TPL/Intellisys Product Group, Product Sales Revenue by Year (M. Leckrone Dep. Exh. 18) | TPL036766 | Hannah; Antonopoulos; M. Leckrone | Domestic Industry; Lack of Domestic Industry | Jan 7/9 |
| JX-0075 | CX-0914 | RX-0333 | C | TdReport Spreadsheet (M. Leckrone Dep. Exh. 20) | TPL036774-TPL036780 | M. Leckrone; Hannah | Domestic Industry; Lack of Domestic Industry | Jan 7/9 |
| JX-0076 | CX-1114 | RX-0717 | C | Sales of OnSpec Chip Products 2006-2011 | TPL038069-TPL038072 | Antonopoulos; Buscaino; Banerjee; McAlexander | Domestic Industry; Lack of Domestic Industry; Invalidity | Jan 7/10 |
| JX-0077 | Withdrawn | Withdrawn | | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Admitted as RX-0177C Jan 28 |

Page 7 of 9

List of Joint Documentary Exhibits Received Into Evidence (Comprehensive)
Inv. No. 337-TA-841

| JX No. | CX No | RX No. | Conf | Description | Bates Number | Sponsoring Witness | Purpose | Date Received Into Evidence |
|---|---|---|---|---|---|---|---|---|
| JX-0078 | Withdrawn | Withdrawn | | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Withdrawn |
| JX-0079 | Withdrawn | Withdrawn | | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Admitted as RX-0411 Jan 28 |
| JX-0080 | Withdrawn | Withdrawn | | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Withdrawn |
| JX-0081 | N/A | RX-1123 | C | Nicholas Antonopoulos Deposition Designations, Inv. No. 337-TA-807 | N/A | Antonopoulos | Validity; Invalidity; Domestic Industry; Lack of Domestic Industry | Jan 25 |
| JX-0082 | N/A | RX-2897 | C | Dwayne Hannah Deposition Designations | N/A | Hannah | Domestic Industry; Lack of Domestic Industry | Jan 25 |
| JX-0083 | N/A | RX-1009 | C | Dwayne Hannah Deposition Designations, Inv. No. 337-TA-807 | N/A | Hannah | Domestic Industry; Lack of Domestic Industry | Jan 25 |
| JX-0084 | Withdrawn | Withdrawn | | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Withdrawn |
| JX-0085 | Withdrawn | Withdrawn | | Withdrawn | Withdrawn | Withdrawn | Withdrawn | Withdrawn |
| JX-0086 | N/A | N/A | — | Stipulation Regarding Kingston New Design Products | N/A | N/A | Related to Accused Products | Jan 10 |
| JX-0087 | N/A | N/A | C | Stipulation Regarding Hewlett Packard Importation | N/A | N/A | Importation | Jan 28 |
| JX-0088 | N/A | N/A | | Stipulation Regarding Dell Importation | N/A | N/A | Importation | Jan 28 |

List of Joint Documentary Exhibits Received into Evidence (Complete ionly)
Inv. No. 337-TA-944

| JX-No. | CX No | RX No. | Description | Bates Number | Sponsoring Witness | Purpose | Date Received into Evidence |
|--------|-------|--------|-------------|--------------|--------------------|---------|------------------------------|
| JX-0089 | N/A | N/A | Stipulation Regarding Kingston Importation | N/A | N/A | Importation | Jun 28 |

**Respondents' Final Exhibit List**
**Inv. No. 337-TA-841**

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0001 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0002 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0003 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0004 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0005 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0006 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0007 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0008 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0009 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0010 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0011 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0012 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0013 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0014 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0015 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0016 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0017 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0018 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0019 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0020 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0021 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0022 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0023 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0024 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0025 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0026 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0027 | xxx | not assigned | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0028 - RX-0030 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0031 | — | Complaint Exh. 45 – Claim Chart applying U.S. Patent No. 6,976,623 to accused Falcon Northwest Computer Systems, Inc. product | Invalidity; Lack of Domestic Industry | McAlexander; Leonard | N/A | N/A | Jan 10 |
| RX-0032 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0033 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0034 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0035 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0036 - RX-0039 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0040 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0041 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0042 | xxx | not assigned | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0043 | — | File History of U.S. Patent No. 6,976,623 (Complaint App. A) | Invalidity | Mambakkam Iyer; Venkidu; Jones; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Wolfe; Buscaino | N/A | N/A | Jan 9 |
| RX-0044 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0045 | — | File History of U.S. Patent No. 7,162,549 (Complaint App. C) | Invalidity | Mambakkam Iyer; Venkidu; Jones; Antonopoulos; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Wolfe; Buscaino | TPL1000802 | TPL1001102 | Jan 10 |
| RX-0046 | — | Copies of each reference mentioned in the file history for U.S. Patent No. 7,162,549 (Complaint App. D) | Invalidity | Mambakkam Iyer; Venkidu; Jones; Antonopoulos; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Wolfe; Buscaino | N/A | N/A | Jan 10 |
| RX-0047 | — | File History of U.S. Patent No. 7,295,443 (Complaint App. E) | Invalidity; Noninfringement | Mambakkam Iyer; Venkidu; Jones; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Wolfe; Buscaino | TPL1002199 | TPL1002436 | Jan 8 |
| RX-0048 | — | Copies of each reference mentioned in the file history for U.S. Patent No. 7,295,443 (Complaint App. F) | Invalidity | Mambakkam Iyer; Venkidu; Jones; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Wolfe; Buscaino | N/A | N/A | Jan 10 |
| RX-0049 | — | File History of U.S. Patent No. 7,522,424 (Complaint App. G) | Invalidity | Mambakkam Iyer; Venkidu; Jones; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Wolfe; Buscaino | TPL1004133 | TPL1004489 | Jan 10 |

Respondents' Final Exhibit List
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0050 | — | Copies of each reference mentioned in the file history for U.S. Patent No. 7,522,424 (Complaint App. H) | Invalidity | Mambakkam Iyer; Venkidu; Jones; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Wolfe; Buscaino | N/A | N/A | Jan 10 |
| RX-0051 | — | File History of U.S. Patent No. 6,438,638 (Complaint App. I) | Invalidity | Mambakkam Iyer; Venkidu; Jones; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Buscaino | TPL1006295 | TPL1006364 | Jan 10 |
| RX-0052 | — | Copies of each reference mentioned in the file history for U.S. Patent No. 6,438,638 (Complaint App. J) | Invalidity | Mambakkam Iyer; Venkidu; Jones; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Buscaino | N/A | N/A | Jan 10 |
| RX-0053 | — | File History of U.S. Patent No. 7,719,847 (Complaint App. K) | Invalidity | Mambakkam Iyer; Venkidu; Jones; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Wolfe; Buscaino | TPL1006725 | TPL1007149 | Jan 10 |
| RX-0054 | — | Copies of each reference mentioned in the file history for U.S. Patent No. 7,719,847 (Complaint App. L) | Invalidity | Mambakkam Iyer; Venkidu; Jones; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Wolfe; Buscaino | N/A | N/A | Jan 10 |
| RX-0055 | xxx | not assigned | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

Respondents' Final Exhibit List

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0056 | — | Respondents' Opening Claim Construction Brief dated 07/23/2012 | Invalidity; Noninfringement | Mambakkam Iyer; Venkidu; Jones; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Wolfe; Buscaino | N/A | N/A | Jan 10 |
| RX-0057 – RX-0060 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0061 | — | Order No. 23 Construing the Terms of the Asserted Claims of the Patents Issued 10/04/2012 | Invalidity; Noninfringement | Mambakkam Iyer; Venkidu; Jones; Banerjee; McAlexander; Mroczkowski; Buscaino | N/A | N/A | Jan 9 |
| RX-0062 | xxx | not assigned | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0063 – RX-0088 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0089 | C | TPL's Responses to Seiko's 1st Set of Interrogatories | Invalidity; Noninfringement; Lack of Domestic Industry; Remedy;  Bonding | Mambakkam Iyer; Venkidu; Jones; Banerjee; McAlexander; Mercer; Mroczkowski; Wolfe; Buscaino; Respondent Party Witnesses; Leonard | N/A | N/A | Jan 10 |
| RX-0090 – RX-0094 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

Respondents' Final Exhibit List

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0095 | C | TPL's Responses to Respondents' 1st Set of RFAs | Invalidity; Noninfringement | Mambakkam Iyer; Venkidu; Jones; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Wolfe; Buscaino; Respondent Party Witnesses | N/A | N/A | Jan 10 |
| RX-0096 - RX-0098 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0099 | C | TPL's Supplemental Responses to Dell's 1st Set of Interrogatories | Invalidity; Noninfringement | Mambakkam Iyer; Venkidu; Jones; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Wolfe; Buscaino; Respondent Party Witnesses; Leonard | N/A | N/A | Jan 10 |
| RX-0100 - RX-0123 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0124 | C | TPL's Responses to HiTi's 1st Set of RFAs | Invalidity; Noninfringement | Mambakkam Iyer; Venkidu; Jones; Banerjee; Berg; McAlexander; Mercer; Mroczkowski; Wolfe; Buscaino; Respondent Party Witnesses | N/A | N/A | Jan 10 |
| RX-0125 - RX-0139 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0140 | xxx | not assigned | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0141 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0142 | C | Antonopoulos Deposition Transcript, 10/30/2012 | Invalidity; Lack of Domestic Industry | Antonopoulos; Leonard | N/A | N/A | Jan 9 |
| RX-0143 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0144 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0145 | — | OnSpec releases OmniFlash Console (Antonopoulos Dep. Exh. 03) | Lack of Domestic Industry | Antonopoulos | N/A | N/A | Jan 25 |
| RX-0146 | — | OnSpec releases OmniFlash Octopus (Antonopoulos Dep. Exh. 04) | Lack of Domestic Industry | Antonopoulos | N/A | N/A | Jan 25 |
| RX-0147 | — | OnSpec releases Kiosk all in one (Antonopoulos Dep. Exh. 06) | Lack of Domestic Industry | Antonopoulos | N/A | N/A | Jan 25 |
| RX-0148 | — | Product Sheet for OmniFlash Kiosk (Antonopoulos Dep. Exh. 07) | Lack of Domestic Industry | Antonopoulos | N/A | N/A | Jan 25 |
| RX-0149 | — | OnSpec Releases OmniFlash Uno (Antonopoulos Dep. Exh. 08) | Lack of Domestic Industry | Antonopoulos | N/A | N/A | Jan 25 |
| RX-0150 – RX-0154 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0155 | — | Imation Investor Relations News Release (Antonopoulos Dep. Exh. 15) | Lack of Domestic Industry | Antonopoulos | TPL388436 | TPL388439 | Jan 25 |
| RX-0156 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0157 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0158 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0159 – RX-0162 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0163 | C | Employee Contact List (Antonopoulos Dep. Exh. 23) | Lack of Domestic Industry | Antonopoulos | TPL389998 | TPL390044 | Jan 25 |
| RX-0164 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0165 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0166 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0167 | C | OnSpec Assets Sheet (Antonopoulos Dep. Exh. 26) [also on Joint Exhibit List – see JX-0034] | Lack of Domestic Industry | Antonopoulos; Leonard | TPL041253 | TPL041254 | Jan 9 |
| RX-0168 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0169 - RX-0176 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0177 | C | designated testimony of Vijaykumar Balasubramanian from deposition taken on 10/08/2012 | Invalidity | Balasubramanian | N/A | N/A | Jan 28 |
| RX-0178 - RX-0181 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0182 | C | SCM PCD series of Digital Media Readers Summary of product evolution (Balasubramanian Dep. Exh. 05) | Invalidity | Banerjee; McAlexander; Balasubramanian | IDEN-ITC0000035 | IDEN-ITC0000041 | Jan 10 |
| RX-0183 - RX-0185 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0186 | C | PCD Series Product Brief (Balasubramanian Dep. Exh. 09) | Invalidity | McAlexander; Balasubramanian | IDEN-ITC0000114 | IDEN-ITC0000117 | Jan 10 |
| RX-0187 | C | PCD47 Test Plan dated 3/18 (Balasubramanian Dep. Exh. 10) | Invalidity | McAlexander; Balasubramanian | IDEN-ITC0000131 | IDEN-ITC0000145 | Jan 10 |
| RX-0188 - RX-0192 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0193 | — | Dazzle Six-in-One USB card reader (Balasubramanian Dep. Exh. 17) | Invalidity | Banerjee; McAlexander; Balasubramanian | IDEN-ITC0000034 | IDEN-ITC0000034 | Jan 10 |
| RX-0194 | — | Dazzle 6 in 1 Reader User's Manual (Balasubramanian Dep. Exh. 18) | Invalidity | McAlexander; Balasubramanian | BROTHER01740442 | BROTHER01740500 | Jan 10 |
| RX-0195 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0196 | C | Dazzle Digital Media and Video Power Point (Balasubramanian Dep. Exh. 20) | Invalidity | McAlexander; Balasubramanian | IDEN-ITC0000042 | IDEN-ITC0000077 | Jan 25 |
| RX-0197 | — | Dazzle Universal 8 in 1 Reader/Writer User Guide (Balasubramanian Dep. Exh. 23) | Invalidity | McAlexander; Balasubramanian | BROTHER01740501 | BROTHER01740541 | Jan 25 |
| RX-0198 | — | Microtech PDC-47B SCSI Digital Film Reader/Writer (Balasubramanian Dep. Exh. 24) | Invalidity | McAlexander; Balasubramanian | HP060945 | HP060946 | Jan 10 |
| RX-0199 | — | PCD-47 User's Manual (Balasubramanian Dep. Exh. 25) | Invalidity | McAlexander; Balasubramanian | HP054597 | HP054631 | Jan 10 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0200 | — | Press Release (Balasubramanian Dep. Exh. 26) | Invalidity | McAlexander; Balasubramanian | HP176318 | HP176319 | Jan 10 |
| RX-0201 | — | Photographs PCD-45 (Balasubramanian Dep. Exh. 27) | Invalidity | McAlexander; Balasubramanian | HP176507 | HP176512 | Jan 10 |
| RX-0202 | — | Steve's Digicams Microtech USB CameraMate Flash Card Reader/Writer (Balasubramanian Dep. Exh. 28) | Invalidity | McAlexander; Balasubramanian | HP060934 | HP060938 | Jan 10 |
| RX-0203 | — | "Dazzle Six in One USB Card Reader," webpage dpreview.com (Balasubramanian Dep. Exh. 29) | Invalidity | Banerjee; McAlexander; Balasubramanian | HP059512 | HP059513 | Jan 10 |
| RX-0204 | — | Dazzle Card Reader User's Manual (Balasubramanian Dep. Exh. 30) | Invalidity | McAlexander; Balasubramanian | BROTHER01740630 | BROTHER01740688 | Jan 10 |
| RX-0205 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0206 | — | Photographs of "Dazzle" products (Balasubramanian Dep. Exh. 32) | Invalidity | McAlexander; Balasubramanian | HP176482 | HP176492 | Jan 10 |
| RX-0207 - RX-0211 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0212 | — | Declaration of Dale E. Buscaino in Support of TPL's Response to Respondents' Opening Claim Construction Brief (Buscaino Dep. Exh. 2) | Invalidity; Noninfringement | Buscaino; Banerjee; McAlexander; Mercer; Mroczkowski | N/A | N/A | Jan 10 |
| RX-0213 - RX-0236 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0237 | C | March 2000 SD Memory Card Specifications, Part 1 Physical Layer Specification, Version 1.0 (Buscaino Dep. Exh. 26) | Invalidity; Noninfringement; Lack of Domestic Industry | Buscaino | N/A | N/A | Jan 10 |
| RX-0238 - RX-0240 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0241 | C | Exhs. 1-10 of Buscaino Report pertaining to Acer (Buscaino Dep. Exh. 30) | Noninfringement | Buscaino | N/A | N/A | Jan 9 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0242 – RX-0255 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0256 | C | designated testimony of Al Conte from deposition taken on 11/01/2012 | Invalidity | Conte | N/A | N/A | Jan 25 |
| RX-0257 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0258 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0259 | C | designated testimony of Dwayne Hannah from deposition taken on 10/26/2012 in Inv. No. 337-TA-841 | Lack of Domestic Industry | Hannah; Leonard | N/A | N/A | Jan 25 |
| RX-0260 | — | Respondents' 1st Notice of Taking Deposition of Complainant Technology Properties Limited, LLC (Hannah Dep. Exh. 1) | Lack of Domestic Industry | N/A | N/A | N/A | Jan 25 |
| RX-0261 | — | Resp. Hewlett-Packard Co. et al.'s Notice of Deposition of Dwayne Hannah (Hannah Dep. Exh. 2) | Lack of Domestic Industry | N/A | N/A | N/A | Jan 25 |
| RX-0262 | C | Hannah Direct Witness Statement, Inv. No. 337-TA-807 (Hannah Dep. Exh. 3) | Lack of Domestic Industry | Hannah; Leonard | TPL1037678 | TPL1037693 | Jan 25 |
| RX-0263 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0264 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0265 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0266 | C | Decl. of Dwayne Hannah dated 08/23/2011 from Inv. No. 337-TA-807 (Hannah Dep. Exh. 7) | Lack of Domestic Industry | Hannah | TPL038043 | TPL038054 | Jan 25 |
| RX-0267 | C | OnSpec CoreFlash Total Salary and Benefits Spreadsheet (Hannah Dep. Exh. 9) | Lack of Domestic Industry | Hannah | TPL41254 | TPL41254 | Jan 25 |
| RX-0268 | C | TPL CoreFlash Project Detail by Year as of May 31, 2011 (Hannah Dep. Exh. 9) | Lack of Domestic Industry | Hannah | TPL036781 | TPL036783 | Jan 9 |
| RX-0269 | C | TPL CoreFlash Project Detail by Year As of April 30, 2012 (Hannah Dep. Exh. 10) | Lack of Domestic Industry | Hannah; Leonard | TPL1025259 | TPL1025262 | Jan 25 |
| RX-0270 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0271 | C | TPL CoreFlash Headcount Summary by Company and Month (Hannah Dep. Exh. 12) | Lack of Domestic Industry | Hannah | TPL041251 | TPL041252 | Jan 25 |
| RX-0272 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0273 | C | TPL/IntelliSys Product Group Product Revenue by Year (Hannah Dep. Exh. 14) | Lack of Domestic Industry | Hannah; Leonard | TPL389901 | TPL389902 | Jan 9 |
| RX-0274 | C | OnSpec Income Statement – Rolling Ten Year 2001 through September 30, 2010 (Hannah Dep. Exh. 15) | Lack of Domestic Industry | Hannah | TPL036785 | TPL036785 | Jan 25 |
| RX-0275 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

Respondents' Final Exhibit List
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0276 | C | TriNet Payroll Headcount by Location as of 8/31/2011 (Hannah Dep. Exh. 17) | Lack of Domestic Industry | Hannah | TPL036757-0001 | TPL036757-0244 | Jan 25 |
| RX-0277 | C | designated testimony of Larry Lawson Jones from deposition taken on 10/17/2012 in Inv. No. 337-TA-841 | Invalidity; Noninfringement; Lack of Domestic Industry | Jones | N/A | N/A | Jan 25 |
| RX-0278 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0279 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0280 | C | OnSpec Sales Data 1998 Thru Sept 2006 (Jones Dep. Exh. 2) | Lack of Domestic Industry | Jones; McAlexander | TPL389798 | TPL389900 | Jan 25 |
| RX-0281 - RX-0287 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0288 | — | Affidavit of Christopher Butler (Jones Dep. Exh. 10) | Invalidity | Jones | HP176331 | HP176395 | Jan 10 |
| RX-0289 | — | Photograph of Physical Exh. 11 – AcomData product (Jones Dep. Exh. 12) | Invalidity | Jones; Leonard | HP174405 | HP174435 | Jan 10 |
| RX-0290 | C | Boards List (Jones Dep. Exh. 13) | Invalidity | Jones | TPL283566 | TPL283572 | Jan 10 |
| RX-0291 | — | Colored Photos, Flash (Jones Dep. Exh. 14) | Invalidity | Jones; McAlexander | HP176320 | HP176330 | Jan 10 |
| RX-0292 - RX-0295 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0296 | — | SMIL Hardware Edition, Version 1.00 (Jones Dep. Exh. 18) | Invalidity | Jones | HP 174125 | HP 174160 | Jan 25 |
| RX-0297 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0298 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0299 | C | transcript of the deposition of Daniel Leckrone taken on 10/25/2012 in Inv. No. 337-TA-841 | Lack of Domestic Industry | D. Leckrone; Leonard | N/A | N/A | Jan 9 |
| RX-0300 - RX-0302 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0303 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0304 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0305 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0306 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0307 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0308 | C | Alliacense Correspondence dated May 11, 2010 | Lack of Domestic Industry; Remedy | D. Leckrone | TPL015886 | TPL015945 | Jan 9 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0309 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0310 | C | Agreement between Technology Properties Limited and | Lack of Domestic Industry; Remedy | D. Leckrone; Leonard | TPL388769 | TPL388784 | Jan 9 |
| RX-0311 | C | Email from Yasuko Nakagami-Sher dated 03/12/2012 | Lack of Domestic Industry; Remedy | D. Leckrone; Leonard | TPL1036994 | TPL1037043 | Jan 9 |
| RX-0312 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0313 | C | designated testimony of Daniel McNary "Mac" Leckrone from deposition taken on 10/22/2012 in Inv. No. 337-TA-841 | Lack of Domestic Industry | M. Leckrone; Leonard | N/A | N/A | Jan 25 |
| RX-0314 | — | Hewlett-Packard Co. et al.'s Notice of Deposition of Mac M. Leckrone Dep. Exh.1) | Lack of Domestic Industry | M. Leckrone | N/A | N/A | Jan 25 |
| RX-0315 | — | Respondents' 1st Notice of Taking Deposition of Complainant TPL M. Leckrone Dep. Exh. 2) | Lack of Domestic Industry | M. Leckrone | N/A | N/A | Jan 25 |
| RX-0316 | — | "Licensing Programs;" <http://www.alllacense.com/licensing-programs> (M. Leckrone Dep. Exh. 3) | Lack of Domestic Industry | M. Leckrone; Leonard | N/A | N/A | Jan 10 |
| RX-0317 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0318 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0319 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0320 | — | Complaint Exh. 47 - A Notice Letter to Fujitsu Limited – '443 patent (M. Leckrone Dep. Exh. 6) | Lack of Domestic Industry | M. Leckrone | N/A | N/A | Jan 25 |
| RX-0321 | — | Complaint Exh. 42-A - Notice letter to Falcon Northwest Computer Systems, Inc. - '443 patent (M. Leckrone Dep. Exh. 7) | Lack of Domestic Industry | M. Leckrone | N/A | N/A | Jan 25 |
| RX-0322 – RX-0324 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0325 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0326 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0327 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0328 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0329 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0330 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0331 | C | TPL CoreFlash Project Detail by Year As of May 31, 2011 (M. Leckrone Dep. Exh. 17: Hannah Dep. Exh. 9) | Lack of Domestic Industry | M. Leckrone; Hannah; Vander Veen | TPL036781 | TPL036783 | Jan 25 |
| RX-0332 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0333 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0334 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0335 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0336 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0337 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0338 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0339 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0340 | C | Direct Witness Statement of Eric Liu | Invalidity | Liu | N/A | N/A | Jan 4 |
| RX-0341 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0342 | — | Subpoena Duces Tecum to Atech Flash Technology, Inc., 07/11/2012 (Liu Dep. Exh. 1) | Invalidity | N/A | N/A | N/A | Jan 4 |
| RX-0343 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0344 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0345 | — | DataFab 9/10/99 press release, DataFab Systems Inc., leading in portable storage systems, is now offering dual-slot CompactFlash and SmartMedia card reader (Liu Dep. Exh. 4) | Invalidity | McAlexander; Liu | ATECH841_ITC_000005 | ATECH841_ITC_000005 | Jan 4 |
| RX-0346 | — | Tom's Hardware, All Reviews, Special, Miscellaneous, Comdex 2001 Day 3: Affordable DVD-4; Atech Flash Technology, 06:00 - Thursday 15 November 2001 by David Stellmack, and attachments (Liu Dep. Exh. 5) | Invalidity | McAlexander; Liu | ATECH841_ITC_000012 | ATECH841_ITC_000021 | Jan 4 |
| RX-0347 | — | Invoice 17480, Sunus Suntek International Corp. to Tom's Hardware, Product Reviews, 11/21/01 (Liu Dep. Exh. 6) | Invalidity | McAlexander; Liu | ATECH841_ITC_000156 | ATECH841_ITC_000158 | Jan 4 |
| RX-0348 | — | Purchase Order 177-E, Order Date 10/18/01, Sunus Suntek; Vendor: DataFab; USA Office; Ship To: Sunus Suntek Int'l Corp. (Liu Dep. Exh. 7) | Invalidity | McAlexander; Eric Liu | ATECH841_ITC_000158 | ATECH841_ITC_000159 | Jan 4 |
| RX-0349 | — | Invoice No. GS003326, DataFab Systems Inc.; Customer: Sunus Suntek; Ship to: Sunus Suntek, and attachment (Liu Dep. Exh. 8) | Invalidity | McAlexander; Liu | ATECH841_ITC_000160 | ATECH841_ITC_000161 | Jan 4 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0350 | — | Invoice 2015, Atech Flash Technology, Inc.; Elitegroup Computer System, 2/22/02 (Liu Dep. Exh. 9) | Invalidity | McAlexander; Liu | ATECH841_ITC_000051 | ATECH841_ITC_000051 | Jan 4 |
| RX-0351 | — | Top photograph of Atech PRO II sample (Liu Dep. Exh. 10) | Invalidity | McAlexander; Liu | ACER841_ITC_0050281 | ACER841_ITC_0050281 | Jan 4 |
| RX-0352 | — | Front photograph of Atech PRO II sample (Liu Dep. Exh. 11) | Invalidity | McAlexander; Liu | ACER841_ITC_0050282 | ACER841_ITC_0050282 | Jan 4 |
| RX-0353 | — | Bottom photograph of Atech PRO II sample (Liu Dep. Exh. 12) | Invalidity | McAlexander; Liu | ACER841_ITC_0050283 | ACER841_ITC_0050283 | Jan 4 |
| RX-0354 | C | ND3060, A Multi-Format Card Reader/Writer Controller with USB Interface Specification, Neodio Technologies Corporation, Spec. v1.00, 4/4/01 (Liu Dep. Exh. 13) | Invalidity | McAlexander; Liu | ATECH841_ITC_000145 | ATECH841_ITC_000154 | Jan 4 |
| RX-0355 | — | The Pro-Mouse, Optical Mouse Plus Multiple Flash Card Reader; The AFT6551, ATX Mid Tower Case with 330W P4 Power Supply, and attachments (Liu Dep. Exh. 15) | Invalidity | McAlexander; Liu | ATECH841_ITC_000001 | ATECH841_ITC_000004 | Jan 4 |
| RX-0356 | — | Letter from Liang to Alliacense,  08/25/2007 (Liu Dep. Exh. 16) | Invalidity | McAlexander; Liu | ATECH841_ITC_000011 | ATECH841_ITC_000011 | Jan 4 |
| RX-0357 | C | Email from Tan to Lucas Yong, Yang Rong, Iisasun, and Suntek, 08/09/2001, and attachments (Liu Dep. Exh. 17) | Invalidity | McAlexander; Liu | ATECH841_ITC_000022 | ATECH841_ITC_000025 | Jan 10 |
| RX-0358 – RX-0362 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0363 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0364 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0365 – RX-0377 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0378 | — | Declaration of Sree Mambakkam Iyer Under 37 C.F.R. 1.131 (Mambakkam Iyer Dep. Exh. 11) | Invalidity | Mambakkam Iyer | TPL388270 | TPL388273 | Jan 10 |
| RX-0379 – RX-0388 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0389 | — | Exh. D to Banerjee Invalidity Expert Report - Declaration of Dr. Robert Ellett Re Public Accessibility of Certain References | Invalidity | Banerjee; Ellett | N/A | N/A | Jan 9 |

**Respondents' Final Exhibit List**
**Inv. No. 337-TA-841**

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0390 | C | SD memory card specifications, part 1, physical layer specification, version 0.96, dated January 2000 (SDK) (Moyer Dep. Exh. 8) | Invalidity | Moyer | SDK000002 | SDK000117 | Jan 9 |
| RX-0391 | — | SD memory card specifications, part 1, physical layer specification, version 0.96, dated January 2000 (HP) (Moyer Dep. Exh. 9; Mambakkam Iyer Dep. Exh. 8) | Invalidity | Moyer; Mambakkam Iyer | HP175408 | HP175435 | Jan 9 |
| RX-0392 - RX-0398 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0399 | — | SD memory card specifications, part 1, physical layer specification, version 1.00, dated March 2000 (Moyer Dep. Exh. 17) | Invalidity | Moyer, McAlexander | SEC 841 _0002101 | SEC 841 _0002117 | Jan 9 |
| RX-0400 - RX-0404 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0405 | C | designations of the testimony of Jeanette Taggart from deposition taken on 10/24/2012 | Invalidity | Taggart | N/A | N/A | Jan 25 |
| RX-0406 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0407 | C | SD Host/Ancillary Product License Agreement | Invalidity | Taggart | TPL392164 | TPL392222 | Jan 25 |
| RX-0408 - RX-0410 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0411 | C | designated testimony of Bharath Venkatesan from deposition taken on 10/15/2012 | Invalidity | Venkatesan | N/A | N/A | Jan 25 |
| RX-0412 | — | Dazzle 6 in 1 Reader User's Manual (Venkatesan Dep. Exh. 3) | Invalidity | McAlexander; Venkatesan | BROTHER01740442 | BROTHER01740500 | Jan 10 |
| RX-0413 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0414 | — | TechInsights Engineering Report on the Pin Analysis of the Dazzle DM-21200 Universal 6 in 1 Memory Card Reader - October 2, 2012 (Venkatesan Dep. Exh. 5) | Invalidity | Venkatesan | BROTHER01740859 | BROTHER01740883 | Jan 10 |
| RX-0415 - RX-0417 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0418 | C | Product: Orca Dolphin (4in1) Orca Dolphin description (Venkatesan Dep. Exh. 9) | Invalidity | Venkatesan | IDEN-ITC0000030 | IDEN-ITC0000030 | Jan 25 |
| RX-0419 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0420 | C | Direct Witness Statement of Dr. Sanjay Banerjee | Invalidity; Noninfringement | Banerjee | N/A | N/A | Jan 10 |
| RX-0421 - RX-0451 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0452 | — | Exh. C to Banerjee Invalidity Expert Report - Curriculum Vitae | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RX-0453 | — | Exh. D to Banerjee Invalidity Expert Report - Declaration of Dr. Robert Ellett Re Public Accessibility of Certain References ("Ellett Decl.") | Invalidity | Banerjee; | N/A | N/A | Jan 10 |
| RX-0454 | — | Direct Witness Statement of Dr. Robert Ellett Regarding Public Accessibility of Certain References | Invalidity | Ellett | N/A | N/A | Jan 9 |
| RX-0455 | — | Ellett Decl. Exh. 1 - Chinese MARC record and certified translation (part of Banerjee Init. Rpt. Exh. D) | Invalidity | Banerjee; Ellett | ACER-841-ITC-0081893 | ACER-841-ITC-0081894; ACER-841-ITC-0081988 | Jan 9 |
| RX-0456 | — | Ellett Decl. Exh. 2 - AwYong, C.K., "An Integrated Control System Design of Portable Computer Storage Peripherals," master's thesis submitted to Dept. of Electrical and Control Engineering, Nat'l Chiao-Tung University, June 2000 certified translation ("Aw Yong Thesis") | Invalidity | Banerjee; McAlexander; Ellett | ACER-841-ITC-0081806; HP058627 | ACER-841-ITC-0081890; HP058695 | Jan 9 |
| RX-0457 | — | Ellett Decl. Exh. 3 - Back cover of AwYong Thesis with certified translation (part of Banerjee Init. Rpt. Exh. D) | Invalidity | Banerjee; Ellett | ACER-841-ITC-0081965 | ACER-841-ITC-0081967 | Jan 9 |
| RX-0458 | — | Ellett Decl. Exh. 4 - AwYong Thesis official certificate of publication from National Chiao Tung University (part of Banerjee Init. Rpt. Exh. D) | Invalidity | Banerjee; Ellett | ACER-841-ITC-0081982 | ACER-841-ITC-0081982 | Jan 9 |
| RX-0459 | — | Ellett Decl. Exh. 5 - AwYong Thesis certified translation of official certificate of publication from National Chiao Tung University (part of Banerjee Init. Rpt. Exh. D) | Invalidity | Banerjee; Ellett | ACER-841-ITC-0081983 | ACER-841-ITC-0081984 | Jan 9 |
| RX-0460 | C | Direct Witness Statement of Joseph McAlexander | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RX-0461 - RX-0535 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0536 | — | SmartMedia File System (2000) | Invalidity | Banerjee; McAlexander | HP062965 | HP062981 | Jan 10 |
| RX-0537 | — | SmartMedia Interface Library (2000) | Invalidity | Banerjee; McAlexander | HP174125 | HP174160 | Jan 10 |
| RX-0538 | — | SmartMedia Logical Format Specifications (1999) | Invalidity | Banerjee; McAlexander | HP063018 | HP063032 | Jan 10 |
| RX-0539 | — | SmartMedia Physical Specifications (1999) | Invalidity | Banerjee; McAlexander | HP177082 | HP177107 | Jan 10 |
| RX-0540 - RX-0542 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0543 | — | U.S. Patent Appl. No. 2002/0065001 | Invalidity | McAlexander | HP063121 | HP063135 | Jan 10 |
| RX-0544 | — | U.S. Patent Application Publication No. 2003/0095386 | Invalidity | McAlexander | HP060783 | HP060798 | Jan 10 |
| RX-0545 | — | U.S. Patent No. 6,062,887 (Schuster) | Invalidity | McAlexander | SEC841_0006736 | SEC841_0006758 | Jan 10 |
| RX-0546 | — | U.S. Patent No. 6,402,558 (Hung Ju) | Invalidity | McAlexander; Banerjee | HP059964 | HP059973 | Jan 10 |
| RX-0547 | — | U.S. Patent No. 6,062,887 (Schuster) | Invalidity | McAlexander | HP065538 | HP065560 | Jan 10 |
| RX-0548 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0549 | — | U.S. Patent No. 6,612,492 | Invalidity | McAlexander; Banerjee | HP066401 | HP066412 | Jan 10 |
| RX-0550 | — | U.S. Patent No. 6,746,280 | Invalidity | McAlexander; Banerjee | HP173163 | HP173177 | Jan 10 |
| RX-0551 - RX-0553 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0554 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0555 | — | JP 2001-223044 | Invalidity | McAlexander; Banerjee | HP062406 Eng with Certification; HP174811 – HP174828 | HP062437 | Jan 10 |
| RX-0556 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0557 | — | Project ID: DM-FLEX_PCD50BSCSI_PCCFSMSDMS_SCM release notes | Invalidity | Banerjee; McAlexander; Balasubramanian | IDEN-ITC0000001 | IDEN-ITC0000002 | Jan 10 |
| RX-0558 | C | Project ID: DM_LYNX_CF_SCM release notes | Invalidity | Banerjee; McAlexander; Balasubramanian | IDEN-ITC0000003 | IDEN-ITC0000006 | Jan 10 |
| RX-0559 | C | General Information – SCM Microsystems | Invalidity | Banerjee; McAlexander; Balasubramanian | IDEN-ITC0000007 | IDEN-ITC0000016 | Jan 10 |
| RX-0560 | C | eUSBDM CompactFlash-SmartMedia Firmware Version 5.05, Release Notes | Invalidity | Banerjee; McAlexander; Balasubramanian | IDEN-ITC0000031 | IDEN-ITC0000033 | Jan 10 |
| RX-0561 - RX-0586 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**

Inv. No. 337-TA-341

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0587 | C | Rebuttal Expert Witness Report of Dr. Sanjay Banerjee Regarding Non-Infringement of United States Patent No. 7,163,549, Exhibit D, Appendices 1-12 | Invalidity; Noninfringement | Banerjee | N/A | N/A | Jan 10 |
| RX-0588 | C | SCM Microsystems DM_PCB01_CFSM_BELKIN Rev. 2.2 PCB Gerber doc | Invalidity | Banerjee; McAlexander; Balasubramanian; Conte | IDEN-ITC0000017 | IDEN-ITC0000029 | Jan 10 |
| RX-0589 - RX-0608 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0609 | — | Binder of documents and reports showing types of products sold in the retail channel | Invalidity | Warner | N/A | N/A | Jan 10 |
| RX-0610 - RX-0617 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0618 | — | NPD TechWorld Report 3/1/2004 (pp. 42 - 48) | Invalidity | Warner | N/A | N/A | Jan 9 |
| RX-0619 - RX-0623 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0624 | — | NPD TechWorld Report 12/1/2003 (pp. 107-120) | Invalidity | Warner | N/A | N/A | Jan 10 |
| RX-0625 - RX-0636 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0637 | — | Dazzle Six In One USB Card Reader, October 24, 2001 | Invalidity | Warner | IDEN-ITC0000034 | IDEN-ITC0000034 | Jan 10 |
| RX-0638 - RX-0647 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0648 | — | Direct Witness Statement of Andrew Warner | Invalidity | Warner | N/A | N/A | Jan 10 |
| RX-0649 - RX-0680 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0681 | xxx | moved to Joint Exhibit List | xxxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0682 - RX-0686 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0687 | — | "Engineering Report on the Pin Analysis of the Dazzle MD-8400 Universal 6-in-1 Digital Media Card Reader" | Invalidity | Banerjee | BROTHER01741090 | BROTHER01741120 | Jan 10 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0688 | — | FCC Equipment Registration MFC9200C | Invalidity | Banerjee; Brother Witness | BROTHER01741008 | BROTHER01741008 | Jan 10 |
| RX-0689 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0690 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0691 | C | Brother MFC-7400C Service Manual, Appendix 2 Circuit Diagrams (F Media PCB). | Invalidity | Banerjee; Brother Witness | BROTHER01742082 | BROTHER01742310 | Jan 10 |
| RX-0692 | — | Brother MFC-7400C User Manual | Invalidity | Banerjee; Brother Witness | BROTHER01724935 | BROTHER01725186 | Jan 10 |
| RX-0693 | C | Brother MFC-9200C Service Manual, Appendix 2 Circuit Diagrams (F Media PCB). | Invalidity | Banerjee; Brother Witness | BROTHER01742311 | BROTHER01742544 | Jan 10 |
| RX-0694 | — | Brother MFC-9200C User Manual | Invalidity | Banerjee; Brother Witness | BROTHER01725187 | BROTHER01725430 | Jan 10 |
| RX-0695 | — | Hard Copy Observer October 2001 | Invalidity | Banerjee; Brother Witness | BROTHER01723848 | BROTHER01723849 | Jan 10 |
| RX-0696 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0697 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0698 | — | FCC Equipment Registration MFC7300C, MFC7400C | Invalidity | Banerjee; Brother Witness | BROTHER01741010 | BROTHER01741010 | Jan 10 |
| RX-0699 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0700 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0701 | — | MultiMediaCard Product Manual, SanDisk Corp., 2000 | Invalidity; Noninfringement | Banerjee; McAlexander; Mercer | SEC841_0001699 | SEC841_0001784 | Jan 10 |
| RX-0702 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0703 | — | Samsung K9D1208V0A | Invalidity | Banerjee | HP062448 | HP062473 | Jan 10 |
| RX-0704 – RX-0708 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0709 | xxx | moved to Joint Exhibit List | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0710 | — | The SMIL (SmartMedia Interface Library) Hardware Edition Version 1.00, Toshiba Corp., July 1, 2000 | Invalidity | Banerjee; Jones; McAlexander | HP174125 | HP174160 | Jan 10 |
| RX-0711 | — | Toshiba TC58V64ADC Datasheet | Invalidity | Banerjee; McAlexander | HP063320 | HP063352 | Jan 10 |
| RX-0712 | xxx | moved to Joint Exhibit List | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0713 | C | Imation Showcase Full Line of Personal Storage Offerings During CES 2002 | Invalidity | TPL witness; Buscaino; Banerjee; McAlexander | TPL388436 | TPL388439 | Jan 10 |
| RX-0714 | — | Investor Relations News Release: Imation Showcases Full Line of Personal and Network Storage Offerings at PCEXPO 2001, 6/26/2001 | Invalidity | TPL witness; Buscaino; Banerjee; McAlexander | TPL0038864 | TPL0038867 | Jan 10 |
| RX-0715 | C | Intel Desktop Boards Hannacroix Concept PC | Invalidity | TPL witness; Buscaino; Banerjee; McAlexander | TPL036807 | TPL036808 | Jan 10 |
| RX-0716 | C | Intel Desktop Platforms Lecta Concept Platform | Invalidity | TPL witness; Buscaino; Banerjee; McAlexander | TPL036809 | TPL036817 | Jan 10 |
| RX-0717 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0718 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0719 | C | OnSpec sales data 1998 thru Sept 2006 | Invalidity | TPL witness; Buscaino; Banerjee; McAlexander | TPL389798 | TPL389900 | Jan 10 |
| RX-0720 | C | TPL/IntellaSys Product Group Product Revenue by Year | Invalidity; Lack of Domestic Industry | TPL witness; Buscaino; Banerjee; McAlexander; Leonard | TPL389901 | TPL389902 | Jan 10 |
| RX-0721 | C | Invoice and Order Sheet | Invalidity | TPL witness; Buscaino; Banerjee; McAlexander | TPL389903 | TPL389911 | Jan 10 |
| RX-0722 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0723 | — | U.S. Patent No. 5,740,349 | Invalidity; Noninfringement | Banerjee; McAlexander | HP064938 | HP064954 | Jan 10 |
| RX-0724 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0725 | — | U.S. Patent No. 5,928,347 (Jones) | Invalidity | Banerjee; McAlexander | SEC841_0006136 | SEC841_0006145 | Jan 10 |
| RX-0726 | — | U.S. Patent No. 6,185,134 | Invalidity | Banerjee; McAlexander | SEC841_0067015 | SEC841_0067033 | Jan 10 |
| RX-0727 | — | U.S. Patent No. 6,199,122 | Invalidity | Banerjee; McAlexander | SEC841_0007041 | SEC841_0007060 | Jan 10 |
| RX-0728 | — | U.S. Patent No. 6,260,156 | Invalidity | Banerjee; McAlexander | SEC841_0007163 | SEC841_0007193 | Jan 10 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0729 | — | U.S. Patent No. 6,388,919 | Invalidity | Banerjee; McAlexander | SEC841_0007597 | SEC841_0007621 | Jan 10 |
| RX-0730 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0731 | — | U.S. Patent No. 6,984,152 | Invalidity | Banerjee; McAlexander | SEC841_0006469 | SEC841_0006487 | Jan 10 |
| RX-0732 | — | U.S. Patent No. 6,987,927 | Invalidity | Banerjee; McAlexander | SEC841_0006488 | SEC841_0006517 | Jan 10 |
| RX-0733 - RX-0740 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0741 | — | U.S. Patent Application No. 10/264,466 | Invalidity | Banerjee; McAlexander | SEC841_0024574 | SEC841_0025132 | Jan 10 |
| RX-0742 - RX-0745 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0746 | — | U.S. Patent Application Publication No. 2003/0038177 | Invalidity | Banerjee; McAlexander | SEC841_0003403 | SEC841_0003433 | Jan 10 |
| RX-0747 - RX-0751 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0752 | — | U.S. Patent No. 5,887,145 | Invalidity | Banerjee; McAlexander | HP065144 | HP065164 | Jan 10 |
| RX-0753 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0754 | — | U.S. Patent No. 6,402,558 (Hung-ju) | Invalidity | Banerjee | HP065357 | HP065366 | Jan 8 |
| RX-0755 | — | U.S. Patent No. 6,858,202 (Battaglia) | Invalidity | McAlexander; Banerjee | TPL063225 | TPL063238 | Jan 10 |
| RX-0756 - RX-0758 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0759 | — | "The Review": Microtech USB CameraMate | Invalidity | Banerjee | HP063181 | HP063182 | Jan 10 |
| RX-0760 | C | SmartMedia Algorithm v1.00 | Invalidity; Noninfringement | Banerjee; McAlexander | TPL139179 | TPL139200 | Jan 10 |
| RX-0761 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0762 | — | CF+ and CompactFlash Specification Revision 1.4 | Invalidity; Noninfringement | McAlexander; Mercer; Mroczkowski | SEC841_0001070 | SEC841_0001185 | Jan 10 |
| RX-0763 | C | Memory Stick Standard | Invalidity; Noninfringement | McAlexander; Banerjee | SEC841_0063812 | SEC841_0064089 | Jan 10 |
| RX-0764 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0765 | — | Product Brief – Toshiba PC Card ATA to Secure Digital (SD) Memory Card Controller – TC6374AF | Invalidity | McAlexander | HP177243 | HP177244 | Jan 10 |
| RX-0766 – RX-0771 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0772 | — | Press release – Toshiba Launches First Portable PC Host Controller LSI for SD Memory Card and SmartMedia – Oct. 2, 2000 | Invalidity | McAlexander | HP177245 | HP177246 | Jan 10 |
| RX-0773 – RX-0775 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0776 | — | DataFab Systems Inc. leading in portable storage systems, is now offering dual-slot CompactFlash and SmartMedia card reader | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000005 | ATECH841_ITC_000005 | Jan 10 |
| RX-0777 | C | letter from Atech to Allacense/TPL dated 01/28/2008 responding to infringement notice & denying infringement of TPL patents | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000006 | ATECH841_ITC_000011 | Jan 10 |
| RX-0778 | — | Stellmack, D., 'Atech Flash Technology,' Tom's Hardware review | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000012 | ATECH841_ITC_000021 | Jan 10 |
| RX-0779 | C | correspondence with Suntek regarding product concept drawings | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000022 | ATECH841_ITC_000043 | Jan 10 |
| RX-0780 | — | Atech webpage advertising Pro II and Pro III readers | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000044 | ATECH841_ITC_000047 | Jan 10 |
| RX-0781 | — | Invoices from Atech to Voodoo Computer, ABS Computer, Elitegroup, Tiger Direct, Systemax, Central Computer, Promar, and Fry's for Pro-II Multi-Slot Reader with USB | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000048 | ATECH841_ITC_000058 | Jan 10 |
| RX-0782 | — | rendering of Pro III packaging | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000059 | ATECH841_ITC_000062 | Jan 10 |
| RX-0783 | — | Pro III schematic | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000083 | ATECH841_ITC_000082 | Jan 10 |
| RX-0784 | — | Atech invoices for Pro III card reader | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000083 | ATECH841_ITC_000087 | Jan 10 |
| RX-0785 | C | Email regarding Internal Bay Drive | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000088 | ATECH841_ITC_000090 | Jan 10 |

Respondents' Final Exhibit List
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0786 | C | Email regarding Lynx-M2 | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000091 | ATECH841_ITC_000094 | Jan 10 |
| RX-0787 | C | Email regarding 4-Slot Reader | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000095 | ATECH841_ITC_000106 | Jan 10 |
| RX-0788 | C | correspondence between Carry Computer and SunTek re USIDMC4S Drive samples, attaching document file titled "ISDMC4S Spec.pdf" | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000107 | ATECH841_ITC_000115 | Jan 10 |
| RX-0789 | — | USC connector photo | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000116 | ATECH841_ITC_000116 | Jan 10 |
| RX-0790 | — | Cable connectors drawing | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000117 | ATECH841_ITC_000117 | Jan 10 |
| RX-0791 | — | USB 5-in-1 Card Reader/Writer Installation Guide | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000118 | ATECH841_ITC_000122 | Jan 10 |
| RX-0792 | C | Atech 6in1 Flash Card Reader Bill of Materials | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000123 | ATECH841_ITC_000123 | Jan 10 |
| RX-0793 | C | Tritonic 6in1 Memory Card Reader/Writer Specification | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000124 | ATECH841_ITC_000127 | Jan 10 |
| RX-0794 | C | Real Design Preliminary Solution for Memory Card Reader Specification | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000128 | ATECH841_ITC_000128 | Jan 10 |
| RX-0795 | C | DataFab Model No. ML3SD-USBN Specification for Approval | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000129 | ATECH841_ITC_000138 | Jan 10 |
| RX-0796 | C | USB 3 Slot Test Report | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000139 | ATECH841_ITC_000144 | Jan 10 |
| RX-0797 | C | Neodio ND3060 Multi-Format Reader/Writer Controller With USB Interface Specification | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000145 | ATECH841_ITC_000154 | Jan 10 |
| RX-0798 | C | Multi-card reader specification for USB Layout | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000155 | ATECH841_ITC_000155 | Jan 10 |
| RX-0799 | — | Suntek invoices for PRO II card reader | Invalidity | Banerjee; McAlexander; Liu | ATECH841_ITC_000156 | ATECH841_ITC_000180 | Jan 10 |
| RX-0800 | — | WO01/80171 | Invalidity | McAlexander | HP068018 | HP068055 | Jan 10 |
| RX-0801 | — | WO01/80171 | Invalidity | McAlexander | DELL00092801 | DELL00092839 | Jan 10 |

**Respondents' Final Exhibit List**

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0802 – | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0807 | — | U.S. Patent No. 6,612,498 (Lipponen) | Invalidity | McAlexander | TPL060585 | TPL060604 | Jan 10 |
| RX-0808 | — | U.S. Patent No. 5,388,248 (Robinson) | Invalidity | McAlexander | HP050510 | HP050565 | Jan 10 |
| RX-0809 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0810 | — | U.S. Patent No. 6,470,284 (Oh) | Invalidity | McAlexander | TPL041947 | TPL041962 | Jan 10 |
| RX-0811 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0812 | — | U.S. Patent No. 6,859,369 (Mambakkam) | Invalidity | McAlexander | TPL059472 | TPL059483 | Jan 10 |
| RX-0813 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0814 | — | U.S. Patent No. 6,699,061 (Abe) | Invalidity | McAlexander | HP066596 | HP066613 | Jan 10 |
| RX-0815 | — | U.S. Patent No. 6,385,677 (Yao) | Invalidity | McAlexander | HP066043 | HP066053 | Jan 10 |
| RX-0816 | — | U.S. Patent No. 6,352,445 (Takei) | Invalidity | McAlexander | HP067877 | HP067888 | Jan 10 |
| RX-0817 | — | JP H11-15928 with certified translation | Invalidity | McAlexander | HP060576 | HP060577D | Jan 10 |
| RX-0818 | — | JP H11-15928 with certified translation | Invalidity | McAlexander | DELL00092763 | DELL00092773 | Jan 10 |
| RX-0819 | — | U.S. Patent No. 6,663,007 | Invalidity | McAlexander | TPL043440 | TPL043460 | Jan 10 |
| RX-0820 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0821 | — | JP 2001-184462 | Invalidity | McAlexander | HP174801 | HP174810 | Jan 10 |
| RX-0822 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0823 | — | U.S. Patent No. 6,247,947 | Invalidity | McAlexander | TPL041937 | TPL041946 | Jan 10 |
| RX-0824 | — | JP 2001-67303 Publication | Invalidity | McAlexander | BROTHER01749970 | BROTHER01750001 | Jan 10 |
| RX-0825 | — | U.S. Patent No. 6,002,605 | Invalidity | McAlexander | TPL043689 | TPL043718 | Jan 10 |
| RX-0826 – RX-0828 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0829 | — | U.S. Patent No. 7,222,205 | Invalidity | McAlexander | TPL059164 | TPL059184 | Jan 10 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0830 – RX-0839 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0840 | — | Actiontec.com CameraConnect Pro overview | Invalidity | Banerjee; McAlexander | HP057322 | HP057324 | Jan 10 |
| RX-0841 | — | Actiontec.com CameraConnect Pro Technical Data | Invalidity | Banerjee; McAlexander | HP058501 | HP058501 | Jan 10 |
| RX-0842 | — | Actiontec.com CameraConnect Pro user's Manual | Invalidity | Banerjee; McAlexander | HP058506 | HP058538 | Jan 10 |
| RX-0843 | — | Datafab.com product sheet: USB Port Dual-Slot CompactFlash/SmartMedia Card Reader | Invalidity | Banerjee | HP176481 | HP176481 | Jan 10 |
| RX-0844 | — | Datafab.com info sheet: USB Port Dual-Slot Compact Flash/SmartMedia Card Reader | Invalidity | Banerjee | HP174296 | HP174296 | Jan 10 |
| RX-0845 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0846 | C | Engineering Report on the Signal Trace Mapping Analysis of the AcomData Multi-Format Memory Card Reader | Invalidity | Banerjee; McAlexander | HP177753 | HP177755 | Jan 10 |
| RX-0847 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0848 | — | HP PhotoSmart 1000 User's Guide | Invalidity | Banerjee | HP059851 | HP059963 | Jan 8 |
| RX-0849 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0850 | — | Lexmark 5770 printer controller chip | Invalidity | Banerjee | HP176504 | HP176506 | Jan 10 |
| RX-0851 | — | Microtech Press Release re 3 Slot SCSI Digital Film Reader for Photo Kiosk Environment | Invalidity | Banerjee | HP060941 | HP060942 | Jan 10 |
| RX-0852 | — | d-store USB CameraMate information sheet | Invalidity | Banerjee | HP056387 | HP056389 | Jan 10 |
| RX-0853 | — | Microtech Press Release: Microtech USB CameraMate Supports IBM Microdrive | Invalidity | Banerjee | HP060947 | HP060949 | Jan 10 |
| RX-0854 | — | News Article: ActionTec debuts 3-in-one PC card reader/writer for digital photos | Invalidity | Banerjee | HP057329 | HP057329 | Jan 10 |
| RX-0855 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0856 | C | SmartMedia™ ECC Reference Manual Version 2.1 | Invalidity | Banerjee; McAlexander | TPL118990 | TPL119015 | Jan 10 |
| RX-0857 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0858 | — | Steve's Digicams Camera Connect Pro | Invalidity | Banerjee; McAlexander | HP058502 | HP058505 | Jan 10 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0859 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0860 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0861 | — | Toshiba TC6371AF Datasheet | Invalidity | Banerjee; McAlexander | HP063353 | HP063410 | Jan 10 |
| RX-0862 | — | Toshiba TC6374AF Hardware Datasheet Rev. 1.22 02/2/15 | Invalidity | Banerjee; McAlexander | HP063536 | HP063660 | Jan 10 |
| RX-0863 - RX-0879 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0880 | — | JP 2001-67303 | Invalidity | McAlexander | CANITC 2546 | CANITC 2575 | Jan 10 |
| RX-0881 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0882 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0883 | — | U.S. Patent No. 6,402,529 | Invalidity | McAlexander | HP066054 | HP066071 | Jan 10 |
| RX-0884 | C | SD Specification, version 0.96 | Invalidity; Noninfringement | McAlexander | HP175408 | HP175435 | Jan 28 |
| RX-0885 - RX-0891 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0892 | — | U.S. Patent Appl. Publication No. 2004/0068601 | Invalidity | McAlexander | SEC841_0073939 | SEC841_0073952 | Jan 10 |
| RX-0893 | — | U.S. Patent No. 6,097,605 | Invalidity | Banerjee; McAlexander | HP065627 | HP065635 | Jan 10 |
| RX-0894 - RX-0896 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0897 | — | U.S. Patent No. 6,754,765 (Chang) | Invalidity | Banerjee | SEC841_0008774 | SEC841_0008789 | Jan 10 |
| RX-0898 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0899 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0900 | — | U.S. Patent No. 5,320,562 (1994) | Invalidity | McAlexander | HP064520 | HP064540 | Jan 10 |
| RX-0901 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-0902 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |

Respondents' Final Exhibit List
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0903 | C | PCD-47 Auto-upgrade Firmware Utility Schedule | Invalidity | Banerjee; McAlexander; Balasubramanian; Conte | IDEN-ITC0000118 | IDEN-ITC0000118 | Jan 10 |
| RX-0904 - RX-0931 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0932 | — | U.S. Patent No. 6,808,424 | Invalidity | McAlexander | BROTHER00005458 | BROTHER00005479 | Jan 10 |
| RX-0933 - RX-0938 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0939 | — | Engineering Report on the Pin Analysis of the Imation FlashGO! Plus32 Memory Card Reader | Invalidity | McAlexander | BROTHER01741182 | BROTHER01741205 | Jan 10 |
| RX-0940 - RX-0943 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0944 | — | MMCA Tech Committee The MultiMediaCard System Specs 2.11 | Invalidity; Noninfringement | Banerjee; McAlexander | HP176513 | HP176635 | Jan 10 |
| RX-0945 | C | 90C36LC1A Specification OnSpec Electronic Inc. | Invalidity | McAlexander | JONES009274 | JONES009312 | Jan 10 |
| RX-0946 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0947 | — | Palm m500 User Guide | Invalidity | McAlexander | HP061564 | HP061849 | Jan 10 |
| RX-0948 - RX-0950 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0951 | — | PCD-47 User's Manual | Invalidity | McAlexander | HP054597 | HP054631 | Jan 10 |
| RX-0952 - RX-0954 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0955 | C | OnSpec Income Statement – Rolling Ten Year | Invalidity; Lack of Domestic Industry | TPL witness; Buscaino; Banerjee; McAlexander; Vander Veen | TPL036785 | TPL036785 | Jan 10 |
| RX-0956 - RX-0959 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0960 | — | Engineering Report on the Pin Analysis of the Atech PRO II Internal/External 6 in 1 USB Multi-Slot Card Reader/Writer | Invalidity | McAlexander | BROTHER01749930 | BROTHER01749953 | Jan 10 |
| RX-0961 | — | Engineering Report on the Card Transfer Analysis of the Dazzle DM-8400 universal 6 in 1 Memory Card Adapter | Invalidity | McAlexander | BROTHER01741206 | BROTHER01741236 | Jan 10 |
| RX-0962 | C | Dazzle Orca Dolphin Product Page | Invalidity | McAlexander; Balasubramanian | IDEN-ITC0000030 | IDEN-ITC0000030 | Jan 10 |
| RX-0963 | XXX | withdrawn | XXXXXXXXX | XXXXXXXXX | XXXXXXXXX | XXXXXXXXX | N/A |
| RX-0964 | — | Dazzle Six in One USB Card Reader, October 24, 2001 | Invalidity | McAlexander; Balasubramanian | IDEN-ITC0000034 | IDEN-ITC0000034 | Jan 10 |
| RX-0965 | C | SCM PCD Series of Digital Media Readers: Summary of product evolution, SCM Microsystems | Invalidity | McAlexander | IDEN-ITC0000035 | IDEN-ITC0000041 | Jan 10 |
| RX-0966 | XXX | withdrawn | XXXXXXXXX | XXXXXXXXX | XXXXXXXXX | XXXXXXXXX | N/A |
| RX-0967 | — | Press release of April 1, 2003 in English | Invalidity | McAlexander | BROTHER01741086 | BROTHER01741087 | Jan 10 |
| RX-0968 - RX-0971 | XXX | withdrawn | XXXXXXXXX | XXXXXXXXX | XXXXXXXXX | XXXXXXXXX | N/A |
| RX-0972 | — | Specifications for Dell Inspiron 7000 | Invalidity | McAlexander | DELL00092895 | DELL00092897 | Jan 10 |
| RX-0973 | — | Specs for Dell Inspiron 7000 | Invalidity | McAlexander | DELL00092898 | DELL00092900 | Jan 10 |
| RX-0974 | — | "OmniFlash Uno Mas Universal Card Reader" | Invalidity | McAlexander | SEC841_0001788 | SEC841_0001790 | Jan 10 |
| RX-0975 | C | Dell Inspiron 7000 Schematic | Invalidity | McAlexander | DELL00092715 | DELL00092752 | Jan 10 |
| RX-0976 | — | TI PCI1220 PC Card Controller Specification | Invalidity | McAlexander | DELL00092774 | DELL00092800 | Jan 10 |
| RX-0977 | XXX | withdrawn | XXXXXXXXX | XXXXXXXXX | XXXXXXXXX | XXXXXXXXX | N/A |
| RX-0978 | XXX | withdrawn | XXXXXXXXX | XXXXXXXXX | XXXXXXXXX | XXXXXXXXX | N/A |
| RX-0979 | C | Fujitsu C2210 Manual Connector Purchase Specification, 2012 | Invalidity | McAlexander; T. Yamamoto | FJ0058227 | FJ0058248 | Jan 10 |
| RX-0980 | C | Fujitsu C2210 Parts List, 2010 | Invalidity | McAlexander; T. Yamamoto | FJ0058367 | FJ0058379 | Jan 10 |
| RX-0981 | C | Fujitsu C2210 Circuit Diagram, 2002 | Invalidity | McAlexander; T. Yamamoto | FJ0058223 | FJ0058226 | Jan 10 |
| RX-0982 - RX-0984 | XXX | withdrawn | XXXXXXXXX | XXXXXXXXX | XXXXXXXXX | XXXXXXXXX | N/A |

Respondents' Final Exhibit List

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-0985 | — | EP 1037159 A2 (Lipponen) | Invalidity | McAlexander | HP174519 | HP174541 | Jan 10 |
| RX-0986 - RX-0988 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0989 | — | PXA250 datasheet | Invalidity | McAlexander | HP059974 | HP059989 | Jan 10 |
| RX-0990 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0991 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0992 | — | U.S. Patent No. 6,658,202 (Battaglia) | Invalidity | McAlexander; Banerjee | SEC841_0008473 | SEC841_0008486 | Jan 10 |
| RX-0993 - RX-0998 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-0999 | — | Direct Witness Statement of Yoshinari Morimoto | Invalidity | Morimoto | N/A | N/A | Jan 10 |
| RX-1000 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1001 | — | 2012-11-02 Butler Affidavit (Acomdata.com) | Invalidity | Banerjee; McAlexander | HP178862 | HP178868 | Jan 10 |
| RX-1002 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1003 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1004 | — | Electronic Packaging and Interconnection Handbook, 2nd ed., Harper, 1997, p. 3.25 | Invalidity | McAlexander | HP059690 | HP059776 | Jan 10 |
| RX-1005 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1006 | — | Dell 3000 Service Manual | Invalidity | McAlexander | DELL00092499 | DELL00092610 | Jan 10 |
| RX-1007 | — | Dell 7000 Service Manual | Invalidity | McAlexander | DELL00092611 | DELL00092714 | Jan 10 |
| RX-1008 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1009 | C | designated testimony of Dwayne Hannah from deposition taken on 05/16/2012 in Inv. No. 337-TA-807 | Lack of Domestic Industry | Hannah; Leonard | N/A | N/A | Jan 9 |
| RX-1010 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1011 | — | Transcend Information, Inc.'s First Notice of Deposition of Technology Properties Limited, LLC (Topic Nos. 1-75) (Hannah Dep. Exh. 1; (Antonopoulos Dep. Exh. 2) | Lack of Domestic Industry | Hannah; Antonopoulos | N/A | N/A | Jan 25 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-1012 - RX-1017 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1018 | C | Employee Hour Breakdown | Lack of Domestic Industry | Hannah | TPL036784 | TPL036784 | Jan 25 |
| RX-1019 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1020 | C | Project List | Lack of Domestic Industry | Hannah | TPL036774 | TPL036780 | Jan 25 |
| RX-1021 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1022 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1023 | C | 807 Complaint Exh. 77-4 | Lack of Domestic Industry | Dwayne Hannah | N/A | N/A | Jan 25 |
| RX-1024 - RX-1026 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1027 | C | 807 Complaint Exh. 77-31 | Lack of Domestic Industry | Dwayne Hannah | N/A | N/A | Jan 25 |
| RX-1028 | C | Summary of CORE Flash Revenue 2007 - 2012 YTD | Lack of Domestic Industry | Hannah | TPL389797 | TPL389797 | Jan 25 |
| RX-1029 - RX-1070 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1071 | C | designated testimony of Daniel McNary "Mac" Leckrone from deposition taken on 05/17/2012 in Inv. No. 337-TA-807 | Lack of Domestic Industry | M. Leckrone | N/A | N/A | Jan 25 |
| RX-1072 - RX-1074 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1075 | — | Alliacense Licensing Programs | Lack of Domestic Industry | M. Leckrone | N/A | N/A | Jan 25 |
| RX-1076 | C | Services Agreement Between Technology Properties Limited and Alliacense Limited | Lack of Domestic Industry | M. Leckrone | TPL047697 | TPL047703 | Jan 25 |
| RX-1077 | C | 807 Complaint Exh. 77-28 (four double-sided sheets) | Lack of Domestic Industry | M. Leckrone | N/A | N/A | Jan 25 |
| RX-1078 | C | 807 Complaint Exh. 77-30 (three double-sided sheets) | Lack of Domestic Industry | M. Leckrone | N/A | N/A | Jan 25 |
| RX-1079 | C | Alliacense - About Us (color print-out) | Lack of Domestic Industry | M. Leckrone | N/A | N/A | Jan 25 |
| RX-1080 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-1081 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1082 | C | CORE Flash Portfolio License Agreements | Lack of Domestic Industry | Leonard | TPL388440 | TPL389026 | Jan 9 |
| RX-1083 | C | Confidential Exh. 77-2 from Complaint filed in Inv. No. 337-TA-807 (8 double-sided sheets) | Lack of Domestic Industry | M. Leckrone | N/A | N/A | Jan 25 |
| RX-1084 | C | Exh. 77-1 from Complaint filed in Inv. No. 337-TA-807 (M. Leckrone 807 Dep. Exh. 12) | Lack of Domestic Industry | M. Leckrone | N/A | N/A | Jan 25 |
| RX-1085 | C | TPL[      ] License Agreement | Lack of Domestic Industry | Leonard | TPL388989 | TPL389008 | Jan 9 |
| RX-1086 | C | CORE Flash Portfolio License Agreement | Lack of Domestic Industry | M. Leckrone | TPL388440 | TPL388463 | Jan 25 |
| RX-1087 | C | License Agreement between TPL and [      ] id. | Lack of Domestic Industry | Leonard | TPL388693 | TPL388707 | Jan 9 |
| RX-1088 | C | CORE Flash Portfolio License Agreement between Technology Properties Limited and [      ] | Lack of Domestic Industry | Leonard | TPL388886 | TPL388907 | Jan 9 |
| RX-1089 | C | TPL[      ] License Agreement | Lack of Domestic Industry | Leonard | TPL388908 | TPL388930 | Jan 9 |
| RX-1090 | C | TPL[      ] License Agreement | Lack of Domestic Industry | Leonard | TPL388866 | TPL388885 | Jan 9 |
| RX-1091 - RX-1122 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1123 | C | designated testimony of Nicholas Antonopoulos from deposition taken on 05/22/2012 in Inv. No. 337-TA-807 | Invalidity | Antonopoulos | N/A | N/A | Jan 25 |
| RX-1124 - RX-1142 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1143 | C | Direct Witness Statement of Dwayne Hannah from Inv. No. 337-TA-807 | Invalidity; Noninfringement; Lack of Domestic Industry | Hannah; Leonard | TPL1037678 | TPL1037693 | Jan 9 |
| RX-1144 - RX-1147 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1148 | — | OmniFlash Uno Mas universal card reader publication | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RX-1149 - RX-1180 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1181 | C | Direct Witness Statement of Larry Lawson Jones from Inv. No. 337-TA-807 | Invalidity; Noninfringement; Lack of Domestic Industry | Jones | TPL 1037968 | TPL 1037984 | excluded Jan 4 |

**Respondents' Final Exhibit List**
**Inv. No. 337-TA-841**

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-1182 – RX-1192 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1193 | C | Attachment F to McAlexander Initial Report re Invalidity of U.S. Patent Nos. 6,438,638, 6,976,623, 7,295,443, 7,522,424, and 7,719,847 - Documents Considered | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RX-1194 | C | Attachment G to McAlexander Initial Report re Invalidity of U.S. Patent Nos. 6,438,638, 6,976,623, 7,295,443, 7,522,424, and 7,719,847 - Curriculum Vitae, Other Cases | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RX-1195 – RX-1197 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1198 | — | Japanese Patent Application Kokai Publication No. 2001-75745 (English translation) | Invalidity | Banerjee; McAlexander | SEC841_0093341 | SEC841_0093355 | Jan 10 |
| RX-1199 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1200 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1201 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1202 | C | Initial Expert Report of Dale E. Buscaino dated 10/10/2012 | Noninfringement | Buscaino | N/A | N/A | Jan 9 |
| RX-1203 – RX-1214 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1215 | C | Buscaino Expert Report Dell Exh. 7 – '623 Dell 19in1 Long Bay Reader | Noninfringement | Buscaino; McAlexander | N/A | N/A | Jan 9 |
| RX-1216 | C | Buscaino Expert Report Dell Exh. 8 – '638 Dell 19in1 Long Bay Reader | Noninfringement | Buscaino; McAlexander | N/A | N/A | Jan 9 |
| RX-1217 – RX-1244 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1245 | C | Banerjee Rebuttal Report Exh. D, Appendix 1-12 | Noninfringement; Lack of Domestic Industry; Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RX-1246 – RX-1251 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1252 | C | Exh. 1 to the Rebuttal Expert Report of Brian A. Berg on Non-Infringement - Brian A. Berg CV | Noninfringement | Berg | N/A | N/A | Jan 10 |

**Respondents' Final Exhibit List**
**Inv. No. 337-TA-841**

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-1253 | C | Exh. 2 to the Rebuttal Expert Report of Brian A. Berg on Non-Infringement | Noninfringement | Berg | N/A | N/A | Jan 10 |
| RX-1254 - RX-1257 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1258 | C | Exh. 7 to the Rebuttal Report of Brian A. Berg on Non-Infringement - Acer product inspection photos | Noninfringement | Berg | N/A | N/A | Jan 10 |
| RX-1259 | C | Exh. 8 to the Rebuttal Report of Brian A. Berg on Non-Infringement - continuity test tables for the Acer products | Noninfringement | Berg | N/A | N/A | Jan 10 |
| RX-1260 | C | Exh. 9 to the Rebuttal Expert Report of Brian A. Berg on Non-Infringement | Noninfringement | Berg | N/A | N/A | Jan 10 |
| RX-1261 | C | Exh. 10 to the Rebuttal Expert Report of Brian A. Berg on Non-Infringement | Noninfringement | Berg | N/A | N/A | Jan 10 |
| RX-1262 | C | Exh. 11 to the Rebuttal Expert Report of Brian A. Berg on Non-Infringement | Noninfringement | Berg | N/A | N/A | Jan 10 |
| RX-1263 | C | Exh. 12 to the Rebuttal Expert Report of Brian A. Berg on Non-Infringement | Noninfringement | Berg | N/A | N/A | Jan 10 |
| RX-1264 | C | Exh. 13 to the Rebuttal Expert Report of Brian A. Berg on Non-Infringement | Noninfringement | Berg | N/A | N/A | Jan 10 |
| RX-1265 | C | Exh. 14 to the Rebuttal Expert Report of Brian A. Berg on Non-Infringement - HP Continuity Test Tables | Noninfringement | Berg | N/A | N/A | Jan 10 |
| RX-1266 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1267 | C | Exh. 16 to the Rebuttal Expert Report of Brian A. Berg on Non-Infringement - Fujitsu Redesigned Product Testing Photos | Noninfringement | Berg | N/A | N/A | Jan 10 |
| RX-1268 - RX-1275 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1276 | C | Mercer Rebuttal Report Exh. B | Noninfringement; Lack of Domestic Industry | Mercer | N/A | N/A | Jan 10 |
| RX-1277 - RX-1325 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1326 | C | TPL's Responses and Objs. to Respondents HP, Canon Inc., Micron, Lexar, Brother, Kingston, HiTi, Shuttle, Inc., Seiko Epson, NewEgg, and Rosewill's 1st Set of RFAs | Noninfringement | Banerjee | N/A | N/A | Jan 10 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-1327 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1328 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1329 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1330 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1331 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1332 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1333 – RX-1337 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1338 | C | MMC System Specification Version 3.31 MMCA Technical Committee | Noninfringement | Banerjee | TPL138316 | TPL138465 | Jan 10 |
| RX-1339 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1340 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1341 | C | Brother's 1st Supplemental Responses and Objections to TPL's 1st Set of Interrogatories | Noninfringement | Banerjee; Mercer; Leonard | N/A | N/A | Jan 9 |
| RX-1342 | C | Brother's Responses and Objections to TPL's 2nd Set of Interrogatories | Noninfringement | Bannerjee; Mercer | N/A | N/A | Jan 10 |
| RX-1343 – RX-1460 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1461 | C | Technical Schematics for Fujitsu Products | Noninfringement | Berg; Mroczkowski; T. Yamamoto | FJ0062406 | FJ0062408 | Jan 8 |
| RX-1462 – RX-1793 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1794 | C | SD Specifications Part 1 Physical Layer Specification Version 2.00 | Noninfringement | Berg; Mroczkowski; T. Yamamoto | TPL0379909 | TPL0380092 | Jan 10 |
| RX-1795 – RX-1814 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1815 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1816 – RX-1835 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1836 | C | Direct Witness Statement of Takahiko Yamamoto | Invalidity | T. Yamamoto | N/A | N/A | Jan 10 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-1837 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1838 – RX-1841 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1842 | C | Northstar Systems schematic for MSU | Noninfringement | Berg | HP175880 | HP175882 | Jan 10 |
| RX-1843 – RX-1846 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1847 | C | Northstar systems schematic for SD+MS+XD | Noninfringement | Berg | HP175883 | HP175884 | Jan 10 |
| RX-1848 – RX-1850 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-1851 | C | ODM Specification Sheet for HP 630 Notebook | Noninfringement | Berg | HP089678 | HP089678 | Jan 10 |
| RX-1852 – RX-2366 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2367 | C | Northstar spec sheet | Noninfringement | Berg | HP089683 | HP089684 | Jan 10 |
| RX-2368 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2369 | — | SD Memory Card Specifications, Part 1, v. 1.0, March 2000 | Noninfringement | Mercer; McAlexander | CANITC2720 | CANITC2836 | Jan 10 |
| RX-2370 | — | SmartMedia™ Electrical Specifications Web-Online V. 1.00, May 19, 1999 | Invalidity | Banerjee; McAlexander | CANITC2837 | CANITC2862 | Jan 10 |
| RX-2371 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2372 | C | Brother BH15-01 PCB Schematic | Noninfringement | Mercer; Brother Witness | BROTHER01019872 | BROTHER01019880 | Jan 28 |
| RX-2373 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2374 | C | Brother BH15-02 PCB Schematic | Noninfringement | Mercer; Brother Witness | BROTHER01019881 | BROTHER01019889 | Jan 28 |
| RX-2375 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2376 | C | DDK MCH-LNS5D-A-PC Card Connector Specification | Noninfringement | Mercer; Mroczkowski; Brother Witness | BROTHER00010038 | BROTHER00010088 | Jan 10 |
| RX-2377 – RX-2381 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-2382 | — | Photos of Yamaichi H001-A022 (4 in 1) Card Connector | Noninfringement | Mercer; Mroczkowski | BROTHER01749851 | BROTHER01749861 | Jan 8 |
| RX-2383 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2384 | C | Software/Firmware Specification, Version 2 – Brother MFC-J220 / Brother MFC-J5910DW / Brother MFC-J6510DW / Brother MFC-J6710DW / Brother MFC-J6910DW | Noninfringement | Mercer; Brother Witness | BROTHER01740339 | BROTHER01740365 | Jan 28 |
| RX-2385 | C | Software/Firmware Specification, Version 2 – Brother MFC-J625DW / Brother MFC-J825DW / Brother MFC-J835DW | Noninfringement | Mercer; Brother Witness | BROTHER01740366 | BROTHER01740393 | Jan 28 |
| RX-2386 | — | User's Guide – Brother MFC-5895CW | Noninfringement | Mercer; Brother Witness | BROTHER00008902 | BROTHER00009148 | Jan 10 |
| RX-2387 | — | The MultiMediaCard Specification V2.11 | Invalidity | Banerjee; McAlexander | HP176513 | HP176635 | Jan 10 |
| RX-2388 | — | Basic User's Guide – Brother MFC-J6510DW / Brother MFC-J6710DW | Noninfringement | Mercer; Brother Witness | BROTHER00009238 | BROTHER00009400 | Jan 10 |
| RX-2389 – RX-2393 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2394 | — | Receipts and Photos of Redesigned HP Products | Noninfringement | Mercer; Berg | HP177600 | HP177621 | Jan 10 |
| RX-2395 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2396 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2397 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2398 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2399 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2400 | — | CF+ and CompactFlash Specification Revision 1.4 | Invalidity; Noninfringement | Banerjee; McAlexander; Mercer; Mroczkowski | SEC841_0001070 | SEC841_0001185 | Jan 8 |
| RX-2401 – RX-2404 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2405 | — | 16-001 (1) Pre-Inspection Photos | Noninfringement | Mroczkowski | HP178633 | HP178639 | Jan 8 |
| RX-2406 | — | 16-001 (2) Post-Inspection Photos | Noninfringement | Mroczkowski | HP178640 | HP178646 | Jan 8 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-2407 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2408 | — | 10-010 (1) Pre-Inspection Photos | Noninfringement | Mroczkowski | HP178485 | HP178494 | Jan 8 |
| RX-2409 | — | 10-010 (2) Post-Inspection Photos | Noninfringement | Mroczkowski | HP178495 | HP178501 | Jan 8 |
| RX-2410 | — | HP630 – Post-Inspection Photos | Noninfringement | Mroczkowski | HP178830 | HP178853 | Jan 8 |
| RX-2411 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2412 | — | 11-001 (2) Post-Inspection Photos | Noninfringement | Mroczkowski | HP178509 | HP178582 | Jan 8 |
| RX-2413 | — | 13-002 (1) Pre-Inspection Photos | Noninfringement | Mroczkowski | HP178583 | HP178589 | Jan 8 |
| RX-2414 | — | 13-002 (2) Post-Inspection Photos | Noninfringement | Mroczkowski | HP178590 | HP178622 | Jan 8 |
| RX-2415 – RX-2419 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2420 | C | Photograph of a Fujitsu Lifebook S752 | Noninfringement | Mroczkowski; T. Yamamoto | FJ0062921 | FJ0062921 | Jan 8 |
| RX-2421 | C | Photograph of a Fujitsu Lifebook S752 | Noninfringement | Mroczkowski; T. Yamamoto | FJ0062922 | FJ0062922 | Jan 8 |
| RX-2422 | C | Photograph of a Fujitsu Lifebook S752 | Noninfringement | Mroczkowski; T. Yamamoto | FJ0062923 | FJ0062923 | Jan 8 |
| RX-2423 | C | Photograph of a Fujitsu Lifebook S752 | Noninfringement | Mroczkowski; T. Yamamoto | FJ0062924 | FJ0062924 | Jan 8 |
| RX-2424 | C | Photograph of a Fujitsu Lifebook S752 | Noninfringement | Mroczkowski; T. Yamamoto | FJ0062925 | FJ0062925 | Jan 8 |
| RX-2425 | C | Photograph of a Fujitsu Lifebook S752 | Noninfringement | Mroczkowski; T. Yamamoto | FJ0062926 | FJ0062926 | Jan 8 |
| RX-2426 | C | Photograph of a Fujitsu Lifebook E752 | Noninfringement | Mroczkowski; T. Yamamoto | FJ0062927 | FJ0062927 | Jan 8 |
| RX-2427 | C | Photograph of a Fujitsu Lifebook E752 | Noninfringement | Mroczkowski; T. Yamamoto | FJ0062928 | FJ0062928 | Jan 8 |
| RX-2428 | C | Photograph of a Fujitsu Lifebook E752 | Noninfringement | Mroczkowski; T. Yamamoto | FJ0062929 | FJ0062929 | Jan 8 |
| RX-2429 | C | Photograph of a Fujitsu Lifebook E752 | Noninfringement | Mroczkowski; T. Yamamoto | FJ0062930 | FJ0062930 | Jan 8 |
| RX-2430 | C | Photograph of a Fujitsu Lifebook E752 | Noninfringement | Mroczkowski; T. Yamamoto | FJ0062931 | FJ0062931 | Jan 8 |
| RX-2431 | C | Photograph of a Fujitsu Lifebook E752 | Noninfringement | Mroczkowski; T. Yamamoto | FJ0062932 | FJ0062932 | Jan 8 |
| RX-2432 | C | Photograph of a Fujitsu Lifebook E752 | Noninfringement | Mroczkowski; T. Yamamoto | FJ0062933 | FJ0062933 | Jan 8 |

Respondents' Final Exhibit List
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-2433 - RX-2441 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-2442 | — | Photographs of HiTi-P9 | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI-006348 | HITI-006352 | Jan 8 |
| RX-2443 - RX-2559 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-2560 | — | Product page for Rosewill RCR-YJ-EX601 | Noninfringement | Mercer | TPL1037652 | TPL1037653 | Jan 10 |
| RX-2561 - RX-2575 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-2576 | — | U.S. Patent No. 6,859,369 B2 (Mambakkam) | Invalidity | McAlexander | SEC841_0009118 | SEC841_0009130 | Jan 10 |
| RX-2577 - RX-2595 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-2596 | C | SmartMedia Electrical Specifications Version 1.30 | Invalidity; Noninfringement | Banerjee; McAlexander | SEC841_0077128 | SEC841_0077163 | Jan 10 |
| RX-2597 - RX-2673 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-2674 | C | Expert Report of Dr. Gregory K. Leonard Regarding Domestic Industry, Remedy and Bonding | Lack of Domestic Industry; Remedy; Bond | Leonard | N/A | N/A | Jan 9 |
| RX-2675 - RX-2684 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-2685 | C | TPL License Agreement Portfolio | Lack of Domestic Industry | Leonard | TPL388440 | TPL389026 | Jan 9 |
| RX-2686 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-2687 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-2688 | C | Letter from Alliacense to Paul Roeder at HP and attached "TPL Patent Portfolios" | Lack of Domestic Industry; Remedy | Leonard | TPL015886 | TPL015945 | Jan 9 |
| RX-2689 | C | Alliacense License Discussions and Product Analysis | Lack of Domestic Industry; Remedy | Leonard | TPL002200 | TPL002260 | Jan 9 |
| RX-2690 | C | [         ] over "CORE Flash Portfolio" | Lack of Domestic Industry; Remedy | Leonard | TPL033965 | TPL033968 | Jan 9 |
| RX-2691 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |

Respondents' Final Exhibit List
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-2692 | C | Re: CORE Flash Licensing Program | Lack of Domestic Industry;  Remedy | Leonard | TPL017191 | TPL017197 | Jan 9 |
| RX-2693 | C | Re: CORE Flash Licensing Program | Lack of Domestic Industry;  Remedy | Leonard | TPL018347 | PL018349 | Jan 9 |
| RX-2694 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2695 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2696 | C | Re: CORE Flash Portfolio Licensing Program | Lack of Domestic Industry;  Remedy | Leonard | TPL008373 | TPL008375 | Jan 9 |
| RX-2697 | C | re CORE Flash Portfolio Licensing Program | Lack of Domestic Industry;  Remedy | Leonard | TPL053638 | TPL053638 | Jan 9 |
| RX-2698 | C | on Re: CORE Flash Portfolio Licensing Program | Lack of Domestic Industry;  Remedy | Leonard | TPL054017 | TPL054017 | Jan 9 |
| RX-2699 | C | Hewlett-Packard ID11 Stargell 6-in-1 Media Card Reader with Front I/O Cable, Specification | Remedy | Leonard; HP witness | HP089685 | HP089710 | Jan 4 |
| RX-2700 | C | TPL's 1st Supplemental Response to HP's Interrogatory No. 24 | Lack of Domestic Industry;  Remedy | Leonard | N/A | N/A | Jan 28 |
| RX-2701 – RX-2708 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2709 | C | HP Shopper Insights 2012 Select and Buy | Domestic Industry; Remedy; Bonding | Leonard | HP178208 | HP178231 | Jan 8 |
| RX-2710 | C | Native Excel File from iSuppli | Domestic Industry; Remedy; Bonding | Leonard | HP178207 | HP178207 | Jan 9 |
| RX-2711 – RX-2713 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2714 | C | xD-Picture Card License Agreement | Bond | Leonard; HP witness | HP178473 | HP178484 | Jan 4 |
| RX-2715 | — | HP® Official Store — Buy and Customize your p7-1400t series PC | Remedy | Leonard; HP witness | HP178858 | HP178861 | Jan 9 |
| RX-2716 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2717 | C | Chicago Platform Agreement | Remedy | Leonard; HP witness | HP178873 | HP178874 | Jan 4 |
| RX-2718 – RX-2720 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2721 | C | HP PhotoSmart 5510 BOM | Remedy | Leonard; HP witness | HP178232 | HP178261 | Jan 8 |

**Respondents' Final Exhibit List**

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-2722 | C | HP Inventory of Computer Products | Remedy | Leonard; HP witness | HP178262 | HP178277 | Jan 4 |
| RX-2723 | C | HP PSG Sales Data | Remedy | Leonard; HP witness | HP178278 | HP178280 | Jan 4 |
| RX-2724 | C | HP US Retail Supply Chain (PSG) | Remedy | Leonard; HP witness | HP178281 | HP178289 | Jan 4 |
| RX-2725 | C | HP Printer Sales Data, IJ HW Summary: US FY10–Q3FY12 | Remedy | Leonard; HP witness | HP178290 | HP178291 | Jan 8 |
| RX-2726 | C | HP Printing & Supplies, AMS IWS HW Demand Planning | Remedy | HP witness | HP178292 | HP178295 | Jan 8 |
| RX-2727 | C | HP Inventory of Printer Products | Remedy | Leonard; HP witness | HP178296 | HP178296 | Jan 8 |
| RX-2728 | C | SD Host/Ancillary Product License Agreement | Bond | Leonard; HP witness | HP178392 | HP178427 | Jan 4 |
| RX-2729 | C | Memory Stick Pro Controller IC Agreement | Bond | Leonard; HP witness | HP178428 | HP178442 | Jan 4 |
| RX-2730 | C | Memory Stick Pro Hardware Agreement | Bond | Leonard; HP witness | HP178443 | HP178460 | Jan 4 |
| RX-2731 | C | Memory Stick Pro Host Controller IP Agreement | Bond | Leonard; HP witness | HP178461 | HP178472 | Jan 4 |
| RX-2732 – RX-2737 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2738 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2739 – RX-2746 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2747 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2748 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2749 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2750 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2751 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2752 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2753 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2754 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-2755 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2756 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2757 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2758 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2759 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2760 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2761 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2762 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2763 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2764 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2765 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2766 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2767 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2768 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2769 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2770 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2771 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2772 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2773 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2774 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2775 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2776 | xxx | moved to Joint Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2777 - RX-2817 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-2818 | C | designated testimony of Arockiyaswamy Venkidu from deposition taken on 10/19/2012 | Invalidity | Venkidu | N/A | N/A | Jan 25 |
| RX-2819 - RX-2824 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2825 | C | | Invalidity | Venkidu | Jones 000084 | Jones 000093 | Jan 25 |
| RX-2826 - RX-2845 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2846 | C | Leonard Curriculum Vitae | Lack of Domestic Industry; Remedy; Bond | Leonard | N/A | N/A | Jan 9 |
| RX-2847 - RX-2858 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2859 | — | Service Manual; 5000 and 5700 Color Jetprinter; 5770 Photo Jetprinter | Invalidity | Banerjee | HP060817 | HP080906 | Jan 10 |
| RX-2860 | — | Lexmark 5770 Photo Jetprinter; Hardware Reviews | Invalidity | Banerjee | HP173767 | HP173769 | Jan 10 |
| RX-2861 | — | Lexmark Photo Jetprinter 5770 User Guide | Invalidity | Banerjee | HP174829 | HP174924 | Jan 10 |
| RX-2862 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2863 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2864 | C | Sales report | Invalidity | McAlexander; Banerjee | TAEC000001 | TAEC000001 | Jan 10 |
| RX-2865 | C | Secure Digital Card Host Controller Presentation | Invalidity | McAlexander; Banerjee | TAEC000002 | TAEC000144 | Jan 10 |
| RX-2866 - RX-2883 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2884 | C | Banerjee Rebuttal Witness Statement | Noninfringement | Banerjee | N/A | N/A | Jan 10 |
| RX-2885 | C | Direct Witness Statement of Brian A. Berg dated 12/14/2012 | Noninfringement | Berg | N/A | N/A | Jan 10 |
| RX-2886 | C | Corrected Leonard Rebuttal Witness Statement | Lack of Domestic Industry; Economic; Remedy; Bonding | Leonard | N/A | N/A | Jan 9 |
| RX-2887 | C | McAlexander Rebuttal Witness Statement | Lack of Domestic Industry; Remedy; Bonding | McAlexander | N/A | N/A | Jan 10 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-2888 | C | Mercer Rebuttal Witness Statement | Noninfringement; Lack of Domestic Industry Technical Prong | Mercer | N/A | N/A | Jan 10 |
| RX-2889 | C | Mroczkowski Rebuttal Witness Statement | Noninfringement | Mroczkowski | N/A | N/A | Jan 8 |
| RX-2890 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2891 | C | Wolfe Rebuttal Witness Statement | Noninfringement; Lack of Domestic Industry Technical Prong; Remedy; Bonding | Wolfe | N/A | N/A | Jan 9 |
| RX-2892 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2893 | C | T. Yamamoto Rebuttal Witness Statement | Noninfringement; Remedy | T. Yamamoto | N/A | N/A | Jan 10 |
| RX-2894 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2895 | C | Gerry Juan Direct Witness Statement | Noninfringement | Gerry Juan | N/A | N/A | Jan 9 |
| RX-2896 | C | designated testimony of Nicholas Antonopoulos from deposition taken on 10/30/2012 in Inv. No. 337-TA-841 | Noninfringement; Lack of Domestic Industry | Antonopoulos | N/A | N/A | Jan 25 |
| RX-2897 - RX-2899 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2900 | C | designated testimony of Daniel Leckrone from deposition taken on 10/25/2012 in Inv. No. 337-TA-841 | Lack of Domestic Industry | D. Leckrone | N/A | N/A | Jan 25 |
| RX-2901 - RX-2909 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2910 | C | xD-Picture Card Physical Format and Processing | Lack of Domestic Industry | Banerjee | TPL0390835 | TPL0390843 | Jan 10 |
| RX-2911 - RX-2920 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2921 | — | Lenovo Annual Report Fiscal Year 2012 ended March 31, 2012 | Lack of Domestic Industry; Remedy; Bonding | Leonard | LEONARD000107 | LEONARD000286 | Jan 9 |
| RX-2922 | — | http://www.sandisk.com/about-sandisk | Lack of Domestic Industry; Remedy; Bonding | Leonard | LEONARD000287 | LEONARD000287 | Jan 9 |
| RX-2923 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2924 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-2925 | — | http://www.aipla.org/advocacy/executive/Documents/AIPLA%20Comments%20to%20IPEC%20on%20Joint%20Strategic%20Plan%20on%20IP%20Enforcement%20-%208.10.12.pdf | Lack of Domestic Industry; Remedy; Bonding | Leonard | LEONARD000361 | LEONARD000365 | Jan 9 |
| RX-2926 – RX-2929 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2930 | — | HP 2011 Annual Report | Lack of Domestic Industry; Remedy; Bonding | Leonard | LEONARD000508 | LEONARD000689 | Jan 4 |
| RX-2931 | — | J.P. Morgan, Global Memory Market Report, April 6, 2012 | Lack of Domestic Industry; Remedy; Bonding | Leonard | LEONARD000690 | LEONARD000726 | Jan 9 |
| RX-2932 – RX-2934 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2935 | | http://www.alliacense.com/licensing-programs webpage listing licensing of 13 patent portfolios apart from CORE Flash: MMP, Array, Fastlogic, CryptaByte, STRATA, TruVNS, 3D-ART, SWAT, Audition, Chip Scale, Occam, Nexus and eCommer$se patent portfolios. | Lack of Domestic Industry; Remedy; Bonding | Leonard | LEONARD000861 | LEONARD000863 | Jan 9 |
| RX-2936 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2937 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2938 | — | SanDisk 2011 Annual Report | Lack of Domestic Industry; Remedy; Bonding | Leonard | LEONARD001225 | LEONARD001416 | Jan 9 |
| RX-2939 | — | SanDisk Financial Analyst Day, 02/24/2011 | Lack of Domestic Industry; Remedy; Bonding | Leonard | LEONARD001417 | LEONARD001656 | Jan 9 |
| RX-2940 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2941 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2942 | — | The Evolving IP Marketplace | Lack of Domestic Industry; Remedy; Bonding | Leonard | LEONARD001667 | LEONARD001975 | Jan 9 |
| RX-2943 – RX-2975 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2976 | C | Exh. C to Wolfe Rebuttal Expert Report re Acer Products | Noninfringement; Lack of Domestic Industry Technical Prong | Wolfe | N/A | N/A | Jan 9 |

Respondents' Final Exhibit List
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-2977 - RX-2982 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2983 | — | U.S. Patent Appl. No. 2002/0178307 (Pua) | Noninfringement; Lack of Domestic Industry Technical Prong | Wolfe | TPL043572 | TPL043579 | Jan 9 |
| RX-2984 | — | Acer Diskmon trace sd to cf.LOG | Noninfringement; Lack of Domestic Industry Technical Prong | Wolfe | ACER-841-ITC-0082008 | ACER-841-ITC-0082210 | Jan 9 |
| RX-2985 | — | Acer Diskmon trace sd to microSD partial.LOG | Noninfringement; Lack of Domestic Industry Technical Prong | Wolfe | ACER-841-ITC-0082211 | ACER-841-ITC-0082242 | Jan 9 |
| RX-2986 | — | Acer Diskmon trace sd to ms.LOG | Noninfringement; Lack of Domestic Industry Technical Prong | Wolfe | ACER-841-ITC-0082243 | ACER-841-ITC-0082252 | Jan 9 |
| RX-2987 - RX-2989 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2990 | — | Datasheet for Genesys Logic GL826 controller | Noninfringement; Lack of Domestic Industry Technical Prong | Wolfe | KT000666 | KT000698 | Jan 9 |
| RX-2991 | — | GL826 Block Diagram | Noninfringement; Lack of Domestic Industry Technical Prong | Wolfe | KT000678 | KT000678 | Jan 9 |
| RX-2992 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2993 | C | Complaint Exh. 105-46C | Noninfringement; Lack of Domestic Industry Technical Prong | Wolfe | N/A | N/A | Jan 9 |
| RX-2994 | C | Complaint Exh. 105-54C | Noninfringement; Lack of Domestic Industry Technical Prong | Wolfe | N/A | N/A | Jan 9 |
| RX-2995 - RX-2997 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-2998 | — | Photographs of card connector in Acer X1935 | Noninfringement | Mroczkowski | ACER-841-ITC-0081998 | ACER-841-ITC-82002 | Jan 8 |
| RX-2999 | — | Photographs of card connector in Acer AS7750 | Noninfringement | Mroczkowski | ACER-841-ITC-82003 | ACER-841-ITC-82007 | Jan 8 |
| RX-3000 - RX-3023 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3024 | — | Photos of Yamaichi H001-A022 (4 in 1) Card Connector | Noninfringement | Mercer; Mroczkowski | BROTHER01749851 | BROTHER01749861 | Jan 8 |
| RX-3025 - RX-3086 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-3087 | — | Photo of PIXMA MG8220 Connector | Noninfringement | Mroczkowski | CANITC 2576 | CANITC 2576 | Jan 8 |
| RX-3088 | — | Photo of PIXMA MG8220 Connector | Noninfringement | Mroczkowski | CANITC 2577 | CANITC 2577 | Jan 8 |
| RX-3089 | — | Photo of PIXMA MG8220 Connector | Noninfringement | Mroczkowski | CANITC 2578 | CANITC 2578 | Jan 8 |
| RX-3090 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3091 | — | Photo of PIXMA MG8220 Connector | Noninfringement | Mroczkowski | CANITC 2580 | CANITC 2580 | Jan 10 |
| RX-3092 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3093 | — | Photo of PIXMA MG8220 Connector | Noninfringement | Mroczkowski | CANITC 2582 | CANITC 2582 | Jan 10 |
| RX-3094 | — | CF+ and CompactFlash Specification Rev. 2.0 May 2003 | Noninfringement | Mercer | CANITC 2583 | CANITC 2719 | Jan 10 |
| RX-3095 - RX-3134 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3135 | C | Wolfe Rebuttal Expert Report re Dell Products Exh. B | Noninfringement | Wolfe | N/A | N/A | Jan 9 |
| RX-3136 - RX-3140 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3141 | C | Experimental Test Results of Dr. Wolfe | Noninfringement | Andrew Wolfe | N/A | N/A | Jan 9 |
| RX-3142 | C | Experimental Test Results of Dr. Wolfe | Noninfringement | Andrew Wolfe | N/A | N/A | Jan 9 |
| RX-3143 | C | Experimental Test Results of Dr. Wolfe | Noninfringement | Andrew Wolfe | N/A | N/A | Jan 9 |
| RX-3144 | C | Experimental Test Results of Dr. Wolfe | Noninfringement | Andrew Wolfe | N/A | N/A | Jan 9 |
| RX-3145 | — | Wolfe Curriculum Vitae | Noninfringement | Andrew Wolfe | N/A | N/A | Jan 9 |
| RX-3146 | C | Experimental Test Results of IOI | Noninfringement | Andrew Wolfe | N/A | N/A | Jan 9 |
| RX-3147 - RX-3155 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3156 | C | Rebuttal Expert Report of Brian A. Berg on Non-Infringement Exh. 15 | Noninfringement | Berg | N/A | N/A | Jan 10 |
| RX-3157 | xxx | moved to Demonstrative Exhibit List | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3158 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-3159 | C | Dell Product Inspection Photos | Noninfringement | Berg | N/A | N/A | Jan 10 |
| RX-3160 | C | Dell Continuity Test Tables | Noninfringement | Berg | N/A | N/A | Jan 10 |
| RX-3161 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3162 | C | AU6475 USB2.0 Multi-LUN Flash Card Reader Controller Technical Reference Manual Rev. 1.05 28 APR. 2009 | Noninfringement | Berg; Banerjee; Wolfe | DELL00089179 | DELL00089195 | Jan 9 |
| RX-3163 | C | I/O Interconnect R-680-070-215A Specification | Noninfringement | Berg; Banerjee; Wolfe | DELL00039253 | DELL00039312 | Jan 9 |
| RX-3164 | C | I/O Interconnect R-680-070-215A Schematic | Noninfringement | Berg; Wolfe | DELL00091867 | DELL00091869 | Jan 9 |
| RX-3165 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3166 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3167 | C | Realtek RTS5138 One-LUN USB 2.0 Card Reader Controller Datasheet | Noninfringement | Berg; Banerjee | DELL00037801 | DELL00037813 | Jan 10 |
| RX-3168 | C | Realtek RTS5138 Schematic | Noninfringement | Berg; Banerjee | DELL00037814 | DELL00037815 | Jan 10 |
| RX-3169 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3170 | C | Vostro 3555 Schematic | Noninfringement | Berg; Banerjee | DELL00000775 | DELL00000877 | Jan 10 |
| RX-3171 - RX-3181 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3182 | C | Photos of card reader having I/O Interconnect part no. R-680-070-215A | Noninfringement | Mroczkowski | N/A | N/A | Jan 8 |
| RX-3183 | C | Photos of connector having Plastron Technology Co., Ltd. part no. CM7S-132-H-D | Noninfringement | Mroczkowski | N/A | N/A | Jan 8 |
| RX-3184 - RX-3187 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3188 | C | IOI 19in1 long bay reader spec | Noninfringement | Banerjee | DELL00000862 | DELL00000904 | Jan 10 |
| RX-3189 | C | Dell Vostro 3555 Owner's Manual | Noninfringement | Banerjee | DELL00000001 | DELL00000116 | Jan 10 |
| RX-3190 | C | Dell Vostro 3555 Training tool | Noninfringement | Banerjee | DELL00000905 | DELL00001094 | Jan 10 |
| RX-3191 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3192 | C | AU6475 USB2.0 Multi-LUN Flash Card Reader Controller Technical Reference Manual | Noninfringement | Banerjee; Berg; Wolfe | TPL1037632 | TPL1037651 | Jan 10 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-3193 - RX-3201 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3202 | — | October 31, 2012 DELL website printouts - OPTIPLEX 9010 with card reader | Remedy | Leonard | DELL00092879 | DELL0092880 | Jan 9 |
| RX-3203 | — | October 31, 2012 DELL website printouts - OPTIPLEX 9010 without card reader | Remedy | Leonard | DELL00092881 | DELL00092882 | Jan 9 |
| RX-3204 - RX-3207 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3208 | — | October 31, 2012 DELL website printouts - PRECISION T7600 with card reader | Remedy | Leonard | DELL00092891 | DELL0092892 | Jan 9 |
| RX-3209 | — | October 31, 2012 DELL website printouts - PRECISION T7600 without card reader | Remedy | Leonard | DELL00092893 | DELL00092894 | Jan 9 |
| RX-3210 - RX-3223 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3224 | C | TPL Complaint Exhibit 7C | Lack of Domestic Industry | McAlexander | N/A | N/A | Jan 10 |
| RX-3225 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3226 | — | U.S. Patent No. 7,412,552 | Lack of Domestic Industry | McAlexander | TPL106080 | TPL106101 | Jan 10 |
| RX-3227 | — | U.S. Patent No. 7,493,437 | Lack of Domestic Industry | McAlexander | TPL107320 | TPL107343 | Jan 10 |
| RX-3228 | — | U.S. Patent No. 6,832,281 | Lack of Domestic Industry | McAlexander | TPL105110 | TPL105131 | Jan 10 |
| RX-3229 | — | U.S. Patent No. 8,011,964 (application no. 12/759,550) | Lack of Domestic Industry | McAlexander | TPL112670 | TPL112684 | Jan 10 |
| RX-3230 | — | U.S. Patent No. 5,841,424 | Lack of Domestic Industry | McAlexander | TPL064767 | TPL064777 | Jan 10 |
| RX-3231 | — | U.S. Patent No. 7,093,161 | Lack of Domestic Industry | McAlexander | TPL059997 | TPL060016 | Jan 10 |
| RX-3232 | — | U.S. Patent No. 7,526,675 | Lack of Domestic Industry | McAlexander | TPL114449 | TPL114469 | Jan 10 |
| RX-3233 | — | U.S. Patent No. 6,859,361 | Lack of Domestic Industry | McAlexander | TPL115088 | TPL115095 | Jan 10 |
| RX-3234 | — | U.S. Patent No. 7,506,659 | Lack of Domestic Industry | McAlexander | TPL115341 | TPL115351 | Jan 10 |
| RX-3235 | — | U.S. Patent No. 6,839,864 | Lack of Domestic Industry | McAlexander | TPL113492 | TPL113524 | Jan 10 |
| RX-3236 | — | U.S. Patent No. 7,278,051 | Lack of Domestic Industry | McAlexander | TPL114108 | TPL114143 | Jan 10 |

**Respondents' Final Exhibit List**

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-3237 | — | U.S. Patent No. 7,620,844 | Lack of Domestic Industry | McAlexander | TPL114929 | TPL114965 | Jan 10 |
| RX-3238 | — | U.S. Patent No. 7,252,240 | Lack of Domestic Industry | McAlexander | TPL105410 | TPL105418 | Jan 10 |
| RX-3239 | — | U.S. Patent No. 7,597,268 | Lack of Domestic Industry | McAlexander | TPL107995 | TPL108005 | Jan 10 |
| RX-3240 | — | U.S. Patent No. 6,903,727 | Lack of Domestic Industry | McAlexander | TPL113123 | TPL113131 | Jan 10 |
| RX-3241 | — | U.S. Patent No. 7,352,362 | Lack of Domestic Industry | McAlexander | TPL113289 | TPL113298 | Jan 10 |
| RX-3242 | — | U.S. Patent No. 6,932,275 | Lack of Domestic Industry | McAlexander | TPL110070 | TPL110078 | Jan 10 |
| RX-3243 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-3244 | C | designated testimony of Daniel Leckrone from deposition taken on 05/18/2012 in Inv. No. 337-TA-807 | Lack of Domestic Industry | D. Leckrone | N/A | N/A | Jan 25 |
| RX-3245 – RX-3247 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-3248 | — | Micron Technology, Inc. 10-K, August 2012 | Lack of Domestic Industry | Leonard | LEONARD000884 | LEONARD001181 | Jan 9 |
| RX-3249 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-3250 | C | Declaration of Dwayne Hannah dated 03/09/2012 06/23/11, Inv. 337-TA-807 | Lack of Domestic Industry; Remedy Bond | Vander Veen; Hannah | N/A | N/A | Jan 9 |
| RX-3251 – RX-3257 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-3258 | C | Witness Statement of Robin Castell | Lack of Domestic Industry; Remedy; Bonding | Castell; Leonard | N/A | N/A | Jan 4 |
| RX-3259 | C | Witness Statement of David Tribolet | Lack of Domestic Industry; Remedy; Bonding | David Tribolet; Leonard | N/A | N/A | Jan 8 |
| RX-3260 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-3261 | — | Hewlett Packard 2011 Annual Report | Remedy | Leonard; HP witness | HP178648 | HP178829 | Jan 4 |
| RX-3262 | — | HP® Official Store — Buy and Customize your p6-2320t series PC | Remedy | Leonard; HP witness | HP178854 | HP178857 | Jan 4 |
| RX-3263 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |

Respondents' Final Exhibit List

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-3264 | C | Respondent Hewlett-Packard Company's Supplemental Objections and Responses to Complainant Technology Properties Limited LLC's Interrogatory Nos. 33, 60, 61, and 64 (Nov. 14, 2012) | Noninfringement; Remedy; Bonding | Banerjee; Berg; Mercer; Mroczkowski; Leonard; HP witness | N/A | N/A | Jan 4 |
| RX-3265 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3266 | C | HP-TPL Briefing, November 15, 2012 | Lack of Domestic Industry; Remedy; Bonding | TPL witness | N/A | N/A | Jan 9 |
| RX-3267 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3268 | — | Mark A. Lemley and Carl Shapiro, "Patent Holdup and Royalty Stacking," Texas Law Review, Vol. 85, 2007 | Remedy; Bonding | Leonard | N/A | N/A | Jan 4 |
| RX-3269 | — | Photographs of HiTi-P1 | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI-006333 | HITI-006335 | Jan 9 |
| RX-3270 | — | Photographs of HiTi-P2 | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI-006341 | HITI-006343 | Jan 9 |
| RX-3271 | — | Photographs of HiTi-P3 | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI-006339 | HITI-006340 | Jan 9 |
| RX-3272 | — | Photographs of HiTi-P4 | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI-006336 | HITI-006338 | Jan 9 |
| RX-3273 | — | Photographs of HiTi-P5 | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI-006329 | HITI-006332 | Jan 9 |
| RX-3274 | — | Photographs of HiTi-P6 | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI-006344 | HITI-006345 | Jan 9 |
| RX-3275 | — | Photographs of HiTi-P7 | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI-006346 | HITI-006347 | Jan 9 |
| RX-3276 | — | Photographs of HiTi-P8 | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI-006353 | HITI-006357 | Jan 9 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-3277 | — | Photographs of HITI-P9 | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI-006348 | HITI-006352 | Jan 9 |
| RX-3278 | — | Photographs of HITI-P10 | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI-006358 | HITI-006358 | Jan 9 |
| RX-3279 – RX-3281 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3282 | C | BS-ID400 card reader connector schematic diagram | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI001023 | HITI001023 | Jan 9 |
| RX-3283 | C | P510S/SI card reader connector schematic diagram | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI003590 | HITI003590 | Jan 9 |
| RX-3284 | C | P510S/SI card reader controller chip schematic diagram | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI003591 | HITI003591 | Jan 9 |
| RX-3285 | C | P510K/T570 card reader controller chip and connector schematic diagrams | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI006279 | HITI006321 | Jan 9 |
| RX-3286 | C | S420 card reader controller chip schematic diagram | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI006325 | HITI006325 | Jan 9 |
| RX-3287 | C | S420 card reader connector schematic diagram | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI006326 | HITI006326 | Jan 9 |
| RX-3288 | C | BS-id400 schematics | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI006327 | HITI006328 | Jan 9 |
| RX-3289 – RX-3292 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3293 | C | HITi BS-ID400 Release Note - Schematics for main board, power board, controller board Rev. A | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI001018 | HITI001031 | Jan 9 |

**Respondents' Final Exhibit List**

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-3294 | C | HITI P110S Schematics | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI001611 | HITI001829 | Jan 9 |
| RX-3295 | C | P510S Release Notice re Schematics Rev. A | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI003573 | HITI003595 | Jan 9 |
| RX-3296 - RX-3298 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3299 | C | P110S card reader PCB drawings | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI001682 | HITI001692 | Jan 9 |
| RX-3300 - RX-3323 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3324 | C | S420 Release Notice re Artwork of Main PCB, Controller PCB, IF PCB, Smart Card Rev. A | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI004641 | HITI004651 | Jan 10 |
| RX-3325 - RX-3340 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3341 | C | 4-in-1 socket sample/dimension/data test approval sheet and specification sheet | Noninfringement | Alex Fang; Elliott Liu; Mroczkowski; Mercer | HITI000001 | HITI000005 | Jan 9 |
| RX-3342 - RX-3344 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3345 | C | Photos of Kingston FCR-HS219/1 and components | Noninfringement | Mroczkowski; Mercer | KT000848 | KT000851 | Jan 8 |
| RX-3346 | C | AFT Information Sheet on Kingston FCR-HS219/1 | Noninfringement | Wolfe | KT000500 | KT00506 | Jan 9 |
| RX-3347 | C | GL826 USB Card Reader Controller Drawings | Noninfringement | Wolfe | KT000508 | KT000510 | Jan 9 |
| RX-3348 | C | GL826 Block Diagram | Noninfringement | Wolfe | KT000678 | KT000678 | Jan 9 |
| RX-3349 | C | Experimental Test Results of Dr. Wolfe | Noninfringement | Wolfe | KT000864 | KT000864 | Jan 9 |
| RX-3350 | C | Experimental Test Results of Dr. Wolfe | Noninfringement | Wolfe | KT000865 | KT000865 | Jan 9 |

Respondents' Final Exhibit List
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-3351 | C | Experimental Test Results of Dr. Wolfe | Noninfringement | Wolfe | KT000866 | KT000866 | Jan 9 |
| RX-3352 | C | Experimental Test Results of Dr. Wolfe | Noninfringement | Wolfe | KT000869 | KT000869 | Jan 9 |
| RX-3353 | — | CV of Dr. Andrew Wolfe | Noninfringement | Wolfe | KT000861 | KT000863 | Jan 9 |
| RX-3354 | — | DiskMon for Windows v.2.01 | Noninfringement | Wolfe | KT000867 | KT000867 | Jan 9 |
| RX-3355 | — | DiskMon for Windows v. 2.01 Program | Noninfringement | Wolfe | KT-N-0004 | KT-N-0004 | Jan 9 |
| RX-3356 | C | USB 3.0 Reader | Noninfringement | Wolfe | KT000494 | KT000495 | Jan 9 |
| RX-3357 | — | Stipulation re New FCR-HS3 product | Noninfringement | Mercer | N/A | N/A | Jan 10 |
| RX-3358 - RX-3377 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3378 | C | Wolfe Rebuttal Expert Report re Newegg Products Exh. B (materials considered) | Noninfringement | Wolfe | N/A | N/A | Jan 9 |
| RX-3379 | C | Wolfe Rebuttal Expert Report re Newegg Products, DiskMon capture log - Rosewill RCR-YJ-EX601 | Noninfringement | Wolfe | N/A | N/A | Jan 9 |
| RX-3380 - RX-3386 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3387 | C | Rosewill Exh. 5 – '623 Rosewill RCR-YJ-EX601 to Dale Buscaino's Initial Expert Report | Noninfringement | Wolfe; Buscaino | N/A | N/A | Jan 9 |
| RX-3388 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3389 | C | Epson Price List, April 6, 2010 | Remedy | Epson Witness; Leonard | SEC841_0012068 | SEC841_0012068 | Jan 9 |
| RX-3390 | C | Epson Price List, May 11, 2010 | Remedy | Epson Witness; Leonard | SEC841_0012069 | SEC841_0012069 | Jan 9 |
| RX-3391 | C | Epson Price List, June 4, 2010 | Remedy | Epson Witness; Leonard | SEC841_0012070 | SEC841_0012070 | Jan 9 |
| RX-3392 | C | Epson Price List, July 6, 2010 | Remedy | Epson Witness; Leonard | SEC841_0012071 | SEC841_0012071 | Jan 9 |
| RX-3393 | C | Epson Price List, August 30, 2010 | Remedy | Epson Witness; Leonard | SEC841_0012072 | SEC841_0012072 | Jan 9 |

**Respondents' Final Exhibit List**

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-3394 | C | Epson Price List, September 30, 2010 | Remedy | Epson Witness; Leonard | SEC841_0012073 | SEC841_0012073 | Jan 9 |
| RX-3395 | C | Epson Price List, November 1, 2010 | Remedy | Epson Witness; Leonard | SEC841_0012074 | SEC841_0012074 | Jan 9 |
| RX-3396 | C | Epson Price List, November 29, 2010 | Remedy | Epson Witness; Leonard | SEC841_0012075 | SEC841_0012075 | Jan 9 |
| RX-3397 | C | Epson Price List, December 2, 2010 | Remedy | Epson Witness; Leonard | SEC841_0012076 | SEC841_0012076 | Jan 9 |
| RX-3398 | C | Epson Price List, February 23, 2011 | Remedy | Epson Witness; Leonard | SEC841_0012077 | SEC841_0012077 | Jan 9 |
| RX-3399 | C | Epson Price List, July 8, 2008 | Remedy | Epson Witness; Leonard | SEC841_0012078 | SEC841_0012078 | Jan 9 |
| RX-3400 | C | Epson Price List, March 30, 2011 | Remedy | Epson Witness; Leonard | SEC841_0012079 | SEC841_0012079 | Jan 9 |
| RX-3401 | C | Epson Price List, May 13, 2011 | Remedy | Epson Witness; Leonard | SEC841_0012080 | SEC841_0012080 | Jan 9 |
| RX-3402 | C | Epson Price List, May 31, 2011 | Remedy | Epson Witness; Leonard | SEC841_0012081 | SEC841_0012081 | Jan 9 |
| RX-3403 | C | Epson Price List, June 24, 2011 | Remedy | Epson Witness; Leonard | SEC841_0012082 | SEC841_0012082 | Jan 9 |
| RX-3404 | C | Epson Price List, August 22, 2011 | Remedy | Epson Witness; Leonard | SEC841_0012083 | SEC841_0012083 | Jan 9 |
| RX-3405 | C | Epson Price List, September 15, 2011 | Remedy | Epson Witness; Leonard | SEC841_0012084 | SEC841_0012084 | Jan 9 |
| RX-3406 | C | Epson Price List, September 29, 2011 | Remedy | Epson Witness; Leonard | SEC841_0012085 | SEC841_0012085 | Jan 9 |
| RX-3407 | C | Epson Price List, November 1, 2011 | Remedy | Epson Witness; Leonard | SEC841_0012086 | SEC841_0012086 | Jan 9 |
| RX-3408 | C | Epson Price List, November 28, 2011 | Remedy | Epson Witness; Leonard | SEC841_0012087 | SEC841_0012087 | Jan 9 |
| RX-3409 | C | Epson Price List, December 27, 2011 | Remedy | Epson Witness; Leonard | SEC841_0012088 | SEC841_0012088 | Jan 9 |
| RX-3410 | C | Epson Price List, February 8 2012 | Remedy | Epson Witness; Leonard | SEC841_0012089 | SEC841_0012089 | Jan 9 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RX-3411 | C | Epson Price List, February 29, 2012 | Remedy | Epson Witness; Leonard | SEC841_0012090 | SEC841_0012090 | Jan 9 |
| RX-3412 | C | Epson Price List, March 5, 2012 | Remedy | Epson Witness; Leonard | SEC841_0012091 | SEC841_0012091 | Jan 9 |
| RX-3413 - RX-3418 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3419 | C | SMSC USB2601/USB2602 4th Generation USB2.0 Flash Media Controller with Integrated Card Power FETs and HS Hub | Noninfringement | Banerjee; Mercer; Epson Witness | SEC841_0036339 | SEC841_0036364 | Jan 10 |
| RX-3420 - RX-3425 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3426 | C | USB2602(USX2007): Epson Firmware Specification Rev 2.4 | Noninfringement | Banerjee; Mercer; Epson Witness | SEC841_0067848 | SEC841_0067860 | Jan 10 |
| RX-3427 - RX-3433 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3434 | C | Epson profit spreadsheet | Remedy | Epson Witness; Leonard | SEC841_0093535 | SEC841_0093540 | Jan 9 |
| RX-3435 | C | Epson profit spreadsheet (translation of SEC841_0093535-540) | Remedy | Epson Witness; Leonard | N/A | N/A | Jan 28 |
| RX-3436 - RX-3443 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3444 | — | Web page - www.bestbuy.com, USB 2.0 3-in-1 Memory Card Reader Product Information | Remedy | Epson Witness; Leonard | SEC841_0093574 | SEC841_0093578 | Jan 9 |
| RX-3445 | — | Web page - www.bestbuy.com, Epson Artisan 730 Product Information | Remedy | Epson Witness; Leonard | SEC841_0093579 | SEC841_0093582 | Jan 8 |
| RX-3446 - RX-3449 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |
| RX-3450 | — | Photograph of Yamaichi FRS016-3000-0(01) connector assembly | Noninfringement | Mroczkowski | SEC841_0093594 | SEC841_0093594 | Jan 10 |
| RX-3451 - RX-3476 | xxx | withdrawn | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | xxxxxxxxxx | N/A |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RX-3477 | C | TPL's Supplemental Responses to Fujitsu Limited's First Set of Requests for Admission | Noninfringement | Berg; T. Yamamoto | N/A | N/A | Jan 10 |
| RX-3478 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-3479 | xxx | withdrawn | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | xxxxxxxxxxx | N/A |
| RX-3480 | C | TPL's Memorandum in Response to Brother's Motion for Leave to File a Reply in Support of its Motion for Summary Determination | Noninfringement | Mercer | N/A | N/A | Jan 10 |
| RX-3481 | C | Direct Witness Statement of Yu-Fan 'Alex' Fang | Noninfringement | Alex Fang | N/A | N/A | Jan 28 |
| RX-3482 | C | Letter to HP Auditor dated 12/14/2012 | Impeachment; Domestic Industry; Remedy; Bonding | Hannah | N/A | N/A | Jan 9 |
| RX-3483 | — | Complaint of Technology Properties Limited, LLC Under Section 337 of the Tariff Act of 1930, as Amended, dated 03/26/2012 | Impeachment; Domestic Industry; Remedy; Bonding | Hannah | N/A | N/A | Jan 9 |
| RX-3484 | C | Alliacense Letter [          ] with attachments (Sep. 25, 2009) | Impeachment; Domestic Industry; Remedy; Bonding | Hannah | TPL002302 | TPL002427 | Jan 9 |
| RX-3485 | — | Pandigital, Inc.'s 1st Notice of Deposition of Technology Properties Limited, LLC. (Antonopoulos 807 Dep. Exh. 1) | Invalidity; Lack of Domestic Industry | Antonopoulos | N/A | N/A | Jan 25 |
| RDX-0001 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0002 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0003 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0004 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0005 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0006 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0007 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RDX-0008 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0009 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0010 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0011 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0012 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0013 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0014 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0015 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0016 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0017 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0018 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0019 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0020 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0021 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0022 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0023 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0024 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |

**Respondents' Final Exhibit List**
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd into Evidence |
|---|---|---|---|---|---|---|---|
| RDX-0025 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0026 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0027 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0028 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0029 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0030 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0031 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0032 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0033 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0034 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0035 | — | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0036 | C | Demonstrative Exhibit in Support of Banerjee Direct Witness Statement | Invalidity | Banerjee | N/A | N/A | Jan 10 |
| RDX-0037 ~ RDX-0079 | xxx | not assigned | N/A | N/A | N/A | N/A | N/A |
| RDX-0080 | — | Mapping Limitations of claims 1 and 9 from U.S. Patent 7,295,443, claims 25 and 28 from U.S. Patent 7,522,424, and claim 1 from U.S. Patent 7,719,847 | N/A | N/A | N/A | N/A | Jan 10 |
| RDX-0081 | — | Accused MMC/SD System | N/A | N/A | N/A | N/A | Jan 10 |
| RDX-0082 ~ RDX-0084 | xxx | not assigned | N/A | N/A | N/A | N/A | N/A |
| RDX-0085 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |

Respondents' Final Exhibit List
Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RDX-0086 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0087 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0088 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0089 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0090 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0091 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0092 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0093 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0094 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0095 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0096 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0097 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0098 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0099 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0100 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0101 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0102 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |

**Respondents' Final Exhibit List**

Inv. No. 337-TA-841

| Exh. No. | Conf. Desig. | Title/Description | Purpose | Sponsoring Witness | Beg Bates No. | End Bates No. | Rec'd Into Evidence |
|---|---|---|---|---|---|---|---|
| RDX-0103 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0104 - RDX-0105 | xxx | not assigned | N/A | N/A | N/A | N/A | N/A |
| RDX-0106 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0107 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0108 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0109 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0110 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0111 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0112 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0113 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0114 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0115 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0116 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0117 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0118 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0119 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |
| RDX-0120 | — | Demonstrative Exhibit in Support of McAlexander Direct Witness Statement | Invalidity | McAlexander | N/A | N/A | Jan 10 |