OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** June 18, 2015    **Time:** 2:04 - 4:01 p.m.    **Judge:** CLAUDIA WILKEN

**Case No.:** 14-cv-03640-CW    **Case Name:** Technology Properties Limited, LLC v. Canon, Inc.
14-cv-03646-CW    Technology Properties Limited, LLC v. Seiko Epson Corporation
14-cv-03645-CW    Technology Properties Limited, LLC v. Newegg, Inc.
14-cv-03643-CW    Technology Properties Limited, LLC v. Hewlett-Packard Company

**Attorney for Plaintiff:** Anthony Simon, Michael P. Kella, Benjamin Askew, Denise M. DeMory
**Attorney for Defendant:** Tracy Stitt, David Maiorana (Canon, Inc.)
William E. Devitt, Matthew Hertko (Seiko Epson)
Gordon Fauth (Newegg Inc.)
T. Cy Walker, Marcia Sundeen, Megan Whyman Olesek (Hewlett-Packard)

**Deputy Clerk:** Melinda K. Lozenski    **Court Reporter:** Kathy Wyatt

PROCEEDINGS

Motion for Judgment on the Pleadings held. Court indicated it was inclined to deny the motion. The Court will issue a written order.

Markman hearing held. The Court will issue a written order.

Case Management Conference held. The Court encouraged the parties to continue mediating the case. If any discovery disputes arise, the parties should file a joint letter brief in accordance with the procedure outlined in the Court's Standing Order.