**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | Case Number: C 14-03640-CW |
| Plaintiffs, | ) ) ) | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| vs. | ) ) | |
| CANON, INC., et al., | ) ) | Judge: Hon. Claudia Wilken |
| Defendant(s). | ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | Case Number: C 14-03643-CW |
| Plaintiffs, | ) ) ) | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| vs. | ) ) | |
| HEWLETT-PACKARD COMPANY, | ) ) | Judge: Hon. Claudia Wilken |
| Defendant. | ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | Case Number: C 14-03645-CW |
| Plaintiffs, | ) ) ) | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| vs. | ) ) | |
| NEWEGG INC., et al., | ) ) | Judge: Hon. Claudia Wilken |
| Defendant(s). | ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | Case Number: C 14-03646-CW |
| Plaintiffs, | ) ) ) | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| vs. | ) ) | |
| SEIKO EPSON CORPORATION, et al., | ) ) | Judge: Hon. Claudia Wilken |
| Defendant(s). | ) | |

1
2      The Court, having considered Plaintiffs' Motion for Leave to File a Motion for
3  Reconsideration of the Court's claim construction of the terms "type of memory [media] card"
4  and "memory media card," hereby GRANTS Plaintiffs' Motion for Leave.
5      IT IS SO ORDERED.
6
7  Dated: _____
                                                    _____
8                                                   CLAUDIA WILKEN
                                                    United States District Judge
9