Anthony G. Simon (*pro hac vice*)
Benjamin R. Askew (*pro hac vice*)
Michael P. Kella (*pro hac vice*)
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
Saint Louis, Missouri 63010
Telephone:  (314) 241-2929
Facsimile:  (314) 241-2029
asimon@simonlaw.com
baskew@simonlawpc.com
mkella@simonlaw.com

Henry C. Bunsow
Denise De Mory
Brian A.E. Smith
BUNSOW DE MORY SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
bsmith@bdiplaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CANON, INC., et al.,<br><br>Defendants. | Case Number: C 14-03640-CW<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS**<br><br>Judge: Hon. Claudia Wilken |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | Case Number: C 14-03643-CW |

|   |   |
|---|---|
| Plaintiffs, | ) **PLAINTIFFS' ADMINISTRATIVE** |
|  | ) **MOTION TO SEAL DOCUMENTS** |
| vs. | ) |
|  | ) |
| HEWLETT-PACKARD COMPANY, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) Case Number: C 14-03645-CW |
|  | ) |
| Plaintiffs, | ) **PLAINTIFFS' ADMINISTRATIVE** |
|  | ) **MOTION TO SEAL DOCUMENTS** |
| vs. | ) |
|  | ) |
| NEWEGG INC., et al., | ) |
|  | ) |
| Defendant. | ) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) Case Number: C 14-03646-CW |
|  | ) |
| Plaintiffs, | ) **PLAINTIFFS' ADMINISTRATIVE** |
|  | ) **MOTION TO SEAL DOCUMENTS** |
| vs. | ) |
|  | ) |
| SEIKO EPSON CORPORATION, et al., | ) |
|  | ) |
| Defendants. | ) |

In accordance with Civil Local Rule 79-5, Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC ("Plaintiffs") respectfully submit the following exhibits and move the Court for an Order authorizing sealing the Exhibits identified below.

- Exhibits A, A-1, A-2, A-3, A-4, A-5, A-6, A-11, A-12, A-13, A-14, A-15, A-16, A-17, and A-18;

- Exhibits B, B-1, B-2, B-3, B-4, B-5, B-6, B-11, B-12, B-13, B-14, B-15, N-16, B-17, and B-18.

Exhibits A and B are the cover pleading to Plaintiffs' Amended Patent Disclosures Pursuant to 3-1 and 3-2. Plaintiffs understand that Defendant Hewlett-Packard deems portions of these exhibits Confidential. The remainder of the above-listed exhibits are infringement contention charts attached to Plaintiffs' infringement contentions or proposed amended infringement contentions. Plaintiffs understand that each of the above-listed exhibits is considered Confidential by the Defendant whose product or products is described or pictured in exhibit.

Dated: October 23, 2015 By:   /s/Benjamin R. Askew (*pro hac vice*)
*Attorney for Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC*

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on counsel for all parties of record on October 23, 2015 via the Court's CM/ECF system.

/s/*Benjamin R. Askew*