Anthony G. Simon (*pro hac vice*)
Benjamin R. Askew (*pro hac vice*)
Michael P. Kella (*pro hac vice*)
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
Saint Louis, Missouri 63010
Telephone:  (314) 241-2929
Facsimile:  (314) 241-2029
asimon@simonlaw.com
baskew@simonlawpc.com
mkella@simonlaw.com

Henry C. Bunsow
Denise De Mory
Brian A.E. Smith
BUNSOW DE MORY SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
bsmith@bdiplaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | Case Number: C 14-03640-CW |
| Plaintiffs, | **DECLARATION OF BENJAMIN R. ASKEW IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |
| vs. | |
| CANON, INC., et al., | |
| Defendants. | Judge: Hon. Claudia Wilken |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | Case Number: C 14-03643-CW |
| Plaintiffs, | **DECLARATION OF BENJAMIN R.** |

Page **1** of **3**

C 14-03640-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW

Declaration of Benjamin R. Askew

| | | |
|---|---|---|
| vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | **ASKEW IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>NEWEGG INC., et al.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: C 14-03645-CW<br><br>**DECLARATION OF BENJAMIN R. ASKEW IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SEIKO EPSON CORPORATION, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: C 14-03646-CW<br><br>**DECLARATION OF BENJAMIN R. ASKEW IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |

I, Benjamin R. Askew, declare and state as follows:

1. I am an attorney at The Simon Law Firm, P.C., counsel of record for Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC ("Plaintiffs").

2. I submit this declaration in support of Plaintiffs Administrative Motion to Seal Documents ("Administration Motion"), filed concurrently herewith. I have personal knowledge of the statements set forth in this declaration and, if called as a witness, could and would do so competently.

3. The exhibits listed in Plaintiffs' Administrative Motion to Seal are:

- Exhibits A, A-1, A-2, A-3, A-4, A-5, A-6, A-11, A-12, A-13, A-14, A-15, A-16, A-17, and A-18;
- Exhibits B, B-1, B-2, B-3, B-4, B-5, B-6, B-11, B-12, B-13, B-14, B-15, N-16, B-17, and B-18

4. Exhibits A and B are the cover pleading to Plaintiffs' Amended Patent Disclosures Pursuant to 3-1 and 3-2. Plaintiffs understand that Defendant Hewlett-Packard deems portions of these exhibits Confidential and subject to the Protective Order.

5. The remainder of the above-listed exhibits are infringement contention charts attached to Plaintiffs' infringement contentions or proposed amended infringement contentions. Plaintiffs understand that each of the above-listed exhibits is considered Confidential by the Defendant whose product or products is described or pictured in exhibit.

Therefore, pursuant to Patent Local Rule 79-5(e), Plaintiffs respectfully request that the Court allow these exhibits to be filed under seal to maintain their confidentiality status.

Executed this 23rd day of October, in St. Louis, Missouri.

*/s/ Benjamin R. Askew*