Anthony G. Simon (*pro hac vice*)
Benjamin R. Askew (*pro hac vice*)
Michael P. Kella (*pro hac vice*)
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
Saint Louis, Missouri 63010
Telephone:  (314) 241-2929
Facsimile:  (314) 241-2029
asimon@simonlaw.com
baskew@simonlawpc.com
mkella@simonlaw.com

Henry C. Bunsow
Denise De Mory
Brian A.E. Smith
BUNSOW DE MORY SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
bsmith@bdiplaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>CANON, INC., et al.,<br><br>　　Defendants. | Case Number: C 14-03640-CW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS**<br><br>Judge: Hon. Claudia Wilken |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | Case Number: C 14-03643-CW |

|   |   |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |
| vs. | |
| HEWLETT-PACKARD COMPANY, | |
| Defendant. | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | Case Number: C 14-03645-CW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |
| vs. | |
| NEWEGG INC., et al., | |
| Defendant. | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | Case Number: C 14-03646-CW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |
| vs. | |
| SEIKO EPSON CORPORATION, et al., | |
| Defendants. | |

The Court has received and considered Plaintiffs' Administrative Motion to Seal Documents.  Good cause appearing, the administrative motion is GRANTED.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                         Hon. Judge Claudia Wilken
                                         United States District Judge