Anthony G. Simon (*pro hac vice*)
Benjamin R. Askew (*pro hac vice*)
Michael P. Kella (*pro hac vice*)
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
Saint Louis, Missouri 63010
Telephone:  (314) 241-2929
Facsimile:  (314) 241-2029
asimon@simonlaw.com
baskew@simonlawpc.com
mkella@simonlaw.com

Henry C. Bunsow
Denise De Mory
Brian A.E. Smith
BUNSOW DE MORY SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744
hbunsow@bdiplaw.com
ddemory@bdiplaw.com
bsmith@bdiplaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | Case Number: C 14-03640-CW |
| Plaintiffs, | ) ) | **CERTIFICATE OF SERVICE** |
| vs. | ) ) ) | Judge: Hon. Claudia Wilken |
| CANON, INC., et al., | ) ) | |
| Defendants. | ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | Case Number: C 14-03643-CW |
| Plaintiffs, | ) ) | **CERTIFICATE OF SERVICE** |

Page **1** of **3**

C 14-03640-CW, C 14-03643-CW
C 14-03645-CW, C 14-03646-CW

CERTIFICATE OF SERVICE

|   |   |
|---|---|
| vs. ) <br> ) <br> HEWLETT-PACKARD COMPANY., ) <br> ) <br> Defendant. ) <br> ) |   |
| TECHNOLOGY PROPERTIES LIMITED ) <br> LLC and MCM PORTFOLIO LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> NEWEGG INC., et al., ) <br> ) <br> Defendant. ) | Case Number: C 14-03645-CW <br><br> **CERTIFICATE OF SERVICE** |
| TECHNOLOGY PROPERTIES LIMITED ) <br> LLC and MCM PORTFOLIO LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SEIKO EPSON CORPORATION, et al., ) <br> ) <br> Defendants. ) | Case Number: C 14-03646-CW <br><br> **CERTIFICATE OF SERVICE** |

I am employed in the County of St. Louis, State of Missouri.  I am over the age of 18 and not a party to the within action.  My business address if 800 Market Street, Suite 1700, St. Louis, Missouri 63101.

On October 23, 2015, I served on the interested parties in said action the within:

**PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS**

by causing documents to be served in the manner indicated below.

**X**       (EMAIL/ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses provided by counsel.

Executed on October 23, 2015, at St. Louis, Missouri.

| Cassie Kostecki | */s/ Cassie Kostecki* |
|---|---|
| (Type or print name) | (Signature) |