# Exhibit E1

**EXHIBIT 424-34**
**Invalidity Claim Chart for U.S. Patent No. 7,522,424 ('424) Based Upon SanDisk SecureMate (SDDR-33) [1]**

| Claim 25 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| Apparatus comprising: | SanDisk SecureMate (SDDR-33) is a reader supporting MultiMediaCard (MMC) and Secure Digital (SD) storage media. *See, e.g.,* HP204517-HP204519. |
| a housing having a port and a surface; | SanDisk SecureMate (SDDR-33) housing has a port and a surface. |

---

[1] SanDisk card reader SecureMate External Drive for MultiMediaCard & Secure Digital (SDDR-33) was offered for sale or sold to general public by SanDisk Corporation, known or used by others in the United States, and/or described in a printed publication as early as July 2001. See, for example, SDK000854.

**Exhibit 424-34**- Page 1

| Claim 25 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| | *See, e.g.,* HP204517-HP204519.<br><br>[Image of SanDisk SecureMate packaging, labeled HP204518] |
| an interconnection means having a plurality of interconnection pins; | SanDisk SecureMate (SDDR-33) has interconnection pins.<br><br>*See, e.g.,* HP204517-HP204519. |

**Exhibit 424-34**- Page 2

| Claim 25 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
|  | HP204518 |
| one or more sets of contact pins mounted on said surface at locations adapted to interface with the electrical contacts of a corresponding one of a plurality of different types of memory media cards when inserted into said port; | SanDisk SecureMate (SDDR-33) has contact pins to interface SD/MMC card in the same slot.<br><br>*See, e.g.,* HP204517-HP204519. |
| a set of signal lines connected to said interconnection pins; | SanDisk SecureMate (SDDR-33) includes signal lines connected to interconnection pins.<br><br>*See, e.g.,* HP204517-HP204519. |

**Exhibit 424-34**- Page 3

| Claim 25 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| means for identifying the type of memory card inserted into said port; | This limitation recites a means-plus-function term for which no structure is disclosed in the specification. Accordingly, this claim is rendered invalid as indefinite under 35 U.S.C. § 112.<br><br>To the extent that this term is not indefinite and to the extent "means for identifying" is construed to identify SD and MMC cards, SanDisk SecureMate (SDDR-33) has a controller, able to identify the type of memory card inserted into the port.<br><br>*See, e.g.,* HP204517-HP204519. |
| means for mapping power, ground or data signals between said interconnection pins and said one or more contact pins depending upon the identification of the type of memory card inserted into said port. | This limitation recites a means-plus-function term for which no structure is disclosed in the specification. Accordingly, this claim is rendered invalid as indefinite under 35 U.S.C. § 112.<br><br>To the extent that this term is not indefinite and to the extent that "mapping power, ground or data signals" is construed as communicating with a SD/MMC card in the one slot, SanDisk SecureMate (SDDR-33) has pins that communicate with a SD card or a MMC card in the same port.<br><br>*See, e.g.,* HP204517-HP204519. |

| Claim 26 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| Apparatus according to claim 25 where the means for mapping comprises a controller. | SanDisk SecureMate (SDDR-33) has a controller.<br><br>*See, e.g.,* HP204517-HP204519. |

| Claim 28 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| Apparatus comprising: | SanDisk SecureMate (SDDR-33) is a reader supporting MultiMediaCard (MMC) and |

**Exhibit 424-34**- Page 4

| Claim 28 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
|  | Secure Digital (SD) storage media.<br><br>*See, e.g.,* HP204517-HP204519.<br><br>[Image of SanDisk SecureMate packaging — HP204517] |
| a housing having a port and a surface; | SanDisk SecureMate (SDDR-33) housing has a port and a surface.<br><br>*See, e.g.,* HP204517-HP204519. |

**Exhibit 424-34**- Page 5

| Claim 28 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
|  | [Image of SanDisk SecureMate (SDDR-33) product packaging, labeled HP204518] |
| a plurality of sets of contact pins mounted on said surface at locations adapted to interface with the electrical contacts of a corresponding one of a plurality of different type memory media cards when inserted into said port; | SanDisk SecureMate (SDDR-33) has contact pins to interface SD/MMC card in the same slot.<br><br>*See, e.g.,* HP204517-HP204519.<br><br>In the alternative, a person of ordinary skill in the art at the time of the filing of the '443 Patent seeking to electrically connect to one of the memory media cards would have been motivated to seek already-available socket solutions, among which the use of a plurality of sets of contact pins in a port is commonplace, such as disclosed in a number of prior art references, including at least Admitted Prior Art (*See,* e.g., at FIGS. 1-2), the '159 Patent (*See,* e.g., at FIGS 2a2 and 2b, paragraphs 15 and 35), the '044 Publication (*See,* e.g., at FIGS. 5-6), the '280 Patent (*See,* e.g., at FIGS. 5-8), '928 Publication (*See,* e.g., at |

**Exhibit 424-34**- Page 6

| Claim 28 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| | FIGS. 1-5), and the '007 Patent (*See,* e.g., at FIGS. 2-3). |
| a set of signal lines connected to an interconnection means; | SanDisk SecureMate (SDDR-33) includes signal lines connected to interconnection pins.<br><br>*See, e.g.,* HP204517-HP204519. |
| means for identifying the type of memory card inserted into said port; | This limitation recites a means-plus-function term for which no structure is disclosed in the specification. Accordingly, this claim is rendered invalid as indefinite under 35 U.S.C. § 112.<br><br>To the extent that this term is not indefinite and to the extent "means for identifying" is construed to identify SD and MMC cards, SanDisk SecureMate (SDDR-33) has a controller, able to identify the type of memory card inserted into the port.<br><br>*See, e.g.,* HP204517-HP204519. |
| means for mapping power, ground or data signals between said interconnection means and said one or more contact pins depending upon the identification of the type of memory card inserted into said port. | This limitation recites a means-plus-function term for which no structure is disclosed in the specification. Accordingly, this claim is rendered invalid as indefinite under 35 U.S.C. § 112.<br><br>To the extent that this term is not indefinite and to the extent that "mapping power, ground or data signals" is construed as communicating with a SD/MMC card in the one slot, SanDisk SecureMate (SDDR-33) has pins that communicate with a SD card or a MMC card in the same port.<br><br>*See, e.g.,* HP204517-HP204519. |

| Claim 29 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| Apparatus according to claim 28 where said means for mapping comprises a controller. | SanDisk SecureMate (SDDR-33) has a controller. |

**Exhibit 424-34**- Page 7

| Claim 29 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| | *See, e.g.,* HP204517-HP204519. |

**Exhibit 424-34**- Page 8