# Exhibit F1

**EXHIBIT 443-34**
**Invalidity Claim Chart for U.S. Patent No. 7,295,443 ('443) SanDisk SecureMate (SDDR-33) [1]**

| Claim 1 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| A multi-memory media adapter comprising: | SanDisk SecureMate (SDDR-33) is a reader supporting MultiMediaCard (MMC) and Secure Digital (SD) storage media. *See, e.g.,* HP204517-HP204519. |
| a first planar element having an upper surface and a lower surface, the first planar element | SanDisk SecureMate (SDDR-33) has a slot that has at least one port formed between an upper portion and a lower portion of the multi memory media adapter. The port is plastic |

---

[1] SanDisk card reader SecureMate External Drive for MultiMediaCard & Secure Digital (SDDR-33) was offered for sale or sold to general public by SanDisk Corporation, known or used by others in the United States, and/or described in a printed publication as early as July 2001. See, for example, SDK000854.

**Exhibit 443-34** - Page 1

| Claim 1 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| comprising molded plastic; | and able to receive MMC and SD Cards.<br><br>*See, e.g.,* HP204517-HP204519.<br><br>[Image of SanDisk SecureMate product packaging, labeled HP204518]<br><br>In the alternative, a person of ordinary skill in the art at the time of the filing of the '443 Patent would have known to use a first planar element comprising molded. Indeed, the specifications for the SD card specifically identify the use of a plastic housing. (*See, e.g.,* the SD Specifications at pp. 112-113)<br><br>In a further alternative, a person of ordinary skill in the art at the time of the filing of the '443 Patent seeking to electrically connect to one of the memory media cards would have been motivated to seek already-available socket solutions, among which the use of molded plastic is commonplace, such as disclosed in a number of prior art references, including at least the '498 Patent (*See, e.g.,* at 6:21-32, 11:51-67 and Figs. 2a2, 2b and 9), |

**Exhibit 443-34** - Page 2

| Claim 1 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| | the '947 Patent (*See, e.g.,* at 2:10-40 and Figs. 1 and 4), the '061 Patent (*See, e.g.,* at 3:61-64 and Figs. 1 and 3), the '492 Patent (*See, e.g.,* at 2:41-55, 2:56-3:19 and Fig. 3), the '529 Patent (*See, e.g.,* at 5:7-15, 5:34-52 and Fig. 5) and the Interconnection Handbook (at p. 3.25). |
| a second planar element having an upper surface and a lower surface, the first planar element and the second planar element disposed such that a port is formed between the lower surface of the first planar element and the upper surface of the second planar element, the port capable of receiving a memory media card, the second planar element comprising molded plastic; | SanDisk SecureMate (SDDR-33) has a slot that has at least one port formed between an upper portion and a lower portion of the multi memory media adapter. The port is plastic and able to receive MMC and SD Cards.<br><br>*See, e.g.,* HP204517-HP204519.<br><br>[image of SanDisk SecureMate product packaging, HP204518]<br><br>In the alternative, a person of ordinary skill in the art at the time of the filing of the '443 Patent would have known to use a first planar element comprising molded. Indeed, the specifications for the SD card specifically identify the use of a plastic housing. (*See,* |

**Exhibit 443-34** - Page 3

| Claim 1 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
|  | *e.g.*, the SD Specifications at pp. 112-113)<br><br>In a further alternative, a person of ordinary skill in the art at the time of the filing of the '443 Patent seeking to electrically connect to one of the memory media cards would have been motivated to seek already-available socket solutions, among which the use of molded plastic is commonplace, such as disclosed in a number of prior art references, including at least the '498 Patent (*See, e.g.*, at 6:21-32, 11:51-67 and Figs. 2a2, 2b and 9), the '947 Patent (*See, e.g.*, at 2:10-40 and Figs. 1 and 4), the '061 Patent (*See, e.g.*, at 3:61-64 and Figs. 1 and 3), the '492 Patent (*See, e.g.*, at 2:41-55, 2:56-3:19 and Fig. 3), the '529 Patent (*See, e.g.*, at 5:7-15, 5:34-52 and Fig. 5) and the Interconnection Handbook (at p. 3.25). |
| at least one set of contact pins protruding from the lower surface of the first planar element or the upper surface of the second planar element such that the at least one set of contact pins are disposed within the port, the at least one set of contact pins capable of contacting a set of memory media card contacts, wherein the at least one set of contact pins are integrated within the molded plastic of the first planar element or the second planar element; and | SanDisk SecureMate (SDDR-33) has contact pins to interface SD/MMC card in the same slot.<br><br>*See, e.g.*, HP204517-HP204519.<br><br>In the alternative, a person of ordinary skill in the art at the time of the filing of the '443 Patent would have known to use a first planar element comprising molded. Indeed, the specifications for the SD card specifically identify the use of a plastic housing. (*See, e.g.*, the SD Specifications at pp. 112-113)<br><br>In a further alternative, a person of ordinary skill in the art at the time of the filing of the '443 Patent seeking to electrically connect to one of the memory media cards would have been motivated to seek already-available socket solutions, among which the use of molded plastic is commonplace, such as disclosed in a number of prior art references, including at least the '498 Patent (*See, e.g.*, at 6:21-32, 11:51-67 and Figs. 2a2, 2b and 9), the '947 Patent (*See, e.g.*, at 2:10-40 and Figs. 1 and 4), the '061 Patent (*See, e.g.*, at 3:61-64 and Figs. 1 and 3), the '492 Patent (*See, e.g.*, at 2:41-55, 2:56-3:19 and Fig. 3), the '529 Patent (*See, e.g.*, at 5:7-15, 5:34-52 and Fig. 5) and the Interconnection Handbook (at p. 3.25). |
| a controller chip to map at least a subset of the at least one set of contact pins to a set of signal | SanDisk SecureMate (SDDR-33) has a controller. |

**Exhibit 443-34** - Page 4

| Claim 1 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| lines or power lines, based on an identified type of a memory media card. | To the extent that "mapping power, ground or data signals" is construed as communicating with a SD/MMC card or MS card in the one slot, SanDisk SecureMate (SDDR-33) has pins that communicate with a SD card or a MMC card in the same slot.  *See, e.g.,* HP204517-HP204519. |

| Claim 3 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| The multi-memory media adapter of claim 1 having a system connector surface-mounted thereon, the system connector electrically coupled to the at least one set of contact pins. | SanDisk SecureMate (SDDR-33) has a USB connector.  *See, e.g.,* HP204517-HP204519. |

| Claim 4 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| The multi-memory media adapter of claim 3 wherein the system connector is selected from the group comprising of a PCMCIA, USB, WiFi, Firewire, IDE, serial ATA connector, an IDE, and a CompactFlash connector. | SanDisk SecureMate (SDDR-33) has a USB connector.  *See, e.g.,* HP204517-HP204519. |

| Claim 7 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| The multi-memory media adapter of claim 1 having at least 18 contact pins configured to accommodate at least one of a group comprising, an xD, MMC/SD, Memory Stick, miniSD, RSMMC, and MS Duo. | SanDisk SecureMate (SDDR-33) has contact pins to interface SD/MMC card in the same slot. It would have been obvious to one of ordinary skill in the art to use whatever number of pins are required by a particular standard.  *See, e.g.,* HP204517-HP204519. |

**Exhibit 443-34** - Page 5

| Claim 7 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| | In the alternative, a person of ordinary skill in the art at the time the alleged invention disclosed in the '443 Patent was filed would have known to use at least eighteen contact pins to accommodate the variety of well-known memory media cards, including at least xD, Memory Stick, miniSD, RSMMD and MS Duo cards.<br><br>In a further alternative, a person of ordinary skill in the art at the time the alleged invention disclosed in the '443 Patent was made seeking to accommodate any of the claimed set of memory media cards, would have been motivated seek already-available socket solutions, such those disclosed in a number of prior art references, including at least Admitted Prior Art (*See,* e.g., at FIGS. 1-2), the '928 Publication, the '007 Patent, the '386 Publication, the '492 Patent, the '529 Patent, the '044 Publication, the Toshiba TC6374AF controller datasheet and the Intel PXA250 controller datasheet. |

| Claim 9 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| A system comprising: | |
| a multi-memory media adapter to read data from a plurality of memory media cards, | SanDisk SecureMate (SDDR-33) is a reader supporting MultiMediaCard (MMC) and Secure Digital (SD) storage media.<br><br>*See, e.g.,* HP204517-HP204519. |

**Exhibit 443-34** - Page 6

| Claim 9 | Anticipation by SanDisk SecureMate (SDDR-33)and/or Obviousness |
|---|---|
|  | ![SanDisk SecureMate packaging] HP204517 |
| the multi memory media adapter having at least one port formed between an upper portion and a lower portion of the multi memory media adapter, the port to receive a memory media card of the plurality of memory media cards; | SanDisk SecureMate (SDDR-33)has a slot that has at least one port formed between an upper portion and a lower portion of the multi memory media adapter. The port is able to receive MMC and SD Cards.<br><br>*See, e.g.,* HP204517-HP204519. |

**Exhibit 443-34** - Page 7

| Claim 9 | Anticipation by SanDisk SecureMate (SDDR-33)and/or Obviousness |
|---|---|
| | *[Image of SanDisk SecureMate product packaging, marked HP204518]* |
| a set of contact pins protruding from the upper portion or the lower portion, the set of contact pins to contact a set of memory media card contacts, wherein the set of contact pins are integrated within molded plastic of the upper portion or the lower portion; and | SanDisk SecureMate (SDDR-33) has contact pins to interface SD/MMC card in the same slot, which is made of plastic.<br><br>*See, e.g.,* HP204517-HP204519.<br><br>In the alternative, a person of ordinary skill in the art at the time of the filing of the '443 Patent would have known to use a first planar element comprising molded. Indeed, the specifications for the SD card specifically identify the use of a plastic housing. (*See, e.g.,* the SD Specifications at pp. 112-113)<br><br>In a further alternative, a person of ordinary skill in the art at the time of the filing of the '443 Patent seeking to electrically connect to one of the memory |

**Exhibit 443-34** - Page 8

| Claim 9 | Anticipation by SanDisk SecureMate (SDDR-33)and/or Obviousness |
|---|---|
| | media cards would have been motivated to seek already-available socket solutions, among which the use of molded plastic is commonplace, such as disclosed in a number of prior art references, including at least the '498 Patent (*See, e.g.,* at 6:21-32, 11:51-67 and Figs. 2a2, 2b and 9), the '947 Patent (*See, e.g.,* at 2:10-40 and Figs. 1 and 4), the '061 Patent (*See, e.g.,* at 3:61-64 and Figs. 1 and 3), the '492 Patent (*See, e.g.,* at 2:41-55, 2:56-3:19 and Fig. 3), the '529 Patent (*See, e.g.,* at 5:7-15, 5:34-52 and Fig. 5) and the Interconnection Handbook (at p. 3.25). |
| a controller integrated into the multi-memory media adapter to map at least a subset of the set of contact pins to a set of signal lines or power lines, based an identified type of the memory media card. | SanDisk SecureMate (SDDR-33) has a controller.<br><br>To the extent that "mapping power, ground or data signals" is construed as communicating with a SD/MMC card or MS card in the one slot, SanDisk SecureMate (SDDR-33) has pins that communicate with a SD card or a MMC card in the same slot.<br><br>*See, e.g.,* HP204517-HP204519. |

| Claim 11 | Anticipation by SanDisk SecureMate (SDDR-33) reader and/or Obviousness |
|---|---|
| The system of claim 9 further comprising a system connector, the system connector electrically coupled to the set of contact pins. | SanDisk SecureMate (SDDR-33) has a USB connector.<br><br>*See, e.g.,* HP204517-HP204519. |

| Claim 12 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| The system of claim 11 wherein the system connector is selected from the group comprising of a PCMCIA, USB, WiFi, Firewire, IDE, serial ATA connector, an IDE, and a CompactFlash connector. | SanDisk SecureMate (SDDR-33) has a USB connector.<br><br>*See, e.g.,* HP204517-HP204519. |

**Exhibit 443-34** - Page 9

| Claim 14 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| The system of claim 9 having at least eighteen contact pins configured to accommodate at least one of a group comprising, an xD, MMC/SD, Memory Stick, miniSD, RSMMC, and MS Duo. | SanDisk SecureMate (SDDR-33) has contact pins to interface SD/MMC card in the same slot. It would have been obvious to one of ordinary skill in the art to use whatever number of pins are required by a particular standard.<br><br>*See, e.g.,* HP204517-HP204519.<br><br>In the alternative, a person of ordinary skill in the art at the time the alleged invention disclosed in the '443 Patent was filed would have known to use at least eighteen contact pins to accommodate the variety of well-known memory media cards, including at least xD, Memory Stick, miniSD, RSMMD and MS Duo cards.<br><br>In a further alternative, a person of ordinary skill in the art at the time the alleged invention disclosed in the '443 Patent was made seeking to accommodate any of the claimed set of memory media cards, would have been motivated seek already-available socket solutions, such those disclosed in a number of prior art references, including at least Admitted Prior Art (*See,* e.g., at FIGS. 1-2), the '928 Publication, the '007 Patent, the '386 Publication, the '492 Patent, the '529 Patent, the '044 Publication, the Toshiba TC6374AF controller datasheet and the Intel PXA250 controller datasheet. |

**Exhibit 443-34** - Page 10