# Exhibit G1

**EXHIBIT 847-34**
**Invalidity Claim Chart for U.S. Patent No. 7,719,847 ('847) Based Upon SanDisk SecureMate (SDDR-33) [1]**

| Claim 1 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| Apparatus comprising: | SanDisk SecureMate (SDDR-33) is a reader supporting MultiMediaCard (MMC) and Secure Digital (SD) storage media. *See, e.g.,* HP204517-HP204519. |
| a housing having a port and a surface; | SanDisk SecureMate (SDDR-33) housing has a port and a surface. |

---

[1] SanDisk card reader SecureMate External Drive for MultiMediaCard & Secure Digital (SDDR-33) was offered for sale or sold to general public by SanDisk Corporation, known or used by others in the United States, and/or described in a printed publication as early as July 2001. See, for example, SDK000854.

**Exhibit 847-34** - Page 1

| Claim 1 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
|  | *See, e.g.,* HP204517-HP204519.<br><br>HP204518 |
| a plurality of sets of contact pins mounted on said surface at locations adapted to interface with the electrical contacts of a plurality of different type memory media cards when inserted into said port; | SanDisk SecureMate (SDDR-33) has contact pins to interface SD/MMC card in the same slot.<br><br>*See, e.g.,* HP204517-HP204519.<br><br>In the alternative, a person of ordinary skill in the art at the time of the filing of the '443 Patent seeking to electrically connect to one of the memory media cards would have been motivated to seek already-available socket solutions, among which the use of a plurality of sets of contact pins in a port is commonplace, such as disclosed in a number of prior art references, including at least Admitted Prior Art (*See,* e.g., at FIGS. 1-2), the '159 |

**Exhibit 847-34** - Page 2

| Claim 1 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
|  | Patent (*See,* e.g., at FIGS 2a2 and 2b, paragraphs 15 and 35), the '044 Publication (*See,* e.g., at FIGS. 5-6), the '280 Patent (*See,* e.g., at FIGS. 5-8), '928 Publication (*See,* e.g., at FIGS. 1-5), and the '007 Patent (*See,* e.g., at FIGS. 2-3). |
| a set of signal lines connected to a controller, the number of signal lines being fewer than the number of contact pins; | SanDisk SecureMate (SDDR-33) includes signal lines connected to a contorller.<br><br>In the alternative, a person of ordinary skill in the art at the time of the filing of the '847 Patent would have known to use a set of signal lines connected to a controller, the number of signal lines being fewer than the number of contact pins based on, for example, the SD Specification V.1.0 and V0.96 where ground pins SD and MMC cards (pins 3 and 6) are tied directly to ground:<br><br>**SD Specification 0.96**<br>The SD Specification 0.96 Version discloses interfacing with the same type of cards as Knoernschild, namely MMC and SD, and discloses signal lines that are fewer than the number of contact pins with interconnections located between a controller and signal lines. See e.g., §3.1.<br>For example, the SD Specification discloses signal lines that are fewer than the number of contact pins (the same signal line providing VSS1 and VSS2 is coupled to contact pins 3 and 6) with interconnections located between a controller and signal lines. See e.g., §3.1.<br>**§3.1.1 SD Bus** |

**Exhibit 847-34** - Page 3

| Claim 1 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
|  | Figure 2: SD Memory Card system bus Topology<br><br>VDD, VSS1, VSS2: Power and ground signals<br><br>In a further alternative, a person of ordinary skill in the art at the time of the alleged invention disclosed in the '847 patent was made seeking to read/write to and from a memory media card would have been motivated to seek already-available system controllers where the number of signal lines being fewer than the number of contact pins, such as disclosed in a number of prior art references, including at least the following references:<br><br>US 6,624,063; US 6,663,007; JP 2001-184462; Intel PXA250 MMC Controller Application Note (2002); Texas Instruments TMS320VC5509 Multi Media Controller Application Report (2001); Atmel Multimedia Card Interface Datasheet (2001); Toshiba TC6374AF Controller Datasheet; Toshiba TC6371AF Controller Datasheet; SD Memory Card Specifications / Part 1. Physical Layer Specification Version 1.0; SD Memory Card Specifications / Part 1. Physical Layer Specification Version 0.96; ARM PrimeCell Multimedia Card Interface (PL180) |
| the signal lines located between the controller and an interconnection means; | SanDisk SecureMate (SDDR-33) has signal lines located between the controller and an interconnection means.<br><br>*See, e.g.,* HP204517-HP204519. |

**Exhibit 847-34** - Page 4

| Claim 1 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| said interconnection means being located between the signal lines and the plurality of sets of contact connecting said signal lines to said one or more contact pins; and | SanDisk SecureMate (SDDR-33) has interconnection means being located between the signal lines and the plurality of sets of contact connecting said signal lines to said one or more contact pins.<br><br>*See, e.g.,* HP204517-HP204519. |
| means for mapping power, ground or data signals between said signal lines and said contact pins depending upon the identification of the type of memory card inserted into said port; wherein the means for mapping comprises a controller. | This limitation recites a means-plus-function term for which no structure is disclosed in the specification. Accordingly, this claim is rendered invalid as indefinite under 35 U.S.C. § 112.<br><br>To the extent that this term is not indefinite and to the extent that "mapping power, ground or data signals" is construed as communicating with a SD/MMC card in the one slot, SanDisk SecureMate (SDDR-33) has pins that communicate with a SD card or a MMC card in the same port.<br><br>*See, e.g.,* HP204517-HP204519. |

| Claim 2 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| Apparatus according to claim 1 where said controller comprises means for determining the type of memory card inserted into said port. | This limitation recites a means-plus-function term for which no structure is disclosed in the specification. Accordingly, this claim is rendered invalid as indefinite under 35 U.S.C. § 112.<br><br>To the extent that this term is not indefinite and to the extent "means for determining" is construed to identify SD and MMC cards, SanDisk SecureMate (SDDR-33) has a controller, able to identify the type of memory card inserted into the port.<br><br>*See, e.g.,* HP204517-HP204519. |

**Exhibit 847-34** - Page 5

| Claim 3 | Anticipation by SanDisk SecureMate (SDDR-33) and/or Obviousness |
|---|---|
| Apparatus according to claim 1 wherein said interconnection means is selected from a group consisting of simple wires, flat cables, printed circuit board interconnections, or wiring traces. | SanDisk SecureMate (SDDR-33) has interconnection means is selected from a group consisting of simple wires, flat cables, printed circuit board interconnections, or wiring traces.<br><br>*See, e.g.,* HP204517-HP204519. |

**Exhibit 847-34** - Page 6