Michael Zachary (SBN 112479)
KENYON & KENYON LLP
1801 Page Mill Road
Suite 210
Palo Alto, CA  94304-1216
Telephone:      650.384.4700
Facsimile:       650.384.4701
Email: mzachary@kenyon.com

T. Cy Walker (admitted *Pro Hac Vice*)
Adeel Haroon (admitted *Pro Hac Vice*)
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, DC 20005
Telephone: 202-220-4200
Facsimile: 202-220-4201
Email: cwalker@kenyon.com
Email: aharoon@kenyon.com

*Additional Counsel listed on signature page

*Attorneys for Defendants
Hewlett-Packard Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>            Plaintiffs,<br>      v.<br><br>CANON, INC., et al.,<br><br>            Defendants. | Case No.  4:14-cv-03640-CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS** |

KENYON & KENYON LLP
PALO ALTO

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS
Case Nos. 14-cv-3640, 14-cv-3641, 14-cv-3643, 14-cv-3645, 14-cv-3646, and 14-cv-3647

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No.  4:14-cv-03643-CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>NEWEGG INC., et al.,<br><br>Defendants. | Case No.  4:14-cv-03645-CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS** |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>SEIKO EPSON CORPORATION., et al.,<br><br>Defendants. | Case No.  4:14-cv-03646-CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS** |

The Court has received and considered Defendants' Motion for Leave to Amend Invalidity Contentions. Good cause appearing, the motion is GRANTED.

**IT IS SO ORDERED.**

Dated: _____                                      _____
                                                                                        Hon. Judge Claudia Wilken
                                                                                        United States District Judge

KENYON & KENYON LLP
PALO ALTO

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS
Case Nos. 14-cv-3640, 14-cv-3643, 14-cv-3645, and 14-cv-3646

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on October 28, 2015 via the Court's CM/ECF system.

<u>/s/ Gordon M. Fauth</u>

KENYON & KENYON LLP
PALO ALTO

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS
Case Nos. 14-cv-3640, 14-cv-3643, 14-cv-3645, and 14-cv-3646