UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CANON, INC. et al.,<br><br>　　　　Defendants. | Case No.  14-cv-03640-CW<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE**<br><br>(Docket Nos. 343, 344, 349, 351, and 353) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　Defendant. | Case No.  14-cv-03643-CW<br><br>(Docket Nos. 118, 119, 122, and 123) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NEWEGG INC. et al.,<br><br>　　　　Defendants. | Case No.  14-cv-03645-CW<br><br>(Docket Nos. 96, 97, and 99) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>　　　　Plaintiffs,<br>　v.<br>SEIKO EPSON CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-03646-CW<br><br>(Docket Nos. 119, 120, 123, 124 and 126) |

///
///
///

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Donna M. Ryu for resolution of the following motions: Motion for Leave to Amend Invalidity Contentions, Motion for Leave to Amend Infringement Contentions, Motion for Leave to Amend Exhibit 27 to Plaintiffs' Invalidity Contentions, and the Administrative Motions to File Under Seal. The hearing noticed for December 1, 2015, is vacated. The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

IT IS SO ORDERED.

Dated: October 29, 2015

_____
CLAUDIA WILKEN
United States District Judge