Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
gmf@classlitigation.com
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, California  94501
Telephone (510) 238-9610
Facsimile (510) 337-1431

Counsel for Defendants Newegg Inc.
and Rosewill Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NEWEGG INC. *et al.*<br><br>　　　　　Defendants. | Case No. C 14-03645 CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO ALLOW NEWEGG INC'S IN-HOUSE COUNSEL TO ATTEND HEARING BY TELEPHONE**<br><br>Date:　　　　November 3, 2015<br>Time:　　　　2:30 PM<br>Courtroom:　Courtroom 2 – 4th Floor<br>Judge:　　　Hon. Claudia Wilken |

　　　　Defendants Newegg Inc. ("Newegg") and Rosewill Inc. hereby move the Court to allow Newegg's in-house Litigation Counsel, Jenny J. Rim, to appear telephonically to monitor the CMC hearing scheduled in this matter for November 3, 2015 at 2:30 P.M.

　　　　Ms. Rim resides in the Central District of California, and would be attending via telephone from City of Industry, California, where Newegg Inc. has its headquarters and its in-house legal staff.  She would be appearing as the principal to monitor the proceedings and would not otherwise participate.  Defendants will be personally represented at the CMC hearing by Gordon M. Fauth, their local counsel.

For the above reasons, Defendants request an order allowing telephonic attendance by Jenny J. Rim, Newegg's in-house Litigation Counsel, at the November 3, 2015, 2:30 P.M. hearing in this matter

                                        Respectfully Submitted,

                                        LITIGATION LAW GROUP

Date: October 30, 2015        By: _____/S/ Gordon M. Fauth, Jr._____
                                        Gordon M. Fauth, Jr.

                                        1801 Clement Avenue, Suite 101
                                        Alameda, California 94501
                                        Telephone (510) 238-9610
                                        Facsimile (510) 337-1431

                                        Counsel for Defendants Newegg Inc.
                                        and Rosewill Inc.