Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
gmf@classlitigation.com
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, California  94501
Telephone (510) 238-9610
Facsimile (510) 337-1431

Counsel for Defendants Newegg Inc.
 and Rosewill Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>NEWEGG INC. *et al.*<br><br>           Defendants. | Case No. C 14-03645 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO ALLOW NEWEGG INC'S IN-HOUSE COUNSEL TO ATTEND HEARING BY TELEPHONE**<br><br>Date:          November 3, 2015<br>Time:         2:30 PM<br>Courtroom: Courtroom 2 – 4th Floor<br>Judge:        Hon. Claudia Wilken |

Having found good cause, the Court hereby grants the administrative motion of Defendants Newegg Inc. ("Newegg") and Rosewill Inc. to allow Newegg's in-house Litigation Counsel, Jenny J. Rim, to appear telephonically to monitor the CMC hearing scheduled in this matter for November 3, 2015 at 2:30 P.M.  Defendant Newegg shall make the appropriate arrangements through CourtCall for the telephonic appearance.

IT IS DO ORDERED.

Date: October ___, 2015         By: _____._____
                                              DISTRICT COURT JUDGE