*Parties listed on signature page.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM Portfolio LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> NEWEGG INC., et al., <br><br> Defendants. | Case Number: C 14-03645-CW <br><br> **JOINT STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS NEWEGG INC. AND ROSEWILL INC.** <br><br> Hon. Judge Claudia Wilken |

Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC and Defendants Newegg Inc. and Rosewill Inc. by and through their counsel of record, hereby submit this joint stipulation for dismissal with prejudice of Plaintiffs' claims against Defendants and of Defendants' counterclaim of non-infringement against Plaintiffs and for dismissal without prejudice of Defendants' counterclaims of invalidity against the Plaintiffs in the above-captioned action. Each party will bear its own costs and attorneys' fees incurred in this action.

Dated:  November 2, 2015                Respectfully submitted,

/s/ *Benjamin R. Askew*
Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
Saint Louis, Missouri 63010
P. 314-241.2929
F. 314-241.2029
asimon@simonlaw.com
baskew@simonlawpc.com
mkella@simonlaw.com

**JOINT STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS NEWEGG INC. AND ROSEWILL INC.**         1                                    C 14-03645-CW

| | |
|---|---|
| 1 | Henry C. Bunsow (SBN 60707) |
| 2 | hbunsow@bdiplaw.com |
|   | Brian A.E. Smith (SBN 188147) |
| 3 | bsmith@bdiplaw.com |
|   | BUNSOW DE MORY SMITH & ALLISON LLP |
| 4 | 351 California Street, Suite 200 |
|   | San Francisco, CA  94104 |
| 5 | Telephone:  (415) 426-4747 |
|   | Facsimile:  (415) 426-4744 |
| 6 | |
| 7 | Denise De Mory (SBN 168076) |
|   | ddemory@bdiplaw.com |
| 8 | BUNSOW DE MORY SMITH & ALLISON LLP |
|   | 600 Allerton Street, Suite 101 |
| 9 | Redwood City, CA  94063 |
|   | Telephone: (650) 351-7248 |
| 10 | Facsimile:  (650) 351-7253 |
|   | ddemory@bdiplaw.com |
| 11 | |
| 12 | *ATTORNEYS FOR PLAINTIFFS* |
|   | *TECHNOLOGY PROPERTIES LIMITED LLC and* |
| 13 | *MCM PORTFOLIO LLC* |

Dated:  November 2, 2015        */s/  Bryan P. Clark     (with consent)*
Kent E. Baldauf, Jr.
kbaldaufjr@webblaw.com
Bryan P. Clark
BClark@webblaw.com
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Tel: (412) 471-8815
Fax: (412) 471-4094

Gordon M. Fauth, Jr.
gmf@classlitigation.com
LITIGATION LAW GROUP
1801 Clement Ave., Ste. 101
Alameda, CA 94501
Tel: (510) 238-9610
Fax: (510) 337-1431

*COUNSEL FOR DEFENDANTS NEWEGG INC., ROSEWILL INC.*

**JOINT STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS NEWEGG INC. AND ROSEWILL INC.**        2        C 14-03645-CW

1
2
3  **CERTIFICATE OF SERVICE**
4  The undersigned hereby certifies that a copy of the foregoing was served on all counsel
5  for all parties of record on November 2, 2015 via the Court's CM/ECF system.
6                  */s/ Benjamin R. Askew*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS NEWEGG INC. AND ROSEWILL INC.**     3     C 14-03645-CW