# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>NEWEGG INC., et al.,<br><br>    Defendants. | Case Number: C 14-03645-CW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS NEWEGG INC. AND ROSEWILL INC.**<br><br>Hon. Judge Claudia Wilken |

The Court has received the stipulation to dismiss with prejudice Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC's claims against Defendants Newegg Inc. and Rosewill Inc. and to dismiss with prejudice Defendants Newegg Inc.'s and Rosewill Inc.'s counterclaims against Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC. Good cause appearing, the stipulation is GRANTED. Accordingly, it is hereby ORDERED that Plaintiffs' claims against Defendants and Defendants' counterclaim of non-infringement against Plaintiffs are dismissed with prejudice, Defendants' counterclaims of invalidity against the Plaintiffs are dismissed without prejudice, and each party shall bear its own costs and attorneys' fees incurred in the action.

IT IS SO ORDERED

Dated: _____

                                                 _____
                                                 CLAUDIA WILKEN
                                                 United States District Judge