*Parties listed on signature page.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM Portfolio LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| NEWEGG INC., et al., | ) ) |
| Defendants. | ) ) ) ) |

Case Number: C 14-03645-CW

**JOINT STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS NEWEGG INC. AND ROSEWILL INC.**

Hon. Judge Claudia Wilken

Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC and Defendants Newegg Inc. and Rosewill Inc. by and through their counsel of record, hereby submit this joint stipulation for dismissal with prejudice of Plaintiffs' claims against Defendants and of Defendants' counterclaim of non-infringement against Plaintiffs and for dismissal without prejudice of Defendants' counterclaims of invalidity against the Plaintiffs in the above-captioned action.  Each party will bear its own costs and attorneys' fees incurred in this action.

Dated:  November 2, 2015                Respectfully submitted,

/s/ *Benjamin R. Askew*
Anthony G. Simon
Benjamin R. Askew
Michael P. Kella
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
Saint Louis, Missouri 63010
P. 314-241.2929
F. 314-241.2029
asimon@simonlaw.com
baskew@simonlawpc.com
mkella@simonlaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Henry C. Bunsow (SBN 60707)
hbunsow@bdiplaw.com
Brian A.E. Smith (SBN 188147)
bsmith@bdiplaw.com
BUNSOW DE MORY SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
Telephone:  (415) 426-4747
Facsimile:  (415) 426-4744

Denise De Mory (SBN 168076)
ddemory@bdiplaw.com
BUNSOW DE MORY SMITH & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA  94063
Telephone: (650) 351-7248
Facsimile:  (650) 351-7253
ddemory@bdiplaw.com

*ATTORNEYS FOR PLAINTIFFS*
*TECHNOLOGY PROPERTIES LIMITED LLC and*
*MCM PORTFOLIO LLC*

Dated:  November 2, 2015

*/s/  Bryan P. Clark      (with consent)*
Kent E. Baldauf, Jr.
kbaldaufjr@webblaw.com
Bryan P. Clark
BClark@webblaw.com
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Tel: (412) 471-8815
Fax: (412) 471-4094

Gordon M. Fauth, Jr.
gmf@classlitigation.com
LITIGATION LAW GROUP
1801 Clement Ave., Ste. 101
Alameda, CA 94501
Tel: (510) 238-9610
Fax: (510) 337-1431

*COUNSEL FOR DEFENDANTS NEWEGG INC.,*
*ROSEWILL INC.*

**JOINT STIPULATION TO DISMISS
WITH PREJUDICE DEFENDANTS
NEWEGG INC. AND ROSEWILL INC.**

2

C 14-03645-CW

1
2
3

## <u>CERTIFICATE OF SERVICE</u>

4 The undersigned hereby certifies that a copy of the foregoing was served on all counsel

5 for all parties of record on November 2, 2015 via the Court's CM/ECF system.

6 *<u>/s/ Benjamin R. Askew</u>*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT STIPULATION TO DISMISS**
**WITH PREJUDICE DEFENDANTS**                    3                                    C 14-03645-CW
**NEWEGG INC. AND ROSEWILL INC.**

1

2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

3

4

5

6

7

8

9

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM Portfolio LLC,<br><br>        Plaintiffs,<br><br>    vs.<br><br>NEWEGG INC., et al.,<br><br>        Defendants. | Case Number: C 14-03645-CW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS NEWEGG INC. AND ROSEWILL INC.**<br><br>Hon. Judge Claudia Wilken |

10

11

12

13

14

15

16

17

18

19

20

        The Court has received the stipulation to dismiss with prejudice Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC's claims against Defendants Newegg Inc. and Rosewill Inc. and to dismiss with prejudice Defendants Newegg Inc.'s and Rosewill Inc.'s counterclaims against Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC. Good cause appearing, the stipulation is GRANTED. Accordingly, it is hereby ORDERED that Plaintiffs' claims against Defendants and Defendants' counterclaim of non-infringement against Plaintiffs are dismissed with prejudice, Defendants' counterclaims of invalidity against the Plaintiffs are dismissed without prejudice, and each party shall bear its own costs and attorneys' fees incurred in the action.

IT IS SO ORDERED

21

22

23

Dated:  November 2, 2015

CLAUDIA WILKEN
United States District Judge

24

25

26

27

28